# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C & 05-249C (consolidated)
(Filed: March 9, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES COMPANY,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E & P COMPANY L.P.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *
NYCAL OFFSHORE DEVELOPMENT
CORPORATION,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the oral argument held March 8, 2005, the following is ordered:

1. On or before March 18, 2005—Defendant shall submit a brief, not to exceed twelve pages, which addresses, in general, the issues identified by the court after oral argument and, in particular, does the following: (a) sets out and discusses the evidence with respect to whether MMS' directed suspensions altered the schedule of on-the-water activities laid out in plaintiffs' November 1999 suspensions; and (b) sets out and discusses the evidence with respect to whether 16 U.S.C. § 1456(c)(1) (2000) imposes a substantive burden on plaintiffs' suspension requests in excess of the burden imposed by § 1456(c)(3). Defendant shall include copies of OCS lease suspension regulations, which were discussed during defendant's presentation, as an appendix to its brief.

2. On or before March 28, 2005—Plaintiffs shall submit a response to defendant's brief not to exceed twelve pages.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge