# In the United States Court of Federal Claims

02-30C

Filed: 03/21/05

AMBER RESOURCES CO., et al.,
ANGDARKO E&P CO., et al.,
NYCAL OFFSHORE DEVELOPMENT CORP.,

v.

UNITED STATES

Transcript of Proceedings (1 Volume) taken at Washington, DC,
on March 8, 2005 before Senior Judge Eric G. Bruggink

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 a.m. and 5:15 p.m. eastern time.