# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

*****************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

**SECOND SUPPLEMENTAL DECLARATION OF RONALD G. HECK**

Ronald G. Heck declares and states as follows:

1. I provide this second supplemental declaration in support of plaintiffs' motion for summary judgment as to liability and partial summary judgment as to damages. My background was set forth in the August 27, 2004 declaration I previously submitted in support of that motion.

2. Attached hereto as Exhibit 114 is a true and correct copy of a June 2, 1999 Department of the Interior Minerals Management Service letter, with attachments, distributed by MMS to "interested stakeholders" on or about that date.

3. Attached hereto as Exhibit 115 is a true and correct copy of an August 26, 2004 letter from Aera Energy LLC to the Department of the Interior Minerals Management Service, without attachments, sent on or about that date. MMS has not yet taken action on the matter covered by this letter.

4. The biological surveys and shallow hazard surveys that were to be conducted on the five units (Bonito, Point Sal, Purisima Point, Gato Canyon, and Sword) that intended to engage in delineation drilling during the suspension periods set forth in the November 12, 1999 suspensions had not been completed as of the time MMS issued its July 2, 2001 suspension of operations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 23, 2005

Ronald G. Heck

**Exhibit 114**

United States Department of the Interior

MINERALS MANAGEMENT SERVICE
Pacific OCS Region
770 Paseo Camarillo
Camarillo, California 93010-6064

U.S. Department of the Interior 1849•1999

IN REPLY REFER TO:

7000

June 2, 1999

To Interested Stakeholders:

You have indicated interest in the suspension requests for the undeveloped leases in the Pacific Outer Continental Shelf Region. To provide you with information early in the process of our review and action on these suspensions, we have enclosed a summary of the suspension requests. In addition, we have enclosed the applicants' schedules of activities associated with the suspensions and in anticipation of development.

The Minerals Management Service is working with this information now, along with the details of what work would be done on each unit within the suspension period and supporting data. Changes may be made in the schedules prior to our action on the requests.

The enclosures indicate some of the formal coordination points. As is our practice, both the formal consultation and the less formal, continuous dialogue with the State and local agencies will occur concerning activities on these leases.

Sincerely,

J. Lisle Reed

J. Lisle Reed
Regional Director

Enclosures

06/03/99

Summary of Suspension Requests
Information Submitted by Operators

Suspension requests have been received by MMS for the nine undeveloped units and one lease not included in a unit. Consistent with the regulations at 30 CFR 250.110, the requests are accompanied by schedules of activities illustrating reasonable progress toward development. However, only the question of whether to grant the suspension request is currently before the MMS, not the approval of any activities that require permits within or beyond the suspension period. In all but one case, the suspension requests are for the exploration/delineation phase of the projects. If granted, the suspensions would be effective July 1, 1999.

<u>Summary of Suspension Requests</u>

Four operators are proposing revisions to five exploration plans (EP's) in order to drill 5 or 6 delineation wells. (One of these operators holds four units and one non-unitized lease and proposes to develop these units as a system.) These units have had exploratory drilling in the past, and each has a discovery in paying quantities. The objective of delineation wells is to further prove the resource and its extent over the unit. The delineation wells are proposed to be drilled sequentially, using a mobile drilling unit.

Activities proposed during the suspension period for the delineation wells typically include:

- shallow high-resolution surveys and analysis of the data for presence of archaeological resources, hard-bottom biological habitats, and geologic hazards;
- modifications to existing plans, with associated reviews;
- air quality reviews for drilling from a mobile drilling rig; and
- drilling wells (generally, the suspensions end with the drilling of a well).

One unit has not been explored. Here, the operator will submit a new EP for review and approval to drill exploration well(s) from an existing platform on an adjacent lease. A high energy, 3-D seismic survey is also proposed for this unit to properly plan the extended reach well(s) and will be subjected to intensive review following the High Energy Seismic Survey (HESS) process.

One operator is proposing to move directly to development. The proposal is to drill development wells from an existing platform on an adjacent unit, following approval of modifications to the existing DPP's.

Unit-Specific Suspension Time Periods

The **Santa Maria Basin** is made up of four units and one non-unitized lease. While the suspensions will be handled separately for these entities, they are all covered by a co-development strategy, which will likely result in re-unitization of the properties once delineation is completed and all relevant data is processed. Aera, the operator of these properties, has applied for a 3-year Suspension of Production (SOP). During the suspension, they propose to analyze existing 3-D seismic data, conduct shallow high-resolution surveys, modify two previously approved EP's, and drill up to two delineation wells from a mobile drilling unit. Aera's schedule of activities illustrates proceeding toward development with first production anticipated in 2008.

Nuevo has requested a 2½-year SOP for the **Bonito Unit**. Within this time, the operator proposes to conduct a shallow high-resolution survey, modify an approved EP, and drill 1-2 delineation wells from a mobile drilling unit. The schedule of activities leading to production indicates first production in 2009.

The SOP requested by Conoco for the **Sword Unit** is 4 years. The proposal involves the conducting and analyzing shallow high-resolution surveys, modifying an approved EP, and drilling one well from a mobile drilling unit. Production, anticipated to begin in 2009, may be feasible from an existing platform in the adjacent Point Arguello Unit. This may involve modification of the Development and Production Plan (DPP) for that facility.

For **Gato Canyon Unit**, Samedan has requested a 2½-year SOP to conduct shallow high- resolution surveys, modify an approved EP, and drill one delineation well from a mobile drilling unit. The schedule of activities indicates the expectation of first production in 2007.

**Cavern Point Unit** is the only unit that has yet to be explored. Venoco, the operator, has requested a Suspension of Operations (SOO) for the unit. The activity proposed during the suspension includes conducting a 3-D seismic survey to determine the optimal location of an exploratory well; developing an EP and California Coastal Commission consistency certification; and drilling the exploratory well from an existing platform, Platform Gail on the adjacent Santa Clara Unit. Development would be proposed from existing platforms in the Santa Clara Unit (Platform Gail and/or Grace), with first production anticipated in 2002.

Whiting Petroleum, the unit operator, has proposed a 2½-year SOP to develop the **Rocky Point Unit**. No further delineation is needed for the field. Development wells are proposed to be drilled from existing platforms in the adjacent Point Arguello Unit. Within the suspension period, the operator proposes to modify and existing DPP in effect for Point Arguello. If this modification is a significant change to the existing DPP, they likely will be subject to consistency review by the California Coastal Commission. First production is anticipated in 2002.


Pacific OCS Units and Leases
Minerals Management Service
Department of the Interior
6/2/99
Map is for illustrative purposes only,
and is not to be used for navigation.
N
0 3 Statute Miles
SANTA MARIA
ORCUTT
TORCH Lompoc
Oil and Gas Plant
LOMPOC
Vandenberg
Air Force Base
To TORCH Lompoc
Oil and Gas Plant
CHEVRON
Gaviota
Plant
All American Pipeline
CHEVRON
State Waters
Point Conception
Government Point
Point Sal
Purisima Point
Point Pedernales
Point Arguello
Rocky Point
State Seaward Boundary
State Waters
Tranquillon Ridge Unit
Rocky Point Unit
Point Arguello Unit
Point Sal Unit
Purisima Point Unit
Santa Maria Unit
Point Pedernales Unit
Bonito Unit
Lion Rock Unit
396
397
402
403
408
409
414
415
416
420
421
422
424
425
426
427
429
430
431
432
433
434
435
437
438
440
441
443
444
445
446
449
450
452
453
499
500
316
smarbas2.dwg mrb

# Pacific OCS Units and Leases




westsb4.dwg mrb

0 3 Statute Miles

Minerals Management Service
Department of the Interior
6/2/99

Map is for illustrative purposes only, and is not to be used for navigation.

# Pacific OCS Units and Leases




Minerals Management Service
Department of the Interior
6/2/99

Map is for illustrative purposes only, and is not to be used for navigation.

stsbc3.dwg mrb

0688




Diamond indicates start date of survey, plan modification, review process, well drilling, etc.

6890

| ID | Task Name |
|---|---|
| 33 | Rocky Point (revised DPP) |
| 34 | |
| 35 | **HESS Process for 3D Seismic Survey** |
| 36 | Cavern Point (survey start date) |
| 37 | |
| 38 | **Spud Well (from mobile drilling unit)** |
| 39 | Santa Maria Basin (delineation) |
| 40 | Bonito (delineation) |
| 41 | Sword (delineation) |
| 42 | Gato Canyon (delineation) |
| 43 | |
| 44 | **Spud Well (from platform)** |
| 45 | Cavern Point (exploration) |
| 46 | Rocky Point (development) |
| 47 | |
| 48 | **Approximate Date of First Production** |
| 49 | Santa Maria Basin |
| 50 | Bonito |
| 51 | Sword (possibly from an existing platform) |
| 52 | Gato Canyon |
| 53 | |
| 54 | **Approx. First Production (from existing platforms)** |
| 55 | Rocky Point (from Pt. Arguello Platforms) |
| 56 | Cavern Point (from Santa Clara Unit platforms) |




...dicates start date of survey, plan modification, review process, well drilling, etc.



0690

# Operator Submitted Schedules of Activities Leading to Production
# Pacific OCS Region Undeveloped Units and Leases
# Offshore California

# Proposed Schedule of Activities
## OSMB * - Aera Operated

Prepared 5/99




(1) Involves coordination with State, County, and Federal agencies
(2) Includes Air Pollution Control District approval
(3) Drilling is anticipated for Pt. Sal and/or Purisima Pt. Unit. Well(s) to be designed to obtain certain information which will also aid the development planning of Lion Rock Unit, Santa Maria Unit, and OCS-P 0409.

* Common Activity Schedule for Lion Rock Unit, Purisima Pt. Unit, Pt. Sal Unit, Santa Maria Unit, and OCS P-0409




(1) Involves coordination with State, County, and Federal agencies (incl. APCD)

* Common Activity Schedule for Lion Rock Unit, Purisima Pt. Unit,
Pt. Sal Unit, Santa Maria Unit, and OCS P-0409

Nuevo Energy Company
Bonito Unit Suspension of Production Submission

# Figure 4
## Bonito Unit Suspension of Production Timeline

| Action | 1998 | | 1999 | | | | 2000 | | | | 2001 | | | | 2002 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3rd Q | 4th Q | 1st Q | 2nd Q | 3rd Q | 4th Q | 1st Q | 2nd Q | 3rd Q | 4th Q | 1st Q | 2nd Q | 3rd Q | 4th Q | 1st Q | 2nd Q | 3rd Q | 4th Q |
| Begin negotiating rig sharing/utilization | | | | | | | | | | | | | | | | | | |
| Obtain partner approval for contraction of unit | | | | | | | | | | | | | | | | | | |
| Request MMS to contract Bonito Unit | | | | | ★ | | | | | | | | | | | | | |
| File Suspension of Production (SOP) request | | | | ★ | | | | | | | | | | | | | | |
| Obtain MMS approval of Bonito Unit SOP | | | | | ★ | | | | | | | | | | | | | |
| Unit contraction to existing leases | | | | | | | | | | | | | | | | | | |
| Finish 3-D seismic reinterpretation | | | | | | | | | | | | | | | | | | |
| Conduct shallow hazards survey | | | | | | | | | | | | | | | | | | |
| Conduct Geological Interpretation | | | | | | | | | | | | | | | | | | |
| Prepare and File revised EP with MMS | | | | | | | ★ | | | | | | | | | | | |
| Finalize rig-sharing agreement, Select rig operator | | | | | | | | | | | | | | | | | | |
| MMS review and approval of revised Exploration Plan (1) | | | | | | | | | | | ★ | | | | | | | |
| Contract for rig to drill new delineation wells | | | | | | | | | | | | | | ★ | | | | |
| CCC consistency Concurrence | | | | | | | | | | | | | | ★ | | | | |
| Santa Barbara APCD permit approval | | | | | | | | | | | | | | | | | | |
| Drill new delineation well(s) | | | | | | | | | | | | | | | ★ | | | |
| SOP ends | | | | | | | | | | | | | | | | | | |

(1) This task includes review and approval of all permitting agencies including but not limited to the MMS, CCC, local County agencies, EPA, Local APCD, and National Marine Fisheries Service.

5/27/99

P timeline

0694



...\SOP and EP\SOP Submission\Summary of Activities for Bonito Revised.doc

Nuevo Energy Company
Bonito Unit Suspension of Production Submission

5/27/99

# Figure 5
## Bonito Unit Development Timeline




(1) This task includes review and approval of all permitting agencies including but not limited to the MMS, CCC, local County agencies, EPA, Local APCD, and National Marine Fisheries Service.

al timeline

0695

## Whiting Petroleum Corporation
## Rocky Point Unit - Offshore California
## Suspension of Production - Development Program Schedule of Events Leading to Production




Attachment 1A

0696

CONOCO Inc.
Sword Unit - Santa Barbara Channel
Suspension of Production - Proposed Schedule of Events Leading to Production




0697

, 13, 1999

Attachment 1a

# CONOCO Inc.
## Sword Unit - Santa Barbara Channel
## Suspension of Production - Proposed Schedule of Events Leading to Production

| ID | Task Name |
|---|---|
| 1 | **Exploration Plan Update** |
| 2 | Environmental/Geology/Drilling Program |
| 3 | Geohazards review, Biological report |
| 4 | Oil Spill Plan Update |
| 5 | Review Process, Involves coordination with state, county and federal agencies |
| 6 | **Offshore Rig Activation** |
| 7 | ORA Planning/Rig modification/Mobilize to Calif/Air pollution control district approval |
| 8 | Spud Unit Well, Suspension of Production terminates |
| 9 | Mobilize to drillsite/drill Unit well/Abnd P 0320 #2 |
| 10 | Well Data Review |
| 11 | **Development Program** |
| 12 | Engineering Design and Planning |
| 13 | Development and Production Plan |
| 14 | Review Process, Involves coordination with state, county and federal agencies |
| 15 | Construct and install platform and facilities |
| 16 | Drill initial production well |
| 17 | Production Startup |




**Attachment 1b**

**May 13, 1999**

8690

# Samedan Oil Corporation

## Gato Canyon Unit - Santa Barbara Channel

## Suspension of Production - Proposed Schedule of Events Leading to Production

| ID | Task Name |
|---|---|
| 1 | **Exploration Plan Update** |
| 2 | Environmental/Geology/Drilling Program |
| 3 | Shallow hazards/Cultural Resources/Biological |
| 4 | Oil Spill Plan Update |
| 5 | Review Process, Involves coordination with state, county and federal agencies |
| 6 | **3-D Seismic Re-interpretation** |
| 7 | **Offshore Rig Activation** |
| 8 | ORA Planning/Rig Modification/Mobilize to Calif./Air pollution control district approval |
| 9 | Spud Unit Well, Suspension of Production terminates |
| 10 | Mobilize rig to drillsite/Drill Unit well |
| 11 | Well data review |






0699

# Samedan Oil Corporation
## Gato Canyon Unit - Santa Barbara Channel
## Suspension of Production - Proposed Schedule of Events Leading to Production

| ID | Task Name |
|---|---|
| 1 | **Exploration Plan Update** |
| 2 | Environmental/Geology/Drilling Program |
| 3 | Shallow hazards/Cultural Resources/Biological |
| 4 | Oil Spill Plan Update |
| 5 | Review Process, Involves coordination with state, county and federal agencies |
| 6 | **3-D Seismic Re-interpretation** |
| 7 | **Offshore Rig Activation** |
| 8 | ORA Planning/Rig Modification/Mobilize to Calif./Air pollution control district approval |
| 9 | Mobilize rig to drillsite/Drill Unit well/Suspension of Production terminates on spud date |
| 10 | Well data review |
| 11 | **Development Program** |
| 12 | Engineering Design and Planning |
| 13 | Prepare Development and Production Plan |
| 14 | Review Process, Involves coordination with state, county and federal agencies |
| 15 | Construct and install platform and facilities |
| 16 | Drill initial development well |
| 17 | Production Startup |




May 13, 1999

Samedan Oil Corporation

Attachment 1b

0070

# VENOCO INC.
## Cavern Point Unit - Santa Barbara Channel
## Suspension of Operations - Proposed Schedule of Events Leading to Production

| ID | Task Name | Start | Finish |
|---|---|---|---|
| 1 | **Plan of Exploration** | | |
| 2 | Pre-Planning | 7/1 | 12/31 |
| 3 | Environmental/Geology/Drilling Program | 7/1 | 3/31 |
| 4 | Oil Spill Plan | 10/1 | 3/31 |
| 5 | Review process, Involves coordination with state, county and federal agencies | 3/31 | 12/31 |
| 6 | **3-D Seismic Program** | | |
| 7 | HESS permit application process, Involves coordination with state, county and federal agencies | 1/1 | 12/31 |
| 8 | Collect 3D data April 2001 | | 4/10 |
| 9 | Process and interpret 3D | 5/1 | 4/30 |
| 10 | **Drill Cavern Pt. well from Platform Gail** | | |
| 11 | Mobilize rig to Platform Gail | 6/1 | 6/15 |
| 12 | Spud Cavern Point Unit well, Suspension of Production terminates | | 6/16 |
| 13 | Drill Cavern Pt. well | 6/16 | 10/12 |
| 14 | **Development and Production Plan** | | |
| 15 | Prepare Development and Production Plan | 1/1 | 5/31 |
| 16 | Review Process, Involves coordination with state, county and federal agencies | 6/30 | 10/31 |
| 17 | Production Startup | | 11/1 |

Timeline: 1999 (Q1–Q4), 2000 (Q1–Q4), 2001 (Q1–Q4), 2002 (Q1–Q4), Q1

Attachment 1

May 14, 1999

0701

**Exhibit 115**

F + L

AERA

August 26, 2004

**OVERNIGHT DELIVERY**

AERA ENERGY LLC
AUG 31 2004
LEGAL DEPARTMENT

Mr. Peter Tweedt
Regional Manager
Minerals Management Service, Pacific Regional Office
770 Paseo Camarillo
Camarillo, CA 93010-6064

Dear Mr. Tweedt:

SUBJECT: PL-90029, POINT SAL UNIT
PL-90030, PURISIMA POINT UNIT
PL-70080, LION ROCK UNIT
PL-90032, SANTA MARIA UNIT[1]
OS-07001, LEASE OCS-P 0409
OFFSHORE SANTA MARIA BASIN (OSMB)
OFFSHORE CALIFORNIA
Re-Unitization Plan

***Introduction***

On November 12, 1999, the Minerals Management Service ("MMS") granted Aera Energy LLC's ("Aera") May 27, 1999 suspension of production ("SOP") requests for the Point Sal Unit, the Purisima Point Unit, the Lion Rock Unit, the Santa Maria Unit, and Lease OCS-P 0409. As of June 20, 2001, Aera had complied with all milestone activities set forth in MMS' approval letters that had arisen as of that date. However, on June 20, 2001, the Federal District Court for the Northern District of California held that, as a result of the 1990 amendments to the Coastal Zone Management Act ("CZMA"), MMS's grant of the November 1999 SOP's was "subject to a consistency determination as a federal activity affecting the coastal zone" under CZMA § 307(c)(1), 16 U.S.C. § 1456(c)(1). *California v. Norton*, 150 F. Supp.2d 1046, 1053 (N.D. Cal. 2001) ("*Norton* case"), *aff'd*, 311 F.3d 1162 (9th Cir. 2002). Based on this ruling, Aera joined by other lessees filed a breach of contract action against the United States in the U.S. Court of Federal Claims, *Amber Resources Co. v. United States*, No. 02-30C (the "*Amber* case").

[1] MMS in August 1999 purported to deny lease suspensions for Leases 420, 424 and 429. Aera's timely appeal of that denial is pending before the Interior Board of Land Appeals. If that appeal is successful, the three leases will be reinstated, and subject to this re-unitization plan in the same manner as the other Santa Maria Unit leases.

DC: 1490793-1

Pursuant to the requirements of the *Norton* case, MMS on July 2, 2001, set aside its approval of the November 1999 suspensions and directed a suspension of operations ("SOO") for the units and Lease OCS-P 0409 until MMS "has acted on" the lessees' suspension requests.

On February 26, 2004, the California court in the *Norton* case ordered the MMS to obtain "updated lease suspension applications from the lessees." By letter dated March 10, 2004, MMS directed that "in accordance with the Court's order and the requirements of 30 C.F.R. 250.171, you must submit to the Regional Manager, MMS Pacific Regional Office, updated information relating to your suspension request…" Aera provided such updated information in its letters of April 20, 2004.

On June 4, 2004, MMS submitted its timetable for the conduct of the CZMA consistency reviews it had been ordered to perform. That timetable was approved by the Court by Order dated June 28, 2004.

In its May 1999 Suspension of Production (SOP) requests for the subject acreage, Aera stated its intent to propose consolidation of the Offshore Santa Maria Basin (OSMB) into either one or two federal units. In its November 12, 1999 SOP approvals for the subject acreage, Minerals Management Service (MMS) then provided a milestone calling for Aera to submit a re-unitization plan to MMS by July 2000. Several subsequent letters between Aera and MMS, culminating in MMS's letter dated June 29, 2000, clarified that the content of the July 2000 SOP unitization milestone was to be submission of a timeline committing Aera to when various submittals and events would take place in the unitization process. Accordingly, in its July 21, 2000 submission, Aera thereby proposed a timeline for consolidation of the OSMB into one federal unit. MMS then advised Aera on August 4, 2000 and again on January 8, 2001 that it did not support the concept of consolidating the OSMB into one unit. Therefore, based on MMS' March 10, 2004 directive to submit updated information relating to the May 27, 1999 suspension request, Aera has communicated to MMS its intent to consolidate the subject acreage into two units, one of the options it had proposed in its earlier suspension request.

By letter dated June 25, 2004, MMS instructed Aera to submit within 60 days a re-unitization plan and all supporting information for the subject acreage. In response Aera, as operator, and on behalf of the other lessees in the Santa Maria Unit, Purisima Point Unit, Point Sal Unit, Lion Rock Unit, and lease OCS-P 0409, hereby submits its re-unitization plan. This document constitutes a unitization proposal pursuant to 250.1303. Pursuant to 30 CFR 250 Subpart M (Unitization), information currently available indicates that development of the OSMB acreage would be promoted and expedited under the proposed re-unitization plan. This re-unitization plan proposes voluntary unitization for the subject acreage in accordance with 30 C.F.R. 250.1300, 250.1301, and 250.1303. The plan proposes to consolidate the existing four units and one lease into two Exploration, Development, and Production units.

Aera understands that the submission for voluntary units must include names for the new units. To avoid confusion and potential record-keeping errors, unit names are proposed to be different than the existing unit names. In keeping with convention of naming units after nearby

geographic features, the OSMB northerly unit is proposed to be named Mount Lospe Unit, and the southerly unit is proposed to be named Shuman Canyon Unit.

Aera submits this re-unitization plan without waiving any of the rights of the OSMB lessees, and specifically including their right to continue to pursue their claim that the application of the 1990 CZMA amendments to the subject acreage constituted a material breach of those leases as asserted in the *Amber* case.

***Sub-surface discussion***

Aera has performed extensive technical analysis of the subsurface geology in the OSMB, resulting in an improved understanding of the structural and stratigraphic setting of the leasehold. In consideration of this analysis, Aera proposes that the OSMB acreage be consolidated into two new units. As seen on the enclosed proposed Unit Boundary maps (Exhibits A to the proposed Unit Agreements), the northerly unit (Mount Lospe Unit) is proposed to be comprised of all or a portion of 9 leases currently in the existing Lion Rock and Point Sal Units and lease OCS-P 0409. The southerly unit (Shuman Canyon Unit) is proposed to be comprised of all or a portion of 13 leases currently in the Purisima Point Unit, Santa Maria Unit, Lion Rock Unit, and the Point Sal Unit.

While this re-unitization proposal incorporates Aera's latest subsurface interpretation, no new data has been acquired that changes the size or extent of reservoirs defining the overall OSMB leasehold. Unchanged from the current leasehold limits, the boundaries of the proposed Mount Lospe Unit generally conform to previous unit boundaries on the north and west and the Hosgri Fault on the east. Likewise, the proposed Shuman Canyon Unit boundary generally conforms to previous unit boundaries on the south and west and the Hosgri Fault on the east.

The new boundary separating the two new proposed units generally conforms to the approximate position of a major fault (referred to as Fault-A, annotated in orange on the attached seismic sections) in the subsurface. Although many of the reservoirs and geologic trends of the OSMB are ubiquitous across the entire leasehold, technical analyses have shown that the northern leases within the OSMB have somewhat different geological (stratigraphic, fluid, and structural) characteristics compared to the southern leases. Specifically, the northern portion of the acreage is generally deeper, more gas-prone, and lighter oil gravity. Conversely, reservoirs in the southern leases are generally shallower, heavier oil gravity and in some areas more complexly faulted. Aera believes the geological separation between these two basin-wide trends is the most logical unit boundary in a two-unit consolidation. As discussed below, a significant thrust fault trending roughly NW–SE across the current Point Sal Unit appears to separate the two areas. The trace of this fault and the relationship to the new proposed unit outlines can be seen on the Top Monterey Map (Attachment 1). The proposed unit boundary between Mount Lospe and Shuman Canyon Units also generally follows existing lease lines, except that leases P-0415 and P-0422 were divided to match the defining geology as best as possible.

Process: Aera's current subsurface interpretation of the OSMB can be found in several of the attached maps (Attachments 1, 1a, and 2). Key to the development of this interpretation was the utilization of the OSMB merged and re-processed 3-D seismic data set. As previously reported

to the MMS, the modern re-processing and re-interpretation effort was initiated in 1998. Several pre-existing 3-D seismic surveys, acquired by different operators in the mid-1980's and covering separate areas of the OSMB, were merged into one cohesive data set and re-processed with modern techniques. Aera has generated a continuous seismic data set that has yielded quality reflection data over the majority of the 200 square mile OSMB leasehold, and provided a copy of this data to MMS by letters dated January 19, 2000 and April 28, 2000.

Additionally, modern analysis of the existing exploration wells and associated wireline log data has assisted our understanding of the reservoir delineation. Statistical curvature analyses were performed on the dipmeter data in several wells in order to better understand the fold geometries and fault locations. As opposed to typical tadpole plots, this method provides separate plots of dip magnitude versus depth and dip azimuth versus depth. Trends of increasing dip magnitude with depth generally indicate anticlinal curvature. Abrupt changes in trends generally indicate the presence of faults or unconformities. An example of this analysis is shown in Attachment 8.

Geological Overview: The Offshore Santa Maria Basin has been subjected to some extreme tectonic forces over a period of millions of years. The basin, and many of the subordinate features within the basin, are considered to be the result of what is referred to as 'transpressive' folding and faulting associated with the Miocene (and later) collision of the Pacific and North American tectonic plates. The boundaries of the offshore basin (which extends beyond the current leasehold) are generally thought to be the Hosgri Fault on the east; the Santa Lucia Fault on the west; and the Point Arguello High to the south.

The above-mentioned transpressive forces have formed a series of sometimes complex compressive structures within the OSMB where numerous large and small scale thrust faults have significantly uplifted portions of the stratigraphic section. Indeed, a major thrust fault is found transecting the (current) Point Sal Unit where sediments on the NE face are uplifted as much as 1500' higher than on the SW face. This fault (Fault A) is proposed to be the basis of the unit boundary that separates the Mount Lospe Unit and Shuman Canyon Unit. Based on the above-mentioned 3D seismic, this thrust fault is evident from basement sediments upward through the hydrocarbon bearing zones and into the Sisquoc formation. Several lines from the 3-D volume (Attachments 5a-d) are attached that clearly illustrate the position and magnitude of this fault. Fault-A appears to extend for over seven miles laterally across the current Point Sal Unit and has from ~1500 feet (NW) to ~500 (SE) of vertical offset.

Mount Lospe Unit - Structural Characteristics: Within the Mount Lospe Unit, three major structural features are present.

- In the northern portion of the Mount Lospe Unit is a series of fault blocks that form the 'western structure" which trends north-south from roughly the center of P-0396 to along the lease line between P-0408 and P-0409.
- In the central part of the Mount Lospe Unit is a series of fault blocks that form the "central structure" which trends roughly N-SSE from the western and central portions of P-0409 into P-0416 and eastern P-0422. This feature may be affected by a subtle SW-NE trending cross fault trending across the center of P-0409.

- On the east side of the Mount Lospe Unit, a series of closures against the Hosgri Fault exists in P-0397 and P-0409. Indeed, the southern portion of the central structure (in the eastern portion of the current Point Sal Unit) could also be considered one of these types of structures.

Shuman Canyon Unit – Structural Characteristics: The structural configuration of the overall Monterey sediment package and the specific oil and gas bearing reservoirs in the proposed Shuman Canyon Unit, varies from complexly faulted, steeply dipping strata to large, comparatively unfaulted structures. Within the Shuman Canyon Unit, four main structural features are present.

- In the south portion of the Shuman Canyon Unit is a broad, flat, relatively unfaulted triangular-shaped structure that encompasses most of P-0435 and the SW half of P-0432, sometimes previously referred to as the 'Trout' Structure;
- In the central portion of the Shuman Canyon Unit is the southern extent of the "central basin syncline" that trends roughly NNW-SSE and covers the eastern portion of P-0421, the western portions of, P-0426 and P-0431, as well as the central portion of P-0434.
- On the east side of the Shuman Canyon Unit is an uplifted fault block formerly referred to as the 'Inez' structure, trending from P-0415, southward through the western portions of P-0422 and then covering much of P-0426, P-0427, and P-0432. This structure becomes very steep and heavily faulted in the northern end as it borders Fault A.
- On the western portion of the Shuman Canyon Unit, is the Santa Maria Structure, covering all or portions of P-0421, P-0425, P-0430 and P-0433.

Reservoir Characteristics: Although the stratigraphy remains fairly constant across the entire OSMB leasehold, the reservoir and fluid characteristics differ in some key ways between the Mount Lospe Unit and the Shuman Canyon Unit.

- Oil gravity tends to be lighter in the north leases (Attachment 7). The earlier exploration wells and the associated test information have shown that a definite trend exists in the OSMB where the oil quality is several API degrees lighter in the north areas (Lion Rock/ P-0409) and heavier in the southern leases (Purisima Point).
- Exploratory well data has shown that a sizable gas cap exists in some oil reservoirs in the Mount Lospe Unit. No similar gas cap has been encountered in any of the wells in the Shuman Canyon Unit (Attachment 3).
- Exploratory well data has shown that different reservoir fluid levels exist on either side of the major thrust fault that forms the proposed unit boundary (Attachments 4a-c). On the NE side of the fault, in the southern extension of the 'central structure', water levels are found at depths near -4800' subsea (an average of wells OCS-P 0415 #1 and #2). On the SW side of the same fault, the water level is seen at depths near -6000' subsea (OCS-P 0422. #1). (These oil-water contact estimates are representative of the upper four layers of the Monterey Formation. The lowermost member of the Monterey Formation, the Calcareous zone, tends to have an independent water level.)

The proposed southern edge of the Mount Lospe Unit boundary is the southern side of P-0422, even though the boundary fault appears to continue trending across the leaseline into P-0427. The main justification for such positioning is that, as the fault nears the P-0422/P-0426/P-0427 boundary, it rapidly diminishes in offset and no longer provides the significant separation that it does farther to the north. An added benefit is that the proposed lease-line unit boundary keeps all leases with a sliding scale royalty in the same unit (similar to the existing Santa Maria Unit, which currently includes both fixed and sliding scale royalty leases), which is more administratively efficient to manage than having sliding scale royalties in both units. The proposed northern unit will contain only fixed rate royalty leases.

***Development***

Pursuant to 30 CFR 250 Subpart M (Unitization), information currently available indicates that exploration and development of the OSMB acreage would be promoted and expedited by re-unitizing with fewer units than currently exist. In part, this is due to advances in extended reach drilling that have occurred since the existing units were originally formed in the mid-1980s. The two proposed consolidated units would each contain the minimum number of leases that would minimize the number of platforms, facility installations, and wells necessary for the efficient development and production of the acreage.

Considering that development concepts may change as new information becomes available and as detailed analysis and planning progress, Aera foresees that up to three platforms would be utilized to develop the OSMB:

- One platform may be located in the vicinity of lease P-0409 and would develop portions of the Mount Lospe Unit.
- Another platform may be located in the southern portion of the current Point Sal Unit and would develop portions of both the Shuman Canyon and the Mount Lospe Units.
- A third platform may be located in the eastern portion of the current Santa Maria Unit and would develop portions of the Shuman Canyon Unit.

Further information could change these locations. Planned platforms, wells, intra-platform pipelines, and other offshore facilities would be described in the Development and Production Plan (DPP) submission for each new Unit pursuant to 30 CFR 250.204(a)(2).

As presently envisioned, oil, gas, and produced water would be gathered at one offshore platform and then piped to shore. Produced water may be treated onshore and then returned via a separate pipeline for offshore disposal. Under the proposed re-unitization, only one set of pipelines to/from shore is anticipated for both new units, and would involve a single landfall site and onshore processing site yet to be determined. The North Santa Barbara County Facility Siting Study completed in April 2001 would be consulted to assist in site selection. Transportation and refining options have been studied, and those studies would be updated prior to DPP submissions. The location and description of facilities transporting oil and gas to shore and of the land-based operations would be included in the DPP submissions pursuant to 30 CFR 250.204(b)(8)(i).

Results from delineation drilling discussed in Aera's April 20, 2004 'Updated Request for Previously Approved Suspension of Production', and incorporated herein by reference, would be used along with other data to prepare a DPP for each of the two proposed Units. When submitted, the DPPs would include discussion of estimated production rates. The California Offshore Oil and Gas Energy Resources Study (COOGER) published in January 2000 also developed various production scenarios used to generate an independent analysis of the onshore constraints to offshore development.

Aera would continue evaluating development concepts while planning, executing, and evaluating results of the proposed delineation drilling. Many factors affect future development and the future DPP submissions, including, but not limited to:

- Modern geologic information from the proposed delineation activity to provide important subsurface information,
- Application of modern drilling and completion methods, including the incorporation of results from the planned delineation drilling activity,
- The actual results of the delineation production tests,
- Improvements in extended reach drilling capabilities,
- Heavy oil handling and processing technological improvements,
- Subsurface fracture analysis and prediction,
- Onshore processing and transportation considerations.

A description of and schedule for the development and production activities would be provided in the DPP submissions pursuant to 30 CFR 250.204(a)(1).

***Summary***

According to the CFR Sec. 250.1301, the Regional Supervisor may approve the request for voluntary unitization if unitized operations: (1) Promote and expedite exploration and development; or (2) Prevent waste, conserve natural resources, or protect correlative rights, including Federal royalty interests, of a reasonably delineated and productive reservoir. The proposed unit configurations meet these criteria in that:

- The consolidation into two units would combine areas of similar geological characteristics, and generally separates those with different water levels.
- The proposed two-unit configuration would provide some separation of the oil gravity differences across the leasehold. This separation would allow for more efficient and specialized processing, handling and transportation during development and production.
- The proposed two-unit configuration would consolidate all of the sliding–scale royalty leases into one unit.
- The proposed two-unit configuration would allow for more efficient development of the entire OSMB using three platforms. Conceptually, two platforms would be dedicated to specific units and only one of the three eventual platforms would develop portions of both units.

In accordance with 30 CFR 250.1303, we also enclose herein:

- Draft Unit Agreements (2) with accompanying Exhibits A (Unit Boundaries) and B (Lease Ownership)
- Proposed Initial Plans of Operation (2)
- Table 1 – Listing of supporting geologic, geophysical, and engineering data (4 sets)

Very truly yours,

T. E. Enders

T. E. Enders
Land Representative
Coastal Asset

Attachments

Cc: (w/attchmts)

Delta Petroleum Corp.
Attn: Mr. Roger Parker
475 17th Street, Ste. 1400
Denver, CO 80202

Ogle Petroleum Inc.
Attn: Mr. Ron Heck
1224 Coast Village Circle, Ste. 36
Santa Barbara, CA 93108

Samedan Oil Corporation
Attn: Mr. Cam Countryman
100 Glenborough Dr., Ste. 100
Houston, TX 77067-3610

Devon Energy Production Co., L.P.
Attn: Mr. Glen Maynard
20 N. Broadway, Ste. 1500
Oklahoma City, OK 73102

RAM Energy, Inc.
Attn: Mr. Drake Smiley
5100 E. Skelly Dr., Ste. 650
Tulsa, OK 74135-6549

Plains Exploration & Production Company
Attn: Mr. Thomas M. Gladney
700 Milam, Ste. 3100
Houston, TX 77002-2815

OLAC Resources, LLC
Attn: Mr. Flint Ogle
743 Horizon Ct., Ste. 368
Grand Junction, CO 81506

Anadarko E & P Company
Attn: Mr. Rick A. Mayer
1201 Lake Robbins Drive
The Woodlands, TX 77380

TotalFinaElf E & P USA, Inc.
Attn: Mr. Mark Gregory
800 Gessner, Ste. 700
Houston, TX 77024