# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| ****************************************** | |
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* | |
| v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* | |
| v. | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

**JOINT CORRECTIONS TO THE TRANSCRIPT OF THE MARCH 8, 2005 ORAL ARGUMENT**

All parties to the above captioned proceedings jointly submit the following corrections to the transcript of the oral argument held March 8, 2005.

| **Page** | **Line** | **From** | **To** |
|---|---|---|---|
| 3 | 21 | Sarah Cole | Barry Crowell |
| 4 | 11 | and | in |
| 5 | 8 | expressed | express |
| 5 | 12 | expressed | express |
| 5 | 13 | This case | In this case |
| 5 | 14 | we're | they're |
| 8 | 16 | Department of The Interior | lessees |
| 12 | 4 | here | there |
| 13 | 10 | NMF | MMS |
| 14 | 11 | oil | Oil |
| 16 | 15 | suspension | suspensions |
| 16 | 25 | administrative | administratively |
| 17 | 5-6 | [delete; redundant] | |
| 17 | 19 | 1980s | in the 1980s |
| 19 | 15 | Cougar | COOGER |
| 19 | 20 | Cougar | COOGER |
| 20 | 20 | MNS | MMS |
| 28 | 4 | bargained for. That | bargained. That |
| 29 | 18 | Mobil--Mobil it is | Mobil. |
| 29 | 19 | wrong. It | It |

| | | | |
|---|---|---|---|
| 36 | 10 | NMS | MMS |
| 36 | 17 | in | of |
| 44 | 6 | Krohl | Crowell |
| 44 | 8 | like | light |
| 45 | 7 | NMS | MMS |
| 69 | 10 | Cougar | COOGER |
| 70 | 20 | Cougar | COOGER |
| 71 | 4 | unit | units |
| 72 | 1 | Cougar | COOGER |
| 72 | 4 | not an end. | at an end. |
| 72 | 24 | Cougar | COOGER |
| 76 | 24 | NMS | MMS |
| 84 | 25 | effected | affected |
| 84 | 25 | suspension rate | suspension |
| 90 | 16 | final law | implied-in-law |
| 90 | 24 | unwind | unwound |
| 91 | 14 | unwind | unwound |
| 94 | 11 | then | then the |
| 94 | 11 | Angdarko | Anadarko |
| 94 | 11 | then | then the |
| 94 | 14 | Angdarko | Anadarko |
| 95 | 4 | expiration | exploration |
| 96 | 14 | improvement | approval |

| | | | |
|---|---|---|---|
| 96 | 20 | OBPAs | OBPA |
| 99 | 16 | expiration | exploration |
| 99 | 17 | an | and |
| 99 | 21 | excuse. Even | excuse even |
| 100 | 12 | expiration | exploration |
| 100 | 13 | NMS | MMS |
| 101 | 13 | that | that the |
| 101 | 15 | fonzy | FONSI |
| 101 | 18 | nearly | clearly |
| 101 | 19 | supplementative | substantive |
| 101 | 24 | substantive | a substantive |
| 102 | 20 | particularly | specifically |
| 103 | 9 | briefs | breach |
| 103 | 23 | on | no |
| 104 | 1 | companies. Since | companies since |
| 104 | 2 | admit | have met |
| 104 | 25 | NMS | MMS |
| 105 | 2 | CBMA | CZMA |
| 106 | 11 | NMS | MMS |
| 106 | 21 | NMS | MMS |
| 106 | 22 | states | state |
| 107 | 10 | to--We have to | to |
| 112 | 12 | accordingly. Nothing | accordingly nothing |

| | | | |
|---|---|---|---|
| 112 | 17 | expiration | exploration |
| 112 | 20 | expiration | exploration |
| 113 | 3 | leases | leases. |
| 114 | 24 | at in | in |
| 118 | 1 | DPTs | DPPs |
| 118 | 16 | his | this |
| 118 | 24 | DTT | DPP |
| 119 | 10 | briefly | briefs |
| 119 | 18 | Hecht's | Heck's |
| 120 | 20 | Least | Lease |
| 121 | 19 | Scattow | Gato |
| 121 | 21 | joined | enjoined |
| 121 | 22 | Sord | Sword |
| 122 | 14 | Perisama | Purisima |
| 122 | 23 | Perisama | Purisima |
| 124 | 19 | reunified | reunitized |
| 125 | 21 | NMS | MMS |
| 126 | 8 | NMS | MMS |
| 127 | 22 | Perisama | Purisima |
| 128 | 3 | NMS | MMS |
| 128 | 5 | Perisama | Purisima |
| 128 | 6 | George | Judge |
| 128 | 8 | Perisama | Purisima |

| | | | |
|---|---|---|---|
| 129 | 6 | there | there an |
| 129 | 16 | capsule [ph] | catchall |
| 129 | 19 | contract." | contract. |
| 129 | 24 | OBPA. | OBPA." |
| 130 | 4 | Act's last | Act/slash |
| 130 | 23 | at | at-- |
| 132 | 24 | sector relief | CZMA |
| 135 | 23 | 30 | 3d |
| 136 | 22 | acquire | require |
| 136 | 24 | 1990 | the 1990 |
| 139 | 2 | applied | applied to |
| 139 | 18 | substantial | insubstantial |
| 140 | 14 | in | ends |
| 144 | 1 | expiration | exploration |
| 144 | 14 | OCs | lessees |
| 145 | 6 | Hecht's | Heck's |
| 145 | 12 | NMS | MMS |
| 145 | 20 | NMS | MMS |
| 145 | 24 | NMS | MMS |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

____________________________
Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Jeremy D. Kernodle
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

____________________________
Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in No. 05-249C

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
DAVID M. COHEN
Director

Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Jeremy D. Kernodle
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in No. 05-249C

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

____________________________
Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

____________________________
E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Jeremy D. Kernodle
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

____________________________
Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in No. 05-249C

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 19th day of April, 2005, I caused to be delivered by United States Mail, First-Class, a copy of the foregoing Joint Corrections To The Transcript Of The March 8, 2005 Oral Argument, as follows:

Patricia A. McCarthy
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Jeffrey D. Antonson
Jackson Walker, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202

s/ Jeremy D. Kernodle
Jeremy D. Kernodle