# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C & 05-249C (consolidated)
(Filed: April 29, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES COMPANY,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E & P COMPANY L.P.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *
NYCAL OFFSHORE DEVELOPMENT
CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has received the filing of April 19, 2005, labeled "Joint Corrections to the Transcript of the March 8, 2005 Oral Argument." We treat it as a motion to correct the record, and it is hereby granted.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge