# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C & 05-249C (consolidated)
(Filed: August 3, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES COMPANY,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E & P COMPANY L.P.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *
NYCAL OFFSHORE DEVELOPMENT
CORPORATION,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant filed its Response to Plaintiffs' Proposed Findings of Uncontroverted Fact on October 21, 2004. In response to ¶ 17 of plaintiffs' August 31, 2004, Proposed Findings of Uncontroverted Fact, defendant alleges that, "as of September 24, 2004, Nuevo Energy Company is no longer the lessee for various Bonito Unit Leases. Plains Exploration and Production Company is the lessee of the portions of those leases that were previously owned by Nuevo." (Citations omitted). We hereby grant plaintiffs leave to reply to defendant's response with respect to this allegation only. Plaintiffs shall file their reply on or before Wednesday, August 17, 2005.

Pursuant to a district court order, the State of California must lodge with MMS its response to the agency's consistency determinations concerning the ten suspension requests presently at issue before this court on or before Friday, August 12, 2005. The parties are hereby ordered to file a joint status report detailing California's response on or before Monday, August 29, 2005.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge