# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

*****************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al*., | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al*., | |
| *Plaintiffs,*<br><br>v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PARAGRAPH 17 OF PLAINTIFFS' PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to the Court's August 3, 2005 Order, plaintiffs hereby reply to defendant's response to paragraph 17 of plaintiffs' proposed findings of uncontroverted fact. In that response, defendant stated in pertinent part:

> "[A]s of September 24, 2004, Nuevo Energy Company is no longer the lessee for various Bonito Unit Leases. Plains Exploration and Production Company is the lessee of the portions of those leases that were previously owned by Nuevo."

**Plaintiffs' Reply:** Plains Exploration & Production Company is now, and has been since August 5, 2004, the owner of all interests in the leases that are the subject of the above captioned litigation that were previously owned by Nuevo Energy Company, including but not limited to those leases that are in the Bonito Unit. Plaintiffs are submitting herewith the declaration to that effect of Gregg R. Maynard, to which is attached an August 12, 2004 letter from the Pacific OCS Region of the Minerals Management Service of the United States Department of the Interior, recognizing the merger of Nuevo Energy Company with and into Plains Exploration & Production Company, effective August 5, 2004.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove
E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568

Attorneys for All Plaintiffs in Nos. 02-30C and 04-1822C

August 11, 2005