# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

******************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

**DECLARATION OF GREGG R. MAYNARD**

Gregg R. Maynard declares and states as follows:

1. I am the Assistant General Counsel and Assistant Secretary of Plains Exploration & Production Company.

2. On or about August 12, 2004, the Pacific OCS Region of the Minerals Management Service of the United States Department of the Interior issued the attached letter recognizing the merger of Nuevo Energy Company with and into Plains Exploration & Production Company, effective August 5, 2004. As a result of that merger, Plains Exploration & Production Company is now the owner of all interests in the leases that are the subject of the above captioned litigation that were previously owned by Nuevo Energy Company.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 9, 2005

Gregg R. Maynard

# United States Department of the Interior

MINERALS MANAGEMENT SERVICE
Pacific OCS Region
770 Paseo Camarillo
Camarillo, California 93010-6064

7300

AUG 12 2004

Mr. Gregg R. Maynard
Assistant Secretary
Plains Exploration & Production Company
700 Milam, Suite 3100
Houston, TX 77002

Dear Mr. Maynard:

Thank you for your letter dated August 11, 2004, with which you submitted the following documents for the purpose of merging Nuevo Energy Company, with and into Plains Exploration & Production Company:

1. A certificate of the Assistant Secretary of Plains Exploration & Production Company evidencing the certificate from the Secretary of State of the State of Delaware merging Nuevo Energy Company with and into Plains Exploration & Production Company;

2. The following list of oil and gas leases;

OCS-P 0202
OCS-P 0203
OCS-P 0215
OCS-P 0216
OCS-P 0234
OCS-P 0240
OCS-P 0241
OCS-P 0296
OCS-P 0319
OCS-P 0320
OCS-P 0322
OCS-P 0323
OCS-P 0346
OCS-P 0397
OCS-P 0403
OCS-P 0415
OCS-P 0416
OCS-P 0421
OCS-P 0422
OCS-P 0427
OCS-P 0432
OCS-P 0433
OCS-P 0435
OCS-P 0437
OCS-P 0438
OCS-P 0440
OCS-P 0441
OCS-P 0443
OCS-P 0444
OCS-P 0445
OCS-P 0446
OCS-P 0449
OCS-P 0460
OCS-P 0464
OCS-P 0499
OCS-P 0500

TAKE PRIDE® IN AMERICA

3. **The Pipeline Rights-of Way OCS-P 0372, 0455 and 0545; and**

4. **The Right of Use and Easement OCS-P 0241 (Platform A to Shore Power Cable), are affected by the merger.**

**The merger of Nuevo Energy Company and Plains Exploration & Production Company is hereby recognized, effective August 5, 2004. Plains Exploration & Production Company qualification number L.A. 02702, is the surviving company. A copy of the qualification data is enclosed. If there are any questions, please contact the undersigned at (805) 389-7837.**

Elverlene Williams

**Elverlene Williams**
**Mineral Leasing Specialist**

**Enclosure**

Plains Exploration & Production Company
700 Milam, Suite 3100
Houston, TX 77002

L.A. 02702
Delaware Corporation

**Updated: 08/11/04**

Qualified in the POCS Region: **07/28/2004**

**Nuevo Energy Company merged with and into Plains Exploration & Production Company, effective August 5, 2004**

"RESOLVED, that the President, Chief Executive Officer, any Director and any Vice President of the Company is hereby individually empowered on behalf of the Company, in any matter relating to the acquisition of leases and/or rights-of-way on Federal lands or of other rights under the supervision of Federal authority, to agree upon the terms of and to execute and deliver any instrument or agreement, including any application, bid, lease, bond, assignment, relinquishment, abandonment, power of attorney (including the revocation thereof), and any other paper."

**Chairman of the Board, President & Chief Executive Officer**

James E. Flores

**Executive Vice Presidents**

Stephen A. Thorington
John F. Wombwell
Thomas M. Gladney
Robert E. Huguenard
C. Gregory Wagner

**Assistant Secretary**

Gregg R. Maynard