# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

*****************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,*<br><br>v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

**DECLARATION OF DAWN LANNIN**

Dawn Lannin declares and states as follows:

1. I am an attorney with TOTAL E&P USA, INC.

2. On or about September 28, 2004, the Pacific OCS Region of the Minerals Management Service of the United States Department of the Interior issued the attached letter recognizing the change of name of TotalFinaElf E&P USA, Inc. to TOTAL E&P USA, INC. As a result of that name change, TOTAL E&P USA, INC., is now the name of the owner of all interests in the leases that are the subject of the above captioned litigation that were previously owned in the name of TotalFinaElf E&P USA Inc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 9, 2005

Dawn Lannin

United States Department of the Interior

MINERALS MANAGEMENT SERVICE
Pacific OCS Region
770 Paseo Camarillo
Camarillo, California 93010-6064

RECEIVED
05 2004
TOTAL E&P USA, INC.
Legal Department

7300

SEP 28 2004

CHANGE-OF-NAME RECOGNIZED

TotalFinaElf E&P USA, Inc.

TO

TOTAL E&P USA, INC.

The following documents were filed in this office September 15, 2004, for the purpose of recognizing the change-of-name from Total FinaElf E&P USA, Inc. to TOTAL E&P USA, INC.

1. Certificate of Secretary of TOTAL E&P USA, INC. certifying that the Certificate of Amendment of Certificate of Incorporation filed in the Secretary of State of the State of Delaware on May 6, 2003, is a true and correct copy;

2. Certificate of the Secretary of State of the State of Delaware, certifying that TotalFinaElf E&P USA, Inc. changed its name to TOTAL E&P USA, INC. filed May 6, 2000;

3. Certificate of Amendment of Certificate of Incorporation of TotalFinaElf E&P USA, Inc. certifying that the name of the corporation is TOTAL E&P USA, INC., effective May 6, 2003;

4. Certificate of the Secretary of TOTAL E&P USA, INC. certifying the resolution of the Board of Directors of the corporation;

5. Certificate of the Secretary of TOTAL E&P USA, INC. certifying that the corporation is incorporated in the State of Delaware and it is authorized to hold oil and gas leases on the OCS;

6. An incumbency certificate certifying the authorized officials of TOTAL E&P USA, INC; and

7. A list of the Pacific OCS Region leases affected by the change of name.

The change of name is hereby recognized, effective May 6, 2003. TOTAL E&P USA, INC. will assume qualification file number L.A. 1500, previously assigned to TotalFinaElf E&P USA, Inc. A copy of the updated qualification data for TOTAL E&P USA, INC. is enclosed.

Elverlene Williams

Elverlene Williams
Mineral Leasing Specialist

Enclosure

TOTAL E&P USA, INC. **UPDATED: 09/24/2004** L.A. 1500
800 Gessner, Suite 700 Delaware Corporation
Houston, TX 77024-4284

BOND $300,000 St. Paul Fire & Marine Insurance Company Bond # 400HZ2895

Secretary's Certificate dated 1/9/90. Qualified in Pacific OCS 1/23/90. Name changed from Elf Exploration, Inc. to TotalFinaElf E&P USA, Inc. effective January 1, 2001.
E&P, Inc. merged with and into TotalFinaElf E&P USA, Inc. effective January 1, 2001. Elf Aquitaine Oil Programs, Inc. merged with and into TotalFinaElf E&P USA, Inc. effective January 15, 2001. Change of name from TotalFinaElf E&P USA, Inc. to TOTAL E&P USA, INC. effective May 6, 2003.

"VOTED: All of the officers of the Company, and each of them acting singly, be and are hereby authorized and empowered, in the name and on behalf of the Company, in any matter relating to Federal lands or minerals or other rights under the supervision of Federal authority, to agree upon the terms of and to execute and deliver, and the Company is hereby authorized to perform, any instrument or agreement, including any application, bid, lease, bond, assignment, right-of-way relinquishment, or other paper."

**President and Chief Executive Officer**

Rene Chappaz

**Vice Presidents**

Denis Francois
D.J. Mendelson
Jean Monnet
Gregory B. Moore
Thomas W. Ryan
Eric Wille

**Controller and Assistant Secretary**

John W. Powell

**Assistant Controller**

Kevin A. Drake

**Assistant Secretaries**

Dawn R. Lannin
Richard H. McPike
Annette J. Mitchell
Thomas W. Ryan