# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C & 05-249C (consolidated)
(Filed: August 15, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES COMPANY,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E & P COMPANY L.P.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *
NYCAL OFFSHORE DEVELOPMENT
CORPORATION,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiffs' Motion to Substitute Plains Exploration & Production Co. for Nuevo Energy Co., and to Reflect the Name Change of TotalFinaElf E&P USA, Inc. to Total E&P USA, Inc. was filed August 8, 2005. Responsive briefing shall occur on an expedited schedule. Defendant shall file its response to plaintiffs' motion on or before Wednesday, August 24, 2005. Plaintiffs, if they so choose, shall file a reply to defendant's response on or before Wednesday, August 31, 2005. The parties shall serve the court and each other with courtesy fax copies of their submissions.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge