IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Eric G. Bruggink)

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO SUBSTITUTE**

Pursuant to the Court's order dated August 15, 2005, defendant, the United States, respectfully responds to Plaintiffs' Motion to Substitute Plains Exploration & Production Co. for Nuevo Energy Co. and to Reflect the Name Change of TotalFinalElf E&P USA, Inc. to Total

E&P USA, Inc. We do not oppose plaintiffs' motion. Pursuant to the August 15 order, we are providing courtesy copies of this response to the Court and to counsel via facsimile.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/David M. Cohen
DAVID M. COHEN
Director

/s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-8640

August 24, 2005

Attorneys for Defendant