# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C & 05-249C (consolidated)
(Filed: August 29, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES COMPANY,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E & P COMPANY L.P.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *
NYCAL OFFSHORE DEVELOPMENT
CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Pending in case no. 02-30C is Plaintiffs' Motion to Substitute Plains Exploration & Production Co. for Nuevo Energy Co., and to Reflect the Name Change of TotalFinaElf E&P USA, Inc. to Total E&P USA, Inc. Defendant's response was filed August 24, 2005, stating that it does not oppose the motion. Accordingly, plaintiffs' motion is granted. The caption and any other relevant pleadings shall reflect these changes.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge