# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

******************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,*<br><br>v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

**PLAINTIFFS' AND DEFENDANT'S JOINT STATUS REPORT**

The Court's August 3, 2005 Order provided in pertinent part:

> Pursuant to a district court order, the State of California must lodge with MMS its response to the agency's consistency determinations concerning the ten suspension requests presently at issue before this court on or before Friday, August 12, 2005. The parties are hereby ordered to file a joint status report detailing California's response on or before Monday, August 29, 2005.

The parties' joint status report is as follows:

1. The California Coastal Commission met on Thursday, August 11, 2005, to consider MMS's consistency determinations with respect to the proposed lease suspensions. On Friday, August 12, 2005, the CCC sent a letter to the Minerals Management Service ("MMS") of the United States Department of the Interior, a copy of which is Attachment A hereto. In that August 12 letter, the CCC stated:

> After a public hearing held on August 11, 2005, the California Coastal Commission objected to the above-referenced consistency determinations concerning the proposed approval of lease suspensions for 36 undeveloped oil and gas leases in federal waters offshore California. The Commission found that the Minerals Management Service's ("MMS") consistency determinations and other submittals did not contain sufficient information to enable the Commission to determine whether the granting of the lease suspensions is consistent with the enforceable policies of the California Coastal Management Program ("CCMP").

The letter went on to state as follows:

> The basis for the Commission's decision on the consistency determinations is set forth in findings contained in four staff reports. The Commission staff sent two of the four staff reports to the MMS on July 22, 2005. The remaining two reports were sent to the MMS on July 29, 2005. A set of final, adopted findings that reflect certain technical changes the Commission made to the recommended findings in the staff report will be provided to the MMS in due course.

Copies of the four staff reports referenced in the CCC August 12, 2005 letter are Attachments B-E hereto.

2. The parties feel obliged to bring to the Court's attention an additional development with respect to the lawsuit leases. In a June 20, 2001 decision, Judge Wilken held that the lease suspensions had to be subjected to consistency review under the CZMA, and that MMS had failed adequately to explain under the National Environmental Policy Act, 42 U.S.C. § 4331 *et seq.*, why the extraordinary circumstances exceptions do not apply to the use of the categorical exclusion with respect to lease suspensions. *California v. Norton*, 150 F. Supp. 2d 1046, 1057 (N.D. Cal. 2001). In affirming that decision, the Ninth Circuit stated:

> The district court left open the possibility of requiring an Environmental Impact Statement if the United States fails to provide an adequate explanation. We affirm the decision of the district court with respect to the NEPA claim, and leave it to the district court to determine in due course what, if any, further NEPA documentation is required.

*California v. Norton,* 311 F.3d 1162, 1178 (9th Cir. 2002).

MMS subsequently announced that it would prepare environmental assessments (EAs) with respect to the proposed lease suspensions, and issued such EAs on February 11, 2005. Those EAs resulted in the issuance of findings of no significant impacts.

On or about March 9, 2005, several environmental groups filed suit challenging the adequacy of those EAs, arguing *inter alia* that MMS should be required to prepare Environmental Impact Statements than EAs. *League for Coastal Protection v. Norton*, No. 05-00991 (N.D. Cal.) The case was assigned to Judge Wilken.

Oral argument on the parties' cross motions for summary judgment was held on August 12, 2005. Judge Wilken subsequently issued a Minute Order, which is attached is Attachment F hereto. That Minute Order states:

> Motions taken under submission. EA will be remanded to DOI/MMS to conduct adequate NEPA analysis on lease suspension. Ruling will on motions will be dispositive; CMC [Case Management Conference] moot.

The Minute Order also indicates that the Court is preparing an Order, which the parties will submit to this Court upon filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

____________________________
Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

Steven J. Rosenbaum (TC)
E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in No. 05-249C

The Minute Order also indicates that the Court is preparing an Order, which the parties will submit to this Court upon filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in No. 05-249C