STATE OF CALIFORNIA—THE RESOURCES AGENCY
ARNOLD SCHWARZENEGGER, GOVERNOR

CALIFORNIA COASTAL COMMISSION
45 FREMONT, SUITE 2000
SAN FRANCISCO, CA 94105-2219
VOICE AND TDD (415) 904-5200
FAX (415) 904-5400

August 12, 2005

Ellen Aronson
Regional Manager
U.S. Department of the Interior
Minerals Management Service
Pacific Region
770 Paseo Camarillo
Camarillo, California 93010-6064

Subject: **Consistency Determinations CD-042-05, CD-043-05, CD-044-05, CD-045-05, CD-046-05, CD-047-05, CD-048-05, CD-049-05, CD-050-05, and CD-051-05.**

Dear Ms. Aronson:

After a public hearing held on August 11, 2005, the California Coastal Commission objected to the above-referenced consistency determinations concerning the proposed approval of lease suspensions for 36 undeveloped oil and gas leases in federal waters offshore California. The Commission found that the Minerals Management Service's ("MMS") consistency determinations and other submittals did not contain sufficient information to enable the Commission to determine whether the granting of the lease suspensions is consistent with the enforceable policies of the California Coastal Management Program ("CCMP"). The basis for the Commission's decision on the consistency determinations is set forth in findings contained in four staff reports. The Commission staff sent two of the four staff reports to the MMS on July 22, 2005. The remaining two reports were sent to the MMS on July 29, 2005. A set of final, adopted findings that reflect certain technical changes the Commission made to the recommended findings in the staff report will be provided to the MMS in due course.

The Coastal Zone Management Act regulations preclude the MMS from proceeding with the granting of the lease suspension requests despite the Commission's objection to the consistency determinations unless the MMS determines that the granting of the lease suspensions is fully consistent with the CCMP. Specifically, Section 930.43(d) of the CZMA regulations provides, in part, that:

> *...the Federal agency shall not proceed with the activity over a State agency's objection unless: ... (2) the Federal agency has concluded that its proposed action is fully consistent with the enforceable policies of the management program, though the State agency objects.*

In addition, Section 930.43(e) of the CZMA regulations require the MMS to inform the Commission of its decision to proceed with the granting of the lease suspensions over the Commission's objection. This section, provides, in part, that:

> *If a Federal agency decides to proceed with a Federal agency activity that is objected to by a State agency ... the Federal agency shall notify the State agency of its decision to proceed before the project commences.*

Please also see section C(a)(i) of Chapter 11 of the CCMP, which requires that a federal agency that "decides to go forward with the action [in the face of a Coastal Commission objection to such action]" to "set forth in detail the reasons for its decision."

If you have any questions or need addition information, please call me at 415/904-5205.

Sincerely,

Alison Dettmer

ALISON J. DETTMER
Manager
Energy and Ocean Resources Unit