**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LEAGUE FOR COASTAL PROTECTION,

Plaintiff,

v.

GALE NORTON,

Defendant.

NO. C 05-00991 CW

**MINUTE ORDER**
Date: 8/12/05

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill** **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Drew Caputo, David Newman, Linda Krop

**Appearances for Defendant:**
David Glazer

**Motions:**

| | | |
|---|---|---|
| Plaintiffs | Mo. for summary judgment | Under Submission |
| Defendant USA | Cross-mo. for summary judgment | Under Submission |

Further briefing due:
Order to be prepared by: Court

**Case Management Conference Held?:** Moot

Notes: Motions taken under submission. EA will be remanded to DOI/MMS to conduct adequate NEPA analysis on lease suspension. Ruling will on motions will be dispositive; CMC moot.

Copies to: Chambers