# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C & 05-249C (consolidated)
(Filed: September 2, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES COMPANY,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E & P COMPANY L.P.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *
NYCAL OFFSHORE DEVELOPMENT
CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Pending is defendant's August 31, 2005 motion for leave to file a supplemental brief pursuant to RCFC 15(d), setting forth two separate occurrences that have happened since the completion of briefing upon the pending dispositive cross-motions. The motion is granted. Plaintiffs may file a response, if they choose to do so, on or before September 20, 2005. No further briefing will be allowed absent order of the court.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge