ATTACHMENT 2

# United States Department of the Interior

OFFICE OF HEARINGS AND APPEALS
Hearings Division
139 East South Temple, Suite 600
Salt Lake City, Utah 84111
TELEPHONE (801) 524-5344
FAX: (801) 524-5539

July 1, 2005

## ORDER

| | | |
|---|---|---|
| SAMEDAN OIL CORPORATION, | : | IBLA 2000-142 |
| Appellant | : | Appeal from an August 13, 1999, decision of the Minerals Management Service terminating Lease OCS-P-0462. |
| v. | : | |
| MINERALS MANAGEMENT SERVICE, | : | |
| Respondent | : | |
| AERA ENERGY LLC, | : | IBLA 2000-144 |
| Appellant | : | Appeal from an August 13, 1999, decision of the Minerals Management Service terminating Lease OCS-P 420, 424 and 429. |
| v. | : | |
| MINERALS MANAGEMENT SERVICE, | : | |
| Respondent | : | |

Ruling Regarding Confidentiality Order

By Order dated May 10, 2005, I granted Appellants' motion that the hearing and hearing transcript and exhibits be deemed and kept confidential. On June 20, 2005, Respondent filed a document entitled "Motion to Clarify Scope of Confidentiality Order or in the Alternative for Relief from Order" in which it seeks a ruling that the May 10, 2005 Order does not apply to pages 1185-2000 of the transcript of the hearing. On June 27, 2005, Appellants filed a response in which it agrees that those pages need not be kept confidential and proposes that pages 1177-84 need not be kept confidential as well. Based upon the foregoing, I find that the May 10, 2005 Order does not apply to pages 1177-2000 of the transcript and therefore that those pages are not deemed, and need not be kept, confidential.

Harvey C. Sweitzer
Administrative Law Judge

See page 2 for distribution.

IBLA 2000-142, 2000-144

Distributed
<u>By Facsimile and First Class Mail</u>:

Steven J. Rosenbaum, Esq.
Thomas J. Cosgrove, Esq.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Fax: (202) 778-5568

Barry Crowell, Esq.
Rodney J. Vieira, Esq.
Geoffrey Heath, Esq.
Office of the Solicitor
Division of Mineral Resources
1849 C Street, NW, MS 6312
Washington, D.C. 20240
Fax: (202) 219-1789