# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

******************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br><br>v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

## DECLARATION OF KIRK A. MOORE

Kirk A. Moore declares and states as follows:

1. I am the Associate General Counsel of Noble Energy, Inc.

2. On or about October 3, 2005, the Pacific OCS Region of the Minerals Management Service of the United States Department of the Interior issued the attached letter recognizing the merger of Samedan Oil Corporation with and into Noble Energy, Inc. As a result of that merger, Noble Energy, Inc., is now the owner of all interests in the leases that are the subject of the above captioned litigation that were previously owned by Samedan Oil Corporation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 24, 2005

Kirk A. Moore

# United States Department of the Interior

MINERALS MANAGEMENT SERVICE
Pacific OCS Region
770 Paseo Camarillo
Camarillo, California 93010-6064

7300

RECEIVED
OCT 6 2005
LAND DIV. 6

OCT 3 2005

Ms. Alicia L. Caldwell, CPLTA
Land Coordinator
Noble Energy, Inc.
100 Glenborough Drive, Suite 100
Houston, TX 77067-3610

Dear Ms. Caldwell:

We received your letter of August 4, 2005, which you sent for the purpose of merging Samedan Oil Corporation with and into Noble Energy, Inc. in the Pacific OCS Region. The following originally executed documents were received and are in order:

1. Certificate of the Assistant Secretary of Noble Energy, Inc. certifying that the attached Secretary of State of the State of Delaware certificate of merger, merging Samedan Oil Corporation with and into Noble Energy, Inc. effective December 31, 2002;

2. Certificate of the Secretary of State of the State of Incorporation certifying the attached certificate of ownership and merger are true and correct copies and that the corporation is organized under the state of Delaware;

3. Certificate of the Assistant Secretary of Noble Energy, Inc. certifying that the corporation is authorized to hold mineral leases and/or pipeline rights-of-way on the OCS;

4. Incumbency certificate certifying the authorized officials of Noble Energy, Inc.;

5. Designation of Operators forms;

6. Certificate of the Assistant Secretary of Noble Energy, Inc. certifying the Resolution of the Board of Directors; and

7. A listing of all the leases in the Pacific OCS Region affected by this merger.

Noble Energy, Inc. is the surviving company with qualification number L.A. 02237. Please refer to this number in future correspondence with us. A copy of your corporate qualification data is enclosed. If we can be of any further assistance, please call me at (805) 389-7837.

Sincerely,

Elverlene Williams

Elverlene Williams
Mineral Leasing Specialist

Enclosure

Noble Energy, Inc.
100 Glenborough, Suite 100
Houston, TX 77067-3610

L.A. 2237
Delaware Corporation

Qualified in the POCS Region: **09/01/2000**

BOND: $1,000,000.00 of Safeco Insurance Company of America #6338058

Change of name recognized from Noble Affiliates, Inc. to Noble Energy, Inc., effective April 26, 2002. Samedan Oil Corporation (L.A. 0185) merged with and into Noble Energy, Inc. effective December 31, 2002.

**UPDATED: 10/03/05**

"RESOLVED, that the President and Chief Executive Officer, any Senior Vice President or Vice President and any Vice President of the Corporation are hereby individually and severally authorized and empowered in the name and on behalf of the Corporation to make, execute, authenticate, acknowledge and deliver any contract, agreement, release, relinquishment, assignment, lease, offer to lease, bid, application, conveyance, deed, transfer of real or personal property, right of way, easement, bond, tax return, tax election, proxy, power of attorney with full and general or limited authority, with power of substitution, or any other instrument similar or dissimilar to any of the preceding (including, without limitation, any such instrument pertaining to private lands, state lands or federal lands and, in the case of federal lands, regardless of whether such lands are administered by the Minerals Management Service, Bureau of Land Management, United States Geological Survey or any other department, agency or bureau of the United States) that such officer may deem necessary or proper in connection with the business of the Corporation, without further act or resolution of this Board of Directors, and the Secretary and any Assistant Secretary are hereby individually and severally authorized and empowered, but not directed, to affix the corporate seal to any such papers or documents and to attest the same in cases where such actions is necessary or appropriate."

**Chairman of the Board, President and Chief Executive Officer**

Charles D. Davidson

**Senior Vice President, Chief Financial Officer and Treasurer**

Chris Tong

**Senior Vice Presidents**

Alan R. Bullington
Robert K. Burleson
Susan M. Cunningham
W.A. Poillion, Jr.
David L. Stover

**Vice President, General Counsel and Secretary**

Arnold J. Johnson

**Assistant Secretary**

Kirk A. Moore

**Assistant Treasurer**

William R. McKown III