# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C & 05-249C (consolidated)
(Filed: October 28, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES COMPANY,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E & P COMPANY L.P.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *
NYCAL OFFSHORE DEVELOPMENT
CORPORATION,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending in case no. 02-30C is Plaintiffs' Motion to Substitute Noble Energy, Inc. for Samedan Oil Corporation. Defendant's response was filed October 28, 2005, stating that it does not oppose the motion. Accordingly, plaintiffs' motion is granted. The caption and any other relevant pleadings shall reflect these changes.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge