# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

****************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,*<br><br>v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| **************************************** | |

**PLAINTIFFS' UNOPPOSED MOTION TO REMOVE THE SEAL ON THE COURT'S NOVEMBER 15, 2005 OPINION AND TO RELEASE THAT OPINION TO THE PUBLIC**

The Court's November 15, 2005 Opinion was filed under seal. The Court directed that the parties submit a copy of the opinion containing stipulated redactions, which could be publicly released.

Plaintiffs have reviewed the opinion, and have concluded that no redactions are necessary. Plaintiffs accordingly move that the Court remove the seal and publicly release the opinion without redaction.

Counsel for Defendant United States, as well as counsel for Nycal Corporation (which has its own counsel), have authorized Plaintiffs' counsel to represent to the Court that the United States and Nycal Corporation do not object to Plaintiffs' motion or to the public release of the November 15, 2005 opinion without redaction.

November 17, 2005

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove
E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568

Attorneys for All Plaintiffs in Nos. 02-30C
and 04-1822C