# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

****************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* | |
| v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* | |
| v. | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| **************************************** | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 17, 2005 Opinion, the parties hereby stipulate that each plaintiff's share of damages with respect to the matters addressed in that Opinion is as set forth below, assuming the correctness of that Opinion:

| | |
|---|---|
| Aera Energy LLC | $689,038,851.81 |
| Amber Resources Company | $1,524,553.97 |
| Anadarko E&P Company LP | $22,556,217.37 |
| Delta Petroleum Corporation | $150,584,021.25 |
| Devon Energy Production Company, L.P. | $7,990,740.00 |
| Noble Energy, Inc. | $20,377,561.89 |
| Nycal Offshore Development Corporation | $880,610.56 |
| Ogle Petroleum Inc. | $3,761,193.28 |
| OLAC Resources, LLC | $15,395,562.54 |
| Plains Exploration & Production Co. | $83,359,128.08 |
| Poseidon Petroleum LLC | $33,619,065.60 |
| Total E&P USA, Inc. | $75,139,842.45 |

**United States' additional statement:**

The United States notes, however, that assuming the correctness of the Court's re-issued November 17, 2005 opinion,[1] each of the amounts listed above is to be reduced to account for all benefits received by the plaintiffs and their predecessors-in-interest throughout the performance of each of the leases rescinded by the Court's order, as well as all benefits that plaintiffs and their predecessors-in-interest have received as a result of their interests in the now-

[1] The United States respectfully disagrees with the whole of the Court's opinion, and expressly reserves its right to appeal the Court's holdings contained in that opinion following entry of final judgment.

rescinded leases. The amount of benefit chargeable to each plaintiff shall be established at trial, following discovery.

**Plaintiffs' response:**

This Court's November 17, 2005 Opinion contained a straightforward order, as follows:

> "Plaintiffs are entitled to the return of $1,104,227,348 in damages as restitution for the bonus payments made for the breached leases. The parties are directed to consult and file by December 20, 2005, a joint status report that stipulates to each plaintiff's share of damages on the assumption that this opinion is correct."

The Government has insisted on adding a paragraph to this joint status report ("The United States notes…") that is not responsive to the Court's Order. To the contrary, the paragraph directly challenges the correctness of the Court's opinion as to damages.

Furthermore, among other defects, the Government's efforts to challenge the Court's award represents a violation of the requirement that a Defendant must advance in response to a motion for summary judgment any facts and defenses it has to that motion. Plaintiffs in their motion sought summary judgment as to damages awarding them a specific sum, and the Government was accordingly obligated to advance any defenses and facts it had to that damages claim. It advanced several such defenses, which this Court soundly rejected. (Nov. 17, 2005 Opinion, at 37-42). It obviously may not add new defenses now.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

______________________________

Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

______________________________

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

______________________________

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in No. 05-249C

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in No. 05-249C

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

12/20/05

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in
No. 02-30C and No. 04-1822C

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in
No. 05-249C