# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: January 3, 2006)

* * * * * * * * * * * * * * * * * * * * * * 
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * 
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * 

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * 

ORDER

A telephonic status conference will be held Friday, January 20, 2006,

at 10:00 a.m. EST to discuss the discovery schedule. The call will originate from chambers.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge