# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: January 23, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held on Friday, January 20, 2006 at 10 am EST. The following was decided:

1. All fact discovery, other than that related to expectancy damages, any offset of damages due to payment to predecessor parties, and profitability of the leases, is to be completed on or before August 31, 2006.

2. A follow-up telephonic status conference will be scheduled for mid-April 2006, to discuss the parties' progress on the discovery schedule. The call will originate from chambers.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge