# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: January 23, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's January 19, 2006 motion for reconsideration of the court's rescission of Lease OCS P-0452 (see court's opinion of November 15, 2005, reissued November 17, 2005). On or before February 21, 2006, plaintiffs shall file

a response to defendant's motion for reconsideration. On or before March 2, 2006, defendant shall file its reply.

It is SO ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge