# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,*<br><br>v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

**DECLARATION OF ROBERT W. MANNON**

Robert W. Mannon declares and states as follows:

**I. Personal and Professional Background.**

1. I am a petroleum engineer with approximately fifty-five years of oil industry experience, with twenty-nine years of that experience involving oil and gas offshore California. I received my Bachelor of Science degree in petroleum engineering from Stanford University, and a Masters and Ph.D. in petroleum engineering from the University of Southern California in 1971. I subsequently taught at the University of Southern California, was an Associate Professor at the Montana College of Mineral Science and Technology, and headed the Department of Petroleum Engineering at the University of Louisiana, Lafayette. I am a Registered Engineer, and a member of the Society of Petroleum Engineers, the American Association of Petroleum Geologists, and the Society of Petroleum Evaluation Engineers. I reside and work in Santa Barbara, California.

2. I worked as an engineer in the Arabian Gulf for Buttes Gas & Oil during the early to mid-1970s, and then served as the manager of international drilling operations for Allied Chemical until 1977. In 1977, I came to work in California with Ogle Petroleum Corp. and the consulting group Dodson & Associates (of which I was a vice president). Sixty-five to seventy percent of my work with Ogle and Dodson involved offshore operations.

3. In 1983, I formed Mannon Associates Inc., which specializes in reservoir engineering, the estimation of oil and gas reserves, and the economic analysis of petroleum projects. I have served as a consultant to over one hundred oil companies, and have conducted extensive studies of California offshore "Monterey Formation" and "Sisquoc Formation" reservoirs. The Monterey and Sisquoc Formations are the geological layers of rock that contain the oil and gas reservoirs on Leases OCS-P 0451, 0452 and 0453, which I will be addressing in this declaration. I have previously analyzed over a hundred oil and gas reservoirs, many of

which are in the vicinity of the leases at issue. These include the oil and gas reservoirs in the Pt. Pedernales, Pt. Arguello, Santa Maria, Santa Ynez, South Ellwood, and Rocky Point Units, all of which are on the California OCS or adjacent state waters.

4. I have become personally familiar with Leases OCS-P 0451, 0452, and 0453 based upon my prior review and evaluation of those leases and the additional review and evaluation I performed for purposes of preparing this declaration. This additional review included well data from wells recently drilled on Lease OCS-P 0451, and resulting geological reinterpretations.

5. I make this declaration based on my personal knowledge and expert analysis.

6. The current configuration of the Rocky Point Unit and the adjacent Point Arguello Unit are depicted on the map below. As indicated on this map, there are three platforms on the Pt. Arguello Unit from which production wells have been drilled and are currently producing.



**II. The Formation of Oil and Gas Accumulations.**

7. As a result of natural buoyancy, oil and gas will typically migrate to a high point through permeable rock. Given their relative natural buoyancy and density, water will accumulate on the bottom, oil in the middle and gas on top. The migrating oil or gas must be stopped or "trapped" by impermeable rock (also known as "cap rock") in order for a hydrocarbon accumulation to be formed. Otherwise, the oil simply leaks into the ocean as an "oil seep."

8. There are three significant trapping mechanisms that give rise to the accumulation of oil and gas reservoirs. First, there are **fault traps**. Geological pressures from tectonic forces (the movement of the earth's crustal plates) cause these faults to move, or slip, placing impermeable rock next to permeable rock and thus creating a trap. This halts migration and allows oil to accumulate. The second trapping mechanism is typically called **anticline traps**. These are large folds in the structure, caused by upward tectonic pressures in the earth's crust. When the rock formation above the anticlinal fold is impermeable, the anticline trap forms a "four way" closure in which oil accumulates. The third is a **stratigraphic trap**, where changes in the character and permeability of the reservoir rock itself prevent further migration of the oil.

9. There are three distinct oil and gas accumulations, or pools, underlying Lease OCS-P 0452 in whole or in part. These oil and gas accumulations are separate and are not in communication with one another, meaning that oil and gas will not flow from one pool to the other. One pool, the Jalama Field, underlies parts of Lease OCS-P 0452 and Lease OCS-P 0453 to the east. A second pool, the Southeastern Rocky Point pool, is located entirely on Lease OCS-P 0452. The third pool, the Northeastern Rocky Point pool, underlies parts of Lease OCS-P 0451 and Lease OCS-P 0452 to the east.

10. A significant sealing fault extends diagonally northwest to southeast across the boundary of Leases OCS-P 0451 and 0452. This fault prevents the flow of oil across the fault from one side to the other. Thus, oil accumulations on the east side of the fault will not flow west toward Lease OCS-P 0451. A depiction of the sealing fault located is below:




11. As part of my analysis, I have estimated the volume of recoverable reserves underlying Lease OCS-P 0452. In estimating these reserves, I first determined the size of the oil-bearing structures underlying the Lease. I determined this size by utilizing structural contour maps created from seismic and well data. Using those maps, I measured the distance from the top of the producing zone down to the oil-water contact. That distance varies within each pool based on the structural configuration of the top of the producing zone. The depth of the oil-water contact is critical in estimating the size of reserves because, given that oil floats on top of water, the oil in a formation will sit above the oil-water contact. Data on the oil-water contact for each pool was obtained from exploratory wells drilled on Lease OCS-P 0452 and both exploratory and producing wells on Lease OCS-P 0451.

12. After estimating the depth of the oil-water contact and thus the thickness of the oil-bearing formation, I calculated the *reservoir volume* by multiplying the aerial extent of the reservoir (the total estimated acreage of the reservoir) by the average formation thickness (the thickness of the layers of rock containing the oil and gas accumulation).

13. I next applied a *recovery factor*. A recovery factor is an estimate of the barrels of oil per acre-feet of reservoir that can actually be recovered. I determined a separate recovery factor for each segment within a pool, with each segment demarcated by major fault lines on two sides and seismic cross section lines on the other two sides, thus creating a roughly-rectangular segment of the reservoir. The recovery factor for each segment was based on a quality index, which was based in turn on the degree of flexure of the formation bedding, the spacing between the faults, and the thickness of productive section above the oil-water contact.

14. Applying these factors, I established that the average recovery factor would be 51 barrels per acre foot for the Northeastern Pool, with a range from 30 to 87 barrels per acre foot. For the Southeastern Pool and the Jalama Pool I used average recovery factors of 66 barrels per acre foot and 151 barrels per acre foot respectively.

15. Applying these recovery factors to each reservoir volume segment, I determined that the reserves on Lease OCS-P 0452 are as follows:

| | |
|---|---|
| **Northeastern Pool** | **18.057 million barrels** |
| **Southeastern Pool** | **2.079 million barrels** |
| **Jalama Pool** | **7.959 million barrels** |
| **Total Reserves, Lease OCS-P 0452** | **28.059 million barrels** |

## III. Drainage.

16. I have also examined the extent to which the recoverable reserves on Lease OCS-P 0452 have been or could be drained and produced by the three existing production

wells and one additional planned production well on the east half of Lease OCS-P 0451. The three wells that have been drilled are numbered 12, 13 and 14, and the well still to be drilled will be numbered 15. (Wells numbers 1 through 11 were drilled from Platform Hidalgo to other locations in the Point Arguello unit, and approximately 40 additional wells have been drilled on the Point Arguello Unit from Platforms Hermosa and Harvest.)

17. First, I have determined that there is no possibility of drainage with respect to the Jalama Field or the Southeastern Field. Those fields do not extend onto Lease OCS-P 0451, and therefore are not susceptible to drainage by wells on that Lease.

18. With respect to the Northeastern Field, the potential for drainage is severely limited by three factors. *First*, as noted, a significant sealing fault extends diagonally northwest to southeast across the boundary of the OCS-P 0451 and 0452 leases, preventing any drainage across that fault by wells to the west of that fault. As shown by the map below that accompanies paragraph 20, all of the wells drilled and to be drilled on Lease OCS-P 0451 are in fact to the west of the sealing fault, such that none of the oil on Lease OCS-P 0452 to the east of that fault could be drained by any of those wells.

19. *Second*, the manner in which the four wells have been or will be completed is not conducive to drainage from Lease OCS-P 0452. Each of these wells has been or will be drilled from Platform Hidalgo, which is located on Lease OCS-P 0450, to the west of Lease OCS-P 0451. (*See* the map above under paragraph 6). As shown in the map below that accompanies paragraph 20, these are “extended reach” wells each of which will traverse the width of Lease OCS-P 0451, for roughly three miles. None of the four wells will penetrate onto lawsuit Lease OCS-P 0452. The four wells have been or will be drilled in a diagonal, high angled fashion from Platform Hidalgo.

20. As shown on the map below, each of the four wells has been or will be perforated over extended segments of the well course opposite the productive zones of the reservoir. These perforations in the well casing allow fluids (oil, water, and minor amounts of gas) to enter the well bore and be carried to the surface. Specifically, well 12 has been perforated over an 800 foot interval; well 13 over a 1700 foot interval; well 14 over a 2900 foot interval; and well 15 will be perforated over a 2900 foot interval. This means that in the case of each well, due to the geometry of high angle wells, large portions of the productive intervals of the wells are at great distances from the Lease OCS-P 0452 boundary:




21. *Third*, it has been long been known that the movement of oil in the Monterey reservoirs to the well is almost entirely if not entirely through the primary fracture

system, and that this system consists of a series of parallel naturally occurring fractures that are aligned at right angles to the major fault system. Because the major fault system in the Rocky Point Field extends northwest to southeast, the well courses, except for Well 12, have been set forth in the same direction, so that the wells intersect these major fractures at right angles. This arrangement ensures that each well will intersect a maximum number of fractures in its course through the productive zones of the Monterey Formation. Any fluid flow from Lease OCS-P 0452 to any of the four wells is restricted to movement in a northeast to southwest direction along the line of the fractures, and is cut off by the sealing fault. Consequently, only a very limited area of Lease OCS-P 0452 is susceptible to drainage by the OCS-P 0451 wells, as depicted by the following diagram.



22. Specific information as to each well is as follows:

23. **Well 12.** Well 12 was drilled beginning in June 2004 and completed in October 2004, with production beginning in October 2004. At its closest point, the well is 700 feet from the Lease OCS-P 0452 boundary. The top of the perforations is approximately 1500 feet from that boundary. Given the distance of the well from the lease boundary, the fracture orientation, the location of the sealing fault, and the perforated zones, I would not anticipate any drainage from Lease OCS-P 0452. I have estimated that total production from that well will be approximately 2.2 million barrels.

24. **Well 13.** Well 13 was originally drilled beginning on October 2004, and completed in January 2005, with production starting that month and continuing through November 2005 when it was shut in due to excessive water production after producing 160,528 barrels of oil. At its closest point, that original well was 1850 feet from the Lease OCS-P 0452 boundary. Given the distance of the well from the lease boundary, the fracture orientation, the location of the sealing fault, and the perforated zones, I would not anticipate that any drainage occurred from Lease OCS-P 0452. Well 13 was subsequently re-drilled to a different location commencing in December 2005, and completed in January 2006, with production commencing that month. The bottom of that well is 55 feet from the Lease OCS-P 0452 boundary. I have estimated that total production from that well will be approximately 3.6 million barrels. Given the distance of the well from the lease boundary, the fracture orientation, the location of the sealing fault, and the perforated zones, I would anticipate 85,000 barrels will be drained from Lease OCS-P 0452 by Wells 13, 14 and 15 combined.

25. **Well 14.** Well 14 was originally drilled beginning on February 2005, and completed in June 2005. However, this well was a failure, as it produced too much water to be

economical. The well was then re-drilled commencing in July 2005, and completed in October 2005, with production commencing in November 2005. The closest portion of the well is 500 feet from the Lease OCS-P 0452 boundary. I have estimated that total production from that well will be approximately 3.3 million barrels. Given the distance of the well from the lease boundary, the fracture orientation, the location of the sealing fault, and the perforated zones, I would anticipate that any drainage will be minimal, and I have included any such drainage as part of the 85,000 barrels that will be drained from Lease OCS-P 0452 by Wells 13, 14 and 15 combined.

26. **Well 15.** Well 15 has not yet been drilled, but it is anticipated that drilling will commence in March 2006, with an estimated completion date of June 2006. At its closest point, that well will be 515 feet from the Lease OCS-P 0452 boundary. I have estimated that total production from that well will be approximately 3.5 million barrels. Given the distance of the well from the lease boundary, the fracture orientation, the location of the sealing fault, and the perforated zones, I would anticipate 85,000 barrels will be drained from Lease OCS-P 0452 by Wells 13, 14 and 15 combined.

27. As the foregoing discussion reveals, as of November 15, 2005, there had been no drainage from Lease OCS-P 0452 by any of the wells on the east half of Lease OCS-P 0451. As discussed above:

- **Well 12.** There will never be any drainage from Well 12.
- **Well 13.** There was not any drainage from the original Well 13, and production from the re-drilled Well 13 did not begin until January 2006.

- **Well 14**. Production from Well 14 did not begin until November 2005, and any drainage that will ever take place from that well will not occur until long after November 2005.
- **Well 15.** Well 15 had not yet been drilled.

I declare under penalty of perjury that the foregoing is true to the best on my knowledge and belief.

2/17/06
Date

Robert W. Mannon
Dr. Robert W. Mannon