# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br><br>v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

**JOINT MOTION TO EXTEND PROTECTIVE ORDER**

The parties to the above-captioned consolidated cases hereby jointly move the Court for an Order extending the terms of the Protective Order entered in Case No. 02-30C on March 10, 2003, to include the other two consolidated Cases, Nos. 04-1822C and 05-249C, with the effect that all Protected Information produced or disclosed in those cases will also be subject to the terms of that Order.

| | |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General<br><br>__________________<br>DAVID M. COHEN<br>Director<br><br>__________________<br>PATRICIA M. McCARTHY<br>Assistant Director<br><br>STEPHEN C. TOSINI<br>ALLISON KIDD-MILLER<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>1100 L Street, N.W.<br>Attn: Classification Unit<br>8th Floor<br>Washington, D.C. 20530<br>Tel. (202) 307-0164<br>Fax (202) 514-8640<br><br>Counsel for Defendant | Respectfully submitted,<br><br>__________________<br>E. Edward Bruce<br>Steven J. Rosenbaum<br>*Counsel of Record*<br>Thomas J. Cosgrove<br>COVINGTON & BURLING<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2401<br>Tel. (202) 662-5568<br>Fax. (202) 778-5568<br><br>Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C<br><br>__________________<br>Jeffrey D. Antonson<br>(Attorney of Record)<br>Robert J. Garrey<br>(of counsel)<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>(214) 953-6000<br>Telecopier - (214) 953-5822<br><br>Counsel for Plaintiff in No. 05-249C |

IT IS SO ORDERED.

__________________________ __________________
Judge, Court of Federal Claims Date

The parties to the above-captioned consolidated cases hereby jointly move the Court for an Order extending the terms of the Protective Order entered in Case No. 02-30C on March 10, 2003, to include the other two consolidated Cases, Nos. 04-1822C and 05-249C, with the effect that all Protected Information produced or disclosed in those cases will also be subject to the terms of that Order.

| | |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General<br><br>DAVID M. COHEN<br>Director<br><br>PATRICIA M. McCARTHY<br>Assistant Director<br><br>STEPHEN C. TOSINI<br>ALLISON KIDD-MILLER<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>1100 L Street, N.W.<br>Attn: Classification Unit<br>8th Floor<br>Washington, D.C. 20530<br>Tel. (202) 307-0164<br>Fax (202) 514-8640<br><br>Counsel for Defendant | Respectfully submitted,<br><br>E. Edward Bruce<br>Steven J. Rosenbaum<br>*Counsel of Record*<br>Thomas J. Cosgrove<br>COVINGTON & BURLING<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2401<br>Tel. (202) 662-5568<br>Fax. (202) 778-5568<br><br>Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C<br><br>Jeffrey D. Antonson<br>(Attorney of Record)<br>Robert J. Garrey<br>(of counsel)<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>(214) 953-6000<br>Telecopier - (214) 953-5822<br><br>Counsel for Plaintiff in No. 05-249C |

IT IS SO ORDERED.

Judge, Court of Federal Claims

Date

The parties to the above-captioned consolidated cases hereby jointly move the Court for an Order extending the terms of the Protective Order entered in Case No. 02-30C on March 10, 2003, to include the other two consolidated Cases, Nos. 04-1822C and 05-249C, with the effect that all Protected Information produced or disclosed in those cases will also be subject to the terms of that Order.

| | |
|---|---|
| PETER D. KEISLER<br>Assistant Attorney General<br><br>____________________<br>DAVID M. COHEN<br>Director<br><br>____________________<br>PATRICIA M. McCARTHY<br>Assistant Director<br><br>STEPHEN C. TOSINI<br>ALLISON KIDD-MILLER<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>1100 L Street, N.W.<br>Attn: Classification Unit<br>8th Floor<br>Washington, D.C. 20530<br>Tel. (202) 307-0164<br>Fax (202) 514-8640<br><br>Counsel for Defendant | Respectfully submitted,<br><br>____________________<br>E. Edward Bruce<br>Steven J. Rosenbaum<br>*Counsel of Record*<br>Thomas J. Cosgrove<br>COVINGTON & BURLING<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2401<br>Tel. (202) 662-5568<br>Fax. (202) 778-5568<br><br>Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C<br><br>____________________<br>Jeffrey D. Antonson<br>(Attorney of Record)<br>Robert J. Garrey<br>(of counsel)<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>(214) 953-6000<br>Telecopier - (214) 953-5822<br><br>Counsel for Plaintiff in No. 05-249C |

IT IS SO ORDERED.

____________________________ ____________________
Judge, Court of Federal Claims Date