# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: February 22, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' February 21, 2006 Joint Motion to Extend Protective Order. The parties jointly move the court for an order extending the terms of the Protective Order entered in Case No. 02-30C on March 11, 2003, to include the other

two consolidated Cases, Nos. 04-1822C and 05-249C, with the effect that all Protected Information produced or disclosed in those cases will also be subject to the terms of that order. For good cause shown, the motion is granted in accordance with the parties' motion.

It is SO ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge