# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: March 7, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on defendant's January 19, 2006 motion for reconsideration of the court's rescission of Lease OCS P-0452 (see court's opinion of November 15, 2005, reissued November 17, 2005) will be heard from the courtroom on Thursday,

March 30, 2006, at 10:00 a.m. EST, in the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for both parties shall appear in person. Counsel for Nycal Offshore Development Corporation is not required to appear. Should he wish to appear, he is directed to contact chambers at 202-357-6524.

It is SO ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge+