# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| **************************************** | |

## PLAINTIFFS' AND DEFENDANT'S STIPULATED FACTS

Plaintiffs and Defendant stipulate to the following facts only for the purpose of briefing the motion for partial summary judgment to be filed with respect to the Seventh and Eighth Affirmative Defenses asserted by defendant in its Answers to the First Amended Complaint filed in Case No. 02-30C; the Complaint filed in Case No. 04-1822C; and the Complaint filed in Case No. 05-249C.

**A. Certain Transactions Involving Leases OCS-P 0427 and 0432.**

1. On or about July 1, 1981, the United States of America issued Leases OCS P-0427 and P-0432 to Ogle Petroleum, Inc. ("Ogle"); Coquina Oil Corporation ("Coquina"); Ladd Petroleum Corporation ("Ladd"); Texas Eastern Exploration Company ("Texas Eastern"); Weeks Exploration Company ("Weeks"); and Reading & Bates Petroleum Co. ("Reading & Bates"). These lessees' respective interests in Lease OCS-P 0427 were: Ogle (23.611%); Coquina (18.889%); Ladd (18.056%); Texas Eastern (18.889%); Weeks (9.444%); and Reading and Bates (11.111%). These lessees' respective interests in Lease OCS-P 0432 were: Ogle (23.857%); Coquina (19.086%); Ladd (18.244%); Texas Eastern (19.086%); Weeks (8.5%); and Reading and Bates (11.227%). The lease bonuses paid collectively by these lessees to the United States were: $13,956,500.00 for Lease OCS-P 0427; and $12,679,300.00 for Lease OCS-P 0432.

2. On or about July 30, 1981, Pennzoil Oil & Gas, Inc. ("Pennzoil") purchased from Ogle, Coquina, Weeks, and Reading & Bates an undivided 30% interest in Leases OCS-P 0427 and 0432. Pennzoil acquired this undivided 30% interest by acquiring the following interests in both Lease OCS-P 0427 and Lease OCS-P 0432 from the following lessees: Ogle (12%); Coquina (9%); Weeks (4%); and Reading & Bates (5%). Pennzoil paid Ogle, Coquina, Weeks, and Reading & Bates collectively $6,280,425.00 to acquire its undivided 30% interest in Lease OCS-P 0427. Pennzoil paid Ogle, Coquina, Weeks, and Reading & Bates collectively $5,705,685.00 to acquire its undivided 30% interest in Lease OCS-P 0432.

3. Pennzoil's undivided 30% interest in Leases OCS-P 0427 and 0432 were subsequently conveyed successively to Pennzoil Producing Company; Pennzoil Company; Pennzoil Exploration and Producing Company; and PennzEnergy Exploration and Production, L.L.C. PennzEnergy Exploration and Production, L.L.C. was subsequently renamed Devon Energy Production Company, L.P. Devon Energy Production Company, L.P. is one of the plaintiffs in the above-captioned lawsuit and now owns the undivided 30% interest in Leases OCS-P 0427 and 0432 that had been acquired by Pennzoil from Ogle, Coquina, Weeks, and Reading & Bates.

**B. Certain Transactions Involving Leases OCS-P 0396, 0397, 0402, 0403, 0408 and 0414.**

4. On or about July 1, 1981, the United States of America issued Leases OCS-P 0396, 0397, 0402, 0403, and 0408 to Chevron U.S.A., Inc ("Chevron") and Phillips Petroleum Company ("Phillips"). Chevron and Phillips each obtained an undivided 50% interest in Leases OCS-P 0396, 0397, 0402, 0403, and 0408. On or about July 1, 1981, the United States of America also issued Lease OCS-P 0414 to Chevron, with Chevron obtaining an undivided 100% interest in Lease OCS-P 0414. The lease bonuses paid collectively by Chevron and Phillips to the United States were: $163,251,600.00 for Lease OCS-P 0396; $42,101,660.00 for Lease OCS-P 0397; $133,511,600.00 for Lease OCS-P 0402; $32,510,600.00 for Lease OCS-P 0403; $51,565,000.00 for Lease OCS-P 0408; and $300,100.00 for Lease OCS-P 0414.

5. Some or all of Chevron and/or Phillip's interests in Leases OCS-P 0396, 0397, 0402, 0403, 0408 and 0414 were subsequently conveyed to Shell Western E&P Inc. On or about December 22, 1989, Shell Western E&P Inc. sold to Norcen Explorer, Inc. ("Norcen") an undivided 3.5% interest in Leases OCS-P 0396, 0402, the west half of 0403, 0408, and the east half of 0414; and an undivided 1.75% interest in Leases OCS-P 0397 and the east half of 0403.

Norcen paid $5,000,000.00 to acquire these interests. By virtue of stock transactions Norcen was acquired by Union Pacific Resources Company which through merger and several name changes became known as Anadarko E&P Company LP. Anadarko E&P Company LP is one of the plaintiffs in the above-captioned lawsuit and now owns the undivided 3.5% interest in Leases OCS-P 0396, 0402, the west half of 0403, 0408, and the east half of 0414; and the undivided 1.75% interest in Leases OCS-P 0397 and the east half of 0403; that had been acquired by Norcen from Shell Western E&P Inc.

**C. Certain Transactions Involving Lease OCS-P 0322.**

6. On or about September 1, 1979, the United States of America issued Lease OCS-P 0322, in the following percentages to: Conoco Inc., formerly Continental Oil Company (43.719%); Ogle Petroleum Inc. ("Ogle") (7.651%); Freeport Petroleum Company (20.0%); Texas Eastern Exploration Co. ("Texas Eastern") (12.144%); Weeks Petroleum Corporation (5.556%); and American Petrofina Company of Texas (10.930%), for a total bonus payment of $3,215,700.

7. On or about September 24, 1982, Samedan Oil Corp. ("Samedan") purchased from Ogle an undivided 4.8255% interest in Lease OCS-P0322.

8. On or about January 31, 1984, Samedan purchased from Ogle an undivided 1.20635% interest in Lease OCS-P0322.

9. On or about January 18, 1985, Samedan purchased from Weeks an undivided 0.57008% interest in Lease OCS-P0322.

10. On or about January 18, 1985, Samedan purchased from McMoRan Freeport Petroleum Company ("McMoRan") an undivided 1.8469% interest in Lease OCS-P0322.

11. On or about March 1, 1987, Samedan purchased from Texas Eastern an undivided 17.01012% interest in Lease OCS-P0322.

12. On or about February 1, 1989, Ogle purchased from Norfolk Resources Inc. ("Norfolk") an undivided 0.882264% interest in Lease OCS-P0319, an undivided 0.9795375% interest in Lease OCS-P0320, an undivided 0.81973% interest in Lease OCS-P0322, and an undivided 0.81973% interest in the northwest quarter and the northwest quarter of the southwest quarter of Lease OCS-P0323 for a total purchase price of $50,000.00.

13.. On or about February 1, 1989, Amber Resources Co. purchased from Norfolk an undivided 0.882264% interest in Lease OCS-P0319, an undivided 0.9795375% interest in Lease OCS-P0320, an undivided 0.81973% interest in Lease OCS-P0322, and an undivided 0.81973% interest in the northwest quarter and the northwest quarter of the southwest quarter of Lease OCS-P0323 for a total purchase price of $50,000.00.

14. On or about December 20, 1989, pursuant to a preexisting agreement, Samedan transferred to New England Energy Inc., an undivided 12.729% interest in Lease OCS-P0322.

15. On or about December 21, 1989, Ogle purchased from New England Energy an undivided 0.63647% interest in Lease OCS-P0322.

16. On or about December 21, 1989, OLAC Resources, LLC ("OLAC") purchased from New England Energy interests in 19 leases, 16 of which are lawsuit leases and three of which are not. Included in the purchase was an undivided 12.093% interest in Lease OCS-P0322. The agreement did not allocate the total purchase price to individual leases. The parties stipulate that if one allocates the total purchase price to individual leases based on the ratio of the acreage of each lease to the total acreage of all leases covered by the transaction, the purchase price for the interest purchased in Lease OCS-P 0322 is $262,733.00. However, the

plaintiffs do not stipulate as to the appropriateness of using this method to determine the purchase price paid for the interest purchased in Lease OCS-P 0322.

17. On or about December 19, 1996, Delta Petroleum Corp. ("Delta") purchased from SOCO Offshore, Inc. an undivided 2.02463% interest in Lease OCS-P0322, an undivided 2.41934% interest in Lease OCS-P 0320, and an undivided 2.02463% interest in the Northwest quarter and the northwest quarter of the southwest quarter of Lease OCS-P 0323. Delta's purchase was not in cash, but in stock, and booked at $173,250.00, representing 50% of the market price of the stock because the stock was restricted.

18. In 1996, Nuevo Energy Co. ("Nuevo") acquired an undivided 8.89476% interest in Lease OCS-P0322 from Torch California Company and related entities. This acquisition was part of a larger acquisition involving numerous other properties, and $8,250,000 of the purchase price was allocated to the non-producing properties that were included in the transaction, including Lease OCS-P 0322.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822
Counsel for Plaintiff in No. 05-249C

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
DAVID M. COHEN
Director

Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822
Counsel for Plaintiff in No. 05-249C

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822
Counsel for Plaintiff in
No. 05-249C