IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBER RESOURCES COMPANY., et al., Plaintiffs, THE UNITED STATES, Defendant. | |
| ANADARKO E&P COMPANY, L.P., et al., Plaintiffs, v. THE UNITED STATES, Defendant. | Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Eric G. Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | |

**DEFENDANT'S MOTION FOR ENTRY OF SCHEDULING ORDER PERTAINING TO DEFENDANT'S MOTION FOR RECONSIDERATION REGARDING LEASE OCS-P 0452**

Pursuant to the Court's direction following oral argument held on March 30, 2006, defendant, the United States, respectfully submits the following proposed schedule regarding its January 19, 2006 motion for reconsideration of the Court's rescission of Lease OCS-P 0452. We

have conferred with counsel for all plaintiffs in these consolidated actions, and counsel have advised us that all plaintiffs consent to the following proposed schedule:

1. In addition to the discovery contemplated by the Court's order of January 23, 2006, and subject to any claims of privilege, the parties may conduct discovery regarding the extent and effect of potential drainage of Lease OCS-P 0452 due to the activities of owners and/or operators of Lease OCS-P 0451, according to the following schedule:

a. On or before April 30, 2006, plaintiffs shall produce to the United States all documents reflecting, in whole or in part, any arrangements, understandings, or agreements between or among plaintiff Delta Petroleum Corporation, any other lease owner, and/or any unit operator related to the actual or potential drainage of oil underlying Lease OCS-P 0452 via drilling upon Lease OCS-P 0451.

b. On or before April 30, 2006, plaintiff Delta Petroleum Corporation shall produce to the United States all documents upon which Robert W. Mannon relied in forming the opinions expressed in his February 17, 2006 declaration.

c. On or before April 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation all reserve estimates and drainage estimates described in paragraph 8 of the January 19, 2006 Declaration of Drew Mayerson and any MMS reserve estimates for the Jalama Field, and the documents upon which the Minerals Management Service relied in determining any of those estimates.

d. On or before July 31, 2006, plaintiff Delta Petroleum Corporation and the United States may conduct depositions regarding the subjects described in subparagraphs 1(a) through (c).

e. On or before June 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation any reserve estimates or drainage estimates not previously produced upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below, and the documents relied upon in determining those estimates.

f. On or before July 31, 2006, Plaintiff Delta Petroleum Corporation may conduct depositions regarding the materials set forth in subparagraphs 1(e).

g. On or before August 15, 2006, Delta Petroleum Corporation shall produce to the United States any analysis upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below that is responsive to the materials set forth in subparagraph 1 (e), and the documents relied upon in performing such analysis.

h. On or before September 8, 2006, the United States may conduct depositions regarding the materials set forth in subparagraph 1(g).

2. The United States shall file a supplemental brief regarding the pending motion for reconsideration by September 22, 2006. Plaintiff Delta Petroleum Corporation shall file a brief in response to the Government's supplemental brief by October 6, 2006. The United States may file a reply brief by October 17, 2006.

For these reasons, we respectfully request that the Court enter a scheduling order consistent with the proposed schedule set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

ALLISON KIDD-MILLER
GREGG M. SCHWIND
STEPHEN C. TOSINI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-7969

April 13, 2006

Attorneys for Defendant