# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: April 20, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's April 13, 2006 motion for entry of a scheduling order pertaining to defendant's January 19, 2006 motion for reconsideration regarding

Lease OCS-P 0452. The court adopts the schedule set out in defendant's motion. In addition, the following is ORDERED:

On or before September 22, 2006, the United States shall file a supplemental brief regarding the pending motion for reconsideration. On or before October 6, 2006, plaintiff Delta Petroleum Corporation shall file a response brief. The United States may file a reply brief by October 17, 2006.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge