# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

**DECLARATION OF STEVEN J. ROSENBAUM**

Steven J. Rosenbaum declares and states as follows:

1. I am a member in good standing of the Bar of the Court of Federal Claims, and am counsel of record for all plaintiffs in the above captioned action except Nycal Offshore Development Corp, and for Arguello, Inc. I provide this declaration in support of Plaintiffs' and Arguello, Inc.'s Motion to Quash Defendant's subpoena of Arguello, Inc., a wholly-owned subsidiary of plaintiff Plains Exploration & Production Company.

2. Attached hereto as Exhibit 1 is a true and correct copy of the subpoena that Defendant served on me by electronic mail on May 16, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of this Court's March 30, 2006 hearing on Defendant's Motion for Reconsideration.

4. Attached hereto as Exhibit 3 is a true and correct copy of the unopposed motion for entry of a scheduling order, filed April 13, 2006.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Court's April 20, 2006 Order adopting this unopposed scheduling order.

6. Attached hereto as Exhibit 5 is a true and correct copy of a March 31, 2006 email that Defendant's counsel Patricia McCarthy sent to me, Nycal counsel Jeffrey Antonson, and Defendant's counsel Allison Kidd-Miller, Gregg Schwind, and Stephen Tosini regarding the proposed scheduling order, as well as the draft scheduling order that she attached thereto.

7. Attached hereto as Exhibit 6 is a true and correct copy of an April 4, 2006 email I sent to Ms. McCarthy, Mr. Antonson, Ms. Kidd-Miller, Mr. Schwind, and Mr. Tosini regarding the proposed scheduling order.

8. Attached hereto as Exhibit 7 is a true and correct copy of an April 6, 2006 email I sent to Ms. McCarthy, Mr. Antonson, Ms. Kidd-Miller, Mr. Schwind, and Mr. Tosini regarding the proposed scheduling order, as well as the revised draft scheduling order that I attached thereto.

9. Attached hereto as Exhibit 8 is a true and correct copy of an April 11, 2006 email that Ms. McCarthy sent to me, Mr. Antonson, Ms. Kidd-Miller, Mr. Schwind, and Mr. Tosini at or about 1:57 p.m., regarding the proposed scheduling order, as well as the revised draft scheduling order that she attached thereto.

10. Attached hereto as Exhibit 9 is a true and correct copy of an April 11, 2006 email that Ms. McCarthy sent to me, Mr. Antonson, Ms. Kidd-Miller, Mr. Schwind, and Mr. Tosini at or about 7:07 p.m., regarding the proposed scheduling order, as well as the further revised draft scheduling order that she attached thereto.

11. Attached hereto as Exhibit 10 is a true and correct copy of an April 12, 2006 email I sent to Ms. McCarthy, Mr. Antonson, Ms. Kidd-Miller, Mr. Schwind, and Mr. Tosini regarding the proposed scheduling order, as well as the revised draft scheduling order that I attached thereto.

12. Attached hereto as Exhibit 11 is a true and correct copy of an April 13, 2006 email I sent to Mr. Schwind at or about 8:27 a.m., responding to his April 12, 2006 comments regarding the proposed scheduling order.

13. Attached hereto as Exhibit 12 is a true and correct copy of an April 13, 2006 email I sent to Mr. Schwind and Mr. Antonson at or about 4:06 p.m., responding to Mr. Schwind's April 12, 2006 comments regarding the proposed scheduling order, as well as the revised scheduling order and redline comparison that I attached thereto.

14. Attached hereto as Exhibit 13 is a true and correct copy of an April 13, 2006 email that Mr. Schwind sent to me responding to my email to him of that same date.

15. Pursuant to the paragraph 1(b) of the Scheduling Order, Plaintiffs have produced 7,767 pages of documents to the Government. These documents include the worksheets and calculations of their expert Dr. Mannon, as well as the documents that he relied on in forming the opinions expressed in his February 17, 2006 declaration regarding the drainage issue. These materials included substantial geological and engineering information concerning Leases OCS-P 0451 and 0452, including well logs, engineering reports, well test data, geologic maps, core analysis reports, fluid analyses, and pressure data.

16. Attached hereto as Exhibit 14 is a true and correct copy of objections to the subpoena that are being served simultaneously with the motion to quash.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 27, 2006

Steven J. Rosenbaum