# Exhibit 8

## Cosgrove, Thomas

**From:** Patricia.McCarthy@usdoj.gov
**Sent:** Tuesday, April 11, 2006 1:57 PM
**To:** jantonson@jw.com; Rosenbaum, Steven
**Cc:** Allison.Kidd-Miller@usdoj.gov; Gregg.Schwind@usdoj.gov; Stephen.Tosini@usdoj.gov
**Subject:** Amber Resources

**Attachments:** 060407.skedmot.wpd

060407.skedmot.wpd (15 KB)

Counsel:

Thank you for your comments regarding our draft motion for entry of a scheduling order regarding the Lease 452 issue. Attached is a further revised schedule. Please advise me whether your clients consent to this motion. Thank you.

The message is ready to be sent with the following file or link attachments:

060407.skedmot

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBER RESOURCES COMPANY., et al.,<br>Plaintiffs,<br><br>THE UNITED STATES,<br>Defendant. | ) |
| ANADARKO E&P COMPANY, L.P., et al.,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Eric G. Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) |

**DEFENDANT'S MOTION FOR ENTRY OF SCHEDULING ORDER PERTAINING TO DEFENDANT'S**
**MOTION FOR RECONSIDERATION REGARDING LEASE OCS-P 0452**

Pursuant to the Court's direction following oral argument held on March 30, 2006,

defendant, the United States, respectfully submits the following proposed schedule regarding its January 19, 2006 motion for reconsideration of the Court's rescission of Lease OCS-P 0452. We have conferred with counsel for all plaintiffs in these consolidated actions, and counsel have advised us that all plaintiffs consent to the following proposed schedule:

1. In addition to the discovery contemplated by the Court's order of January 23, 2006, and subject to any claims of privilege, the parties may conduct discovery regarding the extent and effect of potential drainage of Lease OCS-P 0452 due to the activities of owners and/or operators of Lease OCS-P 0451, according to the following schedule:

a. On or before April 30, 2006, plaintiffs shall produce to the United States all documents related to any arrangements, understandings, or agreements between or among plaintiff Delta Petroleum Corporation, any other lease owner, and/or any unit operator related to the actual or potential drainage of oil underlying Lease OCS-P 0452 via drilling upon Lease OCS-P 0451.

b. On or before April 30, 2006, plaintiff Delta Petroleum Corporation shall produce to the United States all documents upon which Robert W. Mannon relied in forming the opinions expressed in his February 17, 2006 declaration.

c. On or before April 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation all reserve estimates and drainage estimates described in paragraph 8 of the January 19, 2006 Declaration of Drew Mayerson, and the documents upon which the Minerals Management Service relied in determining any of those estimates.

d. On or before July 31, 2006, plaintiff Delta Petroleum Corporation and the United States may conduct depositions regarding the subjects described in subparagraphs 1(a) through (c).

e. On or before June 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation any reserve estimates or drainage estimates not previously produced upon which it intends to rely in connection with the supplemental briefing described in paragraph 2

below, and the documents relied upon in determining those estimates.

f. On or before July 15, 2006, Plaintiff Delta Petroleum Corporation may conduct depositions regarding the materials set forth in subparagraphs 1(e).

g. On or before July 31, 2006, Delta Petroleum Corporation shall produce to the United States any analysis upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below that is responsive to the materials set forth in subparagraph 1 (e), and the documents relied upon in performing such analysis.

h. On or before August 15, 2006, the United States may conduct depositions regarding the materials set forth in subparagraph 1(g).

2. The United States shall file a supplemental brief regarding the pending motion for reconsideration by September 15, 2006. Plaintiff Delta Petroleum Corporation shall file a brief in response to the Government's supplemental brief by September 29, 2006. The United States may file a reply brief by October 10, 2006.

For these reasons, we respectfully request that the Court enter a scheduling order consistent with the proposed schedule set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. McCARTHY
Assistant Director

ALLISON KIDD-MILLER
GREGG M. SCHWIND
STEPHEN C. TOSINI
Trial Attorneys

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-7969

April _, 2006 Attorneys for Defendant

# Exhibit 9

## Cosgrove, Thomas

**From:** Patricia.McCarthy@usdoj.gov
**Sent:** Tuesday, April 11, 2006 7:07 PM
**To:** jantonson@jw.com; Rosenbaum, Steven
**Cc:** Allison.Kidd-Miller@usdoj.gov; Gregg.Schwind@usdoj.gov; Stephen.Tosini@usdoj.gov
**Subject:** Amber Resources

**Attachments:** 060411.skedmot.wpd

060411.skedmot.wpd (15 KB)

Counsel:

Attached is a further slightly revised motion regarding the lease 452 schedule. Please advise us as to your clients' positions. Thank you.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,)
Plaintiffs,)
THE UNITED STATES,)
Defendant.)

ANADARKO E&P COMPANY, L.P., et al.,)
Plaintiffs,)
v.)
THE UNITED STATES,)
Defendant.)

NYCAL OFFSHORE DEVELOPMENT CORPORATION,)
Plaintiff,)
v.)
THE UNITED STATES,)
Defendant.)

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Eric G. Bruggink)

**DEFENDANT'S MOTION FOR ENTRY OF SCHEDULING ORDER PERTAINING TO DEFENDANT'S <u>MOTION FOR RECONSIDERATION REGARDING LEASE OCS-P 0452</u>**

Pursuant to the Court's direction following oral argument held on March 30, 2006,

defendant, the United States, respectfully submits the following proposed schedule regarding its January 19, 2006 motion for reconsideration of the Court's rescission of Lease OCS-P 0452. We have conferred with counsel for all plaintiffs in these consolidated actions, and counsel have advised us that all plaintiffs consent to the following proposed schedule:

1. In addition to the discovery contemplated by the Court's order of January 23, 2006, and subject to any claims of privilege, the parties may conduct discovery regarding the extent and effect of potential drainage of Lease OCS-P 0452 due to the activities of owners and/or operators of Lease OCS-P 0451, according to the following schedule (although the United States reserves its right to propound relevant discovery upon plaintiffs and third parties in a time-frame that is consonant with the following schedule):

a. On or before April 30, 2006, plaintiffs shall produce to the United States all documents related to any arrangements, understandings, or agreements between or among plaintiff Delta Petroleum Corporation, any other lease owner, and/or any unit operator related to the actual or potential drainage of oil underlying Lease OCS-P 0452 via drilling upon Lease OCS-P 0451.

b. On or before April 30, 2006, plaintiff Delta Petroleum Corporation shall produce to the United States all documents upon which Robert W. Mannon relied in forming the opinions expressed in his February 17, 2006 declaration.

c. On or before April 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation all reserve estimates and drainage estimates described in paragraph 8 of the January 19, 2006 Declaration of Drew Mayerson, and the documents upon which the Minerals Management Service relied in determining any of those estimates.

d. On or before July 31, 2006, plaintiff Delta Petroleum Corporation and the United States may conduct depositions regarding the subjects described in subparagraphs 1(a) through (c).

e. On or before June 30, 2006, the United States shall produce to plaintiff Delta

Petroleum Corporation any reserve estimates or drainage estimates not previously produced upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below, and the documents relied upon in determining those estimates.

f. On or before July 15, 2006, Plaintiff Delta Petroleum Corporation may conduct depositions regarding the materials set forth in subparagraphs 1(e).

g. On or before July 31, 2006, Delta Petroleum Corporation shall produce to the United States any analysis upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below that is responsive to the materials set forth in subparagraph 1 (e), and the documents relied upon in performing such analysis.

h. On or before August 31, 2006, the United States may conduct depositions regarding the materials set forth in subparagraph 1(g).

2. The United States shall file a supplemental brief regarding the pending motion for reconsideration by September 15, 2006. Plaintiff Delta Petroleum Corporation shall file a brief in response to the Government's supplemental brief by September 29, 2006. The United States may file a reply brief by October 10, 2006.

For these reasons, we respectfully request that the Court enter a scheduling order consistent with the proposed schedule set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. McCARTHY
Assistant Director

ALLISON KIDD-MILLER

GREGG M. SCHWIND
STEPHEN C. TOSINI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-7969

April _, 2006 Attorneys for Defendant

# Exhibit 10

## Cosgrove, Thomas

**From:** Rosenbaum, Steven
**Sent:** Wednesday, April 12, 2006 1:46 PM
**To:** 'Patricia.McCarthy@usdoj.gov'; jantonson@jw.com
**Cc:** Allison.Kidd-Miller@usdoj.gov; Gregg.Schwind@usdoj.gov; Stephen.Tosini@usdoj.gov
**Subject:** RE: Amber Resources

**Attachments:** 2006-04-12 Plaintiffs_ Revised Schedule - SCRUBBED on 04-12-06 13_39.DOC

2006-04-12 Plaintiffs_ Revised...

I received and consulted with my clients regarding the proposed schedule you emailed me yesterday, April 11, at 1:59 p.m. With two exceptions, we are amenable to that proposed schedule. One exception relates to our request for the MMS Jalama Field reserve estimate, which is integral to the question of the total reserves on Lease 452. The other relates to the description in paragraph 1(a) of the documents to be produced regarding agreements among the lessees, which we have revised slightly.

This morning, I received your further revised proposed schedule, which you had emailed me after normal business hours last night. We cannot agree to the additional and substantial changes you propose to make. The proposed change to paragraph 1 is inconsistent with the purpose of the schedule, which is to identify the scope and timing of the discovery on the issue of the purported drainage from Lease 0452. The second proposed change, to paragraph 1(h), would provide the government twice as much time for depositions as plaintiffs are being provided for their own depositions pursuant to paragraph 1(f).

I have attached a revised version of your April 11, 1:59 p.m. proposed schedule, which is unchanged except for the two issues identified in the first paragraph of this email. The attached schedule is acceptable to the parties I represent.

-----Original Message-----
From: Patricia.McCarthy@usdoj.gov [mailto:Patricia.McCarthy@usdoj.gov]
Sent: Tuesday, April 11, 2006 1:57 PM
To: jantonson@jw.com; Rosenbaum, Steven
Cc: Allison.Kidd-Miller@usdoj.gov; Gregg.Schwind@usdoj.gov; Stephen.Tosini@usdoj.gov
Subject: Amber Resources

Counsel:

Thank you for your comments regarding our draft motion for entry of a scheduling order regarding the Lease 452 issue. Attached is a further revised schedule. Please advise me whether your clients consent to this motion. Thank you.

The message is ready to be sent with the following file or link attachments:

060407.skedmot

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBER RESOURCES COMPANY., et al.,<br><br>Plaintiffs,<br><br>THE UNITED STATES,<br><br>Defendant. | |
| ANADARKO E&P COMPANY, L.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Eric G. Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |

**DEFENDANT'S MOTION FOR ENTRY OF SCHEDULING ORDER PERTAINING TO DEFENDANT'S MOTION FOR RECONSIDERATION REGARDING LEASE OCS-P 0452**

Pursuant to the Court's direction following oral argument held on March 30, 2006, defendant, the United States, respectfully submits the following proposed schedule regarding its

January 19, 2006 motion for reconsideration of the Court's rescission of Lease OCS-P 0452. We have conferred with counsel for all plaintiffs in these consolidated actions, and counsel have advised us that all plaintiffs consent to the following proposed schedule:

1. In addition to the discovery contemplated by the Court's order of January 23, 2006, and subject to any claims of privilege, the parties may conduct discovery regarding the extent and effect of potential drainage of Lease OCS-P 0452 due to the activities of owners and/or operators of Lease OCS-P 0451, according to the following schedule:

a. On or before April 30, 2006, plaintiffs shall produce to the United States all documents reflecting in whole or in part any arrangements, understandings, or agreements between or among plaintiff Delta Petroleum Corporation, any other lease owner, and/or any unit operator related to the actual or potential drainage of oil underlying Lease OCS-P 0452 via drilling upon Lease OCS-P 0451.

b. On or before April 30, 2006, plaintiff Delta Petroleum Corporation shall produce to the United States all documents upon which Robert W. Mannon relied in forming the opinions expressed in his February 17, 2006 declaration.

c. On or before April 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation all reserve estimates and drainage estimates described in paragraph 8 of the January 19, 2006 Declaration of Drew Mayerson and any MMS reserve estimates for the Jalama Field, and the documents upon which the Minerals Management Service relied in determining any of those estimates.

d. On or before July 31, 2006, plaintiff Delta Petroleum Corporation and the United States may conduct depositions regarding the subjects described in subparagraphs 1(a) through (c).

e. On or before June 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation any reserve estimates or drainage estimates not previously produced upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below, and the documents relied upon in determining those estimates.

f. On or before July 31~~15~~, 2006, Plaintiff Delta Petroleum Corporation may conduct depositions regarding the materials set forth in subparagraphs 1(e).

g. On or before August 15~~July 31~~, 2006, Delta Petroleum Corporation shall produce to the United States any analysis upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below that is responsive to the materials set forth in subparagraph 1 (e), and the documents relied upon in performing such analysis.

h. On or before September 8~~August 15~~, 2006, the United States may conduct depositions regarding the materials set forth in subparagraph 1(g).

2. The United States shall file a supplemental brief regarding the pending motion for reconsideration by September 15, 2006. Plaintiff Delta Petroleum Corporation shall file a brief in response to the Government's supplemental brief by September 29, 2006. The United States may file a reply brief by October 10, 2006.

For these reasons, we respectfully request that the Court enter a scheduling order consistent with the proposed schedule set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. McCARTHY
Assistant Director

ALLISON KIDD-MILLER
GREGG M. SCHWIND
STEPHEN C. TOSINI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-7969

April _, 2006

Attorneys for Defendant

# Exhibit 11

**Cosgrove, Thomas**

**From:** Rosenbaum, Steven
**Sent:** Thursday, April 13, 2006 8:27 AM
**To:** 'Gregg.Schwind@usdoj.gov'
**Subject:** RE: Amber Resources

I will need to double check with my clients; I will get back to you later today.

-----Original Message-----
From: Gregg.Schwind@usdoj.gov [mailto:Gregg.Schwind@usdoj.gov]
Sent: Wednesday, April 12, 2006 5:22 PM
To: Rosenbaum, Steven
Subject: RE: Amber Resources

Steve:

Also realized the briefing dates in para 2 should be pushed back one week as well, to accommodate our changes to f, g, and h:

Sep 22 US supplemental brief

Oct 6 Plaintiffs' response

Oct 17 US reply

Please let me know if these changes present any problems. Otherwise, I intend to file tomorrow.

Gregg

-----Original Message-----
From: srosenbaum@cov.com [mailto:srosenbaum@cov.com]
Sent: Wednesday, April 12, 2006 1:46 PM
To: McCarthy, Patricia (CIV); jantonson@jw.com
Cc: Tosini, Stephen (CIV); Schwind, Gregg (CIV); Kidd-Miller, Allison (CIV)
Subject: RE: Amber Resources

I received and consulted with my clients regarding the proposed schedule you emailed me yesterday, April 11, at 1:59 p.m. With two exceptions, we are amenable to that proposed schedule. One exception relates to our request for the MMS Jalama Field reserve estimate, which is integral to the question of the total reserves on Lease 452. The other relates to the description in paragraph 1(a) of the documents to be produced regarding agreements among the lessees, which we have revised slightly.

This morning, I received your further revised proposed schedule, which you had emailed me after normal business hours last night. We cannot agree to the additional and substantial changes you propose to make.
The proposed change to paragraph 1 is inconsistent with the purpose of the schedule, which is to identify the scope and timing of the discovery on the issue of the purported drainage from Lease 0452. The second proposed change, to paragraph 1(h), would provide the government twice as much time for depositions as plaintiffs are being provided for their
own depositions pursuant to paragraph 1(f).

I have attached a revised version of your April 11, 1:59 p.m. proposed schedule, which is unchanged except for the two issues identified in the first paragraph of this email. The attached schedule is acceptable to the parties I represent.

-----Original Message-----
From: Patricia.McCarthy@usdoj.gov [mailto:Patricia.McCarthy@usdoj.gov]
Sent: Tuesday, April 11, 2006 1:57 PM

To: jantonson@jw.com; Rosenbaum, Steven
Cc: Allison.Kidd-Miller@usdoj.gov; Gregg.Schwind@usdoj.gov; Stephen.Tosini@usdoj.gov
Subject: Amber Resources

Counsel:

Thank you for your comments regarding our draft motion for entry of a scheduling order regarding the Lease 452 issue. Attached is a further revised schedule. Please advise me whether your clients consent to this motion. Thank you.

The message is ready to be sent with the following file or link attachments:

060407.skedmot

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

# Exhibit 12

## Cosgrove, Thomas

**From:** Rosenbaum, Steven
**Sent:** Thursday, April 13, 2006 4:06 PM
**To:** 'Gregg.Schwind@usdoj.gov'
**Cc:** Jeffrey Antonson (jantonson@jw.com)
**Subject:** RE: Amber Resources

**Attachments:** 2006-04-13 Proposed Schedule - SCRUBBED on 04-13-06 15_07.DOC; DVComparison_DC_2107087_1-DC_2107825_1.DOC

2006-04-13 roposed Schedule -. DVComparison_DC_2107087_1-DC_2...

The changes you indicated are acceptable. I have attached a revised version that incorporates them, as well as a Comparewrite that show the changes between the version I emailed yesterday at 1:46 p.m. and the attached version.

-----Original Message-----
From: Rosenbaum, Steven
Sent: Thursday, April 13, 2006 8:27 AM
To: 'Gregg.Schwind@usdoj.gov'
Subject: RE: Amber Resources

I will need to double check with my clients; I will get back to you later today.

-----Original Message-----
From: Gregg.Schwind@usdoj.gov [mailto:Gregg.Schwind@usdoj.gov]
Sent: Wednesday, April 12, 2006 5:22 PM
To: Rosenbaum, Steven
Subject: RE: Amber Resources

Steve:

Also realized the briefing dates in para 2 should be pushed back one week as well, to accommodate our changes to f, g, and h:

Sep 22 US supplemental brief

Oct 6 Plaintiffs' response

Oct 17 US reply

Please let me know if these changes present any problems. Otherwise, I intend to file tomorrow.

Gregg

-----Original Message-----
From: srosenbaum@cov.com [mailto:srosenbaum@cov.com]
Sent: Wednesday, April 12, 2006 1:46 PM
To: McCarthy, Patricia (CIV); jantonson@jw.com
Cc: Tosini, Stephen (CIV); Schwind, Gregg (CIV); Kidd-Miller, Allison (CIV)
Subject: RE: Amber Resources

I received and consulted with my clients regarding the proposed schedule you emailed me yesterday, April 11, at 1:59 p.m. With two exceptions, we are amenable to that proposed schedule. One exception relates to our request for the MMS Jalama Field reserve estimate, which is integral to the question of the total reserves on Lease 452. The other relates to the description in paragraph 1(a) of the documents to be produced regarding agreements

among the lessees, which we have revised slightly.

This morning, I received your further revised proposed schedule, which you had emailed me after normal business hours last night. We cannot agree to the additional and substantial changes you propose to make.
The proposed change to paragraph 1 is inconsistent with the purpose of the schedule, which is to identify the scope and timing of the discovery on the issue of the purported drainage from Lease 0452. The second proposed change, to paragraph 1(h), would provide the government twice as much time for depositions as plaintiffs are being provided for their
own depositions pursuant to paragraph 1(f).

I have attached a revised version of your April 11, 1:59 p.m. proposed schedule, which is unchanged except for the two issues identified in the first paragraph of this email. The attached schedule is acceptable to the parties I represent.

-----Original Message-----
From: Patricia.McCarthy@usdoj.gov [mailto:Patricia.McCarthy@usdoj.gov]
Sent: Tuesday, April 11, 2006 1:57 PM
To: jantonson@jw.com; Rosenbaum, Steven
Cc: Allison.Kidd-Miller@usdoj.gov; Gregg.Schwind@usdoj.gov; Stephen.Tosini@usdoj.gov
Subject: Amber Resources

Counsel:

Thank you for your comments regarding our draft motion for entry of a scheduling order regarding the Lease 452 issue. Attached is a further revised schedule. Please advise me whether your clients consent to this motion. Thank you.

The message is ready to be sent with the following file or link attachments:

060407.skedmot

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBER RESOURCES COMPANY., et al.,<br>Plaintiffs,<br><br>THE UNITED STATES,<br>Defendant. | |
| ANADARKO E&P COMPANY, L.P., et al.,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Eric G. Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | |

**DEFENDANT'S MOTION FOR ENTRY OF SCHEDULING ORDER PERTAINING TO DEFENDANT'S MOTION FOR RECONSIDERATION REGARDING LEASE OCS-P 0452**

Pursuant to the Court's direction following oral argument held on March 30, 2006, defendant, the United States, respectfully submits the following proposed schedule regarding its

January 19, 2006 motion for reconsideration of the Court's rescission of Lease OCS-P 0452. We have conferred with counsel for all plaintiffs in these consolidated actions, and counsel have advised us that all plaintiffs consent to the following proposed schedule:

1. In addition to the discovery contemplated by the Court's order of January 23, 2006, and subject to any claims of privilege, the parties may conduct discovery regarding the extent and effect of potential drainage of Lease OCS-P 0452 due to the activities of owners and/or operators of Lease OCS-P 0451, according to the following schedule:

a. On or before April 30, 2006, plaintiffs shall produce to the United States all documents reflecting **in whole of in part** any arrangements, understandings, or agreements between or among plaintiff Delta Petroleum Corporation, any other lease owner, and/or any unit operator related to the actual or potential drainage of oil underlying Lease OCS-P 0452 via drilling upon Lease OCS-P 0451.

b. On or before April 30, 2006, plaintiff Delta Petroleum Corporation shall produce to the United States all documents upon which Robert W. Mannon relied in forming the opinions expressed in his February 17, 2006 declaration.

c. On or before April 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation all reserve estimates and drainage estimates described in paragraph 8 of the January 19, 2006 Declaration of Drew Mayerson and any MMS reserve estimates for the Jalama Field, and the documents upon which the Minerals Management Service relied in determining any of those estimates.

d. On or before July 31, 2006, plaintiff Delta Petroleum Corporation and the United States may conduct depositions regarding the subjects described in subparagraphs 1(a) through (c).

e. On or before June 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation any reserve estimates or drainage estimates not previously produced upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below, and the documents relied upon in determining those estimates.

f. On or before July ~~15,~~**31,** 2006, Plaintiff Delta Petroleum Corporation may conduct depositions regarding the materials set forth in subparagraphs 1(e).

g. On or before ~~July 31,~~**August 15,** 2006, Delta Petroleum Corporation shall produce to the United States any analysis upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below that is responsive to the materials set forth in subparagraph 1 (e), and the documents relied upon in performing such analysis.

h. On or before ~~August 15,~~**September 8,** 2006, the United States may conduct depositions regarding the materials set forth in subparagraph 1(g).

2. The United States shall file a supplemental brief regarding the pending motion for reconsideration by September ~~15,~~**22,** 2006. Plaintiff Delta Petroleum Corporation shall file a brief in response to the Government's supplemental brief by ~~September 29,~~**October 6,** 2006. The United States may file a reply brief by October ~~10,~~**17,** 2006.

For these reasons, we respectfully request that the Court enter a scheduling order consistent with the proposed schedule set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. McCARTHY
Assistant Director

ALLISON KIDD-MILLER
GREGG M. SCHWIND
STEPHEN C. TOSINI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-7969

April _, 2006

Attorneys for Defendant

Document comparison done by DeltaView on Thursday, April 13, 2006 3:08:24 PM

| **Input:** | |
|---|---|
| Document 1 | iManageDeskSite://CBDC/DC/2107087/1 |
| Document 2 | iManageDeskSite://CBDC/DC/2107825/1 |
| Rendering set | C&B |

| **Legend:** | |
|---|---|
| **Insertion** | |
| ~~**Deletion**~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| **Statistics:** | |
|---|---|
| | Count |
| Insertions | 7 |
| Deletions | 6 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 13 |

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMBER RESOURCES COMPANY., et al.,<br><br>Plaintiffs,<br><br>THE UNITED STATES,<br><br>Defendant. | ) | |
| ANADARKO E&P COMPANY, L.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Eric G. Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENTRY OF SCHEDULING ORDER PERTAINING TO DEFENDANT'S MOTION FOR RECONSIDERATION REGARDING LEASE OCS-P 0452**

Pursuant to the Court's direction following oral argument held on March 30, 2006, defendant, the United States, respectfully submits the following proposed schedule regarding its

January 19, 2006 motion for reconsideration of the Court's rescission of Lease OCS-P 0452. We have conferred with counsel for all plaintiffs in these consolidated actions, and counsel have advised us that all plaintiffs consent to the following proposed schedule:

1. In addition to the discovery contemplated by the Court's order of January 23, 2006, and subject to any claims of privilege, the parties may conduct discovery regarding the extent and effect of potential drainage of Lease OCS-P 0452 due to the activities of owners and/or operators of Lease OCS-P 0451, according to the following schedule:

a. On or before April 30, 2006, plaintiffs shall produce to the United States all documents reflecting in whole of in part any arrangements, understandings, or agreements between or among plaintiff Delta Petroleum Corporation, any other lease owner, and/or any unit operator related to the actual or potential drainage of oil underlying Lease OCS-P 0452 via drilling upon Lease OCS-P 0451.

b. On or before April 30, 2006, plaintiff Delta Petroleum Corporation shall produce to the United States all documents upon which Robert W. Mannon relied in forming the opinions expressed in his February 17, 2006 declaration.

c. On or before April 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation all reserve estimates and drainage estimates described in paragraph 8 of the January 19, 2006 Declaration of Drew Mayerson and any MMS reserve estimates for the Jalama Field, and the documents upon which the Minerals Management Service relied in determining any of those estimates.

d. On or before July 31, 2006, plaintiff Delta Petroleum Corporation and the United States may conduct depositions regarding the subjects described in subparagraphs 1(a) through (c).

e. On or before June 30, 2006, the United States shall produce to plaintiff Delta Petroleum Corporation any reserve estimates or drainage estimates not previously produced upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below, and the documents relied upon in determining those estimates.

f. On or before July 31, 2006, Plaintiff Delta Petroleum Corporation may conduct depositions regarding the materials set forth in subparagraphs 1(e).

g. On or before August 15, 2006, Delta Petroleum Corporation shall produce to the United States any analysis upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below that is responsive to the materials set forth in subparagraph 1 (e), and the documents relied upon in performing such analysis.

h. On or before September 8, 2006, the United States may conduct depositions regarding the materials set forth in subparagraph 1(g).

2. The United States shall file a supplemental brief regarding the pending motion for reconsideration by September 22, 2006. Plaintiff Delta Petroleum Corporation shall file a brief in response to the Government's supplemental brief by October 6, 2006. The United States may file a reply brief by October 17, 2006.

For these reasons, we respectfully request that the Court enter a scheduling order consistent with the proposed schedule set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. McCARTHY
Assistant Director

ALLISON KIDD-MILLER
GREGG M. SCHWIND
STEPHEN C. TOSINI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-7969

April _, 2006

Attorneys for Defendant

# Exhibit 13

**Cosgrove, Thomas**

**From:** Gregg.Schwind@usdoj.gov
**Sent:** Thursday, April 13, 2006 5:34 PM
**To:** Rosenbaum, Steven
**Subject:** RE: Amber Resources

Thanks.

-----Original Message-----
From: srosenbaum@cov.com [mailto:srosenbaum@cov.com]
Sent: Thursday, April 13, 2006 4:06 PM
To: Schwind, Gregg (CIV)
Cc: jantonson@jw.com
Subject: RE: Amber Resources

The changes you indicated are acceptable. I have attached a revised version that incorporates them, as well as a Comparewrite that show the changes between the version I emailed yesterday at 1:46 p.m. and the attached version.

-----Original Message-----
From: Rosenbaum, Steven
Sent: Thursday, April 13, 2006 8:27 AM
To: 'Gregg.Schwind@usdoj.gov'
Subject: RE: Amber Resources

I will need to double check with my clients; I will get back to you later today.

-----Original Message-----
From: Gregg.Schwind@usdoj.gov [mailto:Gregg.Schwind@usdoj.gov]
Sent: Wednesday, April 12, 2006 5:22 PM
To: Rosenbaum, Steven
Subject: RE: Amber Resources

Steve:

Also realized the briefing dates in para 2 should be pushed back one week as well, to accommodate our changes to f, g, and h:

Sep 22 US supplemental brief

Oct 6 Plaintiffs' response

Oct 17 US reply

Please let me know if these changes present any problems. Otherwise, I intend to file tomorrow.

Gregg

-----Original Message-----
From: srosenbaum@cov.com [mailto:srosenbaum@cov.com]
Sent: Wednesday, April 12, 2006 1:46 PM
To: McCarthy, Patricia (CIV); jantonson@jw.com
Cc: Tosini, Stephen (CIV); Schwind, Gregg (CIV); Kidd-Miller, Allison (CIV)
Subject: RE: Amber Resources

I received and consulted with my clients regarding the proposed schedule you emailed me yesterday, April 11, at 1:59 p.m. With two exceptions, we are amenable to that proposed schedule. One exception relates to our

request for the MMS Jalama Field reserve estimate, which is integral to the question of the total reserves on Lease 452. The other relates to the description in paragraph 1(a) of the documents to be produced regarding agreements among the lessees, which we have revised slightly.

This morning, I received your further revised proposed schedule, which you had emailed me after normal business hours last night. We cannot agree to the additional and substantial changes you propose to make. The proposed change to paragraph 1 is inconsistent with the purpose of the schedule, which is to identify the scope and timing of the discovery on the issue of the purported drainage from Lease 0452. The second proposed change, to paragraph 1(h), would provide the government twice as much time for depositions as plaintiffs are being provided for their own depositions pursuant to paragraph 1(f).

I have attached a revised version of your April 11, 1:59 p.m. proposed schedule, which is unchanged except for the two issues identified in the first paragraph of this email. The attached schedule is acceptable to the parties I represent.

-----Original Message-----
From: Patricia.McCarthy@usdoj.gov [mailto:Patricia.McCarthy@usdoj.gov]
Sent: Tuesday, April 11, 2006 1:57 PM
To: jantonson@jw.com; Rosenbaum, Steven
Cc: Allison.Kidd-Miller@usdoj.gov; Gregg.Schwind@usdoj.gov; Stephen.Tosini@usdoj.gov
Subject: Amber Resources

Counsel:

Thank you for your comments regarding our draft motion for entry of a scheduling order regarding the Lease 452 issue. Attached is a further revised schedule. Please advise me whether your clients consent to this motion. Thank you.

The message is ready to be sent with the following file or link attachments:

060407.skedmot

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

# Exhibit 14

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

**OBJECTIONS TO DEFENDANT'S SUBPOENA ON ARGUELLO, INC.**

All Plaintiffs other than Nycal Offshore Development Corporation, and Arguello, Inc. (collectively, the "Objectors") hereby submit the following objections to the subpoena served by Defendant by email on May 16, 2006.

**OBJECTIONS**

1. The Objectors object to the subpoena in its entirety on the ground that it improperly seeks materials that are beyond the scope of discovery allowed by the parties' unopposed scheduling order filed on April 13, 2006 and adopted by the Court on April 20, 2006.

2. The Objectors object to the subpoena in its entirety on the ground that it is unduly burdensome and intrusive, and contravenes the Court's instruction to conduct "limited discovery."

3. The Objectors object to the subpoena on the ground that it seeks information which is immaterial, irrelevant, and which is not reasonably calculated to lead to the discovery of admissible evidence in the above-captioned litigation.

Respectfully submitted,

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for All Plaintiffs in Nos. 02-30C and 04-1822C and for Arguello, Inc.

May 27, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that on this 27th day of May, 2006, I caused to be delivered by electronic service, and by United States Mail, First-Class on the following business day, a copy of the foregoing

**OBJECTIONS TO DEFENDANT'S SUBPOENA ON ARGUELLO, INC.**

as follows:

Patricia M. McCarthy
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

Jeffrey D. Antonson
Jackson Walker, LLP
901 Main Street, Suite 6000
Dallas, Texas 75202

Thomas J. Cosgrove