# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: June 1, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on plaintiffs' March 13, 2006 motion for partial summary judgment and defendant's cross-motion will be heard from the courtroom on Friday, June 23, 2006, at 9:30 a.m. EDT, in the National Courts Building, 717 Madison

Place, N.W., Washington, D.C. 20005. Counsel for Nycal Offshore Development Corporation is directed to notify chambers at 202-357-6524 to inform us whether he will participate in person or by telephone. Other counsel shall appear in person.

It is SO ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge