# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| **************************************** | |

**NOTICE REGARDING UNSUCCESSFUL EFFORTS TO RESOLVE THE DISPUTE REGARDING DEFENDANT'S SUBPOENA ON ARGUELLO, INC.**

This Notice responds to the Court's request that the parties attempt to resolve their dispute regarding the subpoena served by the Government on Arguello, Inc., and notify the Court whether such negotiations had been successful. Plaintiffs submit this Notice to advise the Court that the parties have failed to reach an agreement.

Arguello, Inc. offered to produce:

> Any maps depicting drainage from any of the wells drilled on the east half of Lease 451, and any calculations of the drainage from those wells.

The Government responded seeking the production of:

> 1. A complete set of all geologic maps for Leases OCS-P 0451 and 0452, including but not limited to maps of well locations, structure, gross interval thickness, oil/water contacts, net pay thickness, and fault planes, created in or before 2003.
>
> 2. Documents created in or before 2003 reflecting or supporting the quantification of hydrocarbons in-place or recoverable in the accumulation, including estimation of recovery factors.
>
> 3. Documents created in or before 2003 referring to or reflecting any analysis of well spacing, drainage areas, and/or drainage distances in the Monterey or Sisquoc formations; as well as any documents referring to the potential/possible drainage of hydrocarbons from Lease OCS-P 0452 by wells on Lease OCS-P 0451.
>
> 4. All geologic models or simulation models related to the Wells or Tracts, including any documents about the same, created in or before 2003.
>
> 5. Records of daily production from wells on the leases and all documents related to flowing pressures or reservoir pressures in wells on the leases created in or before 2003.
>
> 6. Documents created in or before 2003 related to future development plans for Leases OCS-P 0451 and 0452.
>
> 7. Any documents created in or before 2003 relating to the orientation of natural fractures as measured in or interpreted from the wells on Leases OCS-P 0451 and 0452.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for All Plaintiffs in Nos. 02-30C and 04-1822C

June 5, 2006