# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: June 6, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending are plaintiffs' Motion to Quash Defendant's Subpoena on Arguello, Inc., as supplemented by their Notice Regarding Unsuccessful Efforts to Resolve the Dispute Regarding Defendant's Subpoena on Arguello, Inc., and defendant's Motion

to Compel Discovery From Arguello. The parties' motions are granted in part and denied in part, as ordered at oral argument, held on June 6, 2006. More particularly, Arguello Inc. is ordered to produce the following documents, assuming they exist and further assuming no prior production by plaintiffs or Arguello, Inc.:

1. The most current, complete set of maps of Leases OCS-P 0451 and 0452, including but not limited to maps of well locations, structure, gross interval thickness, oil/water contacts, net pay thickness, and fault planes.

2. Documents referring to the potential/possible drainage of hydrocarbons from Lease OCS-P 0452 by wells on Lease OCS P-0451.

3. Records of daily production from wells on Lease OCS-P 0451 and all documents related to flowing pressures or reservoir pressures in wells on the lease.

4. Any documents relating to the orientation of natural fractures as measured in or interpreted from the wells on Leases OCS-P 0451 and 0452.

It is SO ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge