IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Eric G. Bruggink)

## DECLARATION OF ELLEN ARONSON

Ellen Aronson declares and states as follows:

1. I am the Regional Manager of the Pacific Outer Continental Shelf Region ("POCSR"), Minerals Management Service ("MMS"), United States Department of the Interior. At all relevant times regarding the matters addressed in this declaration, I was either the Special Assistant to the Regional Director of the Pacific Outer Continental Shelf Region of MMS, the Deputy Regional Manager of the Pacific Outer Continental Shelf Region of MMS, or in my current position. I make this declaration based upon my personal knowledge and understanding of the referenced facts.

2. Since Congress passed the Coastal Zone Act Reauthorization Amendments of 1990, MMS, through the POCSR, has invested a significant amount of time, effort, and money into the development of leased lands off the coast of California. In fact, the POCSR has gone to great lengths to provide to the owners of leases off the coast of California every possible opportunity to develop their leases and obtain the full benefit of their investments. Over the course of several years, the POCSR dedicated staff time and funds to conduct the California Offshore Oil and Gas Energy Resources study and the High Energy Seismic Survey study. Additionally, the POCSR prepared or contracted ten consistency determinations, a supporting environmental information document, and six Environmental Assessments on the undeveloped leases, as well as a Draft Environmental Impact Statement on delineation drilling activities in Federal waters offshore Santa Barbara County, California. All of these projects required the investment of considerable amounts of POCSR resources. The POCSR contributed to these endeavors believing that the lease agreements continued in full force and with the expectation that all of the leases off the coast of California would be properly developed.

3. In 1993, MMS issued directed suspensions for the undeveloped leases off the coast of California. In accordance with 30 CFR 218.154, the owners of these undeveloped leases

did not have to make rental or royalty payments while under directed suspension. The directed suspensions provided the opportunity for the California Offshore Oil and Gas Energy Resources ("COOGER") study to be conducted without the diversion of exploration/development proposals on the leases subject to the study. The principal objective of the COOGER study was to provide information concerning the current and future level of offshore oil and gas activity in the tri-county area and to determine the role of that activity in the local socioeconomic setting. The owners of undeveloped leases off the coast of California were partners in the study. The information generated and presented through the study was intended to provide a common understanding of existing and prospective issues that would be considered and addressed where possible by the parties in the planning and development of offshore oil and gas activities.

4. The MMS and the POCSR invested in the COOGER study with the belief that it would be mutually beneficial to all parties involved, including the lease owners and local governments. The directed suspensions were extended several times to accommodate delays in the completion of the COOGER study, which was ultimately completed in January 2000. Attached is a true and correct copy of the January 26, 2000, Executive Summary of the COOGER study. According to MMS financial system records, the total MMS disbursement for the COOGER study contract was $2,217, 220.31, and disbursements related cooperative agreements in association with the COOGER study totaled an additional $237,003.94. Moreover, estimated POCSR employee salaries spent on the COOGER study totaled approximately $924,000.00. Therefore, the total estimated costs to MMS for the COOGER study approximated $3,378,224.25.

5. In addition to the COOGER study, MMS and the POCSR prepared or contracted the preparation of ten consistency determinations with a supporting environmental information

document. According to MMS financial system records, the POCSR disbursed $135,000 to pay for services rendered in preparation of those documents, and additional $1451.52 for costs associated with printing those documents.

6. Also in relation to the undeveloped leases off the coast of California, the POCSR prepared a Draft Environmental Impact Statement ("DEIS") for delineation drilling activities and six Environmental Assessments for suspension requests. Printing costs associated with the DEIS totaled $23,560.00, and the documented amount of money spent on POCSR employee salaries and benefits for environmental work conducted on the undeveloped leases during fiscal years 2004 and 2005 totaled approximately $224,469.52 according to MMS financial system records.

7. In addition to the above referenced documented and estimated costs incurred by the POCSR for work performed on the undeveloped leases off the coast of California over several years, staff in the POCSR spent significant amounts of time between 1990 and the present organizing unit teams for the undeveloped leases. POCSR staff also invested time and effort reviewing and commenting on one revision to a development and production plan and one exploration plan involving the subject leases to determine their adequacy and the potential need for additional information, as well as developing environmental analysis in compliance with the National Environmental Policy Act for each plan, reviewing or approving suspension requests, and reviewing the lessees' progress toward achieving milestones to which the lessees committed themselves, all of which focused on the prospective development of the undeveloped leases off the coast of California. Reviewing the progress of the milestones and other submittals included frequent communications with the lessees through periodic telephone calls, occasional face-to-face meetings, sometimes at the lessees' request, and regular written correspondence.

8. Since 1990 and before, employees of the POCSR have continuously performed their everyday work duties and other assignments related to both the developed and undeveloped oil and gas leases off the coast of California with care and diligence in an effort to ensure proper stewardship and conservation of resources on the outer Continental Shelf off California and make certain that both the owners of the leases and the general public receive the maximum return for development of those resources.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 3, 2006.

Ellen Aronson

Ellen Aronson