OCS Study
MMS 2000-008

# EXECUTIVE SUMMARY
# CALIFORNIA OFFSHORE
# OIL AND GAS ENERGY RESOURCES STUDY

## Development Scenarios and Onshore Physical Infrastructure in the Tri-County Area of San Luis Obispo, Santa Barbara and Ventura

Prepared by
Dean Hargis

Prepared under MMS Contract
14-35-0001-30755
by
DAMES & MOORE
A DAMES & MOORE GROUP COMPANY

under the direction of

MMS U.S. Department of the Interior
Minerals Management Service
Pacific OCS Region

**January 26, 2000**

in cooperation with

California State Lands Commission
California Department of Conservation
California Coastal Commission
County of San Luis Obispo
Department of Planning and Building
County of Santa Barbara
Department of Planning and Development
County of Ventura
Resource Management Agency
Local Community Representatives
Industry Offshore Leaseholders
Represented by the Operating Companies

and the

Western States Petroleum Association
Coastal Producers Committee

# TABLE OF CONTENTS

Page

1.0 INTRODUCTION . . . . . 1
  1.1 GENERAL BACKGROUND . . . . . 1
  1.2 STUDY RELATIONSHIP TO AGENCY DECISIONMAKING . . . . . 2

2.0 SCOPE OF INVESTIGATION . . . . . 3
  2.1 PRINCIPAL STUDY REGION AND SUBREGIONS . . . . . 3
  2.2 STUDY SCOPE AND DEVELOPMENT SCENARIO GUIDELINES . . . . . 3

3.0 EXISTING OIL AND GAS OPERATIONS AND RELATED INFRASTRUCTURE . . . 7
  3.1 EXISTING OFFSHORE PRODUCTION AND RELATED ONSHORE FACILITIES . . . . . 7
  3.2 EXISTING INDUSTRIAL AND PUBLIC INFRASTRUCTURE . . . . . 10
    3.2.1 Oil Pipeline Systems . . . . . 10
    3.2.2 Marine Terminals . . . . . 16
    3.2.3 Public Roadways . . . . . 17
    3.2.4 Ports and Industrial Piers . . . . . 18
    3.2.5 Railroads . . . . . 19
    3.2.6 Airports . . . . . 19

4.0 OFFSHORE DEVELOPMENT SCENARIOS . . . . . 20
  4.1 OVERVIEW . . . . . 20
  4.2 POTENTIAL FUTURE OFFSHORE DEVELOPMENT . . . . . 20

5.0 PHYSICAL INFRASTRUCTURE DEMAND . . . . . 35
  5.1 INDUSTRIAL PROCESSING FACILITY DEMAND . . . . . 35
    5.1.1 Eastern Subregion . . . . . 35
    5.1.2 Central Subregion . . . . . 35
    5.1.3 Northern Subregion . . . . . 36
  5.2 PIPELINE SYSTEM CAPACITY AND DEMAND . . . . . 38
  5.3 MARINE TRANSPORT . . . . . 38
  5.4 DEVELOPMENT-RELATED TRAFFIC ON LOCAL ROADS AND HIGHWAYS . . . . . 39
    5.4.1 Product Transport . . . . . 39
    5.4.2 Personnel and Supply-Related Traffic . . . . . 44
  5.5 INDUSTRIAL USE OF RAILROADS . . . . . 46
  5.6 VESSEL ACTIVITY AT INDUSTRIAL PORTS AND PIERS . . . . . 46
  5.7 INDUSTRIAL USE OF AIRPORTS . . . . . 47

## List of Figures


Figure 1 COOGER Study Subregions of the Principal Study Region . . . . . 4
Figure 2 Existing Oil and Gas Facilities COOGER Study Region . . . . . 9
Figure 3 Industrial Infrastructure Eastern Subregion . . . . . 11
Figure 4 Industrial Infrastructure Central Subregion . . . . . 12
Figure 5 Industrial Infrastructure Northern Subregion . . . . . 13
Figure 6 Regional Public Infrastructure . . . . . 14
Figure 7 Regional Oil Transport Pipeline Infrastructure Schematic Diagram . . . . . 15
Figure 8 COOGER Study Potentially Developable Oil Fields Eastern Subregion . . . . . 21
Figure 9 COOGER Study Potentially Developable Oil Fields Central & Northern Subregion . . . . . 22
Figure 10 Scenario 1 - No Further Development Comparison of Oil Production by Subregion . . . . . 27
Figure 11 Scenario 3 - continued Offshore Development with Onshore Facility Expansion Comparison of Oil Production by Subregion . . . . . 28
Figure 12 Low-Case Truck Traffic Sulfur, LPG, and Crude Oil Transport (Average Truck Round Trips Per Week) Scenario Combination: East: 1/Central: 1/North: 1 . . . . . 40
Figure 13 High-Case Truck Traffic Sulfur, LPG, and Crude Oil Transport (Average Truck Round Trips Per Week) Scenario Combination: East: */Central: 3/North: 3 . . . . . 42
Figure 14 High-Case Truck Traffic Sulfur, LPG, and Crude Oil Transport (Average Truck Round Trips Per Week) Scenario Combination: East: */Central: 4/North: 3A . . . . . 43


## List of Tables


Table 1 Existing Production and Facility Capacity . . . . . 8
Table 2 Determination of Initial Production from New Fields - COOGER Study Region . . . . . 23
Table 3 Existing and Potential Future Oil and Gas Facilities . . . . . 24
Table 4 Eastern Subregion Summary of Oil Production by Scenario . . . . . 29
Table 5 Eastern Subregion Summary of Natural Gas Production by Scenario . . . . . 30
Table 6 Central Subregion Summary of Oil Production by Scenario . . . . . 31
Table 7 Central Subregion Summary of Natural Gas Production by Scenario . . . . . 32
Table 8 Northern Subregion Summary of Oil Production by Scenario . . . . . 33
Table 9 Northern Subregion Summary of Natural Gas Production by Scenario . . . . . 34
Table 10 Examples of Potential Combinations of Truck and Rail Transport of Heavy Product . . . . . 45

# EXECUTIVE SUMMARY

## 1.0 INTRODUCTION

### 1.1 GENERAL BACKGROUND

The California Offshore Oil and Gas Energy Resources (COOGER) study was designed by a joint government/industry working group to address the concern about the potential demands on onshore infrastructure from expanded offshore oil and gas development. The study examines different levels of demand for onshore physical infrastructure that might result from different rates of future oil and gas development. The onshore industrial infrastructure addressed by this study includes facilities to process, store, and transport crude oil, natural gas, liquefied petroleum, and other by-products. It also addresses public infrastructure that could be used by the oil industry, including port and harbor facilities, airports, railways, and local highways and roads. A description of the capacity of each infrastructure component is presented to the extent allowed by available information. The demand associated with future oil and gas development is then presented in relation to capacity to identify potential conflicts or expansion requirements.

The geographic focus of the study is the coastal areas of Ventura, Santa Barbara, and San Luis Obispo Counties (the Tri-County area), and the time period addressed is 1995 through 2015. Until very recently, there were 63 undeveloped offshore leases in this area, including 40 in the federal OCS and 23 in State tide and submerged lands. Recent lease expirations (four in federal waters in August 1999 and four in State tidelands in September 1999) have reduced the number of undeveloped leases potentially available for future development. The federal lease expirations are currently being appealed. State leases which were recently quit-claimed include PRC 2206, PRC 2725, PRC 2726, and PRC 3499. Projections of potential future oil and gas production presented in the COOGER study are limited to development from existing leases, and do not include any production from the recently expired leases.

The COOGER Study process was initiated in 1993 at the request of the State of California and Ventura, Santa Barbara, and San Luis Obispo Counties. These jurisdictions requested that Minerals Management Service (MMS) provide critical information about the onshore infrastructure capacity limits to the potential development of existing offshore oil and gas leases in the Tri-County area. The MMS administered the COOGER study contract. The MMS and the oil industry jointly funded the study. A Steering Committee provided management oversight of the study to enhance its accuracy and functional use. This committee comprised of representatives from county government (Ventura, Santa Barbara, and San Luis Obispo), State of California (Coastal Commission, State Lands Commission,

Division of Oil, Gas and Geothermal Resources), oil and gas industry, local non-energy businesses, and environmental groups. The Steering Committee (with the exception of representatives from environmental groups and the non-energy business community) jointly planned the scope of the study and participated in selecting the contractor for the Study. The local environmental groups and non-energy business groups were added after the study was underway. The study is the result of a unique collaboration of government and non-government interest.

## 1.2 STUDY RELATIONSHIP TO AGENCY DECISIONMAKING

The study is an information document and does not advocate or recommend any particular development scenario. It is not a decision-making document. Decisions about future permitting activities associated with potential offshore oil and gas development will be made with the complete complement of information, of which this study will be part. Additional analyses undertaken under the National Environmental Policy Act (NEPA) and/or California Environmental Quality Act (CEQA) as well as other local, State, and federal authorities will help complete the picture necessary to make decisions concerning permit applications pursuant to development. Other documents contributing to future decisions include recently completed studies funded by MMS and others addressing socioeconomic topics; comprehensive safety audits of onshore facilities by local agencies; Santa Barbara County's North County Facilities Siting Study; Chevron Gaviota R-1 Review, and other studies that will be developed and completed over the next several years.

The COOGER study focuses only on existing leases. A Presidential Executive Order issued in June 1998 prohibits new leasing of federal offshore oil and gas tracts until after 2012. New leasing in State of California tide and submerged lands is prohibited unless special circumstances are identified (such as the extension of a field under an existing lease into an unleased area). There are presently no approved plans for new leasing in federal or State waters.

# 2.0 SCOPE OF INVESTIGATION

## 2.1 PRINCIPAL STUDY REGION AND SUBREGIONS

The principal study region addressed by the COOGER study is the near-coastal areas of Ventura, Santa Barbara, and San Luis Obispo Counties illustrated on Figure 1. This geographic area includes all primary processing and storage facilities used to support offshore oil and gas development and production in the Santa Barbara Channel and Santa Maria Basin. The principal region is further divided into three subregions, also depicted in Figure 1. The subregions include:

- Eastern Subregion: from the Ventura/Los Angeles county line to the northern (western) boundary of Carpinteria.
- Central Subregion: from the northern (western) boundary of Carpinteria to the Santa Ynez River.
- Northern Subregion: from the Santa Ynez River to Point Estero.

## 2.2 STUDY SCOPE AND DEVELOPMENT SCENARIO GUIDELINES

The scope of the COOGER study is focused on the potential development of existing offshore oil and gas leases from 1995 through 2015. Projections of future industrial development and local conditions are presented in 5-year increments in the years 2000, 2005, 2010 and 2015 to provide a view of changes over time. The presentation of local conditions is focused upon industrial and public infrastructure which may affect, or be affected by, the rate and magnitude of offshore oil and gas development. The onshore infrastructure identified and evaluated in this report include:

- Oil and gas processing facility capacity as it relates to specific scenario guidelines,
- Oil and gas transport infrastructure related to offshore production, and
- Public infrastructure, such as roads, railroads, ports, harbors and airports.

To guide the definition of discrete development levels which describe a full range of potential offshore development, the COOGER study Steering Committee defined specific guidelines concerning offshore development scenarios to be evaluated.




**Figure 1**

COOGER Study
Subregions of the
Principal Study Region

October 1997

Projection: Albers Conic Equal-Area

These guidelines define the principal differences between the scenarios addressed in the COOGER study and in this summary, and are as follows:

Eastern and Central Subregions

1) Scenario 1 - **No further development of offshore leases.**

2) Scenario 2 - **Development** of existing offshore leases using **existing onshore facilities** as currently permitted and constructed (whichever is less) **without additional capacity**. This scenario includes modifications to allow processing and transportation of different quality oil or natural gas.

3) Scenario 3 - **Maximum development** of existing offshore leases using existing onshore facilities by constructing **added capacity at existing sites** to handle expanded production, if needed.

4) Scenario 4 - **Development** of existing offshore leases considering the currently projected schedule for **decommissioning and removal of existing onshore facilities.** This **may include new facilities** and perhaps new sites to handle anticipated production.

Northern Subregion

1) Scenario 1 - **No further development of offshore leases.**

2) Scenario 2 - **Development** of existing Northern Subregion offshore leases using **existing onshore facilities** as currently permitted and constructed (whichever is less) **without additional capacity**. This scenario includes modifications to allow processing and transportation of different quality oil or natural gas. This scenario is not limited by market constraints as is Scenario 3 in this subregion (described below).

3) Scenario 3 - **Development** of existing Northern Subregion offshore leases using existing onshore facilities and/or new facilities, with **expanded facility capacity if needed.** Production rates are based on a **realistic market demand** estimate which considers crude oil characteristics and offshore operators' assessment of the most promising market for Santa Maria Basin heavy crude oil.

4) Scenario 4 - **Development** of existing Northern Subregion offshore leases using existing onshore facilities and/or new facilities, with **expanded facility capacity if needed**. Production rates are based on offshore operators' evaluation of the **maximum potential commercial development** without consideration of currently identified market capacity limitations.

5) Scenario 2A - **Development** of existing offshore leases using **existing onshore facilities** as currently permitted and constructed (whichever is less) **without additional capacity**. This scenario includes the potential processing of **production** from Central Subregion offshore leases which may be **displaced by the decommissioning of Central Subregion onshore facilities**, as well as production from Northern Subregion offshore leases. This scenario includes modifications to allow processing and transportation of different quality oil or natural gas. This scenario is not limited by market constraints.

6) Scenario 3A - **Development** of existing offshore leases using existing onshore facilities and/or new facilities, with **expanded facility capacity if needed**. This scenario includes the potential processing of **production** from Central Subregion offshore leases which may be **displaced by the decommissioning of Central Subregion onshore facilities**, in addition to production from Northern Subregion offshore leases. Production rates associated with Northern Subregion offshore leases are based on a **realistic market demand** estimate which considers crude oil characteristics and offshore operators' assessment of the most promising market for Santa Maria Basin heavy crude oil.

7) Scenario 4A - **Development** of existing offshore leases using existing onshore facilities and/or new facilities, with **expanded facility capacity if needed**. This scenario includes the potential processing of **production** from Central Subregion offshore leases which may be **displaced by the decommissioning of Central Subregion onshore facilities**, in addition to production from Northern Subregion offshore leases. Production rates associated with Northern Subregion offshore leases are based on offshore operators' evaluation of the **maximum potential commercial development** without consideration of currently identified market capacity limitations.

The guidelines described above were used to develop detailed scenarios of offshore development and related onshore activity. These scenarios were used to quantify onshore facility requirements, oil production rates, and demand on local infrastructure. By comparing this information to current conditions and projected future conditions in the absence of new development, readers of the COOGER study can develop an understanding of local onshore infrastructure demand associated with each development scenario.

# 3.0 EXISTING OIL AND GAS OPERATIONS AND RELATED INFRASTRUCTURE

## 3.1 EXISTING OFFSHORE PRODUCTION AND RELATED ONSHORE FACILITIES

Ventura and Santa Barbara counties have a long history of offshore oil and gas operations. There are currently 20 offshore production platforms, one offshore production island, and 12 onshore processing facilities associated with offshore development in this region. To evaluate potential future demand for new onshore facility capacity, the COOGER study addresses the capacities of existing onshore facilities. Current oil and gas production rates, and future production rates in the absence of new development provide an estimate of onshore facility capacity which could be available to support new offshore development without initiating new onshore development. In 1995 (the base year for the COOGER study) a total of 73.99 million stock tank barrels of dry oil and 57.69 billion standard cubic feet of natural gas were produced from offshore leases and processed at onshore facilities within the COOGER study area. Details of base year production rates of total fluids (a mixture of crude oil and produced water) and natural gas are presented in Table 1, along with information concerning the processing capacity at each onshore facility. Figure 2 shows the locations of existing oil and gas facilities in the COOGER study region.

The COOGER study presumes that existing facilities will continue to be available to process production from new offshore development to the extent legally allowed. This assumption is not intended to imply that such use is guaranteed. Safety audits may be required in connection with County decisions that could extend the life of an onshore facility.

TABLE 1
EXISTING PRODUCTION AND FACILITY CAPACITY

| Onshore Facility | Platform(s) | Field/Unit[2] | Onshore Facility Design Capacity | | 1995 Production Rate | |
|---|---|---|---|---|---|---|
| | | | Oil/Water Mixture (BPD)[1] | Gas (MCFD) | Oil/Water Mixture (BPD)[1] | Gas (MCFD) |
| **EASTERN SUBREGION** | | | | | | |
| Mandalay | Gina<br>Gilda | Hueneme<br>Santa Clara | 25,000 | 18,000 | 15,753 | 2,996 |
| West Montalvo | Onshore | West Montalvo | 1,197 | 314 | 948 | 422 |
| Rincon Island/State Leases 145/410 | Rincon Island | Rincon | 3,795 | 1,000 | 1,046 | 208 |
| Rincon Oil & Gas Facility | Henry<br>Hillhouse<br>A<br>B<br>C | Carpinteria<br>Dos Cuadras<br>Dos Cuadras<br>Dos Cuadras<br>Dos Cuadras | 110,000 | 15,000 | 12,058 | 8,449 |
| La Conchita | Hogan<br>Houchin | Carpinteria<br>Carpinteria | 27,000 | 22,000 | 6,339 | 1,562 |
| Carpinteria Oil & Gas Processing Facility | Gail<br>Grace | Sockeye<br>Santa Clara | 40,000 | 28,000 | 9,996 | 20,112 |
| Carpinteria Gas Terminal | Habitat | Pitas Point | 0 | 110,000 | 14 | 18,485 |
| **Subtotal - Eastern Subregion** | | | 206,992 | 194,314 | 46,155 | 52,234 |
| **CENTRAL SUBREGION** | | | | | | |
| Ellwood | Holly | South Ellwood | 28,200 | 20,000 | 10,002 | 2,882 |
| Las Flores Canyon | Hondo<br>Harmony<br>Heritage | Hondo<br>Hondo<br>Pescado | 160,000 | 96,000 | 115,553 | 57,534 |
| Gaviota | Hermosa<br>Harvest<br>Hidalgo | Point Arguello<br>Point Arguello<br>Point Arguello | 125,000 | 60,000 | 79,572 | 41,819 |
| Molino | Onshore | Molino | 0 | 60,000 | 0 | 0 |
| **Subtotal - Central Subregion** | | | 313,200 | 236,000 | 205,128 | 102,236 |
| **NORTHERN SUBREGION** | | | | | | |
| Lompoc | Irene | Point Pedernales | 80,000 | 15,000 | 62,400 | 3,589 |
| **Subtotal - Northern Subregion** | | | 80,000 | 15,000 | 62,400 | 3,589 |
| **TOTAL COOGER STUDY REGION** | | | 600,192 | 445,314 | 313,683 | 158,059 |

[1]Indicates wet oil processing capacity and wet oil processed onshore. The total 1995 production for the COOGER study area indicated in this table includes 202,719 barrels per day of dry oil and 110,964 barrels per day of water.

[2]Refer to Figures 8 and 9 on pages 21 and 22 of this summary for the location of offshore fields and units.




Sources: San Luis Obispo County Department of Planning, Santa Barbara County Department of Planning, Ventura County Department of Planning, U.S. Minerals Management Service and U.S. Geological Survey

**Figure 2**

Existing Oil and Gas Facilities
COOGER Study Region

10 0 10 20 30
Miles

October 1997 Projection: Albers Conic Equal-Area

## 3.2 EXISTING INDUSTRIAL AND PUBLIC INFRASTRUCTURE

Offshore oil activities are supported by an onshore infrastructure of pipelines, roadways, ports and piers, railroads, airports, and one operational marine terminal. This infrastructure is used to transport oil, natural gas, and other products of offshore development. It is also used to transport personnel, materials, supplies, and solid wastes related to the oil and gas activity. Figures 3, 4, and 5 illustrate the locations of the principal elements of the industrial infrastructure in each COOGER study subregion. Figure 6 shows the regional public infrastructure.

### 3.2.1 Oil Pipeline Systems

Several existing pipeline systems are used to transport crude oil in the COOGER study region. These pipelines are operated by several different companies. A connection between the All American Pipeline (used to transport Central Subregion crude oil) and the Tosco northern pipeline system (used to transport Northern Subregion and onshore produced oil to the Santa Maria Refinery) is the only pipeline system connection between study subregions. Figure 7 presents a diagram of the principal components of the pipeline infrastructure in the COOGER study region, and illustrates the general lack of interconnection between subregions. This lack of interconnection limits the oil distribution options available to many processing facilities and requires consideration of oil transport capacity and demand on a subregion-specific basis.

In the Eastern Subregion, most of the offshore oil production is transported to refineries outside the COOGER study area by the Tosco pipeline system. This system typically operates at a rate of 24,000 barrels per day, and originates at the Ventura Pump Station. The Mandalay Onshore Separation Facility and West Montalvo Operations connect to the Ventura Pump Station via a common 6-inch to 8-inch diameter pipeline. Facilities located north of the Ventura Pump Station (Carpinteria, La Conchita, Rincon Island, and Rincon) send oil to the Ventura Pump Station via the 22-inch diameter Venoco M-143 pipeline. From the Ventura Pump Station, an 8-inch diameter Tosco pipeline transports oil to Santa Paula and Fillmore, and a 12-inch diameter Tosco pipeline connects the Fillmore pump station to Los Angeles area refineries.

Central Subregion oil production is transported out of the study region by marine barges and by pipeline. Production processed at the Ellwood Facility is transported by marine barge, and is discussed in Section 3.2.2. Production from the Las Flores Canyon and Gaviota facilities is transported by the All American Pipeline, L.P. system (AAPLP). The All American Pipeline, L.P. system includes a 150,000 barrel per day capacity pipeline from the Las Flores Canyon Facility to


Hwy 126
Hwy 101
Hwy 33
Hwy 1
Hwy 101
N
Santa Paula
Pump Station
Tosco Pipeline To Los Angeles
Carpinteria Onshore Gas Terminal
Carpinteria Oil and Gas Processing Facility
La Conchita Oil and Gas Processing Facility
Rincon Oil & Gas
Processing Facility
State Lease 145/410 Oil & Gas Processing Facility
Rincon Island
M-143 Pipeline
Ventura Pump Station
West Montalvo Operations
Mandalay Onshore
Separation Facility
Port
Hueneme
Legend
Primary Highways
Facility Access Routes
Railroads
County Boundaries
Eastern Subregion
Oil & Gas Infrastructure
Offshore Oil & Gas Pipelines
Onshore Oil Pipelines
Onshore Oil & Gas Facilities
Offshore Oil Platforms
Pump Stations
Sources: U.S. Minerals Management Service, U.S. Geological
Survey and U.S. Census Bureau
Figure 3
Industrial Infrastructure
Eastern Subregion
2 0 2 4 6 8
Miles
October 1997
Projection: Albers Conic Equal-Area
DAMES & MOORE
A DAMES & MOORE GROUP COMPANY




# Figure 4

Industrial Infrastructure
Central Subregion

5 0 5 10
Miles

October 1997

Projection: Albers Conic Equal-Area