


**Figure 5**

Industrial Infrastructure
Northern Subregion

October 1997

Projection: Albers Conic Equal-Area




**Figure 6**

Regional Public Infrastructure

October 1997

Projection: Albers Conic Equal-Area




PUMP STATIONS

- (A) Summit Pump Station
- (B) Orcutt Pump Station
- (C) Tosco/Santa Maria Pump Station
- (D) AAPLP Sisquoc Pump Station
- (E) AAPLP Gaviota Pump Station
- (F) AAPLP Las Flores Pump Station
- (G) Ventura Pump Station
- (H) Equilon Ventura Avenue Pump Station
- (I) Equilon Willett Pump Station
- (J) Fillmore Pump Station
- (K) AAPLP Booster Station
- (L) Avila Pump Station (decommissioned)
- (M) Santa Paula Pump Station
- (N) Torrey Pump Station

PIPELINES

| No. | Operator | Pipeline Size |
|---|---|---|
| 1 | APLC, Line 1 | 6-10" |
| 2 | APLC, Line 63 | 16" |
| 3 | Mobil, M-70 | 16" |
| 4 | Equilon | 20" |
| 5 | Chevron | 18" |
| 6 | Unocal | 12-16" |
| 7 | Chevron | 12" |
| 8 | Mobil | 12" |
| 9 | Tosco | 10-12" |
| 10 | AAPLP | 30" |
| 11 | Equilon | 8" |
| 12 | Tosco | 12" |
| 13 | Equilon | 10" |
| 14 | APLC | 16" |
| 15 | Tosco | 12" |
| 16 | Venoco | 10" |
| 17 | P.O.O.I. | 4" |
| 18 | RILP | 6" |
| 19 | Tosco | 6-8" |
| 20 | Berry | 4 & 6" |
| 21 | Rincon | 6" |
| 22 | Venoco, M-143 | 22" |
| 23 | Pacific | 20" |
| 24 | Tosco | 8" & 8" |
| 25 | AAPLP | 24" |
| 26 | Tosco | 8" |
| 27 | Tosco | 10-12" |
| 28 | Tosco | 8" |
| 29 | Tosco | 12" |
| 30 | Tosco | 8" (Idle) & 10" |
| 31 | Tosco | (manifold) |
| 32 | Tosco | 8" & 12" |
| 33 | Tosco | 8"-12" |

**Figure 7 Regional Oil Transport Pipeline Infrastructure Schematic Diagram**

NOT TO SCALE
Locations approximate

the Gaviota Pump Station site, another 150,000 barrels per day capacity line from the Gaviota Oil Terminal to the Gaviota Pump Station, and a 300,000 barrels per day capacity pipeline from the Gaviota Pump Station to the Sisquoc Pump Station and on to the Pentland Pump Station in Kern County. A portion of the oil transported in the All American Pipeline L.P. system can be sent to the Santa Maria Refinery via an existing Tosco pipeline system that connects the Sisquoc Pump Station to the Santa Maria Pump Station and Suey Junction (described in the Northern Subregion paragraph, below).

Northern Subregion offshore production is currently processed at the Lompoc Oil and Gas Processing Facility, and transported to the Santa Maria Refinery in San Luis Obispo County via a Tosco pipeline system. The Santa Maria Refinery processes up to 44,400 barrels per day. Some of the Santa Maria Refinery products are transported by other Tosco pipelines to refineries outside the study region for further refining or sale. Transport of oil from the Lompoc Facility to the Santa Maria Refinery is limited to 36,000 barrels per day by Santa Barbara County permit conditions, although the design capacity of this system is somewhat greater. From Lompoc to Suey Junction, the Tosco pipeline system capacity is at least 43,200 barrels per day. From Suey Junction to the Santa Maria Refinery, existing pipeline system capacity is 72,000 barrels per day (this portion of the pipeline system could transport oil from the All American Pipeline, L.P. system in addition to Northern Subregion production). The pipeline system connecting the AAPLP system to Suey Junction has a total capacity of 36,000 barrels per day from the Sisquoc Station and up to 74,400 barrels per day downstream of the Santa Maria Station (including oil from the Sisquoc Station). Products from the Santa Maria Refinery (pressure distillate or "gas oil") are transported by an 8-inch to 12-inch diameter Tosco pipeline system with a 36,000 barrels per day capacity, which connects to two 8-inch diameter pipelines near the City of San Luis Obispo. The dual 8-inch pipelines have a total capacity of 57,600 barrels per day, and are connected to the Tosco Rodeo Refinery in the San Francisco Bay area.

### 3.2.2 Marine Terminals

There is currently only one active marine terminal in use in the study region. The Ellwood Marine Terminal, located in the Central Subregion, is used to load marine barges with oil processed at the Ellwood Oil and Gas Processing Facility. The Ellwood Marine Terminal is currently designated as a legal, non-conforming use by Santa Barbara County. Based on records from January 1997 through July 1998, this facility loads approximately one barge every two weeks (one barge has a capacity of 56,000 barrels). Once a barge is moored and connected to the marine terminal, the loading operation is completed in 13 to 14 hours.

### 3.2.3 Public Roadways

The Tri-County offshore oil and gas industry's primary use of roads and highways is for the distribution of products including LPG, NGL and sulfur and for the delivery of supplies and materials to onshore facilities and docks providing service to offshore operations. LPGs, such as propane and butane, are removed from gas and oil streams. Propane is transported to market in high-pressure tanker trucks. Butane is often blended with crude oil for shipment by pipeline, but may also be transported in high pressure tanker trucks. NGL is typically blended into crude oil and transported by pipeline, but may be shipped by truck if necessary. Sulfur is produced from processing hydrogen sulfide and other sulfur compounds recovered during the sweetening (desulfurization) of oil and gas. Sulfur can be transported in molten form using tanker trucks and in solid form using dump-type trucks. Although not currently produced from offshore oil, asphalt produced at the Santa Maria Asphalt Refinery is also shipped by truck. In the future, there is potential that this facility could process some offshore oil. Roads and highways are also used by industry employees, suppliers, service providers, and commercial waste transporters.

Trucks used to transport the LPG and NGL include two types. Large tanker trucks, consisting of either a single large tank or two small tanks on trailers (doubles), can carry up to 8,500 gallons of product. These large trucks are typically used to transport products to markets outside the Tri-County area. Smaller trucks are used to deliver products to local markets. For example, smaller trucks are typically used to deliver LPG to residential customers who live in areas that are not served by a local gas utility.

Because many of the facilities in three subregions use the same highways to transport the products they produce, the overall assessment of highway use considers that trucks generated by a facility in one subregion may travel on highways in a different subregion. The following highway routes were identified as being used by the onshore facilities used to process offshore oil:

- Trucks travel on Highway 101 north (or on local roads) to northern Santa Barbara County or San Luis Obispo County and deliver the products (e.g., commercial LPG to customers and sulfur to agriculture-related products companies). Under normal operations, no trucks were identified as traveling on Highway 101 north out of San Luis Obispo county (i.e., into Monterey County).

- Trucks travel on Highway 101 north and then travel on Highway 166 east to Kern County (out of the Study Region).

- Trucks travel on Highway 101 south to Highway 126 east into Los Angeles County (out of the Study Region except for trucks carrying crude oil from State Lease 145/410 that unload at a pump station in Fillmore)

- Trucks travel on Highway 101 south into Los Angeles County

In addition to the use of regional highways, surface streets are used for access to oil and gas facilities. Access routes to individual facilities on surface streets are discussed in detail in the COOGER report.

### 3.2.4 Ports and Industrial Piers

Vessel activity associated with offshore oil and gas operations in the study region is supported at Port Hueneme, Carpinteria (Casitas) Pier, and Ellwood Pier. Other harbors and piers in the study region are not used for daily support activity, although some crew and supply vessels are berthed at Ventura Harbor and a Clean Seas oil spill response vessel is commonly moored outside Santa Barbara Harbor.

Port Hueneme is the only deep water port in the study region. Port Hueneme is used by both supply (work) vessels and crew vessels serving offshore platforms throughout the COOGER study region. This activity includes the transfer of supplies and heavy equipment associated with offshore activities as well as personnel. No other location in the study region is currently available for this use. Recent (1997) records of this activity indicate that Port Hueneme offshore oil related vessel traffic includes approximately 52 supply vessels and 42 crew vessels each week. Port management personnel indicated that this level of activity is well within the Port's capacity, and substantial increases could be readily accommodated.

The Carpinteria (Casitas) Pier is located south of the Carpinteria Oil and Gas Processing Facility. This pier is privately owned, and is not available for public use. The pier is used to transfer personnel and light supplies onto crewboats and supply (work) boats, and serves platforms in the Eastern Subregion. An onshore supply storage area and parking lot is located adjacent to the Carpinteria pier. Activity at the Carpinteria Pier averaged 42 vessel calls per week in 1997.

The Ellwood Pier is located west of the Ellwood Oil and Gas Processing Facility. This pier is privately owned, and is not available for public use. The pier is used to transfer personnel and light supplies onto crew boats and supply (work) boats, and serves platforms in the Central Subregion. A small supply storage and parking area is located adjacent to the pier. Activity at the Ellwood Pier averaged 55 vessel calls per week in 1997.

### 3.2.5 Railroads

The Coastal Line of the Union Pacific Railroad traverses the length of the COOGER study region, and is located adjacent to or near many of the onshore processing facilities. None of the facilities that receive oil directly from offshore platforms transport crude oil or products by rail. The Santa Maria Refinery, which receives processed offshore oil from the Lompoc Oil and Gas Processing Facility, has a dedicated rail spur and rail loading facility, which is used to transport petroleum coke and sulfur from the refinery.

### 3.2.6 Airports

Helicopters are used to transport employees and light supplies to platforms, most commonly those platforms located farthest from the ports and piers described in Section 3.2.4. Helicopter services are typically based at public airports in the Tri-Counties area, although some of the onshore facilities (such as the Las Flores Canyon Oil and Gas Processing Facility) also have helicopter landing pads. Public airports used in support of offshore oil and gas activities and recent (1997) levels of activity include:

- Eastern Subregion Airports:
  Camarillo Airport - 5 flights per week (MMS inspection flights)

- Central Subregion Airports:
  Santa Barbara Airport - 39 flights per week (offshore personnel and light supply transport)

- Northern Subregion Airports:
  Lompoc Airport - 4 flights per week (offshore personnel and light supply transport)
  Santa Maria Airport - 5 flights per week (MMS inspection flights)

# 4.0 OFFSHORE DEVELOPMENT SCENARIOS

## 4.1 OVERVIEW

The COOGER study presents a range of potential future development of existing offshore leases. This range is defined by the scenario guidelines presented in Section 2.2 of this summary. Each scenario guideline was used to define limiting conditions applicable to potential offshore development.

The production rates and associated development activity presented in the COOGER report were determined using a multi-step process. First, the baseline scenario was described assuming that no new development would occur (Scenario 1). Secondly, geologic data and operator analyses were reviewed to define the maximum level of development and likely production profiles that could occur without considering potential constraints. Third, the potential schedule of development and initial production was determined based on an evaluation of resource delineation, engineering, and regulatory approvals required. The fourth, and final, step involved the application of the COOGER study Steering Committee-specified development controls and assumptions to eliminate or modify specific resources. These controls and assumptions include the specific guidelines applicable to each development scenario described in Section 2.2 and additional details directed by the Steering Committee. One important assumption applied to this exercise is that oil and gas development is assumed to maximize total production by the use of existing facilities wherever it is economically feasible to do so, as long as it complies with current regulations. The permit and design capacities of all facilities and the legal non-conforming status of some facilities affects the source and amount of oil and gas that may be processed at specific locations, and this was considered in the development of specific scenarios.

## 4.2 POTENTIAL FUTURE OFFSHORE DEVELOPMENT

The COOGER study analysis resulted in the identification of eighteen economically viable offshore oil fields on existing leases which were not developed at the time the analysis was conducted. The locations of these oil fields are shown on Figures 8 and 9. The results of the COOGER study determination of development and production schedules for each offshore oil field is summarized on Table 2. The COOGER study analysis of the oil and gas resource, potential development schedule, offshore operator plans, and Steering Committee scenario guidelines were combined to develop projections of new offshore facilities, related onshore facilities, and oil and gas production rates associated with each development scenario. An overview comparison of offshore and onshore facilities associated with different scenarios is presented in Table 3.




## Figure 8

COOGER Study

Potentially Developable Oil Fields
Eastern Subregion



October 1997

Projection: Albers Conic Equal-Area

Legend

- Primary Highways
- County Boundaries
- State Waters Boundary
- Subregion

Oil & Gas Infrastructure

- Offshore Oil & Gas Pipelines
- Onshore Oil Pipelines
- Pacific OCS Unit Boundary
- Offshore State Lease Boundary
- Onshore Oil & Gas Facilities
- Offshore Oil Platforms
- Offshore Oil Platforms (Removed 1996)
- Offshore Oil & Gas Fields
- Potentially Developable Oil Fields

Sources: U.S. Management Service, U.S. Geological Survey and California State Lands Commission

DAMES & MOORE
A DAMES & MOORE GROUP COMPANY

N




# Figure 9

COOGER Study

Potentially Developable Oil Fields
Central & Northern Subregions

5 0 5 10
Miles

October 1997

Projection: Albers Conic Equal-Area

## Legend

- Primary Highways
- County Boundaries
- State Waters Boundary
- Subregion

Oil & Gas Infrastructure

- Offshore Oil & Gas Pipelines
- Onshore Oil Pipelines
- Onshore Gas Pipelines
- Pacific OCS Unit Boundary
- Offshore State Lease Boundary
- Offshore Oil Platforms
- Onshore Oil & Gas Facilities
- Offshore Oil & Gas Fields
- Potentially Developable Oil Fields

Sources: U.S. Management Service, U.S. Geological Survey and California State Lands Commission

DAMES & MOORE
A DAMES & MOORE GROUP COMPANY

# TABLE 2
## DETERMINATION OF INITIAL PRODUCTION FROM NEW FIELDS - COOGER STUDY REGION

| | Administrative (0 yrs. - concurrent) (Unit Redetermination, Royalty Renegotiation) | Exploration/Delineation Well Required | Engineering/ New Technology | Engineering/Existing Offshore and Onshore Facility | Engineering/New Offshore Structure | Approvals - Existing Offshore & Onshore Facilities | Approvals - New Offshore Structure | Approvals - Modify Existing Onshore Facility | Approvals - New Onshore Facility | Start-up - Commission & Drill | Start-up Delay - Multiple Developments | Complete Development Application | Start Production |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EASTERN** | | | | | | | | | | | | | |
| Carpinteria | | | | ✔ | | ✔ | | | | ✔ | | 1999 | 2001 |
| Cavern Point | | ✔ | | ✔ | | ✔ | | | | ✔ | | 2002 | 2002 |
| Rincon | | | | | | | | | | ✔ | | 1998 | 1999 |
| **CENTRAL** | | | | | | | | | | | | | |
| Molino | | | | ✔ | | ✔ | | | | ✔ | | 1996 | 2001 |
| South Ellwood | | | | ✔ | | ✔ | | ✔ | | ✔ | | 1999 | 2002 |
| Gato Canyon | | ✔ | | | ✔ | | ✔ | | | ✔ | | 2004 | 2007 |
| Sacate | | | | ✔ | | ✔ | | | | ✔ | | 1998 | 2002 |
| Sword | | ✔ | ✔ | | ✔ | | ✔ | | | ✔ | | 2005 | 2009 |
| Rocky Point-Jalama | | | | ✔ | | ✔ | | | | ✔ | | 2000 | 2002 |
| Cojo | | | | | ✔ | | ✔ | | | ✔ | | 2000 | 2004 |
| Piñon Electra | | | | ✔ | | ✔ | | | | ✔ | | 2000 | 2002 |
| **NORTHERN** | | | | | | | | | | | | | |
| Bonito-Sugar Maple | | ✔ | | | ✔ | | ✔ | | | ✔ | | 2004 | 2009 |
| Lion Rock | ✔ | ✔ | ✔ | | ✔ | | ✔ | | ✔ | ✔ | | 2003 | 2008 |
| Point Sal | ✔ | ✔ | ✔ | | ✔ | | ✔ | | ✔ | ✔ | ✔ | * | * |
| Purisima Point | ✔ | ✔ | ✔ | | ✔ | | ✔ | | ✔ | ✔ | ✔ | * | * |
| Santa Maria | ✔ | ✔ | ✔ | | ✔ | | ✔ | | ✔ | ✔ | ✔ | * | * |

*Based on operator inputs available, characteristics data, and expected market limitations, these fields are not expected to be developed during the COOGER study time frame under any of the scenarios considered. Activities associated with exploration and resource evaluation would occur during the COOGER study time frame, however.

TABLE 3
EXISTING AND POTENTIAL FUTURE OIL AND GAS FACILITIES

| Scenario | Number of Offshore Facilities | | Number of Onshore Facilities | |
|---|---|---|---|---|
| | Today | 2010 | Today | 2010 |
| Scenario 1 - No further offshore development | 21 | 4 | 12 | 3 |
| Scenario 2 - further offshore development within existing onshore facility capacity | 21 | 11 | 12 | 7 |
| Scenario 3 - further offshore development with expanded onshore capacity (with market-limited Northern Subregion Production) | 21 | 11 | 12 | 8 |
| Scenario 4 - further offshore development with accelerated facility decommissioning in Eastern and Central Subregions, and development of Northern Subregion facilities to accommodate displaced production and maximum (not market-limited) Northern Subregion Production | 21 | 8-10 | 12 | 7 |

The analysis of future production in the absence of new offshore development is presented as Scenario 1 in each subregion. As indicated by Figure 10, offshore production from currently developed fields is expected to steadily decline through the COOGER study time frame under this scenario. Offshore production in the Eastern and Northern Subregions would be exhausted by the year 2015, and Central Subregion production would decline to 12,000 barrels of oil per day and 95.9 million standard cubic feet of gas per day.

The analysis of expanded development reflected by Scenario 3 provides a reasonable estimate of the upper limit of offshore development potential during the COOGER study time frame. As shown on Figure 11, this scenario would stabilize total production rates in the Central Subregion, and substantially increase production rates in the Northern Subregion. Eastern Subregion production would still be exhausted by 2015, however. Total oil production within the COOGER study region would not exceed 1995 base year production rates from 2000 through 2015. Even if the Northern Subregion Scenario 4 (a maximum case production rate without consideration of market limitations) was added to Scenario 3 in the Central and Eastern Subregions, oil production in the year 2015 would still be less than that experienced in 1995. Substantial new development would be required to generate the production necessary to offset production declines associated with existing developed oil fields. This development would create demands on local infrastructure which are described in Section 5.0.

In addition to the two extremes discussed above, the COOGER study addresses several other scenarios to help refine our understanding of the demand for onshore infrastructure associated with different levels of offshore development. Tables 4 through 9 present the detailed results of production projections developed for each scenario. One notable result of this exercise is the identification that Scenario 2 (development within the capacity of existing facilities) results in nearly the same overall production rates as scenarios which involve new onshore facilities in the Eastern and Central Subregions. This suggests that demand for new onshore processing facilities is likely to be limited to the Northern Subregion.

Another interesting result of the COOGER study is related to the accelerated decommissioning scenario (Scenario 4) in the Central Subregion. Under this scenario, the Gaviota Oil and Gas Processing Facility would be decommissioned between 2001 and 2005. Evaluation of undeveloped offshore resources on existing leases indicated that most would be economically viable even if they were to be connected to the Las Flores Canyon or Northern Subregion processing facilities. As a result, several Northern Subregion development scenarios were added to the COOGER study (Scenarios 2A, 3A, and 4A) to reflect the development that could be displaced to the Northern

Subregion in the event of an accelerated decommissioning of the Gaviota Oil and Gas Processing Facility. The net effect of this activity would be a slight reduction of total oil and gas production and an increase in onshore infrastructure demand and related activity (associated with the development of new onshore facilities). Onshore infrastructure demand associated with all scenarios addressed by the COOGER study is discussed in Section 5.0 of this summary.

**Figure 10**

**SCENARIO 1 - NO FURTHER DEVELOPMENT**
**COMPARISON OF OIL PRODUCTION BY SUBREGION**

