**Figure 11**

**SCENARIO 3 - CONTINUED OFFSHORE DEVELOPMENT WITH ONSHORE FACILITY EXPANSION COMPARISON OF OIL PRODUCTION BY SUBREGION**




DAMES & MOORE GROUP

**TABLE 4**
**EASTERN SUBREGION**
**SUMMARY OF OIL PRODUCTION BY SCENARIO**

| | Oil Production (Barrels Per Day, Average) | | | | TOTAL 1995-2015 (MMSTB) |
|---|---|---|---|---|---|
| | 2000 | 2005 | 2010 | 2015 | |
| **Scenario 1** No new development on existing leases | 11895 | 2247 | 1005 | 0 | 52 |
| **Scenario 2** Development of existing leases within the capacity of existing onshore facilities | 11895 | 16749 | 6692 | 0 | 90 |
| **Scenario 3** Maximum development of existing leases including the expansion of capacity at existing onshore facilities | 11895 | 16749 | 6692 | 0 | 90 |
| **Scenario 4** Development of existing leases considering the abandonment of existing facilities | 11895 | 2247 | 1005 | 0 | 51 |

**TABLE 5**
**EASTERN SUBREGION**
**SUMMARY OF NATURAL GAS PRODUCTION BY SCENARIO**

| | Natural Gas Production (Thousand Standard Cubic Feet Per Day, Average) | | | | TOTAL 1995-2015 (MMCF) |
|---|---|---|---|---|---|
| | 2000 | 2005 | 2010 | 2015 | |
| **Scenario 1** No new development on existing leases | 22714 | 2697 | 1206 | 0 | 101864 |
| **Scenario 2** Development of existing leases within the capacity of existing onshore facilities | 22714 | 49711 | 25720 | 0 | 215695 |
| **Scenario 3** Maximum development of existing leases including the expansion of capacity at existing onshore facilities | 22714 | 49711 | 25720 | 0 | 215698 |
| **Scenario 4** Development of existing leases considering the abandonment of existing facilities | 22714 | 2697 | 1206 | 0 | 100586 |

**TABLE 6**
**CENTRAL SUBREGION**
**SUMMARY OF OIL PRODUCTION BY SCENARIO**

| | Oil Production (Barrels Per Day, Average) | | | | TOTAL 1995-2015 (MMSTB) |
|---|---|---|---|---|---|
| | **2000** | **2005** | **2010** | **2015** | |
| **Scenario 1** No new development on existing leases | 115317 | 39678 | 20521 | 12000 | 489 |
| **Scenario 2** Development of existing leases within the capacity of existing onshore facilities | 115317 | 127649 | 133602 | 105415 | 964 |
| **Scenario 3** Maximum development of existing leases including the expansion of capacity at existing onshore facilities | 115317 | 127649 | 133602 | 105415 | 964 |
| **Scenario 4** Development of existing leases considering the abandonment of existing facilities | 115317 | 96865 | 91340 | 52915 | 759 |

**TABLE 7**
**CENTRAL SUBREGION**
**SUMMARY OF NATURAL GAS PRODUCTION BY SCENARIO**

| | Natural Gas Production (Thousand Standard Cubic Feet Per Day, Average) | | | | TOTAL 1995-2015 (MMCF) |
|---|---|---|---|---|---|
| | 2000 | 2005 | 2010 | 2015 | |
| **Scenario 1** No new development on existing leases | 147811 | 170956 | 108482 | 95890 | 1003341 |
| **Scenario 2** Development of existing leases within the capacity of existing onshore facilities | 147811 | 199044 | 145794 | 137100 | 1167445 |
| **Scenario 3** Maximum development of existing leases including the expansion of capacity at existing onshore facilities | 147811 | 233859 | 181982 | 151390 | 1318013 |
| **Scenario 4** Development of existing leases considering the abandonment of existing facilities | 147811 | 209815 | 160882 | 125090 | 1167407 |

## TABLE 8
## NORTHERN SUBREGION
## SUMMARY OF OIL PRODUCTION BY SCENARIO

| | Oil Production (Barrels Per Day, Average) | | | | TOTAL 1995-2015 (MMSTB) |
|---|---|---|---|---|---|
| | 2000 | 2005 | 2010 | 2015 | |
| **Scenario 1**<br>No new development on existing leases | 6055 | 0 | 0 | 0 | 27 |
| **Scenario 2**<br>Development of existing Northern Subregion leases up to the capacity of existing onshore facilities, without market limitation | 6055 | 0 | 36000 | 32529 | 113 |
| **Scenario 3**<br>Market-based realistic production from existing Northern Subregion leases based on crude oil characteristics (Aera low-case production estimates). May include new onshore facilities | 6055 | 0 | 53500 | 50029 | 163 |
| **Scenario 4**<br>Maximum commercial development of existing Northern Subregion leases based on crude oil characteristics (Aera high-case production estimates). May include new onshore facilities. | 6055 | 0 | 86500 | 100029 | 271 |
| **Scenario 2A**<br>Maximum development of existing leases within the capacity of existing onshore facilities, including production from offshore leases in the Central Subregion which could be displaced by the abandonment of the Gaviota processing facility. | 6055 | 19500 | 35762 | 36000 | 155 |
| **Scenario 3A**<br>Market-based realistic production from existing Northern Subregion leases (Aera low-case production estimates), combined with production from offshore leases in the Central Subregion which could be displaced by the abandonment of the Gaviota processing facility. | 6055 | 19500 | 95762 | 102529 | 334 |
| **Scenario 4A**<br>Maximum commercial development of existing Northern Subregion leases based on crude oil characteristics (Aera high-case production estimates), combined with production from offshore leases in the Central Subregion which could be displaced by the abandonment of the Gaviota processing facility. | 6055 | 19500 | 128762 | 152529 | 442 |

## TABLE 9
## NORTHERN SUBREGION
## SUMMARY OF NATURAL GAS PRODUCTION BY SCENARIO

| | Natural Gas Production (Thousand Standard Cubic Feet Per Day, Average) | | | | TOTAL 1995-2015 (MMCF) |
|---|---|---|---|---|---|
| | 2000 | 2005 | 2010 | 2015 | |
| **Scenario 1** No new development on existing leases | 1392 | 0 | 0 | 0 | 6104 |
| **Scenario 2** Development of existing Northern Subregion leases up to the capacity of existing onshore facilities, without market limitation | 1392 | 0 | 15000 | 15000 | 42263 |
| **Scenario 3** Market-based realistic production from existing Northern Subregion leases based on crude oil characteristics (Aera low-case production estimates). May include new onshore facilities | 1392 | 0 | 21017 | 35848 | 74999 |
| **Scenario 4** Maximum commercial development of existing Northern Subregion leases based on crude oil characteristics (Aera high-case production estimates). May include new onshore facilities. | 1392 | 0 | 29950 | 82515 | 140343 |
| **Scenario 2A** Maximum development of existing leases within the capacity of existing onshore facilities, including production from offshore leases in the Central Subregion which could be displaced by the abandonment of the Gaviota processing facility. | 1392 | 9800 | 15000 | 15000 | 65088 |
| **Scenario 3A** Market-based realistic production from existing Northern Subregion leases (Aera low-case production estimates), combined with production from offshore leases in the Central Subregion which could be displaced by the abandonment of the Gaviota processing facility. | 1392 | 9800 | 42117 | 62148 | 160518 |
| **Scenario 4A** Maximum commercial development of existing Northern Subregion leases based on crude oil characteristics (Aera high-case production estimates), combined with production from offshore leases in the Central Subregion which could be displaced by the abandonment of the Gaviota processing facility. | 1392 | 9800 | 51050 | 108815 | 225862 |

# 5.0 PHYSICAL INFRASTRUCTURE DEMAND

## 5.1 INDUSTRIAL PROCESSING FACILITY DEMAND

### 5.1.1 Eastern Subregion

As explained in Section 4.2, production of oil and gas is projected to decline substantially in the Eastern Subregion in the absence of further offshore development. Under this scenario (Scenario 1), Rincon Island and associated Lease 145/410 onshore facilities are the only Eastern Subregion facilities that would remain active beyond 2005. Scenario 2 (further development within the capacity of existing onshore facilities) would extend the operation of some offshore fields and related onshore facilities, and by definition would not require any expansion of onshore facility capacity. Because substantial excess onshore facility capacity is expected as a result of declining production from currently producing offshore fields, the maximum commercially viable development of existing offshore leases (Scenario 3) could also be accommodated without any expansion of existing onshore facilities. As with Scenario 2, Scenario 3 would extend the commercial life of some existing onshore facilities. The accelerated decommissioning scenario (Scenario 4) would be nearly identical to the no further development scenario (Scenario 1). Two currently undeveloped offshore prospects that could be developed from existing platforms under Scenarios 2 and 3 would not be developed under this scenario, as resources associated with these prospects are not projected to be sufficient to support the expense of installing a new platform.

### 5.1.2 Central Subregion

In the absence of further offshore development (Scenario 1), oil and gas production in the Central Subregion would steadily decline through the COOGER study time period, as discussed in Section 4.2. Under this scenario, the existing onshore processing facilities at Gaviota and Ellwood would be removed prior to 2010. The Las Flores Canyon facility would be the only active oil and gas processing facility in the Central Subregion by the year 2015.

Further offshore development on existing leases within the capacity of existing onshore processing facilities (Scenario 2) would result in sustained production rates of 74 to 94 percent of 1997 levels through 2015. Under this scenario, existing facilities at Ellwood, Gaviota, and Las Flores Canyon would all remain operational through 2015. Capacity limitations at the Ellwood Oil and Gas Processing Facility (and restrictions associated with that facility's legal, non-conforming use status) would require that oil production associated with the further development of the South Ellwood Field

would most likely be processed at Las Flores Canyon. A new oil pipeline connection would be required to accommodate the transport of South Ellwood Field production to the Las Flores Canyon site. Gato Canyon is likely to be connected via pipeline to the Hondo Platform site, and no new onshore pipeline is expected. The Las Flores Canyon Oil and Gas Processing Facility has ample capacity to accommodate additional oil production from the South Ellwood Field, as well as production from the Gato Canyon Field. Natural gas production from these fields would be limited by Las Flores Canyon Facility capacity under this scenario, however, and excess gas from the South Ellwood and Gato Canyon Fields is presumed to be reinjected under Scenario 2. Development of the Rocky Point, Jalama, Cojo, and Sword Fields could be accommodated at the Gaviota Oil and Gas Processing Facility without expansion, but this could be affected by the capacity and operational status of existing Point Arguello Field pipelines. All identified commercially viable offshore fields could still be developed during the COOGER study time frame under Scenario 2, however.

Development associated with Scenario 3 would be identical to that described for Scenario 2, with the exception of the expansion of natural gas processing facilities at Las Flores Canyon to accommodate natural gas production from the South Ellwood and Gato Canyon Fields in excess of the existing Las Flores Canyon Facility's capacity. This would also require a new gas pipeline (in addition to the oil pipeline referred to under Scenario 2) to transport natural gas from the South Ellwood Field to Las Flores Canyon.

Central Subregion Scenario 4 involves the accelerated decommissioning of the Gaviota Oil and Gas Processing Facility and associated offshore platforms Hermosa, Harvest, and Hidalgo. Under this scenario, the Piñon-Electra offshore field would not be economically viable. Some of the other currently undeveloped fields on existing Central Subregion leases (Rocky Point, Jalama, and Sword) could still be developed, but their production would most likely be processed in the Northern Subregion. The effect of this demand for Northern Subregion processing capacity is discussed in Section 5.1.3 (below) under Scenarios 2A, 3A, and 4A.

### 5.1.3 Northern Subregion

Only one offshore platform currently produces oil and gas handled at a Northern Subregion onshore processing facility, and that platform would cease production before 2005 in the absence of new development. No oil would be produced from Northern Subregion offshore leases beyond 2005 in the absence of new development (Scenario 1).

Further offshore development within the capacity of existing onshore processing facilities (Scenario 2) would accommodate the development of the Bonito Field, and would severely limit the potential development of the Lion Rock Field. This scenario would result in over four times more total production than Scenario 1 over the COOGER twenty-year time frame. Maximum daily production rates would be approximately one-fourth of recent (1997) production rates in the Central Subregion. Maximum fluid production rates under this scenario would be approximately 70 percent of current (1997) Northern Subregion production rates, but would include a much higher proportion of oil. Although projections developed for this study include some production from the Lion Rock Field, this production could be so severely limited that it may not be economically viable. Under those circumstances, total production associated with Scenario 2 could be less than projected in this report.

Full development of Northern Subregion oil and gas resources is closely related to oil characteristics and potential markets. The heavy crude oil in this study subregion is of a composition and character that one of its potential products is asphalt. The ultimate use of this crude may be influenced by changes in heavy oil technology, however. Currently identified market limitations are considered in Northern Subregion Scenarios 3, 4, 3A, and 4A.

Scenario 3 in the Northern Subregion describes the offshore development that could occur if onshore facility capacity expansions were allowed. This scenario is limited by the Lion Rock Field offshore operator's assessment of asphalt market limits. Even with this limitation, this scenario would result in substantially greater oil production than that associated with either Scenario 1 or 2. These oil production rates would be slightly more than one-third of recent (1997) production rates in the Central Subregion. Total fluids processed at onshore facilities in the Northern Subregion would be approximately 25 percent greater than current (1997) Northern Subregion oil production rates. This scenario would require the addition of a new processing facility in addition to the continued operation of the existing Northern Subregion facility. Although this new facility could be co-located at the Lompoc Oil & Gas Processing Facility site, proposal of a new facility to accommodate Lion Rock Field production is more likely to focus on locations which allow railroad access for heavy product transport.

Scenario 4 reflects the development of existing Northern Subregion offshore leases with allowance of onshore facility expansions and a liberal view of potential asphalt markets (including export outside the western United States PAD V marketing area, which includes California, Nevada, Arizona, Oregon, and Washington) or markets for other heavy products. This scenario would result in substantially greater production than Northern Subregion Scenarios 1, 2, or 3, and peak dry oil production in 2015 of about 70 percent of recent (1997) production rates in the Central Subregion.

This scenario would involve one new onshore processing facility in addition to the continued operation of the existing Lompoc Oil & Gas Processing Facility, and this new facility would be comparable in size to the existing Las Flores Canyon Facility.

Scenarios 2A, 3A, and 4A involve comparable assumptions concerning potential expansion of onshore facility capacity as explained for Scenarios 2, 3, and 4. These scenarios reflect the increased demand for Northern Subregion onshore processing capacity that would result from Central Subregion Scenario 4. Under Scenario 2A, increased demand for processing capacity from Central Subregion facilities would eliminate capacity available for Lion Rock Field production, and that offshore field would not be produced during the COOGER study period under this scenario. Scenarios 3A and 4A would both result in new onshore facilities associated with Lion Rock Field production (as described in relation to Scenarios 3 and 4, above), and would also result in a nearly 40 percent expansion of the Lompoc Oil & Gas Processing Facility oil processing capacity permit limits.

## 5.2 PIPELINE SYSTEM CAPACITY AND DEMAND

Based on a review of pipeline system capacities and scenario-specific production rates, existing pipeline systems are expected to accommodate any of the Eastern and Central Subregion development scenarios without expansion. A new pipeline would be required to connect South Ellwood Field production to the existing All American Pipeline, L.P. (AAPLP) system under Central Subregion Scenarios 3 and 4, however.

In the Northern Subregion, existing pipeline system capacities are adequate to accommodate production associated with Scenarios 1, 2, and 2A. Scenarios involving expanded production, including Scenarios 3, 4, 3A, and 4A would require expansion of the Tosco pipeline system or construction of a new onshore pipeline to deliver Northern Subregion production to the AAPLP system. The existing capacity of the AAPLP system could accommodate the combined production inputs from both the Central and Northern Subregions without expansion.

## 5.3 MARINE TRANSPORT

The Ellwood Marine Terminal is the only active marine terminal in the COOGER study region. This facility receives oil from the Ellwood Oil and Gas Processing Facility. Both of these facilities are legal, non-conforming uses and no expansion of either facility is projected under any COOGER study scenario. The Ellwood Marine Terminal is physically capable of barge loading operations that would

substantially exceed the permit and design capacities of the Ellwood Oil and Gas Processing Facilities. As such, the Ellwood Marine Terminal does not represent a capacity constraint on any COOGER study scenario.

## 5.4 DEVELOPMENT-RELATED TRAFFIC ON LOCAL ROADS AND HIGHWAYS

The COOGER study addresses several aspects of traffic on local roadways. Heavy truck traffic on regional highways associated with product transport is evaluated in detail. This analysis addresses potential asphalt/heavy product transport associated with the Northern Subregion offshore fields (projected to produce very heavy, asphaltic crude oil) separate from other product transport to provide useful detail. Because product transport involves truck traffic on regional highways throughout the COOGER study region, this analysis addresses all possible combinations of subregional scenarios. Details of the results of this analysis are presented in the COOGER study report, and selected scenario combinations that reflect the range of traffic generation are presented in this summary. Local traffic associated with supply and personnel transport in the vicinity of Port Hueneme and industrial piers is also addressed.

### 5.4.1 Product Transport

Figure 12 represents a schematic diagram of the combined product traffic from the facilities under the scenario combination of Eastern Subregion Scenario 1, Central Subregion Scenario 1 and Northern Subregion Scenario 1. This combination of scenarios results in the lowest number of total product trucks of all possible combinations of scenarios addressed in this study. The boxes shown on the figure identify the total number of product trucks projected for various highway sections. For simplicity, the Ellwood, Las Flores Canyon, and Gaviota Facilities are shown as a single entry point to Highway 101, and all product traffic from these facilities continue on Highway 101 to the south or north. As shown, the number of trucks traveling south through the city of Santa Barbara is projected to remain constant in all future study years in Scenario 1 and all of these trucks originate from the Las Flores Canyon Facilities. The number of trucks traveling north on Highway 101 in the Central and Northern Subregions and east on Highway 166 is projected to be highest in 2005 with a total northbound product traffic of 31 trucks per week. This traffic is primarily associated with production at the Molino Facility, which is shipped to the Gaviota Facility via pipeline and, from there, is projected to generate 24 trucks per week in 2005.




| Consumed Locally Within the Northern Subregion | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 6 | 6 | 5 | 4 | 4 |

| Highway 166 East Into Kern County | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 11 | 4 | 26 | 6 | 0 |

| Highway 101 North of Lompoc HS&P Facility | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 17 | 10 | 31 | 10 | 4 |

| Highway 101 North of Gaviota-Ellwood Corridor | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 12 | 8 | 31 | 10 | 4 |

| Highway 101 South of Gaviota-Ellwood Corridor | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 33 | 39 | 39 | 39 | 39 |

| Highway 101 South of State Lease 145/410 | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 42 | 48 | 48 | 48 | 39 |

| Highway 126 East to Fillmore & L.A. County | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 12 | 13 | 13 | 13 | 4 |

| Highway 101 South to L.A. County | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 30 | 35 | 35 | 35 | 35 |

**FIGURE 12**

Low-Case Truck Traffic
Sulfur, LPG, and Crude Oil Transport
(Average Truck Round Trips Per Week)
Scenario Combination: East: 1/Central: 1/North: 1

DAMES & MOORE
A DAMES & MOORE GROUP COMPANY

Figure 13 represents the combined LPG, sulfur and crude oil product traffic from the facilities under the scenario combination of any Eastern Subregion scenario, Central Subregion Scenario 3, and Northern Subregion Scenario 3 (excluding heavy product transport associated with Northern Subregion production, which is discussed separately below). The maximum product truck traffic associated with this combination of scenarios would occur in 2010. This combination of scenarios would result in up to 62 truck trips per week northbound on Highway 101 and/or Highway 166, and up to 73 truck trips per week southbound on Highway 101 by 2010. In study year 2000, all of the trucks traveling south through the city of Santa Barbara are projected to originate from the Las Flores Canyon Facilities. Eighty percent or more of the trucks traveling south through the City of Santa Barbara in study years 2005, 2010 and 2015 are projected to originate from the Las Flores Canyon Facilities. All other product trucks projected to travel south through the city of Santa Barbara in study years 2005, 2010 and 2015 originate from the Gaviota Facility. In study year 2000, up to ten trucks per week are projected to travel north on Highway 101 in the Central and Northern Subregions. In study year 2005, approximately 50 percent of the trucks traveling on Highway 101 north of the city of Santa Barbara originate from the Ellwood Facility and this number decreases to about 48 percent in 2010 and to 31 percent in 2015. In study year 2005, production associated with the Molino Facility is shipped to the Gaviota Facility via pipeline and, from there, contributes approximately 40 percent of the northbound traffic. In study year 2010, the Lompoc/New Northern Subregion facilities contribute approximately 32 percent of the northbound traffic which increases to approximately 57 percent by study year 2015. As shown, the majority of the northbound trucks travel on Highway 166 east.

Figure 14 illustrates the effect of the accelerated decommissioning of the Gaviota Facility (Central Subregion Scenario 4) on regional truck traffic. The combination of scenarios represented on this figure includes any Eastern Subregion scenario, Central Subregion Scenario 4, and Northern Subregion Scenario 3A (excluding Northern Subregion heavy product transport which is discussed separately below). This combination of scenarios is comparable to the combination illustrated on Figure 13, with the exception that the Gaviota Oil and Gas Processing Facility is presumed to be decommissioned before 2005 (as specified by Central Subregion Scenario 4), and commercially viable Central Subregion development would be accommodated at the Las Flores Canyon Oil and Gas Processing Facility or at a facility in the Northern Subregion (Northern Subregion Scenario 3A). Under this combination of scenarios, peak product truck traffic would occur by 2010, and would result in up to 64 truck trips per week southbound on Highway 101, about 12 percent less than the southbound traffic projected for the scenario combination represented on Figure 13. Northbound traffic in northern Santa Barbara County would increase under this accelerated decommissioning




| Consumed Locally Within the Northern Subregion | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 6 | 6 | 11 | 13 | 11 |

| Highway 166 East Into Kern County | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 11 | 4 | 49 | 49 | 43 |

| Highway 101 North of Lompoc HS&P Facility | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 17 | 10 | 60 | 62 | 54 |

| Highway 101 North of Gaviota-Ellwood Corridor | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 12 | 8 | 60 | 42 | 23 |

| Highway 101 South of Gaviota-Ellwood Corridor | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 33 | 39 | 58 | 64 | 58 |

| Highway 101 South of State Lease 145/410 | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 42 | 48 | 67 | 73 | 58 |

| Highway 126 East to Fillmore & L.A. County | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 12 | 13 | 15 | 15 | 6 |

| Highway 101 South to L.A. County | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 30 | 35 | 52 | 58 | 52 |

* All Eastern Subregion scenarios contribute the same product traffic to regional roadways

Note: Potential heavy product transport associated with Northern Subregion production is not included on this figure. Refer to Table 10 (page 45) for information concerning heavy product transport.

**FIGURE 13**

High-Case Truck Traffic
Sulfur, LPG, and Crude Oil Transport
(Average Truck Round Trips Per Week)
Scenario Combination: East: */Central: 3/North: 3

DAMES & MOORE
A DAMES & MOORE GROUP COMPANY




| Consumed Locally Within the Northern Subregion | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 6 | 6 | 12 | 14 | 14 |

| Highway 166 East Into Kern County | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 11 | 4 | 57 | 67 | 65 |

| Highway 101 North of Lompoc HS&P Facility | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 17 | 10 | 69 | 81 | 79 |

| Highway 101 North of Gaviota-Ellwood Corridor | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 12 | 8 | 59 | 41 | 22 |

| Highway 101 South of Gaviota-Ellwood Corridor | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 33 | 39 | 56 | 55 | 48 |

| Highway 101 South of State Lease 145/410 | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 42 | 48 | 65 | 64 | 48 |

| Highway 126 East to Fillmore & L.A. County | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 12 | 13 | 14 | 14 | 5 |

| Highway 101 South to L.A. County | | | | |
|---|---|---|---|---|
| 1998 | 2000 | 2005 | 2010 | 2015 |
| 30 | 35 | 51 | 50 | 43 |

* All Eastern Subregion scenarios contribute the same product traffic to regional roadways

Note: Potential heavy product transport associated with Northern Subregion production is not included on this figure. Refer to Table 10 (page 45) for information concerning heavy product transport.

**FIGURE 14**

High-Case Truck Traffic
Sulfur, LPG, and Crude Oil Transport
(Average Truck Round Trips Per Week)
Scenario Combination: East: */Central: 4/North: 3A

DAMES & MOORE
A DAMES & MOORE GROUP COMPANY

scenario combination, including 81 truck trips per week on Highway 101 north of the Lompoc Facility and 67 truck trips per week east on Highway 166 by the year 2010. This represents a nearly 31 percent increase in northbound traffic as compared to the scenario combination represented by Figure 13.

In addition to the LPG and sulfur product transport described above, crude oil characteristics associated with Northern Subregion offshore fields suggest that production from these fields could generate substantial volumes of heavy product, such as asphalt, that may not be suitable for transport by pipeline. This heavy product would most likely be transported by a combination of truck and rail. The projection of potential truck traffic associated with Northern Subregion heavy product is complicated by the fact that a location of its processing facility is not yet known, the proportion of heavy product to be transported by truck versus rail is not known, and the proportion of total product suitable for pipeline transport can only be roughly estimated. Based on a review of expected crude characteristics and discussions with Northern Subregion leaseholders, it was projected that heavy product considered unsuitable for pipeline transport would amount to approximately 40 percent of the total production. This information was combined with field production projections to determine the potential heavy product truck traffic projections shown on Table 10. As indicated by this table, heavy product transport could generate up to 500 truck trips per week by 2010 under Northern Subregion Scenarios 3 or 3A, and up to 1500 truck trips per week by 2015 under Northern Subregion Scenarios 4 or 4A. This truck traffic could be reduced or eliminated by the use of rail transport. As indicated by Table 10, approximately two unit trains per week would accommodate all heavy product transport associated with Northern Subregion Scenarios 3 or 3A. Six unit trains per week would accommodate all heavy product transport associated with Northern Subregion Scenarios 4 or 4A.

### 5.4.2 Personnel and Supply-Related Traffic

The COOGER study evaluation of local traffic associated with personnel and supply transport focused on activity at industrial ports and piers. This analysis identified declining offshore industry-related traffic in the vicinity of Port Hueneme, Carpinteria Pier, and Ellwood Pier in the absence of new offshore development. Eastern Subregion Scenarios 2 and 3 would result in an approximate 14 percent increase in local traffic in the vicinity of the Carpinteria Pier by 2005 as compared to 1997 traffic levels (528 vehicles per week by 2005 as compared to 462 vehicles per week in 1997). At the Ellwood Pier, Central Subregion Scenarios 2, 3, or 4 would result in a 44 percent increase in local traffic by 2005 (847 vehicles per week by 2005 as compared to 605 vehicles per week in 1997). In all cases, traffic levels at the Carpinteria Pier and Ellwood Pier are projected to be less than 1997 traffic levels by the year 2010.

## TABLE 10
## EXAMPLES OF POTENTIAL COMBINATIONS OF TRUCK AND RAIL TRANSPORT OF HEAVY PRODUCT

| Scenario / Study Year Combinations | Heavy Product/Asphalt Distribution Combination Examples | | | | |
|---|---|---|---|---|---|
| | Amount Sent by Truck (%) | Tank Trucks per Week | Amount Sent by Rail (%) | Tank Cars per Week | Unit Trains per Week |
| Northern Subregion Scenario 2 2010 & 2015 | 100 | 150 | 0 | 0 | 0 |
| | 75 | 113 | 25 | 11.0 | 0.16 |
| | 50 | 75 | 50 | 22.1 | 0.32 |
| | 25 | 38 | 75 | 33.1 | 0.47 |
| | 0 | 0 | 100 | 44.1 | 0.63 |
| Northern Subregion Scenarios 3 and 3A 2010 & 2015 | 100 | 500 | 0 | 0 | 0 |
| | 75 | 375 | 25 | 36.8 | 0.53 |
| | 50 | 250 | 50 | 73.5 | 1.05 |
| | 25 | 125 | 75 | 110.3 | 1.58 |
| | 0 | 0 | 100 | 147.1 | 2.10 |
| Northern Subregion Scenarios 4 and 4A 2010 | 100 | 1,160 | 0 | 0 | 0 |
| | 75 | 870 | 25 | 85.3 | 1.22 |
| | 50 | 580 | 50 | 170.6 | 2.44 |
| | 25 | 290 | 75 | 255.9 | 3.66 |
| | 0 | 0 | 100 | 341.2 | 4.87 |
| Northern Subregion Scenarios 4 and 4A 2015 | 100 | 1,500 | 0 | 0 | 0 |
| | 75 | 1,125 | 25 | 110.3 | 1.58 |
| | 50 | 750 | 50 | 220.6 | 3.15 |
| | 25 | 375 | 75 | 330.9 | 4.73 |
| | 0 | 0 | 100 | 441.2 | 6.30 |

Traffic in the vicinity of Port Hueneme is affected by offshore operations in every COOGER study subregion. Because local traffic in the vicinity of Port Hueneme is already a concern to Ventura County, special attention was given to port-related traffic. Review of onshore traffic at Port Hueneme associated with different offshore development scenarios indicated that traffic associated with Eastern Subregion offshore activity would decline under all development scenarios. In other words, potential offshore oil-related traffic increases at Port Hueneme are entirely related to offshore activities in the Central and Northern Subregions. In the absence of new offshore development (Central and Northern Subregions Scenario 1), offshore oil-related traffic at Port Hueneme would steadily decline to less than 12 percent of 1997 levels by 2010. Combinations of offshore development scenarios that involve continued development in the Central and Northern Subregions (Central Subregion Scenarios 2 or 3 and Northern Subregion Scenarios 2, 3, or 4) are projected to result in a nearly 38 percent increase in offshore oil-related traffic by 2005 (1207 vehicles per week as compared to 876 vehicles per week in 1997). Traffic associated with these development scenarios would generally return to levels comparable to 1997 by the year 2010, and all would result in substantially less traffic by the year 2015.

## 5.5 INDUSTRIAL USE OF RAILROADS

Existing use of railroads within the COOGER study region to transport products associated with offshore oil production is currently limited to product transport from the Santa Maria Refinery, as indicated in Section 3.2.5. This activity is projected to remain constant or decline under all future development scenarios evaluated in the COOGER study. Rail transport of heavy product associated with Lion Rock Field production could be generated by Northern Subregion Scenarios 3, 4, 3A, or 4A. If all heavy product associated with these scenarios was shipped by rail (thereby eliminating all heavy product truck transport), Scenarios 3 or 3A would result in approximately two 70-car unit trains per week by the year 2010. Under the same circumstances, Scenarios 4 and 4A would result in approximately five unit trains per week by 2010, and six unit trains per week by 2015.

## 5.6 VESSEL ACTIVITY AT INDUSTRIAL PORTS AND PIERS

As discussed in Section 3.2.4, industrial ports and piers used in support of offshore oil and gas activities include Port Hueneme, Carpinteria (Casitas) Pier, and Ellwood Pier. Port Hueneme is the only industrial port in the COOGER study region that is available for the transport of equipment and heavy supplies to offshore facilities. As a result, offshore activities in all three subregions affect vessel activity at Port Hueneme. The other industrial piers are closely associated with offshore activity nearby; the Carpinteria Pier serving activities in the Eastern Subregion, and the Ellwood Pier serving activities in the Central Subregion.

Offshore oil-related vessel activity at Port Hueneme would generally decrease in the absence of new development, with the exception of periods of increased activity associated with offshore decommissioning activity. Combinations of scenarios involving further offshore development in all three subregions could increase vessel activity to 140 vessel calls per week by 2005, an increase of 49 percent above 1997 vessel traffic levels. Under these scenarios, vessel traffic would decrease between 2005 and 2010, but would still remain above 1997 levels. Under all future development scenarios, vessel activity at Port Hueneme would be substantially less (at least 53 percent less) than 1997 levels by 2015. Oxnard Harbor District management personnel responsible for Port Hueneme operations indicated that the peak vessel activity associated with further offshore development activity would be well within the Port Hueneme wharf capacity.

Vessel activity at the Carpinteria Pier would be similar under all Eastern Subregion scenarios through 2005. Use of the Carpinteria Pier for offshore oil industry activity would be discontinued by 2010 under Scenarios 1 and 4. Under Eastern Subregion Scenarios 2 and 3, industrial use would continue at a low level (4 to 6 vessel calls per week as compared to 1997 levels of 42 vessel calls per week) by 2010 through 2015.

Vessel activity at the Ellwood Pier would remain relatively constant through the year 2010 in the absence of new offshore development, and then would decline substantially by the year 2015. Under scenarios involving new offshore development and accelerated decommissioning of offshore structures (Central Subregion Scenarios 2, 3, and 4), Ellwood Pier vessel activity would increase by 40 percent above 1997 levels by 2005 (to 77 vessel calls per week as compared to 55 vessel calls per week in 1997). Under these scenarios, vessel activity at the Ellwood Pier would return to levels comparable to 1997 by the year 2010, and would remain there through 2015.

## 5.7 INDUSTRIAL USE OF AIRPORTS

Projected industrial use of airports in the Eastern and Central Subregions would remain relatively constant or decline through the COOGER study period for all combinations of scenarios. MMS use of the Camarillo Airport for inspection flights in the Eastern Subregion is expected to decline as the number of offshore facilities declines. The use of the Santa Barbara Airport for industrial support helicopter flights would increase slightly (about 10%) by 2010 under Central Subregion Scenarios 2 or 3, or decline to less than 40 percent of 1997 levels under Central Subregion Scenario 1. Some increased Santa Barbara Airport helicopter traffic would be associated with Northern Subregion Scenarios 2A, 3A, or 4A (which are associated with Central Subregion Scenario 4), with a net effect of Central Subregion Scenario 4 of stable to decreasing helicopter traffic at the Santa Barbara Airport.

Continued use of Northern Subregion airports in support of offshore oil and gas activity is closely associated with specific development scenarios. In the absence of new offshore development (Northern Subregion Scenario 1), industry use of the Lompoc Airport would be eliminated by 2010, and MMS use of the Santa Maria Airport would likely decrease by the same year. All Northern Subregion scenarios involving further offshore development would generate comparable helicopter traffic at the Lompoc Airport (up to 11 flights per week by 2010 as compared to 4 flights per week in 1997). Industrial helicopter activity would also occur at the Santa Maria Airport (which is presently not used for these flights), including from 3 to 20 flights per week by 2010 depending on the specific Northern Subregion development scenario. This peak of activity at the Santa Maria Airport is partially associated with offshore construction activity. By 2015, helicopter traffic from the Santa Maria Airport associated with Northern Subregion development scenarios would range from 2 to 6 flights per week.