# EXHIBIT 1

U.S. DEPARTMENT OF THE INTERIOR MARCH 3, 1849

United States Department of the Interior

TAKE PRIDE IN AMERICA

MINERALS MANAGEMENT SERVICE
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010-6064

IN REPLY REFER TO

7000

SWEPI
CALIFORNIA DIVISION-LAND
DATE DUE | AUG 5 1992 | FILE
DIVISION MGR.
2 CO DISTRICT | SJ DISTRICT

July 31, 1992

Mr. Tom W. Broom
Shell Western E & P Inc.
P. O. Box 11164
Bakersfield, CA 93389

Re: Joint MMS-Industry Meeting
June 10, 1992

Dear Mr. Broom:

At the joint MMS-Industry meeting held on June 10, 1992, the Minerals Management Service (MMS) proposed that a study be conducted that would assist the MMS in considering future exploration and development plans under its regulations and satisfy information needs that the Counties have expressed over the past several years. Your participation is essential to the success of this initiative. Therefore, I am presenting the following as a summary of the proposed study and some of the related subjects that were discussed at our meeting.

The study is intended to result in a document for use by the counties of Ventura, Santa Barbara, and San Luis Obispo, various industry groups, and the State of California, as well as MMS. Over the past year, planners in the Tri-Counties have re-emphasized to us the critical need for a single report that would lay out reasonable possible development scenarios for the next 5 to 15 years, at various levels of assumed activity including the effects of these development scenarios. Included would be potential locations of offshore platforms, pipeline corridors offshore and onshore, type and location of onshore processing plants, and all other transportation and infrastructure issues related to offshore development. The document would also describe environmental and social conflicts for these various scenarios and identify effective mitigation strategies that could address these conflicts.

The intent is not to recreate an EIR/EIS, nor to conduct a complete socio-economic study of the Tri-County area. However, all activities that are contemplated, including expansion of existing facilities, abandonment of older platforms and onshore facilities, and all new structures/facilities need to be included in the data base so that the study is as complete and comprehensive as possible. One of the main objectives is to see how development projects can make use of consolidated facilities on a sequenced timeline so that the county planners can make the best judgments possible for long-term planning of the facilities and infrastructure within their permitting jurisdiction. The study will be managed by MMS in cooperation with a technical advisory committee composed of all interested parties.

We deem this study to be an important step toward realization of future development potential in the Santa Maria Basin and the Santa Barbara Channel. MMS will provide a three-year Suspension of Operation on those leases and units for which the operator participates in the study. The suspension would begin on January 1, 1993. A copy of a draft directed suspension letter is attached for your further information. Those leases that are presently producing or within a producing unit would not require a suspension. However, participation in the study by producing lease operators will insure that optimization of facilities is scrutinized and would guarantee that the study is comprehensive in scope.

Funding of the study is proposed to be primarily by the industry, with contributions from MMS, the State, and the three counties. Acreage charts are enclosed that show working interest ownership and operatorship in all of the active Pacific OCS leases. Additional discussions among the parties will be necessary to finalize the scope of the study, estimated costs, and cost sharing participation.

I would appreciate your response to this proposal by September 1, 1992 expressing whether your company will participate in the study and the nature and level of your commitment (representation time, funding, both, other). Your commitment is critical to the success of the project.

Whether or not you agree to participate in the study, your right to continue to make your own decisions regarding future development of your leases, subject to applicable laws and regulations, will continue as it has in the past. For any operator not choosing to participate in the study, MMS will continue your current suspension and we anticipate that all obligations

contained in your current Plan of Operation will be accomplished. The results of the study will not bind any company to any future course of action and any future exploration and development activities will be subject to review and approval by the MMS and other agencies with jurisdiction over the proposed activities.

Should you have any questions or wish to discuss this further, please call me at (805) 389-7502 or Thomas Dunaway, Regional Supervisor, Office of Field Operations, at (805) 389-7550.

Sincerely,

J. Lisle Reed

J. Lisle Reed
Regional Director

Enclosures

cc: Bob Kallman
1671 Shoreline Drive
Santa Barbara, CA 93109

Terry Covington, C/COG
121 Gray Avenue, Suite 205
Santa Barbara, CA 93101

Shelby Moore
908 Camino Dos Rios
Thousand Oaks, CA 91360

# EXHIBIT 2

OXY

OXY USA INC.
Box 50250, Midland, TX 79710

September 14, 1992

SEP 21 1992

United States Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010-6064

Noted - Dun[illegible]

Attention: Dr. J. Lisle Reed

Re: Joint MMS/Tri-County/
State/Industry Study

Gentlemen:

Please be advised that OXY USA Inc. desires to participate in the captioned study as a non-operator in the Santa Maria Unit under lease OCS-P-0424. OXY's participation herein is contingent upon the following terms and conditions:

- The maximum cost of the study will be no more than $1.5MM.

- Industry will contribute two-thirds of the cost of the study and the MMS, counties and state should contribute the remaining one-third of the cost.

- Industry's contribution should be shared among the companies participating in the study based upon the ownership of the surface acreage of non-producing leases offshore San Louis Obispo, Santa Barbara and Ventura Counties on the announcement date of the study. This basis should include non-producing leases which are included in producing units.

- The cost-sharing basis should be redetermined on each anniversary date of the commencement of the study. Notwithstanding anything herein contained to the contrary, OXY's participation herein and subsequent contribution thereof shall not exceed its proportionate share of the annual rental due under OCS-P-0424 for any given one year period.

# CALO PARTNERS, L.P.

Telephone (303) 241-6658
FAX (303) 241-6687

P. O. Box 3297
Suite 331
Central Bank Building
422 White Avenue
Grand Junction, Colorado 81502

September 2, 1992

Dr. Lisle Reed
U.S. Dept. of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010

Re: Response to MMS letter to POCS leaseholders, dated July 31, 1992

Dear Dr. Reed:

I have reviewed the proposal set forth in your letter of July 31, 1992, and have met with you (August 12) and the other operator companies (August 13) to discuss the concept.

As you are aware, Calo Partners, L.P. (Calo) is a non-operator in the following units, fields and leases:

1. **San Miguel Field: SWEPI Operator**

| | |
|---|---|
| Lease P-0409 | 3.85083% |

2. **Pt. Sal Unit: Oryx Operator**

| | |
|---|---|
| Lease P-0415 | 7.74071% |
| Lease P-0416 | 8.31250% |
| Lease P-0421 | 7.74071% |
| Lease P-0422 | 8.31250% |

3. **Purisima Pt. Unit: SWEPI Operator**

| | |
|---|---|
| Lease P-0427 | 3.44700% |
| Lease P-0432 | 3.52004% |

4. **Santa Maria Unit: SWEPI Operator**

| | |
|---|---|
| Lease P-0429 | 29.68750% |
| Lease P-0433 | 20.17880% |

5. **Sword Unit: Conoco Operator**

| | |
|---|---|
| Lease P-0319 | 5.49636% |
| Lease P-0320 | 4.72386% |
| Lease P-0322 | 12.09301% |
| Lease P-0323 | 11.70353% |

6. **Gato Canyon Unit: Samedan Operator**

| | |
|---|---|
| Lease P-0460 | 9.50000% |
| Lease P-0462 | 9.50000% |
| Lease P-0464 | 9.50000% |

7. **Anacapa Unit area: Chevron Operator**

| | |
|---|---|
| Lease P-0472a. ($N\frac{1}{2}$) | 13.79727% |

I have checked these numbers in your **"Non-Producing Leases Enclosure I"** attached to your July 31, 1992 letter and find all are correct.

By this letter Calo is advising you that it wishes to participate in **The Study** subject to the following terms and conditions.

- The maximum cost of the study should be $1.5MM.
- Industry should contribute two-thirds of the cost of the study and the MMS, counties and state should contribute the remaining one-third of the cost.
- Industries' contribution should be shared among the companies participating in the study based upon the ownership of surface acreage of non-producing leases offshore San Luis Obispo, Santa Barbara and Ventura counties on the commencement date of the study. This basis should include non-producing leases which are included in producing units.
- This cost-sharing basis should be redetermined on each anniversary date of the commencement of the study.
- The term of the study should be three years.
- The study should commence on January 1, 1993 and end on December 31, 1995.

- Rental and minimum royalty payments accruing during the term of the study should be suspended under an MMS Suspension of Operations order. Refunds of rental payments should be made for the portion of the rental period after December 31, 1992. Future minimum royalty payments should be adjusted for the portion of the minimum royalty period after December 31, 1992.

Calo will participate in **The Study** and will appoint a representative to serve on an Industry Technical Advisory Committee, if desired by the MMS, and if **The Study** is based upon the conditions set forth above. However, Calo reserves the right not to participate in the study if an insufficient number of other companies elect to participate.

We look forward to working with you and your staff on **The Study.** Please call me at (303)241-6658 with any questions or comments.

Sincerely,

Calo Partners, L.P.

by: [signature]
Burdette A. Ogle, Ph.D.
Attorney-in-fact

cc: Mr. Bob Kallman

tlp
BAO/L450

OGLE PETROLEUM INC.

TELEPHONE (303) 241-6658
OMNIFAX (303) 241-6687

P.O. BOX 3297
SUITE 331
CENTRAL BANK BUILDING
422 WHITE AVENUE
GRAND JUNCTION, COLORADO 81502

September 2, 1992

Dr. Lisle Reed
U.S. Dept. of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010

Re: Response to MMS letter to POCS leaseholders, dated July 31, 1992

Dear Dr. Reed:

I have reviewed the proposal set forth in your letter of July 31, 1992, and have met with you (August 12) and the other operator companies (August 13) to discuss the concept.

As you are aware, Ogle Petroleum, Inc. (OPI) is a non-operator in the following units, fields and leases:

1. **San Miguel Field: SWEPI Operator**

   Lease P-0409 0.20267%

2. **Pt. Sal Unit: Oryx Operator**

   Lease P-0415 0.40741%
   Lease P-0416 0.43750%
   Lease P-0421 0.40741%
   Lease P-0422 3.43750%

3. **Purisima Pt. Unit: SWEPI Operator**

   Lease P-0427 5.62542%
   Lease P-0432 4.68256%

4. **Santa Maria Unit: SWEPI Operator**

   Lease P-0429 1.56250%
   Lease P-0433 5.88381%

5. **Sword Unit: Conoco Operator**

| | |
|---|---|
| Lease P-0319 | 1.17155% |
| Lease P-0320 | 1.22816% |
| Lease P-0322 | 1.45620% |
| Lease P-0323 | 2.85921% |

6. **Gato Canyon Unit: Samedan Operator**

| | |
|---|---|
| Lease P-0460 | 3.00000% |
| Lease P-0462 | 3.00000% |
| Lease P-0464 | 3.00000% |

7. **Anacapa Unit area: Chevron Operator**

| | |
|---|---|
| Lease P-0472a. (N½) | 0.72617% |

I have checked these numbers in your **"Non-Producing Leases Enclosure I"** attached to your July 31, 1992 letter and find all are correct.

By this letter OPI is advising you that it wishes to participate in **The Study** subject to the following terms and conditions.

- o The maximum cost of the study should be $1.5MM.
- o Industry should contribute two-thirds of the cost of the study and the MMS, counties and state should contribute the remaining one-third of the cost.
- o Industries' contribution should be shared among the companies participating in the study based upon the ownership of surface acreage of non-producing leases offshore San Luis Obispo, Santa Barbara and Ventura counties on the commencement date of the study. This basis should include non-producing leases which are included in producing units.
- o This cost-sharing basis should be redetermined on each anniversary date of the commencement of the study.
- o The term of the study should be three years.
- o The study should commence on January 1, 1993 and end on December 31, 1995.

- Rental and minimum royalty payments accruing during the term of the study should be suspended under an MMS Suspension of Operations order. Refunds of rental payments should be made for the portion of the rental period after December 31, 1992. Future minimum royalty payments should be adjusted for the portion of the minimum royalty period after December 31, 1992.

OPI will participate in **The Study** and will appoint a representative to serve on an Industry Technical Advisory Committee, if desired by the MMS, and if **The Study** is based upon the conditions set forth above. However, OPI reserves the right not to participate in the study if an insufficient number of other companies elect to participate.

We look forward to working with you and your staff on **The Study**. Please call me at (303)241-6658 with any questions or comments.

Sincerely,

Ogle Petroleum, Inc.

by: [signature]
Burdette A. Ogle, PH.D.
Attorney-in-fact

cc: Mr. Bob Kallman

tlp
BAO/L449

**Shell Western E&P Inc.**
An affiliate of Shell Oil Company

P.O. Box 11164
Bakersfield, CA 93389

August 27, 1992

Noted - Dunaway

VIA FACSIMILE AND
U. S. MAIL

Dr. J. Lisle Reed
United States Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010-6064

Dear Dr. Reed:

SUBJECT: JOINT MMS/TRI-COUNTY/STATE/INDUSTRY STUDY

This letter is the response of Shell Western E&P Inc. (SWEPI) to your letter dated July 31, 1992.

SWEPI supports the proposal of the Minerals Management Service (MMS) to conduct a study that will assist the MMS in considering future exploration and development plans under its regulations and satisfy information needs that the counties have expressed over the past several years. Your letter contained a summary of the proposed study. SWEPI has thoroughly reviewed the summary and suggests the following specific conditions be applied to the study:

- The maximum cost of the study should be $1.5MM.
- Industry should contribute two-thirds of the cost of the study and the MMS, counties and state should contribute the remaining one-third of the cost.
- Industries' contribution should be shared among the companies participating in the study based upon the ownership of surface acreage of non-producing leases offshore San Luis Obispo, Santa Barbara and Ventura counties on the commencement date of the study. This basis should include non-producing leases which are included in producing units. (Note: The exhibit to your letter did include leases offshore Orange County and did not include all non-producing leases which are included in producing units.)
- This cost-sharing basis should be redetermined on each anniversary date of the commencement of the study.

- The term of the study should be three years.
- The study should commence on January 1, 1993 and end on December 31, 1995.
- Rental and minimum royalty payments accruing during the term of the study should be suspended. Refunds of rental payments should be made for the portion of the rental period after December 31, 1992. Future minimum royalty payments should be adjusted for the portion of the minimum royalty period after December 31, 1992.
- Suspensions of Operations should be available for each non-producing unit and lease during the term of the study.
- The spud date of the Lion Rock Unit well should be deferred beyond December 31, 1995.

SWEPI will participate in the study and serve on the study's steering committee if the study is based upon the conditions set forth above. However, SWEPI reserves the right not to participate in the study if an insufficient number of other companies elect to participate.

We look forward to working with you and your staff on the study. Please call me at (805) 326-5707 with your questions or comments.

Very truly yours,

T. W. Broom
Staff Land Representative
California Division Land

TWB:pjg

cc: Mr. Bob Kallman
1671 Shoreline Drive
Santa Barbara, CA 93109

Unocal North America
Oil & Gas Division
Unocal Corporation
2323 Knoll Drive, P.O. Box 6176
Ventura, California 93006
Telephone (805) 656-7600

SEP 2 1992

UNOCAL 76

Via Fax and U.S. Mail

September 1, 1992

Noted - Dunaway

Ventura District

Dr. J. Lisle Reed
United States Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010-6064

RE: Tri-County Area
Offshore California
Joint Industry - MMS Study

Dear Dr. Reed:

We received your letter of July 31, 1992 requesting Unocal's participation in the proposed three-year study discussed at the June 10, 1992 meeting.

Unocal supports the concept of the study proposed by the Minerals Management Service and its look at future offshore development and exploration plans of the oil industry. The information compiled will be beneficial to the Counties of Ventura, Santa Barbara and San Luis Obispo, the State of California, the M.M.S. and the Industry, and should assist all parties in planning. After reviewing your July 31 summary, we request the following specific conditions be applied to the Study:

1. The maximum cost of the Study will be limited to $1.5MM.

2. The term of the Study should be three (3) years.

3. The Study should commence on January 1, 1993 and be completed on or before December 31, 1995.

4. The Industry cost of participation will be limited to two-thirds of the cost of the Study (maximum of $1.0MM) and the Counties of Ventura, Santa Barbara, and San Luis Obispo, the State of California and the M.M.S. will be responsible for covering the remaining one-third of the cost.

5. Industry contribution should be shared among the Industry participants based upon the record title ownership of the surface acreage of the non-producing leases offshore Ventura, Santa Barbara and San Luis Obispo Counties on the commencement date of the Study. Non-producing leases in this category should also include any non-producing leases within producing units.

6. The Industry share of the cost should be redetermined on each anniversary date of the commencement of the Study based on the ownership described in Item 5 above for the ensuing year.

7. The rental and minimum royalty payments accruing on Industry participants' leases during the term of the Study should be suspended. Rental refunds and minimum royalty adjustments should be effective December 31, 1992.

8. Suspensions of Operations should be available for each non-producing lease and unit during the term of the Study.

Unocal agrees to participate in the Study and serve on the Study's steering committee, subject to the conditions listed above.

We look forward to participating in the Study. If you have any questions or comments, please feel free to give me a call at (805) 650-4505.

Very truly yours,

UNION OIL COMPANY OF CALIFORNIA

J. S. Attebery

J. S. Attebery
Land Supervisor

JSA:lac

ORYX

Oryx Energy Company
13155 Noel Road
Dallas TX 75240-5067
PO Box 2880
Dallas TX 75221-2880
214 715 4000

Southern Region
Exploration Division

SEP 15 1992

September 8, 1992

**TELECOPY AND MAIL**

United States Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, California 93010-6064

Attention: Dr. J. Lisle Reed

RE: Joint MMS/Tri-County/State/Industry Study

Dear Dr. Reed:

Regarding your letter of July 31, 1992, Oryx Energy Company, as Managing General Partner of Sun Operating Limited Partnership ("Oryx"), responds as follows.

Oryx has reviewed the letter and the summary contained therein which propose that the MMS, the Counties of Ventura, Santa Barbara and San Luis Obispo, the State of California, and industry conduct a study to assist the MMS in considering future exploration and development plans under its regulations and satisfy information needs that the counties have expressed over the past several years.

Oryx is prepared to support your proposal, and recommend to the co-owners of the affected leases that Oryx operates that they support the proposal, subject to agreement among the parties on the following specific points and subsequent Oryx final management approval.

1. The maximum cost of the study shall be limited to $1.5MM, to be expended over a term of 3 years, commencing January 1, 1993, and ending December 31, 1995.

2. The cost of the study shall be distributed two-thirds to industry and one-third to the MMS, counties and state collectively.

3. Industry's share shall be distributed pro rata among the participating companies based on a surface acreage basis of non-producing leases within the study area. The pro rata distribution shall be subject redistribution January 1 of each year of the study.

4. Rental and minimum royalty payments applicable to the affected leases shall be suspended during the term of the study, with appropriate adjustments made for rentals paid but applicable to periods

after January 1, 1993, and minimum royalty payments accruing after January 1, 1993. Industry's contribution to the study shall not exceed the aggregate of the suspended rentals and minimum royalties.

5. Each affected lease and unit shall automatically receive a Suspension of Operations for the term of the study.

6. The spud date for the Pt. Sal Unit shall be deferred beyond December 31, 1995.

Oryx appreciates this opportunity to respond to your proposal. Should you have any questions, please contact me at (214) 715-8698.

Sincerely,

SUN OPERATING LIMITED PARTNERSHIP
BY ORYX ENERGY COMPANY,
ITS MANAGING GENERAL PARTNER

James M. (Mark) Haney
Manager of Land
Gulf of Mexico West District

mtk

cc: Mr. Bob Kallman
1671 Shoreline Dr
Santa Barbara CA 93109

SEP 8 1992

Chevron

**Chevron U.S.A. Production Company**
646 Country Square Drive, Ventura, California
Mail Address: P.O. Box 6917, Ventura, CA 93006

Noted - Dunaway

Land Department
Ventura District

August 25, 1992

Industry-Government Study
of Future OCS Development
Offshore California

U.S. Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010

Attention: Dr. J. Lisle Reed
Regional Director

Gentlemen:

Reference is made to your letter of July 31, 1992, inviting Chevron to participate in an MMS-sponsored government/industry study of future oil and gas exploration and development plans for those OCS leases located offshore the counties of Ventura, Santa Barbara and San Luis Obispo, California. The study is intended to result in a comprehensive planning document to be used by industry and federal, state and local governments to determine the course of Tri-Counties related OCS oil and gas development over the next 5 to 15 years.

Chevron agrees to participate in this study in exchange for a three-year Suspension of Operations (including waiver of rental or minimum royalty payments) commencing January 1, 1993 and ending December 31, 1995, on those leases and units for which Chevron participates in the study, and subject to the following conditions:

1. The study shall be conducted in the same period of time as the Suspension of Operations is in effect.

2. The maximum total cost of the study shall be limited to $1,500,000.00 and industry's share shall not exceed $1,000,000.00.

3. There shall be sufficient industry participation in the study to ensure that Chevron's proportionate share of the study costs in a calendar year does not exceed what Chevron would have paid in annual rentals or minimum royalties for the affected leases.

4. Chevron's participation shall be based on its Pacific OCS non-producing lease acreage held on January 1, 1993 and committed to the study. Chevron's participation percentage shall be calculated by dividing the number of acres of Chevron non-producing leases committed to the study by the total number of acres of all participants' non-producing leases committed to the study. This participation percentage shall be re-calculated on January 1 of each year the study is conducted.

5. Chevron shall be represented on any committee formed for the purpose of scoping, managing and coordinating the study effort.

As a major leaseholder and producer of California OCS lease, Chevron hopes that this study will resolve the many issues which have frustrated our efforts to fully explore and develop our oil and gas interests.

Please direct any future questions you might have or future correspondence to Mr. Lee Bafalon or Mr. Keith Howell at P. O. Box 6917, Ventura, CA 93006.

Yours very truly,

J. E. Hooks

LB/KDH/vr

cc: L. Bafalon
J. T. Dunlavey
K. D. Howell
D. H. Wilson

elf exploration, inc.
1000 Louisiana, Suite 3800 Houston, Texas 77002 (713) 658-9811

SEP 2 1992

H25W-92.236

Noted - Dunaway

August 31, 1992

Dr. J. Lisle Reed
United States Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, California 93010-6064

Re: **Joint MMS/Tri-County/State/Industry Study**

Dear Dr. Reed:

Elf Exploration, Inc. (EEI) hereby agrees to participate in the study outlined in your letter dated August 28, 1992 subject to the conditions set forth in the response from Shell Western E&P Inc. dated August 27, 1992 (copy attached).

Very truly yours,

Charles L. Jones
Exploration Manager

CLJ/THH/mls
Attachment

xc: Mr. T. W. Broom
Shell Western E&P Inc.
P. O. Box 11164
Bakersfield, California 93389

**Shell Western E&P Inc.**
An affiliate of Shell Oil Company

P.O. Box 11164
Bakersfield, CA 93389

August 27, 1992

VIA FACSIMILE AND
U. S. MAIL

Dr. J. Lisle Reed
United States Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010-6064

Dear Dr. Reed:

SUBJECT: JOINT MMS/TRI-COUNTY/STATE/INDUSTRY STUDY

This letter is the response of Shell Western E&P Inc. (SWEPI) to your letter dated July 31, 1992.

SWEPI supports the proposal of the Minerals Management Service (MMS) to conduct a study that will assist the MMS in considering future exploration and development plans under its regulations and satisfy information needs that the counties have expressed over the past several years. Your letter contained a summary of the proposed study. SWEPI has thoroughly reviewed the summary and suggests the following specific conditions be applied to the study:

- The maximum cost of the study should be $1.5MM.
- Industry should contribute two-thirds of the cost of the study and the MMS, counties and state should contribute the remaining one-third of the cost.
- Industries' contribution should be shared among the companies participating in the study based upon the ownership of surface acreage of non-producing leases offshore San Luis Obispo, Santa Barbara and Ventura counties on the commencement date of the study. This basis should include non-producing leases which are included in producing units. (Note: The exhibit to your letter did include leases offshore Orange County and did not include all non-producing leases which are included in producing units.)
- This cost-sharing basis should be redetermined on each anniversary date of the commencement of the study.

- The term of the study should be three years.
- The study should commence on January 1, 1993 and end on December 31, 1995.
- Rental and minimum royalty payments accruing during the term of the study should be suspended. Refunds of rental payments should be made for the portion of the rental period after December 31, 1992. Future minimum royalty payments should be adjusted for the portion of the minimum royalty period after December 31, 1992.
- Suspensions of Operations should be available for each non-producing unit and lease during the term of the study.
- The spud date of the Lion Rock Unit well should be deferred beyond December 31, 1995.

SWEPI will participate in the study and serve on the study's steering committee if the study is based upon the conditions set forth above. However, SWEPI reserves the right not to participate in the study if an insufficient number of other companies elect to participate.

We look forward to working with you and your staff on the study. Please call me at (805) 326-5707 with your questions or comments.

Very truly yours,

Original Signed By
T. W. Broom

T. W. Broom
Staff Land Representative
California Division Land

TWB:pjg

cc: Mr. Bob Kallman
1671 Shoreline Drive
Santa Barbara, CA 93109

September 14, 1992
Page Two

- The term of the study should be three (3) years.
- The study should commence on January 1, 1993, and end on December 31, 1995.
- Rental and minimum royalty payments accruing during the term of the study should be suspended. Refunds of rental payments should be made for the portion of the rental period after December 31, 1992. Future minimum royalty payments should be adjusted for the portion of the minimum royalty period after December 31, 1992.
- Suspensions of Operations should be available for each non-producing unit and lease during the term of the study.
- OXY reserves the right not to participate in the study should an insufficient number of other companies elect to participate.

If you should have any questions in regards to OXY's participation in said study, please feel free to contact the undersigned at 915-685-5646.

Yours truly,

OXY USA Inc.

Michael D. Gooding

MDG/df

Conoco

Conoco Inc.
Land Department
P.O. Box 53041
Lafayette, LA 70505
(318) 236-5000

September 1, 1992

Noted - Dunaway

Dr. J. Lisle Reed
United States Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, California 93010-6064

RE: **JOINT MMS/TRI-COUNTY/INDUSTRY STUDY**
**PACIFIC OCS LEASES**
**OFFSHORE CALIFORNIA**

Dear Dr. Reed:

Reference is made to your letters of July 31, 1992 and August 11, 1992 whereby you proposed and summarized the above referenced joint study.

Please be advised that Conoco Inc. supports your proposal to conduct a Joint MMS/Industry/State-Local government study to serve as a long range planning document for industry and state/local governments in the region offshore the tri-county area.

Conoco Inc. will participate in the joint study based on the following conditions:

- The cost of the study will be limited to $1.5MM.
- The study would be for a term of three years and would commence on January 1, 1993.
- The Suspensions of Operations would be issued on each non-producing unit and lease during the term of the study. The SOO would go into effect on January 1, 1993.
- The industry's share of the cost of the study would be limited to two-thirds, with the MMS, counties and state contributing the remaining one-third of the cost.
- The formula for cost sharing participation by industry would be based upon a company's percentage of surface acreage of non-producing leases offshore Santa Barbara, Ventura and San Luis Obispo counties.
- There would be an annual re-determination of non-producing acreage ownership in this area and cost percentages would be adjusted accordingly.
- A satisfactory number of other companies participate in the study.
- Each operator would be able to have some representation on committees formed to move ahead with planning the study.

At this point in time, I am not certain what the nature of Conoco's participation in the study would be, besides, of course, funding.

We applaud your efforts in this matter and look forward to working with you and your staff on the study.

Should you have any questions, or need anything further, please do not hesitate to contact me at (318) 269-2316.

Sincerely,

Bill Claibourne

Bill Claibourne
Staff Landman

WPData\WTC\560
cc:
Mr. Brian Macmillan
Senior Landman
Delmar Operating, Inc.
Boston Oil & Gas Inc.
Colton Gulf Coast, Inc.
Elf Aquitaine Oil Programs, Inc.
Delmar/MM Exploration
1000 Louisiana, Suite 3800
Houston, Texas 77002

Mr. Kelly Barnes
Division Landman
Adobe Resources Corporation
1200 Smith, Suite 1600
Houston, Texas 77002

Mr. Richard Mark
Land Advisor
Fina Oil & Chemical Company
Petrofina Delaware, Incorporated
1301 McKinney, Suite 3000
Houston, Texas 77010-3033

Mr. Dan O. Dinges
V.P. - Div. Gen. Mgr.
Samedan Oil Corporation
350 Glenborough, Suite 240
Houston, Texas 77067

Dr. Burdette A. Ogle
Burdette A. Ogle
Ogle Petroleum Inc.
Calo Partners, L.P.
422 White Avenue, Suite 331
P. O. Box 3297
Grand Junction, Colorado 81502

Mr. Ron Heck
Alternate Representative
Samedan Oil Corporation
Ogle Petroleum Inc.
Calo Partners, L.P.
5464 Carpinteria Avenue
Carpinteria, California 93013

Mr. George M. Schneider
President
Amber Resources Company
717 - 17th Street, Suite 1455
Denver, Colorado 80202

FINA

**Fina Oil and Chemical Company**
Offshore Division
1301 McKinney Suite 3000
Houston, Texas 77010-3033
(713) 652-5926

October 5, 1992

Noted - Dunaway

Dr. J. Lisle Reed
United States Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, California 93010-6064

In Re: JOINT MMS, TRI-COUNTY AND INDUSTRY STUDY
PACIFIC OCS LEASES
SWORD UNIT
OFFSHORE CALIFORNIA

Dear Dr. Reed:

By this letter, Petrofina Delaware, Incorporated and Fina Oil and Chemical Company, both holding interests in the SWORD Unit, is advising you that it wishes to participate in THE STUDY subject to the following terms and conditions:

1) The maximum cost of the study will be $1.5MM.

2) The term of the study will be three years commencing January 1, 1993 and terminating December 31, 1995.

3) Industry will contribute two-thirds of the cost of the study and the MMS, Counties and State will contribute the remaining one-third of the cost.

4) Industries' share will be based upon companies participating in the study based upon working interests in the non-producing leases offshore San Luis Obispo, Santa Barbara and Ventura counties on the commencement date of the study.

5) Cost sharing on the same basis will be redetermined each year at the anniversary date of the study commencement date.

6) Rental and minimum royalty payments accruing during the study term will be suspended under an MMS Directed Suspension of Operations, and rentals or minimum royalty payments already made applying to periods during the study will be adjusted or refunded as appropriate.

We appreciate your efforts in putting together this study and if we can be of any assistance please let us know. Please direct future correspondence to the undersigned at the above address.

Very truly yours,

J. Peter Tower
Manager, Land
Offshore Division

/JPT

OCT 2 2 1992

PENNZOIL EXPLORATION AND PRODUCTION COMPANY

PENNZOIL PLACE • P. O. BOX 2967 • HOUSTON, TEXAS 77252-2967 • (713) 546-4000

October 19, 1992

Noted - Dunaway

Dr. J. Lisle Reed
POCS Regional Director
U. S. Dept. of the Interior
Mineral Management Service
770 Paseo Camarillo
Camarillo, CA 93010-6064

Re: Joint MMS, State, Tri Counties - Industry Study
Santa Maria Basin
Santa Barbara Channel

Gentlemen:

As operator of two (2) leases (OCS P-0427 and P-0432) covering acreage in the captioned areas, and non operator in the Purisima Point Unit (OCS P-0426, 0427, 0432, 0435) Pennzoil Exploration and Production Company has elected to support the proposal of the Mineral Management Service (MMS) to conduct a study that would assist the MMS in considering future exploration and development plans in said areas. Our participation is conditioned on the following premises:

1. The total cost of the study shall not exceed $1.5MM and will be shared 2/3 by industry and 1/3 by the MMS, State, affected counties.

2. Industry will share the aforementioned 2/3 costs proportionately based on the number of non productive leased acres currently owned in the areas of coverage divided by the total number of non productive acreage therein.

3. The MMS will manage the study in cooperation with a technical advisory committee composed of all interested parties.

4. The study shall commence January 1, 1993 and will continue until December 31, 1995 or until the $1.5MM maximum cost is reached, whichever occurs first.

5. All rental and minimum royalty payments due on any leases within the study area will be suspended during the term of the study.

6. A suspension or production will be granted for each non producing lease within the study area from January 1, 1993 until December 31, 1995.

7. Any party may withdraw its participation in the study at any time.

8. The cost sharing basis set out in #2 above shall be redetermined annually to take into account any changes in participation.

We look forward to joining the MMS, State, Counties, and other industry members in this Study and should you have any comments or questions in this regard, feel free to contact Will D. McCrocklin at 713-546-4865 at your convenience.

Yours truly,

PENNZOIL EXPLORATION AND
PRODUCTION COMPANY
U. S. Offshore

George P. San Filippo

George P. San Filippo
Agent and Attorney-in-Fact

cc: Attached Addressee List

**ADDRESSEE LIST**

Shell Western E & P Inc.
P. O. Box 11164
Bakersfield, CA 93389
Attn: Mr. T. W. Broom

Samedan Oil Corp.
5464 Carpinteria Ave.
Suite 234
Carpinteria, CA 93013
Attn: Mr. Ronald G. Heck

Ogle Petroleum Inc.
P. O. Box 3297
Grand Junction, CO 81502
Attn: Dr. Burdette A. Ogle

Calo Partners, L.P.
P. O. Box 3297
Grand Junction, CO 81502
Attn: Dr. Burdette A. Ogle

Phillips Petroleum Company
P. O. Box 1967
Houston, TX 77251
Attn: Mr. Mike Williams

Union Oil Company of California
1800 30th St., Suite 200
Bakersfield, CA 93301-1921
Attn: Mr. J. S. Attebery

DelMar
OPERATING, INC.

OCT 8 1992

Noted - Dunaway

October 2, 1992

Dr. J. Lisle Reed
United States Department of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010-6064

MINERALS MANAGEMENT SERVICE
PACIFIC OCS REGION
RECEIVED
OCT 14 1992
LEASING & ENVIRONMENT
CAMARILLO, CA

RE: **JOINT MMS/TRI-COUNTY/INDUSTRY STUDY**
**PACIFIC OCS LEASES**
**OFFSHORE CALIFORNIA**

Dear Dr. Reed:

Reference is made to your letters of July 31, 1992 and August 11, 1992 whereby you proposed and summarized the above referenced joint study.

Please be advised that DelMar Operating, Inc. on behalf of Boston Oil & Gas, Inc., Colton Gulf Coast, Inc., DelMar/MM 1982 Exploration Limited Partnership, Elf Aquitaine Exploration, Inc. (M. M.) and Elf Aquitaine Oil Programs, Inc. as Non-Operators supports your proposal to conduct a Joint MMS/Industry/State-Local government study to serve as a long range planning document for industry and state/local governments in the region offshore the tri-county area.

DelMar Operating, Inc., et al will participate in the joint study based on the following conditions:

- The cost of the study will be limited to $1.5MM.
- The study would be for a term of three years and would commence on January 1, 1993.
- The Suspensions of Operations would be issued on each non-producing unit and lease during the term of the study. The SOO would go into effect on January 1, 1993.
- The industry's share of the cost of the study would be limited to two-thirds, with the MMS, counties and state contributing the remaining one-third of the cost.
- The formula for cost sharing participation by industry would be based upon a company's percentage of surface acreage of non-producing leases offshore Santa Barbara, Ventura and San Luis Obispo counties.

1000 Louisiana, Suite 4200 • Houston, Texas 77002 • (713) 646-6600 • Fax: (713) 646-6666

- There would be an annual re-determination of non-producing acreage ownership in this area and cost percentages would be adjusted accordingly.
- A satisfactory number of other companies participate in the study.
- Each operator would be able to have some representation on committees formed to move ahead with planning the study.

Should you have any questions, or need anything further, please do not hesitate to contact me at 713/646-6606.

Very truly yours,

**DelMar Operating, Inc.**

Brian H. Macmillan
Land Manager

BHM:daw
2124.BHM/2

BURDETTE A. OGLE Ph. D.

*Oil & Gas Operations*

TELEPHONE (303) 241-6658
OMNIFAX (303) 241-6687

P.O. BOX 3297
SUITE 331
CENTRAL BANK BUILDING
422 WHITE AVENUE
GRAND JUNCTION, COLORADO 81502

September 2, 1992

Dr. Lisle Reed
U.S. Dept. of the Interior
Minerals Management Service
Pacific OCS Region
770 Paseo Camarillo
Camarillo, CA 93010

Re: Response to MMS letter to POCS leaseholders, dated July 31, 1992

Dear Dr. Reed:

I have reviewed the proposal set forth in your letter of July 31, 1992, and have met with you (August 12) and the other operator companies (August 13) to discuss the concept.

As you are aware, as shown in the MMS **"Non-Producing Leases Enclosure I"**, attached to your July 31, 1992 letter, Burdette A. Ogle (Ogle) is a non-operator in the following units and leases:

1. **Pt. Sal Unit: Oryx Operator**

| | |
|---|---|
| Lease P-0415 | 12.84495% |
| Lease P-0416 | 14.37500% |
| Lease P-0421 | 12.84495% |
| Lease P-0422 | 14.25000% |

2. **Purisima Pt. Unit: SWEPI Operator**

| | |
|---|---|
| Lease P-0427 | 4.35415% |
| Lease P-0432 | 4.44640% |

3. **Santa Maria Unit: SWEPI Operator**

| | |
|---|---|
| Lease P-0429 | 37.50000% |
| Lease P-0433 | 30.90547% |

4. **Sword Unit: Conoco Operator**

| | |
|---|---|
| Lease P-0319 | 11.06004% |
| Lease P-0320 | 10.53815% |
| Lease P-0322 | 8.89476% |
| Lease P-0323 | 7.92712% |

5. **Gato Canyon Unit: Samedan Operator**

| | |
|---|---|
| Lease P-0460 | 16.82227% |
| Lease P-0462 | 16.82227% |
| Lease P-0464 | 16.82227% |

6. **Anacapa Unit: Chevron Operator**

| | |
|---|---|
| Lease P-0472 | 15.23437% |

I have checked the above numbers in your **"Non-Producing Leases Enclosure I"** attached to your July 31, 1992 letter and find all are correct.

In addition to the above, since your July 31, 1992 letter, the MMS has approved assignments to me on two more leases in two other units resulting in my further leasehold ownerships as follows:

7. **San Miguel Field: SWEPI Operator**

| | |
|---|---|
| Lease P-0409 | 13.51350% (from Canadian Occidental) |

8. **Cavern Pt. Unit: Chevron Operator**

| | |
|---|---|
| Lease P-0210 | 50.00000% (from Exxon) |

This will result in a need to correct your **"Non-Producing Leases Enclosure I"**, removing Canadian Occidental's interest in P-0409 and putting it under Ogle (thereby removing Canadian Occidental from the roster), and also removing Exxon's interest in P-0210 and putting it under Ogle. (This would remove Exxon from the **current** roster as presently listed, however, my MMS "Assignment Approved" letter dated August 25, 1992 on P-0409 still shows Exxon as having 27.02750% in P-0409 although this is not shown on the above noted **Enclosure I.** It appears that there is an omission which should be corrected.

By this letter I am advising you that I wish to participate in **The Study** subject to the following terms and conditions.

- The maximum cost of the study should be $1.5MM.
- Industry should contribute two-thirds of the cost of the study and the MMS, counties and state should contribute the remaining one-third of the cost.
- Industries' contribution should be shared among the companies participating in the study based upon the ownership of surface acreage of non-producing leases offshore San Luis Obispo, Santa Barbara and Ventura counties on the commencement date of the study. This basis should include non-producing leases which are included in producing units.
- This cost-sharing basis should be redetermined on each anniversary date of the commencement of the study.
- The term of the study should be three years.
- The study should commence on January 1, 1993 and end on December 31, 1995.
- Rental and minimum royalty payments accruing during the term of the study should be suspended under an MMS Suspension of Operations order. Refunds of rental payments should be made for the portion of the rental period after December 31, 1992. Future minimum royalty payments should be adjusted for the portion of the minimum royalty period after December 31, 1992.

I will participate in **The Study** and will be pleased to serve on an Industry Technical Advisory Committee, if desired by the MMS, and if **The Study** is based upon the conditions set forth above. However, I reserve the right not to participate in the study if an insufficient number of other companies elect to participate.

I look forward to working with you and your staff on **The Study.** Please call me at (303)241-6658 with any questions or comments.

Sincerely,

Burdette A. Ogle, Ph.D.

cc: Mr. Bob Kallman

tlp
BAO/L451

**EXHIBIT 3**

7000

October 15, 1992

All Operators
(non-producing units & leases)

Re: Directed Suspension of Operations
Pacific OCS Leases and Units
Offshore California

Dear :

By letter dated July 31, 1992, we requested your participation in a study addressing the development and production of Pacific OCS non-producing leases and units. In order to properly develop these leases, we suggested that no further operations occur on these leases until conclusion of the proposed study, which could alleviate certain issues and concerns held by several State/local and Federal entities.

We received your response dated ____________ that stated your intentions to fully participate in the proposed study. This proposed study is a key step leading to the future development of discovered oil and gas resources offshore California. An environmental analysis of projected future development in the Tri-County area is recognized as essential at this time. Conclusions contained in the study document will provide the possible environmental mitigation strategies and safeguards that could allow development plans to go forward.

Therefore, pursuant to 30 CFR 250.10(b)(4), we hereby direct a Suspension of Operations (SOO) to each unit and lease as indicated on the enclosed list commencing on January 1, 1993 and ending on December 31, 1995, unless circumstances which justify the granting of the SOO change or no longer exist. If at any time you decide not to participate in the proposed study, we will re-evaluate this SOO and determine if another course of action is warranted.

In accordance with the procedures for collection of rentals and minimum royalties due the Federal Government, the following should be noted:

1. Pursuant to and consistent with the purpose of 30 CFR 218.154(a), no payment of rental or minimum royalty shall be required for or during the period of suspension.

2. Pursuant to 30 CFR 218.154(c), rental payment is not required in advance of any lease anniversary date falling within this period of the SOO. However, prorated rental or minimum royalty will be due and payable as of the date this SOO terminates. The amount of rental or minimum royalty due will be computed, and you will be notified thereof. The amount due shall be paid within 30 days after receipt of such notice. The anniversary date of the lease will not change because of this lease suspension or the rental relief resulting therefrom.

If you have any questions concerning these payment procedures, please contact Mr. Charles A. Ross, Reference Data Branch, Minerals Management Service, Lakewood, Colorado, at (303) 231-3857. For any other questions regarding the Suspension of Operations, please call Ms. Joan Barminski at (805) 389-7556 or Mr. Steven Wolfson at (805) 389-7555.

Sincerely,

J. Lisle Reed

J. Lisle Reed
Regional Director

Enclosure

cc: Bob Kallman, DOI
Terry Covington, C/COG

t

int Unit, Gato
isima Point Unit,
'encl)

C
JS
OFO: SAW

10/15/92

Leases/Units to be Suspended

| Operator | Unit | Leases OCS-P |
|---|---|---|
| Chevron | Anacapa Unit | 0472, 0473, 0474, 0478, 0525 |
| Chevron | Bonito Unit | 0443, 0445, 0446, 0449, 0499, 0500 |
| Chevron | Cavern Point Unit | 0210, 0527 |
| Chevron | Rocky Point Unit | 0317, 0318, 0447, 0448, 0452, 0453 |
| Conoco | Sword Unit | 0319, 0320, 0322, 0323A |
| Oryx | Point Sal Unit | 0415, 0416, 0421, 0422 |
| Samedan | Gato Canyon Unit | 0460, 0462, 0464 |
| SWEPI | Lion Rock Unit | 0396, 0397, 0402, 0403, 0408, 0414 |
| SWEPI | Purisima Point Unit | 0426, 0427, 0432, 0435 |
| SWEPI | Santa Maria Unit | 0420, 0424, 0425, 0429, 0430, 0431, 0433, 0434 |
| SWEPI | | 0409 |

TOTAL 49 Leases

**EXHIBIT 4**

7000

November 5, 1996

All Pacific OCS Region Working Interest
Owners and Operators of Non-Producing
Leases and Units

Re: Directed Suspension of Operations
Pacific OCS Non-Producing Leases
and Units
Offshore California

Dear Interested Parties:

By letter dated July 31, 1992, we requested your participation in a study addressing issues surrounding the development and production of Pacific OCS non-producing leases and units. In order to properly evaluate the potential to develop these leases, we suggested that no further operations occur on these leases until the conclusion of the proposed study, which could alleviate certain issues and concerns held by several State, local and Federal entities. Based on your commitment to participate in this study, two Directed Suspensions of Operations were issued covering the period from January 1, 1993, through December 31, 1996.

During the period of these suspensions, you have been participating in the California Offshore Oil and Gas Energy Resources (COOGER) study. The COOGER study is a key step toward the future development of oil and gas resources offshore California. Conclusions contained in the study document may provide possible environmental mitigation strategies and safeguards that could allow exploration and development plans to go forward. The COOGER study, however, will not be completed until sometime late in 1997.

Therefore, pursuant to 30 CFR 250.10(b)(4), we hereby direct a two-year continuation of the Suspension of Operations (SOO) for each lease and unit, as indicated on the enclosed list, commencing on January 1, 1997, and ending on December 31, 1998. Should circumstances which justify the granting of the SOO change or no longer exist, or if at any time you decide not to participate in the proposed study, we will re-evaluate this SOO and determine whether another course of action is warranted.

In accordance with the procedures for collection of rentals and minimum royalties due the Federal Government, the following should be noted:

1. Pursuant to and consistent with the purpose of 30 CFR 218.154 (a), no payment of rental or minimum royalty shall be required for or during the period of suspension.

2. Pursuant to 30 CFR 218.154 (c), rental payment is not required in advance of any lease anniversary date falling within this period of suspension. However, prorated rental or minimum royalty will be due and payable as of the date this suspension terminates. The amount of rental or minimum royalty due will be computed, and you will be notified thereof. The amount due shall be paid within 30 days after receipt of such notice. The anniversary date of the lease will not change because of this lease suspension or the rental relief resulting therefrom.

If you have any questions concerning these payment procedures, please contact Ms. Dee Stephens, Data Management Division, Minerals Management Service, Lakewood, Colorado, at (303) 231-3875. For questions specific to the directed Suspension of Operations, please call Mr. Allan Shareghi at (805) 389-7573.

In order to continue operations on your leases and units once the COOGER study is completed and the directed suspension has ended, you must have complied with Minerals Management Service (MMS) requirements to file appropriate documents (e.g., individual requests for suspension, revised exploration plans, etc.) and have approvals in hand. There are several possible routes available to you to accomplish this goal; please contact the following MMS people at any time for more details:

Mr. Jim Grant, Chief, Plans, Platforms and Pipelines Section, (805) 389-7559 for Exploration Plans, Development and Production Plans, and other associated plans.

Ms. Joan Barminski, Chief, Production and Development Section, (805) 389-7556 for unit plans of operation, activity schedules leading to production, and operator requested suspensions of operation or production.

We recognize that significant effort will be expended after the COOGER Study is concluded to successfully develop the non-producing Pacific OCS Region leases. We look forward to working with you over the course of the next two years while the COOGER study comes to a close.

Sincerely,

J. Lisle Reed
Regional Director
Pacific OCS Region

Enclosure

Pacific OCS Region
Directed Suspension

Leases/Units Suspended

| Operator | Unit | Leases OCS-P |
|---|---|---|
| Torch | Bonito Unit | 0443, 0445, 0446, 0449, 0499, 0500 |
| Chevron | Cavern Point Unit | 0210, 0527 |
| Chevron | Rocky Point Unit | 0452, 0453 |
| Conoco | Sword Unit | 0319, 0320, 0322, 0323A |
| SFOGI | Point Sal Unit | 0415, 0416, 0421, 0422 |
| Samedan | Gato Conyon Unit | 0460, 0462, 0464 |
| SFOGI | Lion Rock Unit | 0396, 0397, 0402, 0403, 0408, 0414 |
| SFOGI | Purisima Point Unit | 0426, 0427, 0432, 0435 |
| SFOGI | Santa Maria Unit | 0420, 0424, 0425, 0429, 0430, 0431, 0433, 0434 |
| SFOGI | ................ | 0409 |
| | | Total number of leases = 40 |

SFOGI = Shell Frontier Oil & Gas Inc.

Suspension of Operations and for the period of 1/1/97 to 12/31/98