# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| **************************************** | |

**MOTION FOR STAY OF BRIEFING OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT UPON PLAINTIFFS' CLAIM FOR COSTS RELATED TO PLATFORM JULIUS**

Plaintiffs respectfully move the Court for an Order to stay briefing on Defendant's Motion for Partial Summary Judgment on Plaintiffs' Claim for Costs Related to Platform Julius (filed June 20, 2006), pending the Court's resolution of the parties' cross motions for summary judgment, on which oral argument was held July 10, 2006.

The parties' cross motions[1] address the bulk of plaintiffs' sunk costs claim, principally their claim for the recovery of the costs of exploratory wells and seismic activities on the lawsuit leases. Those cross motions present for the Court's resolution issues relating to the application of contract law principles regarding restitution and reliance damages.

The Government's Platform Julius motion presents similar legal issues, as well as issues unique to the Platform Julius claim. Plaintiffs believe that both they and the Government can most effectively address the issues raised by the Platform Julius motion after receiving the guidance of the Court's decision resolving the pending cross motions.

No discovery issues are contingent on resolution of the Platform Julius motion. Granting a stay of proceedings, therefore, will not affect the parties' ability to complete discovery on schedule.

Accordingly, Plaintiffs request that the Court stay briefing on Defendant's Platform Julius motion, and that Plaintiff's response to that motion be due 10 days after the Court renders its decision on the pending cross motions.

---

[1] Plaintiffs' Motion For Partial Summary Judgment was filed on March 13, 2006, and Defendant's Cross-Motion For Summary Judgment Upon Plaintiffs' Remaining Claims was filed on April 13, 2006.

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiffs have conferred with Defendant regarding this motion, and Defendant has indicated that it will oppose the motion.

A proposed order is attached.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for All Plaintiffs in Nos. 02-30C and 04-1822C

July 17, 2006