# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al*., | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al*., | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| **************************************** | |

**[PROPOSED] ORDER STAYING BRIEFING OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT UPON PLAINTIFFS' CLAIM FOR COSTS RELATED TO PLATFORM JULIUS**

Upon consideration of Plaintiffs' Motion to Stay Briefing, it is hereby ORDERED that the Motion is granted. Plaintiffs' response to Defendant's Motion for Partial Summary Judgment Upon Plaintiffs' Claim for Costs Related to Platform Julius will be due 10 days after the Court's resolution of Plaintiffs' March 13, 2006 Motion For Partial Summary Judgment and Defendant's April 13, 2006 Cross-Motion For Summary Judgment Upon Plaintiffs' Remaining Claims.

SIGNED this ______ day of ___, 2006.

Eric G. Bruggink
Judge