# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: July 18, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

On July 17, 2006, plaintiffs filed a motion for stay of briefing on defendant's motion for partial summary judgment upon plaintiffs' claims for costs related to Platform Julius. Defendant has indicated that it intends to oppose this motion. All

briefing on defendant's motion for partial summary judgment is stayed pending further order on the motion to stay. The court withholds a decision until it can review defendant's response to the motion, due on or before August 3, 2006.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge