IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBER RESOURCES COMPANY., et al.,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |
| ANADARKO E&P COMPANY, L.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |

**DEFENDANT'S NOTICE OF CLARIFICATION**

Defendant, the United States, respectfully submits the following clarification regarding statements made during oral argument held on July 10, 2006.

Counsel for plaintiffs represented during the July 10, 2006 oral argument, in response to a question from the Court as to whether exploration expenses ended in 1990, that "[t]he last well was drilled in 1989." Tr. 7/10/06 Hr'g at 87. We later responded as follows: "Finally, we would like to correct a factual misstatement. There was actually an exploratory well that was drilled in Rocky Point in 1991." Id. at 96. Plaintiffs have questioned the accuracy of our statement.

Government counsel intended to state 1994, not 1991, as the year when drilling on the most recent well on the Rocky Point Unit was concluded. We regret the misstatement. Moreover, in the interest of removing any opportunity for misunderstanding, we add the following. The well that was drilled in 1993 and 1994 was in fact on the Rocky Point Unit, but on Lease OCS-P 0451, which is not part of this action. However, the costs to drill the 1993-94 well, as well as any income from production from the well, were (according to the Rocky Point Unit Operating Agreement) allocated among the unit working interest owners. Unit working interest owners include the previous owners of the remaining leases in the Rocky Point Unit, which itself includes Leases OCS-P 0452 and 0453, which are a part of this action. In short, plaintiffs and their predecessors appear to have been involved in this allocation, in their capacity as owners of leases that are part of this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 353-2345

July 19, 2006

Attorneys for Respondent