# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: July 24, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiffs' "Motion For Stay of Briefing On Defendant's Motion For Partial Summary Judgment Upon Plaintiffs' Claims For Costs Related To Platform Julius." Defendant opposes the motion. For good cause shown, plaintiffs'

motion for stay of briefing is granted. Plaintiffs' response to defendant's "Motion for Partial Summary Judgment Upon Plaintiffs' Claim for Costs Related to Platform Julius" will be due 14 days after issuance of a decision on plaintiffs' motion for partial summary judgment, filed March 13, 2006, and defendant's cross-motion for summary judgment upon plaintiffs' remaining claims.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge