IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Eric G. Bruggink)

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER PERTAINING TO DEFENDANT'S MOTION FOR RECONSIDERATION REGARDING LEASE OCS-P 0452**

Based on issues relating to the availability of expert witnesses for deposition, Defendant the United States and Plaintiff Delta Petroleum Corporation jointly move that the remaining

dates in the Scheduling Order Pertaining to Defendant's Motion for Reconsideration Regarding Lease OCS-P 0452, as adopted in the Court's April 20, 2006 Order, be adjusted by adding approximately two weeks into the remaining schedule. The proposed modifications are as follows:

1. On or before August 14, 2006, Plaintiff Delta Petroleum Corporation may conduct depositions regarding the materials set forth in subparagraph 1(e) of the April 20, 2006 Scheduling Order. (Original Date: July 31, 2006)

2. On or before August 31, 2006, Delta Petroleum Corporation shall produce to the United States any analysis upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 of the April 20, 2006 Scheduling Order that is responsive to the materials set forth in subparagraph 1 (e) of the April 20, 2006 Scheduling Order, and the documents relied upon in performing such analysis. (Original date: August 15, 2006.)

3. On or before September 22, 2006, the United States may conduct depositions regarding the materials set forth in subparagraph 1(g) of the April 20, 2006 Scheduling Order. (Original date: September 8, 2006.)

4. The United States shall file a supplemental brief regarding the pending motion for reconsideration by October 6, 2006. Plaintiff Delta Petroleum Corporation shall file a brief in response to the Government's supplemental brief by October 20, 2006. The United States may file a reply brief by October 31, 2006.

We respectfully request that the Court modify the April 20, 2006 Scheduling Order consistent with the proposed schedule set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

for Patricia M. McCarthy
Assistant Director

Gregg M. Schwind
Allison Kidd-Miller
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for Delta Petroleum Corp.

Respectfully submitted,

Steven J. Rosenbaum (TC)

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for Delta Petroleum
Corp.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

______________________________
Patricia M. McCarthy
Assistant Director

Gregg M. Schwind
Allison Kidd-Miller
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant