IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBER RESOURCES COMPANY., et al., Plaintiffs, THE UNITED STATES, Defendant. | |
| ANADARKO E&P COMPANY, L.P., et al., Plaintiffs, v. THE UNITED STATES, Defendant. | Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Eric G. Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION, Plaintiff, v. THE UNITED STATES, Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of seven days, through and including August 28, 2006, to file our reply to plaintiffs' response to defendant's July 20, 2006 motion for an

extension of time to complete discovery. Our response presently is due on August 21, 2006. This is our first request for an enlargement of time for this purpose. Plaintiffs' counsel does not oppose this request.

All counsel for the Government will be out of the office on previously-scheduled family vacations during the week of August 14, 2006. Ms. McCarthy has been out of the state since August 5, 2006, and has very limited means of communicating with co-counsel until her return on August 21, 2006. Mr. Schwind currently is out of the country and will not return until August 23, 2006. In addition, Ms. Kidd-Miller and Mr. Tosini have been out of the office during the week of August 7, 2006, to conduct discovery in both this and another case. As a result, counsel for the Government require this short extension to file our reply to plaintiffs' response to our motion for an extension of time to complete discovery.

For the foregoing reasons, defendant respectfully requests that the Court enter an order enlarging the time to reply to plaintiffs' response through and until August 28, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy/by
Jeanne E. Davidson
PATRICIA M. McCARTHY
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
GREGG M. SCHWIND
STEPHEN C. TOSINI
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-8640

August 11, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 11th day of August, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller