# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: August 17, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' August 8, 2006 motion for modification of the court's April 20, 2006 scheduling order pertaining to defendant's January 19, 2006 motion

for reconsideration regarding lease OCS-P 0452. The motion is granted. The court adopts the schedule set out in the parties' motion.

In addition, the following is ORDERED:

On or before October 6, 2006, the United States shall file a supplemental brief regarding the pending motion for reconsideration. On or before October 20, 2006, plaintiff Delta Petroleum Corporation shall file a response brief. The United States may file a reply brief by October 31, 2006.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge