# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: August 18, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on the following motions will be heard from the courtroom Wednesday, September 6, 2006, 2:00 p.m. eastern (1:00 p.m. central), National

Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for plaintiff NYCAL may appear by telephone. Counsel for plaintiff Amber Resources and for defendant shall appear in person:

1. defendant's July 7, 2006 motion to modify the court's January 23, 2006 discovery scheduling order,

2. plaintiffs' August 7, 2006 motion to quash subpoena of Burdette Ogle and/or motion for a protective order, and

3. defendant's August 7, 2006 motion to compel plaintiffs' compliance with Rule 30(b)(6) Notice of Deposition.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge