# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: September 7, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court heard oral argument on the following discovery motions on September 6, 2006:

1. Plaintiffs' August 7, 2006 motion to quash the subpoena of Burdette Ogle and/or motion for a protective order,

2. Defendant's August 7, 2006 motion to compel plaintiffs' compliance with Rule 30(b)(6) Notice of Deposition,

3. Defendant's August 31, 2006 motion to compel plaintiffs' compliance with Rule 33, and

4. Defendant's July 7, 2006 motion to modify the court's January 23, 2006 discovery scheduling order.

For reasons stated during oral argument, the following is ordered: Plaintiffs' motion to quash the subpoena of Burdette Ogle is granted. Defendant's motion to compel plaintiff's compliance with Rule 30(b)(6) Notice of Deposition is denied (with the reservations expressed at oral argument). Defendant's motion to compel plaintiffs' compliance with Rule 33 is denied as moot. Defendant's motion to modify the court's January 23, 2006 discovery scheduling order is granted. All fact discovery shall be completed on or before November 3, 2006. Defendant may conduct up to five additional depositions, two of which may be re-depositions.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge