IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Eric G. Bruggink)

**DEFENDANT'S UNOPPOSED MOTION FOR FURTHER MODIFICATION OF THE SCHEDULING ORDER PERTAINING TO DEFENDANT'S MOTION FOR RECONSIDERATION REGARDING LEASE OCS-P 0452**

Defendant, the United States, respectfully moves for modification of the Scheduling Order pertaining to Defendant's Motion for Reconsideration Regarding Lease OCS-P 0452. The Government wishes to undertake and submit analyses and related materials in response to the

expert analyses submitted by Plaintiff Delta to the Government on August 31, 2006. Delta does not oppose this request. The parties accordingly propose that the current Scheduling Order be modified to provide as follows:

1. In addition to the discovery already conducted pursuant to the Court's April 20, 2006 Scheduling Order (as modified on August 17, 2006) regarding the extent and effect of potential drainage of Lease OCS-P 0452 due to the activities of owners and/or operators of Lease OCS-P 0451, discovery may be conducted as follows:

a. On or before October 11, 2006, Delta Petroleum Corp. or Arguello, Inc. shall produce to the Government the following materials:

A. The Landmark Graphics Project File utilized by Mr. Scott Haberman in connection with the analyses produced on August 31, 2006.

B. Digital copies of the maps and seismic lines contained in the August 31, 2006 "Analyses and Conclusions Regarding Geological Reinterpretation of Rocky Point and Jalama Fields," produced by Mr. Haberman on August 31, 2006.

C. Records of daily production from wells on the E/2 of Lease OCS-P 0451 and documents related to flowing pressures or reservoir pressures in wells on that lease, covering the time period subsequent to that covered by the prior production by Arguello, Inc.

D. The seismic horizon picks, in ASCII format, used by Arguello, Inc. in preparing the PA 17 and PA 19 structure maps of the Rocky Point Field produced to the Government in June, 2006.

b. On or before November 27, 2006, the United States may take the deposition of Mr. Hermann Homann of Fronterra Geosciences.

c. On or before November 27, 2006, the United States shall produce to Plaintiff Delta Petroleum Corp. any further analyses upon which it intends to rely in connection with the supplemental briefing described in paragraph 2 below, and the documents relied upon in performing such analyses, that are responsive to the analyses produced by Delta Petroleum Corp. pursuant to Paragraph 1(g) of the Scheduling Order, as modified on August 17, 2006.

d. On or before January 5, 2007, Plaintiff Delta Petroleum Corp. may conduct depositions of the individual(s) who performed the analyses set forth in subparagraph 1(c) above.

e. Except for the items set forth above in subparagraphs 1(a) through 1(d), absent extraordinary cause and a further Order of the Court, there shall be no other discovery amongst the parties or of any third party regarding the Government's Motion for Reconsideration of the Court's Rescission of Lease OCS P-0452 dated January 19, 2006; provided that the Government expressly reserves all rights to pursue, and Plaintiffs expressly reserve all rights to object and otherwise defend against, Document Request Nos. 13 and 14 contained in the Government's Third Consolidated Set of Interrogatories and Requests for Production of Documents.

2. The United States shall file a supplemental brief regarding the pending motion for reconsideration by December 11, 2006. Plaintiff Delta Petroleum Corp. shall file a brief in response to the Government's supplemental brief by January 5, 2007. The United States may file a reply brief by January 19, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

October 4, 2006

Attorneys for Defendant