# EXHIBIT C

# Poseidon Petroleum, LLC

## Accounting Records

## Cavern Point Unit

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

PLEASE TURN TO THE BACK COVER FOR AN EXPLANATION
OF HOW THIS REGISTER MAY BE USED.

X-108 (IFC) 2-94

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | [redacted] |
| 1995 | | | | | | | | |
| [redacted] | | | | | | | | |
| 1002 | 11/3 | Burdette A. Ogle (OR) | Cooper Study | 2357.90 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1008 | 5/13 | Dept. of Int. - MMS (OR) | Cooper Study | 2456.11 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1014 | 12/19 | MMS | Filing Fee Cavern Point | 50.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1018 | 1/8 | Dept. of Interior - MMS (OR) | Cooper Study | 2456.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | $ [redacted] |
| [redacted] | | | | | | | | |
| 1022 | 4/15 | Oil Data | Cavern Point | 2377 54 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1023 | 5/2 | MMS (OK) | Cooper Study | 11326 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1026 | 7/22 | Minerals Management | Fishermans Contingency Fund | 357 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1101 | 8/26 | Oil Data | Cavern Point | 2323 50 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| (1998) | | | | | | | | |
| [redacted] | | | | | | | | |
| 1102 | 2/12 | MMS (OK) | Cooper Study | 10314 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1105 | 11/9 | R.G. Heck & Associates (OK) | Consulting-Edward | 7550 00 | ✓ | | | [redacted] |
| (1999) | | | | | | | | |
| [redacted] | | | | | | | | |
| 1106 | 1/4 | MMS | Cooper Study | 14189 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1108 | 1/5 | R.G. Heck + Associates | Professional Ser | 15110 61 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | (OK) | | | | | BALANCE BROUGHT FORWARD → | [redacted] |
| [redacted] | | | | | | | | |
| 1117 | 7/12 | Mannon Associates | Consulting Fees | 9157 50 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1119 | 7/23 | R.G. Heck & Ass. (OK) | Consulting Fees | 2760 00 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1128 | 12/23 | MMS | Lease Rentals | 6494 49 | √ | | | [redacted] |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

POSEIDON-00286

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | $ [redacted] |
| [redacted] | | | | | | | | |
| 1131 | (2006) /27 | Minerals Management | Lease Rentals | 29 53 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1401 | 3/7 | Minerals Management Sec | Rentals OCS P0210 | 17580 00 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1407 | 4/23 | Padre Associates, Inc | Consulting | 8088 68 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1412 | 6/12 | Padre Associates | Consulting | 2533 71 | √ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | [redacted] |
| [redacted] | | | | | | | | |
| 1417 | 7/19 | Padre Associates Inc. | Consulting Fees | 4579 33 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1418 | 7/23 | Padre Associates | Consulting Fees | 3196 16 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1422 | 8/16 | Padre Associates | Consulting Fees | 4932 89 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1424 | 9/19 | Padre Associates | Consulting Fees | 1564 24 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1431 | 10/24 | Padre Associates | Consulting Fees | 2715 00 | ✓ | | | [redacted] |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | [redacted] |
| [redacted] | | | | | | | | |
| 1433 | 11/9 | Minerals Revenue Mgmt. | 1999 Rent 3 Sego OCS-P-0533 | 1736 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1435 | 11/22 | Padre Associates, Inc | Consulting Fees | 9636 60 | ✓ | | | [redacted] |
| 1436 | 11/22 | Minerals Management Service | Fishermans Fund | 591 25 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1441 | 12/27 | Padre Associates, Inc | Consulting Fees | 15292 98 | ✓ | | | [redacted] |
| 1442 | 12/27 | R.G. Heck + Ass | Consulting Fees | 2455 80 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 2001 | [redacted] | | | | | | | |
| 1447 | 2/1 | Padre Associates, Inc | Consulting Fees | 3238 95 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1449 | 2/15 | MMS | Rentals OCS-P-0210 | 1728 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | [redacted] |
| [redacted] | | | | | | | | |
| 1461 | 3/1 | Padre Associates, Inc. | Consulting Fees | 3330.00 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 457 | 4/27 | Padre Associates, Inc. | Consulting Fees | 1976.92 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1465 | 6/25 | Padre Ass. | Consulting Fees | 4653.41 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1467 | 7/12 | Ogle Enterprises, LLC | Supplies | 648.33 | √ | | | [redacted] |
| 1468 | 7/12 | R.C. Heck & Ass. | Consulting Fees | 1724.25 | √ | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | ✓ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | [redacted] |
| [redacted] | | | | | | | | |
| 1471 | 7/31 | R.G. Hecht & Ass. | Consulting Fee | 3343 22 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| [redacted] 2003 | [redacted] | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

1008

DATE 5-14-04

TO Padre Associates Inc.

FOR Consulting Fee

| | |
|---|---|
| DEPOSITS | [redacted] |
| TOTAL | |
| THIS CHECK | 1435 00 |
| OTHER | |
| BALANCE | [redacted] |

TAX DEDUCTIBLE

ok

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

1026

DATE 7-8-05

TO Padre Associates Inc

DEPOSITS [redacted]

FOR Consulting Fees

TOTAL [redacted]

THIS CHECK ✓ 870 00

OTHER

BALANCE [redacted]

TAX DEDUCTIBLE

OK

1027

DATE 8-3-05

TO Padre Associates Inc

DEPOSITS [redacted]

FOR Consulting Fees

TOTAL [redacted]

THIS CHECK 3319 56

OTHER [redacted]

BALANCE

TAX DEDUCTIBLE

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

1031

K4194 A1 36

DATE 9-15-05

TO Padre Associates

FOR Consulting Fees

TAX DEDUCTIBLE

| | | |
|---|---|---|
| BAL. BRO'T FOR'D | 84 | 43 |
| DEPOSITS | [redacted] | |
| TOTAL | | |
| THIS CHECK | 2260 | 00 |
| OTHER | | |
| BALANCE | [redacted] | |

1033

DATE 10-3-05

TO Padre Associates Inc.

FOR Consulting

TAX DEDUCTIBLE

| | | |
|---|---|---|
| DEPOSITS | [redacted] | |
| TOTAL | | |
| THIS CHECK | 2582 | 14 |
| OTHER | | |
| BALANCE | [redacted] | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

# Poseidon Petroleum, LLC

## Accounting Records

## Bonito Unit

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

PLEASE TURN TO THE BACK COVER FOR AN EXPLANATION OF HOW THIS REGISTER MAY BE USED.

X-108 (IFC) 2-94

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | [redacted] |
| 1999 | [redacted] | | | | | | | |
| 1152 | 8/14 | Burdette A. Ogle | Copying & seismic Storage | 2319 39 | ✓ | | | [redacted] |
| 1001 | 8/16 | Burdette A. Ogle (OR) | Travel Expenses | 246 44 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1002 | 11/3 | Burdette A. Ogle (OR) | Cooger study | 23579 90 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1006 | 4/29 | Torch | copy 3-D seismic | 360 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1008 | 5/13 | Dept. of Int. - MMS (OR) | Cooger Study | 12456 11 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1018 | 1/8 | Dept. of Interior - MMS (OR) | Cooger Study | 12456 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | [redacted] |
| [redacted] | | | | | | | | |
| 1023 | 5/2 | MMS (ok) | Cooper Study | 1326 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1025 | 6/5 | Mannon Ass. | Consulting | 1446 17 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1027 | 7/22 | Mannon Associates (ok) | Consulting | 3300 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| (1998) 1102 | 2/12 | MMS (ok) | Cooper Study | 10314 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1104 | 6/25 | Mannion Associates | Consulting | 1760 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| (1999) | | | | | | | | |
| 1106 | 1/4 | MMS | Cooper Study | 14189 00 | ✓ | | ~~[illegible]~~ | [redacted] |
| [redacted] | | | | | | | | |
| 1108 | 1/5 | R.G. Heck + Associates | Professional Ser | 1511 61 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | ✓ T | FEE IF ANY (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | $ [redacted] |
| [redacted] | | | | | | | | |
| 1111 | 5/3 | WSPA (ok) | ORA | 1000.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1112 | 6/16 | R.G. Heck & Associates | Consulting Fees | 2100.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1114 | 6/16 | Nuevo Energy (ok) | Minimum Royalty | 33177.60 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1116 | 7/12 | WSPA | ORA Contribution | 1000.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1118 | 7/12 | R.G. Heck & Ass. | Consulting Fees | 1800.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1119 | 7/23 | R.G. Heck & Ass. (ok) | Consulting Fees | 2760.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1122 | 9/13 | R.G. Heck & Ass. | Consulting Fees | 2225.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1123 | 10/4 | WSPA | ORA Contribution | 2500.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1121 | 8/31 | R.G. Heck & Ass. (ok) | Consulting Fees | 2880.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1125 | 10/29 | R.G. Heck & Ass. (ok) | Consulting Fees | 2935.06 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1126 | 11/23 | WSPA (ok) | ORA Contribution | 1100.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1127 | 12/18 | R.G. Heck & Ass. | Consulting Fees | 1800.00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | [redacted] |
| [redacted] | | | | | | | | |
| 1129 | 12/30 | Nuevo Energy | Consulting Fees | 9686 14 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1132 | 2/5 | R.G. Heck + Ass | Consulting Fee | 1920 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1403 | 3/17 | R. G. Heck & Ass. | Consulting Fees | 1680 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1405 | 4/23 | R.G. Heck + Ass. | Consulting | 1920 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1409 | 5/8 | R.G. Heck & Ass. | Consulting | 960 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1411 | 6/12 | System Technology Ass | Geophysical | 504 61 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | [redacted] |
| [redacted] | | | | | | | | |
| 1414 | 6/15 | R.G. Heck & Associates | Consulting | 1688 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1416 | 7/17 | Nuevo Energy Co. | Legal Fees | 1435 26 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1419 | 8/1 | Nuevo Energy Co. | Lease Rentals | 33,177 60 | ✓ | | | [redacted] |
| 1420 | 8/1 | R.G. Heck & Ass. (ok) | Consulting Fees | 2779 26 | ✓ | | | |
| [redacted] | | | | | | | | |
| 1423 | 8/31 | Nuevo Energy | [illegible] Legal Fees | 912 22 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1426 | 9/14 | R.G. Heck & Associates (ok) | Consulting Fees | 840 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1427 | 9/28 | Nuevo Energy | Legal Fees | 3444 18 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1429 | 10/2 | Nuevo Energy | Legal & Consulting | 3451 77 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BALANCE BROUGHT FORWARD → | | [redacted] |
| 431 | 10/24 | R.G. Heck & Ass. | Consulting Fees | $1680 00 | ✓ | $ | $ | [redacted] |
| [redacted] | | | | | | | | |
| 432 | 11/2 | Nuevo Energy Co. | Consulting & Legal Fees, | 5171 10 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1442 | 12/27 | R.G. Heck & ASS | Consulting Fees | 3955 80 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1444 | 12/27 | Nuevo Energy (ok) | Legal Fees & Consulting | 8852 69 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1446 | 2/1 | Nuevo Energy Company | Legal Fees Consulting Fees | 3003 40 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1448 | 2/6 | Heck & Associates ok | Consulting Fees | 1930 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | [redacted] |
| [redacted] | | | | | | | | |
| 1452 | 3/1 | Nuevo Energy (OK) | Legal Fees | 1064 17 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1454 | 4/2 | R.G. Heck + Associates (OK) | Consulting Fees | 2880 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1455 | 4/17 | Nuevo Energy | Consulting Fees | 851 20 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1456 | 4/23 | R.G. Heck + Associates | Consulting Fees | 960 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1458 | 5/7 | Nuevo Energy Company | Lease Rentals | 3317 60 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1461 | 6/8 | R.G. Heck & Associates | Consulting Fees | 2395 00 | ✓ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | $ [redacted] |
| [redacted] | | | | | | | | |
| 1469 | 7/31 | MANNON Associates | Consulting Fee | 63210 00 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1471 | 7/31 | R.G. Hecht & Ass | Consulting Fee | 3343 22 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| 1472 | 8/6 | Nuevo Energy Co. (6K) | Consulting Fees | 9858 83 | √ | | | [redacted] |
| [redacted] | | | | | | | | |
| (2002) | [redacted] | | | | | | | |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | [redacted] | | | | | BALANCE BROUGHT FORWARD → | [redacted] |
| [redacted] | | | | | | | | |
| 1497 | 11/6 | Nuevo Energy Co. OR | | 31698 41 | √ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| NUMBER | DATE | DESCRIPTION OF TRANSACTION | IN PAYMENT OF | PAYMENT/DEBIT (-) | √ T | FEE (IF ANY) (-) | DEPOSIT/CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | BALANCE BROUGHT FORWARD → | $ [redacted] |
| [redacted] | | | | | | | | |
| 1523 | 10/15 | Nuevo Energy Co. (OK) | Op. Expense | 5616 74 | √ | | | [redacted] |
| [redacted] | | | | | | | | |

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

1012

DATE 8-4-04

TO Nuevo Energy 8/3

DEPOSITS [redacted]

FOR Operating Costs Bonito

| | |
|---|---|
| TOTAL | [redacted] |
| THIS CHECK | ✓ 368 50 |
| OTHER | |
| BALANCE | [redacted] |

TAX DEDUCTIBLE

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

1029

DATE 8-23-05

TO Plains Exploration + Production Co.

FOR Op. Expenses

DEPOSITS [redacted]

| | | |
|---|---|---|
| TOTAL | [redacted] | |
| THIS CHECK | 745 | 99 |
| OTHER | | |
| BALANCE | [redacted] | |

TAX DEDUCTIBLE

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE
WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER