# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: November 8, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference is scheduled for November 29, 2006 at 11:00 AM EST, during which plaintiffs shall respond to the court's opinion of October 31,

2006 requesting an election of remedies. Counsel for Amber Resources Co. may notify the court prior to November 29, 2006 that the parties recommend cancelling the status conference and instead adopting a briefing schedule. If there is any disagreement among the parties as to approach, then the November 29, 2006 status conference will still be held. The order of November 6, 2006, implementing a stay of briefing, remains in place.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge