# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

******************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

## JOINT RESPONSE TO THE NOVEMBER 8, 2006 STATUS CONFERENCE AND ORDER

During the November 8, 2006 Status Conference, and as reflected in its Order issued that same day, the Court stated that plaintiffs should be prepared to indicate at a Status Conference to be held on November 29, 2006 which remedy they were electing pursuant to the Court's November 17, 2005 and October 31, 2006 Opinions. The Court indicated that the parties could alternatively recommend cancellation of the status conference, and could propose a briefing schedule to address the question when such election must be made.

**A. Nos. 02-30C and 04-1822C.**

Plaintiffs in Nos. 02-30C and 04-1822C will be filing a motion under RCFC 54(b) for the entry of a final judgment setting forth their election with respect to their restitution claim.[1] Plaintiffs in Nos. 02-30C and 04-1822C propose the following schedule for briefing that motion, to which the United States agrees:

November 29, 2006 -- Plaintiffs in Nos. 02-30C and 04-1822C file RCFC 54(b) motion for the entry of a final judgment

December 18, 2006--United States files response to plaintiffs' RCFC 54(b) motion

December 29, 2006-- Plaintiffs in Nos. 02-30C and 04-1822C file reply brief in support of their RCFC 54(b) motion.

---

1 The request for final judgment will apply to 35 of the 40 lawsuit leases, excluding lawsuit leases OCS-P 0420, 0424, 0429, 0452 and 0462, for the reasons that will be set forth in that motion.

**B. No. 05-249C.**

Nycal Offshore Development Corporation, the sole plaintiff in No. 05-249C, does seek a briefing schedule to address the question when the election of remedies must be made, and proposes the following schedule, to which the United States agrees:

December 20, 2006 -- Nycal will file briefing on the issue of whether it is required to elect remedies prior to trial on the merits of Nycal's entitlement to a particular form of remedy (restitution, reliance, or expectancy) and the amount of each alternative form of recovery.

January 10, 2007 -- United States files its response to Nycal's brief.

January 22, 2007 -- Nycal files a reply brief in support of its initial brief.

Nycal also states that as it just recently learned that the Plaintiffs in Nos. 02-0-30C and 04-1822C have elected to move for final judgment, Nycal is re-evaluating whether it wishes to continue with the litigation or whether it wishes to join in the Motion for Final Judgment. Nycal will inform the Court of its decision at the earliest opportunity.

In light of this proposed briefing schedule, all parties jointly recommend that the November 29, 2006 status conference be cancelled.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. McCARTHY
Assistant Director
GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in No. 05-249C

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

____________________________
Patricia M. McCarthy
Assistant Director
STEPHEN C. TOSINI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 307-0164
Fax (202) 514-8640

Counsel for Defendant

____________________________
E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568
Fax. (202) 778-5568

Counsel for All Plaintiffs in No. 02-30C and No. 04-1822C

____________________________
Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

Counsel for Plaintiff in No. 05-249C