**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL JUDGMENT UNDER RCFC 54(b)**

Before the Court is the Motion for Final Judgment under RCFC 54(b) brought by Plaintiffs Aera Energy LLC; Amber Resources Company; Anadarko E&P Company LP; Delta Petroleum Corporation; Devon Energy Production Company, L.P.; Noble Energy, Inc.; Ogle Petroleum Inc.; OLAC Resources, LLC; Plains Exploration & Production Co.; Poseidon Petroleum LLC; and Total E&P USA, Inc.

HAVING DETERMINED that there is no just reason for delay, the Court hereby directs the entry of final judgment with respect to the claims asserted by the foregoing plaintiffs relating to lawsuit leases OCS-P 210, 319, 320, 322, 323, 396, 397, 402, 403, 408, 409, 414, 415, 416, 421, 422, 425, 426, 427, 430, 431, 432, 433, 434, 435, 443, 445, 446, 449, 453, 460, 464, 499, 500, and 527.

Accordingly, the Clerk will enter judgment for each of the foregoing plaintiffs in the following amounts:

1. The United States Court of Federal Claims shall enter judgment for Aera Energy LLC in the amount of six hundred eighty nine million, thirty eight thousand, eight hundred fifty one dollars and eighty one cents ($689,038,851.81) as a final judgment in this action with respect to the leases listed above. No costs.

2. The United States Court of Federal Claims shall enter judgment for Amber Resources Company in the amount of one million, five hundred twenty four thousand, five hundred fifty three dollars and ninety seven cents ($1,524,553.97) as a final judgment in this action with respect to the leases listed above. No costs.

3. The United States Court of Federal Claims shall enter judgment for Anadarko E&P Company LP in the amount of twenty two million, five hundred fifty six thousand, two

hundred seventeen dollars and thirty seven cents ($22,556,217.37) as a final judgment in this action with respect to the leases listed above. No costs.

4. The United States Court of Federal Claims shall enter judgment for Delta Petroleum Corporation in the amount of fifty eight million, five hundred ninety seven thousand, two hundred twenty one dollar and twenty five cents ($58,597,221.25) as a final judgment in this action with respect to the leases listed above. No costs.

5. The United States Court of Federal Claims shall enter judgment for Devon Energy Production Company, L.P. in the amount of seven million, nine hundred ninety thousand, seven hundred forty dollars ($7,990,740.00) as a final judgment in this action with respect to the leases listed above. No costs.

6. The United States Court of Federal Claims shall enter judgment for Noble Energy, Inc. the amount of twenty million, three hundred seventy seven thousand, five hundred sixty one dollars and eighty nine cents ($20,377,561.89) as a final judgment in this action with respect to the leases listed above. No costs.

7. The United States Court of Federal Claims shall enter judgment for Ogle Petroleum, Inc. in the amount of three million, seven hundred sixty one thousand, one hundred ninety three dollars and twenty eight cents ($3,761,193.28) as a final judgment in this action with respect to the leases listed above. No costs.

8. The United States Court of Federal Claims shall enter judgment for OLAC Resources, LLC in the amount of fifteen million, three hundred ninety five thousand, five hundred sixty two dollars and fifty four cents ($15,395,562.54) as a final judgment in this action with respect to the leases listed above. No costs.

9. The United States Court of Federal Claims shall enter judgment for Plains Exploration & Production Co. in the amount of eighty three million, three hundred fifty nine thousand, one hundred twenty eight dollars and eight cents ($83,359.128.08) as a final judgment in this action with respect to the leases listed above. No costs.

10. The United States Court of Federal Claims shall enter judgment for Poseidon Petroleum LLC in the amount of thirty three million, six hundred nineteen thousand, sixty five dollars and sixty cents ($33,619,065.60) as a final judgment in this action with respect to the leases listed above. No costs.

11. The United States Court of Federal Claims shall enter judgment for Total E&P USA, Inc. in the amount of seventy five million, one hundred thirty nine thousand, eight hundred forty two dollars and forty five cents ($75,139,842.45) as a final judgment in this action with respect to the leases listed above. No costs.

Dated: ___________________

___________________________
Eric G. Bruggink
Judge