# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: November 29, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Based on the parties proposed schedules in their Joint Response to the

November 8, 2006 Status Conference and Order, the court adopts the following additional schedule for briefing:

On November 29, 2006, plaintiffs in 02-30C and 04-1822C will file a RCFC 54(b) motion for the entry of final judgment. The United States will file a response on or before December 18, 2006. On or before December 29, 2006, plaintiffs in 02-30C and 04-1822C will file a reply brief in support of their RCFC 54(b) motion.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge