# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: November 29, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Based on the parties proposed schedules in their Joint Response to the

November 8, 2006 Status Conference and Order, the court adopts the following additional schedule for briefing:

On or before December 20, 2006, NYCAL, sole plaintiff in 05-249C, will file a brief on this issue of election of remedies prior to trial. The United States will file a response on or before January 10, 2007. On or before January 22, 2007, plaintiff in 05-249 will file a reply brief in support of its initial brief.

Should NYCAL decide that it wishes to join the motion for entry of final judgment, it shall inform the Court at its earliest opportunity.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge