# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

*****************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

**JEFFREY D. ANTONSON, ROBERT J. GARREY, AND JACKSON WALKER L.L.P.'S EXPEDITED MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Jeffrey D. Antonson, Robert J. Garrey, and Jackson Walker L.L.P. and file this Motion to Withdraw as Counsel, and would show the Court as follows:

1. Jeffrey D. Antonson, attorney of record for Nycal Offshore Development Corporation ("Nycal"), Robert J. Garrey, of counsel for Nycal, and the law firm of Jackson Walker L.L.P. (collectively, the "Movants") desire to withdraw as counsel for Nycal, and to be relieved of any further responsibility to act as counsel for Nycal in this action.

2. This Motion is based on good cause in that Movants have expended considerable effort, time, and case related expenses in pursuing this case, and other cases for the principle officer of Nycal, William G. Stern, for which Movants have yet to receive full payment.[1] In addition, Mr. Stern has indicated an unwillingness to continue under the current fee arrangement with Jackson Walker insisting, instead, that Jackson Walker agree to a contingency type arrangement. Such a mid-course change in the fee structure is not acceptable to Jackson Walker. Considering the history of missed payments, the repeated broken promises of payment from Nycal's principal, William Stern, and Mr. Stern's latest attempt to force Jackson Walker to deviate from the agreed upon hourly fee rate structure for this case, and numerous other matters incidental to the attorney-client relationship, it is clear that the attorney-client relationship between Jackson Walker and Nycal and its principal, William G. Stern, cannot proceed further. Movants have advised Mr. Stern and Nycal that they wish to withdraw from this case. In view of the circumstances, Movants respectfully submit that it is not reasonable for them to continue to represent Nycal in this matter when Nycal and its principle refuse to pay for legal services

[1] Nycal and another entity under the control and direction of William G. Stern, Nycal's principle, owe a collective total in excess of $490,000.00 to Jackson Walker for attorneys' fees and case-related expenses incurred dating back to May, 2006. Jackson Walker anticipates being forced to file suit against Mr. Stern and his related entities to recover the sums owed.

rendered, and when Movants anticipate having to file suit against Mr. Stern to recover the funds due and owing.

3. A copy of this Motion has been delivered to Mr. Stern and Nycal, and they have been notified in writing of their right to object to this Motion. Nycal opposes this Motion.

4. The following deadlines are pending in this matter:

**(a) December 20, 2006:** Nycal is required to file a brief in support of its position that it may elect remedies after trial.

**(b) January 10, 2007:** The United States is required to file its response brief on the issue of election of remedies prior to trial.

**(c) January 22, 2007:** Nycal is required to file its reply brief in support of its position that it may elect remedies after trial.

**(d)** In addition, Nycal is required to notify the Court if it wishes to join in the motion for final judgment filed by the other plaintiffs to this action as soon as possible.

5. Movants have conferred with all counsel of record regarding the relief requested. Counsel for the United States indicated that the government would not oppose the relief requested provided that Nycal agrees that it shall not file a brief on the issue of expectation damages, or any other motion, prior to obtaining new counsel, and shall not oppose severance of Nycal's claims from this litigation. Nycal has been advised of the position taken by the United States.

6. In light of the upcoming December 20th briefing deadline, Movants request that the Court hold an expedited hearing as soon as possible. Movants have prepared, but not filed, a request for extension of deadlines on behalf of Nycal, as Nycal has not indicated to Movants whether this extension is acceptable to it. The United States has stated that it would not oppose such an extension pursuant to the same conditions listed above in paragraph 5. Movants request

that a hearing on this Motion to Withdraw take place on a expedited basis so that all parties may be aware of their obligations regarding these deadlines as soon as possible.

WHEREFORE, PREMISES CONSIDERED, Jeffrey D. Antonson, Robert J. Garrey, and the law firm of Jackson Walker L.L.P. hereby request that the Court grant their Motion to Withdraw as Counsel, and for such other and further relief as may be appropriate under the circumstances.

Respectfully submitted,

By: s/ Jeffrey D. Antonson

Jeffrey D. Antonson
(Attorney of Record)
Robert J. Garrey
(of counsel)
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-6000
Telecopier - (214) 953-5822

DATED: December 7th, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed electronically with the Court on this the 7th day of December, 2006. I understand that this notice of filing will be sent to Ms. McCarthy and Mr. Rosenbaum by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this Motion has also been delivered to Nycal via Certified Mail, RRR.

s/ Jeffrey D. Antonson
Jeffrey D. Antonson

Patricia M. McCarthy
Assistant Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 14524
Washington, D.C. 20044-4524
(202) 353-2345
(202) 514-8624 (fax)

Steven J. Rosenbaum
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: 202.662.5568

Mr. William G. Stern
Nycal Offshore Development Corporation
6 Albert Court
Kensington Gore
London SW7 2BE
England

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for the United States, and they are not opposed to this relief pursuant to the terms outlined in paragraph 5. In addition, I further certify that I have conferred with the counsel for the other plaintiffs to this action and they are not opposed to this relief. Nycal has been informed in writing of this Motion and opposes.

s/ Jeffrey D. Antonson
Jeffrey D. Antonson