# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Based on the telephonic conference held on December 8, 2006, plaintiffs shall file a consolidated response to Defendant's Motion to Compel Production of Documents of October 30, 2006, as it pertains to lease OCS-P 0452, and Defendant's Motion for Leave to Conduct Limited Discovery Based Upon Newly-Produced Documents of November 11, 2006, on or before December 22, 2006. Defendant shall file a reply brief on or before January 4, 2007.

Oral arguments on defendant's motions will be heard on January 9, 2007, at 10:00 am at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge