# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Briefing on the issue of election of remedies by NYCAL, plaintiff in 05-249C, as ordered by the Court on November 29, 2006, is hereby stayed pending the outcome of plaintiff's counsel's Expedited Motion to Withdraw as Counsel filed on December 7, 2006.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge