# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Pending is plaintiff NYCAL's counsel's Expedited Motion to Withdraw

as Counsel. A telephonic conference was held on December 8, 2006. Defendant shall file its response to the motion on or before December 29, 2006.

Pursuant to 83.1(c)(8) of the Rules of the United States Court of Federal Claims ("RCFC"), "[a] corporation may only be represented by counsel." Accordingly, NYCAL is directed to secure substitute legal representation if it wishes to proceed with this litigation. Assuming substitute counsel is secured, NYCAL is directed to file a motion for substitution of counsel through its substitute counsel on or before January 15, 2007. The clerk is directed to allow such a filing.

Failure to secure substitute representation will result in an order to show cause why the case should not be dismissed pursuant to RCFC 83.1(c)(8).

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge