**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |

**SUPPLEMENT TO PLAINTIFFS' MOTION**
**FOR FINAL JUDGMENT UNDER RCFC 54(b)**

Plaintiffs in Nos. 02-30C and 04-1822C submit this Supplement to bring two discrete issues to the Court's attention relating to the pending Motion for Final Judgment Under RCFC 54(b).

*First*, Plaintiffs attach herewith a revised Proposed Order Granting Plaintiffs' Motion for Final Judgment Under RCFC 54(b). This revision reflects subsequent discussions between Plaintiffs and the Government relating to a reduction in the restitution award attributable to one lawsuit lease, No. OCS-P 0323. While reserving its position on the merits on liability and damages, we understand that the Government agrees with this revised proposed order as to form and substance.

*Second,* in their original motion for final judgment, Plaintiffs noted the uncertain timeline for resolution of the administrative appeal challenging the termination of lawsuit Leases OCS-P 420, 424, 429, and 462, stating that "the lessees do not know whether – and if so, when – the ALJ has made his proposed findings and forwarded them to the IBLA [Interior Board of Land Appeals] for its review." (Pls.' Mot. at 4). Six days after Plaintiffs filed that motion, the ALJ by letter informed the parties to that proceeding that his proposed findings of fact have now been finalized and submitted to the IBLA. Pursuant to 43 C.F.R. 4.439, [1] however, the proposed findings were sent to the IBLA only and not the parties. Thus, even with the proposed findings submitted, there is still no way of predicting when the IBLA will render its decision, or whether Plaintiffs will need to seek judicial review of that decision in federal district court.

---

[1] 43 CFR 4.439 was misidentified in the opening brief as 43 CFR 4.436.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove
E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
Gina L. Paik
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for All Plaintiffs in Nos. 02-30C and 04-1822C

December 15, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| **************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| **************************************** | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL JUDGMENT UNDER RCFC 54(b)**

Before the Court is the Motion for Final Judgment under RCFC 54(b) brought by Plaintiffs Aera Energy LLC; Amber Resources Company; Anadarko E&P Company LP; Delta Petroleum Corporation; Devon Energy Production Company, L.P.; Noble Energy, Inc.; Ogle Petroleum Inc.; OLAC Resources, LLC; Plains Exploration & Production Co.; Poseidon Petroleum LLC; and Total E&P USA, Inc.

HAVING DETERMINED that there is no just reason for delay, the Court hereby directs the entry of final judgment with respect to the claims asserted by the foregoing plaintiffs relating to lawsuit leases OCS-P 210, 319, 320, 322, 323, 396, 397, 402, 403, 408, 409, 414, 415, 416, 421, 422, 425, 426, 427, 430, 431, 432, 433, 434, 435, 443, 445, 446, 449, 453, 460, 464, 499, 500, and 527.

Accordingly, the Clerk will enter judgment for each of the foregoing plaintiffs in the following amounts:

1. The United States Court of Federal Claims shall enter judgment for Aera Energy LLC in the amount of six hundred eighty nine million, thirty eight thousand, eight hundred fifty one dollars and eighty one cents ($689,038,851.81) as a final judgment in this action with respect to the leases listed above. No costs.

2. The United States Court of Federal Claims shall enter judgment for Amber Resources Company in the amount of one million, four hundred ninety six thousand, two hundred thirty four dollars and eighty six cents ($1,496,234.86) as a final judgment in this action with respect to the leases listed above. No costs.

3. The United States Court of Federal Claims shall enter judgment for Anadarko E&P Company LP in the amount of twenty two million, five hundred fifty six thousand, two

hundred seventeen dollars and thirty seven cents ($22,556,217.37) as a final judgment in this action with respect to the leases listed above. No costs.

4. The United States Court of Federal Claims shall enter judgment for Delta Petroleum Corporation in the amount of fifty eight million, five hundred twenty seven thousand, two hundred seventy six dollars and sixty one cents ($58,527,276.61) as a final judgment in this action with respect to the leases listed above. No costs.

5. The United States Court of Federal Claims shall enter judgment for Devon Energy Production Company, L.P. in the amount of seven million, nine hundred ninety thousand, seven hundred forty dollars ($7,990,740.00) as a final judgment in this action with respect to the leases listed above. No costs.

6. The United States Court of Federal Claims shall enter judgment for Noble Energy, Inc. the amount of eighteen million, three hundred fifty three thousand, eight hundred nineteen dollars and seventy seven cents ($18,353,819.77) as a final judgment in this action with respect to the leases listed above. No costs.

7. The United States Court of Federal Claims shall enter judgment for Ogle Petroleum, Inc. in the amount of three million, six hundred sixty two thousand, four hundred sixteen dollars and fifty one cents ($3,662,416.51) as a final judgment in this action with respect to the leases listed above. No costs.

8. The United States Court of Federal Claims shall enter judgment for OLAC Resources, LLC in the amount of fourteen million, nine hundred ninety one thousand, two hundred forty two dollars and fifteen cents ($14,991,242.15) as a final judgment in this action with respect to the leases listed above. No costs.

9. The United States Court of Federal Claims shall enter judgment for Plains Exploration & Production Co. in the amount of eighty three million, eighty five thousand, two hundred seventy dollars and eighty six cents ($83,085,270.86) as a final judgment in this action with respect to the leases listed above. No costs.

10. The United States Court of Federal Claims shall enter judgment for Poseidon Petroleum LLC in the amount of thirty three million, six hundred nineteen thousand, sixty five dollars and sixty cents ($33,619,065.60) as a final judgment in this action with respect to the leases listed above. No costs.

11. The United States Court of Federal Claims shall enter judgment for Total E&P USA, Inc. in the amount of seventy four million, seven hundred twenty one thousand, four dollars and nine cents ($74,721,004.09) as a final judgment in this action with respect to the leases listed above. No costs.

Dated: ____________________

____________________________
Eric G. Bruggink
Judge