**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |

**REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL JUDGMENT UNDER RCFC 54(b)**

In its December 18, 2006 "Response to the Motion of Plaintiffs in Nos. 02-30C and 04-1822C for Final Judgment under RCFC 54(b)," the Government stated that it does not oppose that motion or the entry of the revised Proposed Order that plaintiffs filed on December 15, 2006. *See* Response at 2. Plaintiffs in Nos. 02-30C and 04-1822C accordingly request that their motion be granted and the revised Proposed Order be entered.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
Gina L. Paik
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for All Plaintiffs in Nos. 02-30C and 04-1822C

December 19, 2006