IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to the Court's December 8, 2006 Scheduling Order, the Court set a schedule for further briefing of and a hearing on defendant's October 30 and November 29 motions to compel discovery related to defendant's motion for reconsideration regarding Lease OCS-P 0452.

The parties have conferred in an effort to resolve the dispute, and have agreed upon the following terms:

1. With respect to defendant's October 30, 2006 motion to compel, plaintiffs agree to produce all requested non-privileged materials responsive to Document Request 13 ("All documents related to meetings and presentations with respect to the exploration and development of the eastern half of Lease OCS-P 0451") to the extent that the materials make reference to potential or actual drainage of hydrocarbons from Lease OCS-P 0452 from drilling activity on and/or production from Lease OCS-P 0451. However, if responsive portions of documents are part of large presentations, plaintiffs have the option to produce only the relevant portions along with context. Context will include cover pages, tables of contents, and the page/slide before and after each responsive portion. In addition, plaintiffs agree to produce all requested non-privileged materials responsive to Document Request 14 to the extent the request calls for all Authorizations for Expenditure (AFEs), along with all supporting attachments, as sent to and/or approved by partners, related to the drilling of wells on the eastern half of Lease OCS-P 0451.

2. With respect to defendant's November 29 motion, plaintiffs Plains, Delta, and Devon, will search for and produce all non-privileged documents making reference to potential or actual drainage of hydrocarbons from Lease OCS-P 0452 from drilling activity on and/or production from Lease OCS-P 0451.

3. While not part of the relief requested in either of defendant's motions, defendant agrees, solely for purposes of resolving its motions, that the Department of the Interior will conduct a reciprocal search for and production of documents as described in the November 29 motion, described above.

4. The parties agree that both sides are permitted to take up to three additional non-expert depositions, including re-depositions.

5. The parties agree to produce all responsive documents discussed above on or before January 19, 2007.

6. The parties agree that any additional depositions taken pursuant to this agreement shall be conducted on or before February 23, 2007.

7. The parties agree that the Court should enter an order stating that the defendant shall file its supplemental brief on or before March 9, 2007, with plaintiffs' response due on or before March 30, 2007, and defendant's reply due on or before April 13, 2007.

8. By entering into this agreement, Defendant does not concede that it is foreclosed from seeking further discovery in connection with its motion for partial reconsideration of this Court's November 15, 2005 Order granting partial summary judgment, and Plaintiffs do not concede that any future discovery would be proper.

9. Defendant agrees that, upon entry of the Scheduling Order requested herein, its October 30 and November 29 motions will be deemed to be mooted and the hearing on those motions scheduled for January 9, 2007, should be cancelled.

In light of the parties' agreement as described above, the parties respectfully request that the Court enter a Scheduling Order consistent with the proposed schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove
E. EDWARD BRUCE
STEVEN J. ROSENBAUM
THOMAS J. COSGROVE

COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568

Attorneys for Plaintiffs in
Nos. 02-30C and 04-1822C

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director
GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

Attorneys for Respondent

December 22, 2006