IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBER RESOURCES COMPANY., et al.,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | |
| ANADARKO E&P COMPANY, L.P., et al.,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Eric G. Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | |

**DEFENDANT'S RESPONSE TO EXPEDITED MOTION OF JEFFREY D. ANTONSON, ROBERT J. GARREY, AND JACKSON WALKER L.L.P. TO WITHDRAW AS COUNSEL**

Pursuant to this Court's order dated December 8, 2006, defendant, the United States, respectfully responds to the expedited motion of Jeffrey D. Antonson, Robert J. Garrey, and Jackson Walker L.L.P. to withdraw as counsel, filed December 7, 2006. With the reservations

noted below, we do not oppose the motion.

On December 14, 2006, plaintiff, Nycal Offshore Development Corporation ("Nycal"), purported to file, in its pro se capacity, a response to the pending motion to withdraw. The response was signed by William G. Stern, who does not purport to be a member of the bar of this Court. Accordingly, Mr. Stern's response is not in compliance with Rule 83.1(c)(1), (2) & (8), and it should be rejected for filing.

To the extent that Nycal desires a modest amount of time to appoint successor counsel, we would not oppose a reasonable enlargement of time for the filing of Nycal's brief in support of its position regarding the election of remedies. However, Rule 83.1 unequivocally requires that Nycal obtain successor counsel if it wishes to pursue its claims in this Court. See Talasila, Inc. v. United States, 240 F.3d 1064, 1066 (Fed. Cir. 2001) (stating that a corporation "must be represented by counsel in order to pursue its claim against the United States in the Court of Federal Claims"). This rule is "clear and unqualified, and [its] plain language . . . does not contemplate exceptions." Id. at 1067. Accordingly, we reserve our right to seek dismissal of Court No. 05-249C for lack of prosecution if Nycal does not timely obtain successor counsel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/David M. Cohen
DAVID M. COHEN
Director

/s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

ALLISON KIDD-MILLER
GREGG M. SCHWIND
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-7969

December 29, 2006

Attorneys for Defendant