# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: January 3, 2007)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Based on the parties agreement reflected in the Corrected Joint Motion for

Entry of Scheduling Order, filed on December 22, 2006, the court adopts the following schedule related to defendant's motion for reconsideration regarding Lease OCS-P 0452:

The parties shall produce all responsive documents as detailed in the Corrected Joint Motion for Entry of Scheduling Order on or before January 19, 2007. Any additional depositions taken pursuant to the agreement outlined in the joint motion shall be conducted on or before February 23, 2007. Defendant shall file its supplemental brief on or before March 9, 2007. Plaintiffs shall file their response on or before March 30, 2007, and defendant shall file its reply on or before April 13, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge