# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (Consolidated)

| | |
|---|---|
| AMBER RESOURCE COMPANY, et al., Plaintiffs, -v.- THE UNITED STATES, Defendant. | No. 02-30C (Judge Bruggink) |

| | |
|---|---|
| ANADARKO E & P COMPANY L.P., et al., Plaintiffs, -v.- THE UNITED STATES, Defendant. | No. 04-1822C (Judge Bruggink) |

| | |
|---|---|
| NYCAL OFFSHORE DEVELOPMENT CORPORATION, Plaintiff, -v.- THE UNITED STATES, Defendant. | No. 05-249C (Judge Bruggink) |

## MOTION ON BEHALF OF NYCAL OFFSHORE DEVELOPMENT CORP. FOR SUBSTITUTION OF COUNSEL

Jeffrey E. Glen and Anderson Kill & Olick P.C. move this court to appear as counsel for Nycal Offshore Development Corporation ("Nycal"), for Mr. Glen to replace Jeffrey D. Antonson as counsel of record for Nycal, and for other relief as follows:

1. On December 7, 2006, Jeffrey D. Antonson, Robert J. Garrey, and the law fim of Jackson Walker L.L.P. moved this court for an order granting their motion to withdraw as counsel for Nycal.

2. On December 8, 2006, this Court issued a Scheduling Order in which it directed Nycal to secure substitute legal representation if it wished to proceed with this litigation, and to file a motion for substitution of counsel by January 15, 2007. The Order further recites that "The clerk is directed to allow such a filing".

3. Nycal has retained Anderson Kill & Olick P.C. to represent it in this litigation. Lead counsel will be Jeffrey E. Glen.

4. I have spoken with Jeffrey D. Antonson, presently Lead Attorney for Nycal in this matter, and informed him of this motion. He has no objection to the motion being granted.

5. In their motion of December 7, 2006, outgoing counsel recite that as of that date, a briefing schedule had been established regarding Nycal's position that it may elect remedies after trial. The motion also recites that the United States had indicated that it would not oppose the motion to withdraw as counsel provided that Nycal agrees that it shall not file a brief on the issue of expectation damagers, or any other motion, prior to obtaining new counsel. On December 8, 2006, this Court stayed the briefing schedule.

6. In their motion of December 7, 2006, outgoing counsel also stated that the United States would not oppose severance of Nycal's claims from the other consolidated cases. On information and belief no motion for severance has been filed with, or ruled on by, this Court.

7. After consultation with outgoing counsel, it appears that the next issue currently set to be presented to this court is Nycal's argument that this court clarify or reconsider that portion of its opinion filed 10/31/06 which deals with election of remedies. Nycal seeks to

argue that it is entitled to seek to recover damages on a reliance and expectation basis without forfeiting its right to elect restitution damages at the end of the case.

8. It is also my understanding that none of the parties have expressed objection to the entry of judgment for all plaintiffs other than Nycal under Rule 54(b), but that the Court has not to date ruled on the motion of the plaintiffs other than Nycal for entry of judgment.

9. I have spoken with Patricia M. McCarthy, Esq., attorney for the United States in this matter, and informed her of our retention. I suggested to Ms. McCarthy that Nycal wished to have the court convene a conference to discuss the ongoing aspects of the Nycal v. United States action, and she agreed with that suggestion. I have also spoken to Stephen J. Rosenbaum, Esq., lead attorney for the plaintiffs other than Nycal, and he agree to participate in such a conference.

10. Ms. McCarthy, Mr. Rosenbaum, and I are all available for a conference, either by telephone or in person, on January 24 or 25, 2007, on the assumption that the Court grants the instant motion for substitution of counsel by that date. Since I am incoming counsel and my understanding of the proceedings to date is limited, I would prefer the conference to be held in person. If January 24 or 25 is not convenient to the Court, I would request that the conference be scheduled during the week of February 12 – 16, as I will be participating in an arbitration in London from January 29 through February 9.

## CONCLUSION

For the reasons stated above, I respectfully request that this Court grant Nycal's motion for substitution of counsel and schedule a conference with the parties through their attorneys. A proposed order is attached.

Dated: New York, New York
January 5, 2007

Respectfully Submitted,

Jeffrey E. Glen
Anderson Kill & Olick
Proposed Incoming Attorneys for Nycal
Offshore Dev. Corp.

To: Patricia M. McCarthy
U.S. Department of Justice Civil Div. – Commercial Litigation Br.
Lead Attorney for Defendant The United States
1100 L Street, NW
8th Floor
Washington, D.C. 20530

Steven J. Rosenbaum
Lead Attorney for Plaintiffs Amber Resources Co. et al.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566 (200044-7566)
Washington D. C 20004

Jeffrey D. Antonson
Lead Attorney for Nycal Offshore Dev. Corp.
Jackson Walker, L.L.P.
901 Main Street
Suite 6000
Dallas, TX 75202

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (Consolidated)

AMBER RESOURCE COMPANY, et al.,

Plaintiffs,

-v.-

THE UNITED STATES,

Defendant.

No. 02-30C
(Judge Bruggink)

ANADARKO E & P COMPANY L.P., et al.,

Plaintiffs,

-v.-

THE UNITED STATES,

Defendant.

No. 04-1822C
(Judge Bruggink)

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

-v.-

THE UNITED STATES,

Defendant.

No. 05-249C
(Judge Bruggink)

**[PROPOSED] ORDER GRANTING MOTION ON BEHALF OF NYCAL OFFSHORE DEVELOPMENT CORPORATION FOR SUBSTITUTION OF COUNSEL**

On the motion of Jeffrey E. Glen for an order substituting Jeffrey E. Glen and Anderson Kill & Olick P.C. for Jeffrey D. Antonson, Robert J. Garrey, and Jackosn Walker L.L.P. as counsel for Nycal Offshore Development Corp., and there being no opposition thereto, it is

ORDERED that Jeffrey E. Glen and Anderson Kill & Olick P.C. be, and hereby are, substituted for Jeffrey D. Antonson, Robert J. Garrey, and Jackson Walker L.L.P. as counsel for Nycal Offshore Development Corp., and it is

FURTHER ORDERED that the Clerk modify the records of this Court to so reflect.

Dated: ________________

________________________________
Eric G. Bruggink
Judge