# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (Consolidated)

| | |
|---|---|
| AMBER RESOURCE COMPANY, et al.,<br>Plaintiffs,<br>-v.-<br>THE UNITED STATES,<br>Defendant. | No. 02-30C<br>(Judge Bruggink) |
| ANADARKO E & P COMPANY L.P., et al.,<br>Plaintiffs,<br>-v.-<br>THE UNITED STATES,<br>Defendant. | No. 04-1822C<br>(Judge Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br>Plaintiff,<br>-v.-<br>THE UNITED STATES,<br>Defendant. | No. 05-249C<br>(Judge Bruggink) |

**[PROPOSED] ORDER GRANTING MOTION ON BEHALF OF NYCAL OFFSHORE DEVELOPMENT CORPORATION FOR SUBSTITUTION OF COUNSEL**

On the motion of Jeffrey E. Glen for an order substituting Jeffrey E. Glen and Anderson Kill & Olick P.C. for Jeffrey D. Antonson, Robert J. Garrey, and Jackosn Walker L.L.P. as counsel for Nycal Offshore Development Corp., and there being no opposition thereto, it is

ORDERED that Jeffrey E. Glen and Anderson Kill & Olick P.C. be, and hereby are, substituted for Jeffrey D. Antonson, Robert J. Garrey, and Jackson Walker L.L.P. as counsel for Nycal Offshore Development Corp., and it is

FURTHER ORDERED that the Clerk modify the records of this Court to so reflect.

Dated: ________________

________________________________
Eric G. Bruggink
Judge