# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: January 10, 2007)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pending is plaintiff NYCAL's counsel's Expedited Motion to Withdraw

as Counsel, filed on December 7, 2007. A telephonic conference was held on December 8, 2006. That motion was unopposed. The court issued an order directing NYCAL to secure substitute counsel by January 15, 2007. Substitute counsel having been secured, plaintiff NYCAL's counsel's Expedited Motion to Withdraw is granted.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge