# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: January 10, 2007)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Plaintiff NYCAL's former counsel filed an Expedited Motion to

Withdraw as Counsel on December 7, 2006. A phone conference was held on December 8, 2006. The court issued an order on December 8, 2006, directing NYCAL to obtain substitute counsel by January 15, 2007. Pending is a Motion on Behalf of NYCAL Offshore Development Corp. for Substitution of Counsel, filed January 9, 2007, by Mr. Jeffrey E. Glen and Anderson Kill & Olick PC on behalf of NYCAL. The court's order of December 8, 2006, directed the clerk to allow such a filing.

The Motion on Behalf of NYCAL Offshore Development Corp. for Substitution of Counsel is granted. Mr. Jeffrey E. Glen is now counsel of record for NYCAL Offshore Development Corporation.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge