# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: January 11, 2007)

* * * * * * * * * * * * * * * * * * * * * * 
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * 
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * 

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

On January 10, 2007, the court issued an order allowing the substitution of plaintiff, NYCAL's counsel. Based on the parties' request, a telephonic status conference will be held on January 24, 2007, at 10:00 a.m. The call will be placed from chambers.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge