ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

FILED
JAN 12 2007
U.S. COURT OF FEDERAL CLAIMS

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Eric G. Bruggink)

NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1295(a)(3), the United States appeals to the United States Court of Appeals for the Federal Circuit from the final judgment

of the Court entered in Nos. 02-30C and 04-1822C, pursuant to Rule 54(b) of the Rules of this Court, on January 12, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

PATRICIA M. McCARTHY
Assistant Director

ALLISON KIDD-MILLER
GREGG M. SCHWIND
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-0164
Fax (202) 514-7969

January 12, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of January, 2007, I caused to be placed in the United States mail (first-class mail, postage prepaid), a copy of "NOTICE OF APPEAL" addressed as follows:

STEVEN J. ROSENBAUM, ESQ.
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401

JEFFREY D. ANTONSON, ESQ.
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202

Sue Smith