# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: January 24, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on the representations made by plaintiff NYCAL's counsel in the telephonic status conference held on January 24, 2007, all activities relating to NYCAL's claims in the above captioned case are stayed pending the outcome of the defendant's appeal of the judgment entered on January 12, 2007. Should any party believe that the stay should be lifted in order to preserve evidence for trial, the court will entertain a motion to allow a limited lift of the stay upon a showing of good cause.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge