United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

January 22, 2007

Steven J. Rosenbaum, Esq.

Covington & Burling

1201 Pennsylvania Ave., NW

P. O. Box 7566

Washington, DC 20004

In re: Amber Resources Co., et al. v. United States, Nos. 02-30C, 04-1822C & 05-249C

Dear Mr. Rosenbaum:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated January 16, 2007, in favor of plaintiffs in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Patricia M. McCarthy, Esq.