IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

In its January 3, 2007 Scheduling Order, the Court further extended the schedule for discovery and briefing of the Government's pending motion for partial reconsideration with respect to Lease OCS-P 0452. Plaintiffs now intend to obtain one additional expert analysis in response to the opinion and analysis of one of the experts (Dr. Colleen Barton) offered by the

Government on the issue of whether the development of Lease OCS-P 0451 has drained and will continue to drain oil from under Lease OCS-P 0452. Accordingly, the parties jointly propose the following revised discovery and briefing schedule:

1. On or before March 23, 2007, plaintiffs will produce to the United States the additional analysis upon which it intends to rely in connection with the pending motion for partial reconsideration, and the documents relied upon in performing such analysis.

2. On or before April 13, 2007, the United States may conduct deposition(s) of the individual(s) who performed the analysis produced pursuant to paragraph (1).

3. The United States shall file a supplemental brief on the pending motion for partial reconsideration by April 20, 2007. Plaintiff Delta Petroleum Corporation shall file a brief in response to the Government's supplemental brief by May 18, 2007. The United States may file a reply brief by June 1, 2007.

4. The United States reserves its right to request additional time for its counsel and experts to analyze and respond to the analysis produced by plaintiffs pursuant to paragraph (1).

In light of the parties' agreement as described above, the parties respectfully request that the Court enter a Scheduling Order consistent with the proposed schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Rosenbaum
E. EDWARD BRUCE
STEVEN J. ROSENBAUM
THOMAS J. COSGROVE

COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568

Attorneys for Plaintiffs in
Nos. 02-30C and 04-1822C

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director
GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

Attorneys for Respondent

March 6, 2007