# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: March 7, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

The parties filed a Joint Motion for Entry of Scheduling Order on March 6, 2007, asking the court to amend its previous discovery and briefing schedule relating to defendant's motion for partial reconsideration regarding lease OCS-P 452. Plaintiffs intend to obtain one additional expert analysis in response to defendant's expert, Dr. Colleen Barton. Based on the parties' joint representations and requests, the court grants the motion and adopts the following new schedule regarding defendant's motion for partial reconsideration concerning lease OCS-P 452:

1. Plaintiffs shall produce the additional analysis upon which they intend to rely in connection with the pending motion for reconsideration along with the documents relied on in performing such analysis on or before March 23, 2007.

2. Defendant may conduct deposition(s) of the individual(s) who performed the new analysis on or before April 13, 2007.

3. Defendant shall file its supplemental brief on the motion for partial reconsideration on or before April 20, 2007. Plaintiff, Delta Petroleum, shall file a brief in response on or before May 18, 2007. Defendant may file a reply brief on or before June 1, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge