#066265

ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

FILED
MAR 9 2007
U.S. COURT OF FEDERAL CLAIMS

****************************************

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>AERA ENERGY LLC,<br>DELTA PETROLEUM CORPORATION,<br>NOBLE ENERGY, INC.,<br>OGLE PETROLEUM, INC.,<br>OLAC RESOURCES, LLC,<br>PLAINS EXPLORATION AND PRODUCTION CO.,<br>POSEIDON PETROLEUM LLC,<br>TOTAL E&P USA, INC.<br>*Plaintiffs,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | No. 02-30C (Judge Bruggink) |
| ANADARKO E & P COMPANY L.P.,<br>DEVON ENERGY PRODUCTION COMPANY, LP<br>*Plaintiffs,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | No. 04-1822C (Judge Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br>v.<br>THE UNITED STATES,<br>*Defendant.* | No. 05-249C (Judge Bruggink) |

****************************************

## NOTICE OF APPEAL

The undersigned plaintiffs (comprising all plaintiffs in case nos. 02-30C and 04-1822C) hereby give notice that they cross-appeal to the United States Court of Appeals for the Federal Circuit the October 31, 2006 opinion/order and January 11, 2007 order issued by the United States Court of Federal Claims ("CFC"), and the January 12, 2007 judgment, with regard to the following issue:

The CFC's decision that exploratory, development and related expenses (so-called "sunk costs") cannot be recovered under a restitution theory.

Respectfully submitted,

E. Edward Bruce
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568

Counsel for Plaintiffs:
AERA ENERGY LLC
AMBER RESOURCES COMPANY
ANADARKO E & P COMPANY L.P.
DELTA PETROLEUM CORPORATION
DEVON ENERGY PRODUCTION COMPANY, LP
NOBLE ENERGY, INC.
OGLE PETROLEUM, INC.
OLAC RESOURCES, LLC
PLAINS EXPLORATION AND PRODUCTION CO.
POSEIDON PETROLEUM LLC,
TOTAL E&P USA, INC.

March 9, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on this 9th day of March, 2007, I caused to be delivered by United States Mail, First-Class, and electronic service, a copy of the foregoing:

**NOTICE OF APPEAL**

as follows:

Patricia M. McCarthy
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
*Counsel for the United States*

Jeffrey E. Glen
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*Counsel for Nycal Offshore Development Corporation*

Thomas J. Cosgrove