# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
MAR 14 2007
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2007-5082 - AMBER RESOURCES V US**

**Date of docketing**: 03/14/2007

**Appeal from**: United States Court of Federal Claims case no. 02-CV-30, 04-CV-1822 AND 05-CV-249

**Cross-appellant(s)**: Aera Energy LLC, Amber Resources Company, Anadarko E&P Company LP, Delta Petroleum Corporation, Noble Energy, Inc., Ogle Petroleum Inc., Olac Resources LLC, Plains Exploration & Production Co., Poseidon Petroleum LLC and Total E&P USA, Inc.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Steven J. Rosenbaum
Patricia M. McCarthy
Jeffrey E. Glen