IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

**DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF SCHEDULING ORDER**

In its March 7, 2007 Scheduling Order, the Court further extended the schedule for discovery and briefing of the Government's pending motion for partial reconsideration with respect to Lease OCS-P 0452. The Government requests this Court to grant a seven-day extension of time, through and including April 27, 2007, within which to file our supplemental

brief on the pending motion for partial reconsideration, and a corresponding seven-day extension of time for the remaining briefs. The Government's supplemental brief currently is due April 20, 2007. Counsel for the Government has conferred with counsel for the plaintiffs, who does not oppose this motion for entry of a scheduling order.

This request is necessary to permit counsel for the Government additional time to obtain internal review of our supplemental brief. Specifically, the director responsible for reviewing the Government's brief will be out of town for much of the week during which our brief currently is due. A seven-day extension will give her time to complete the internal review. Additionally, plaintiff Delta is expected to produce additional material on April 18, 2007. A seven-day extension also will allow the Government time to review that material prior to the filing of our brief, hopefully precluding the need for any additional extension of time.

Accordingly, with no objection from plaintiff Delta, the Government proposes the following revised briefing schedule:

The United States shall file a supplemental brief on the pending motion for partial reconsideration by April 27, 2007. Plaintiff Delta Petroleum Corporation shall file a brief in response to the Government's supplemental brief by May 25, 2007. The United States may file a reply brief by June 8, 2007.

For these reasons, we respectfully request that the Court enter a Scheduling Order consistent with the proposed schedule.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
GREGG M. SCHWIND
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

April 18, 2007

Attorneys for Respondent

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 18th day of April, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller