# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: April 19, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Based on Defendant's Unopposed Motion for Entry of Scheduling Order, filed on April 18, 2007, the court adopts the following amended schedule for briefing on defendant's motion for partial reconsideration of lease OCS-P 0452:

Defendant shall file its supplemental brief on or before April 27, 2007. Plaintiff, Delta Petroleum Corporation, shall file its response on or before May 25, 2007, and defendant may file a reply brief on or before June 8, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge