IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

**DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT**

Pursuant to Rule 5.2(b)(1) of the rules of this Court, defendant, the United States, respectfully requests leave for both parties to exceed the 40-page limit by 10 pages in the initial supplemental briefs upon defendant's motion for reconsideration of the court's rescission of

lease OCS-P 0452 due April 27, 2007 and May 25, 2007. Counsel for plaintiffs does not oppose this motion.

Since discovery upon the issues raised by our motion for reconsideration began in April 2006, the parties have retained no fewer than eight experts to evaluate the depletion of Lease OCS-P 0452 oil reserves by the continuing production from wells on adjacent Lease OCS-P 0451. In addition, the parties have conducted numerous depositions upon the issues raised by the Government's motion. This discovery has produced an extensive amount of scientific and factual information to be presented in the parties' briefs. Although we have made every effort to produce a brief that presents this information as succinctly as possible, it was not possible to adequately present all of our arguments within the page limitations imposed by the Court's Rules.

For these reasons, we respectfully request that the Court grant our motion for leave for the parties to exceed the page limit provided in Rule 5.2(b)(1) by up to 10 pages.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy/
by Allison Kidd-Miller
PATRICIA M. McCARTHY
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
GREGG M. SCHWIND
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

April 27, 2007

Attorneys for Respondent

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on this 27th day of April, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller