# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: June 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

SCHEDULING ORDER

Pending is defendant's Motion for Reconsideration of the Court's Recision of Lease OCS P-452 originally filed on January 19, 2006. Resolution of that motion was stayed pending resolution of the cross-motions for summary judgment on the issue of sunk costs. The matter was further stayed to allow additional discovery relevant to the motion for reconsideration. That discovery having been completed, defendant filed a supplemental brief on May 1, 2007. Plaintiff Delta Petroleum Corporation filed a brief in response and a cross-motion for entry of final judgment on May 25, 2007. Defendant may file a brief in reply on or by June 8, 2007.

Oral arguments on defendant's motion for reconsideration and plaintiff's cross-motion for entry of final judgment will be heard on August 7, 2007, at 2 pm at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge