# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: June 21, 2007)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiff Delta Petroleum Corporation's June 14, 2007 motion for leave to file a sur-reply brief. Plaintiff's motion was not filed in accordance with the

court's rules. The court's docket only reflects that the sur-reply was filed on June 14, 2007, but not plaintiff's motion. Despite plaintiff's premature filing of the sur-reply, we find there is good cause to allow the brief to be filed. For good cause shown, the motion is granted. Plaintiff is reminded in future that a motion for leave must be filed, and the court must issue an order, before a brief can be filed by leave of the judge.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge