# EXHIBIT 1

# Revisions to the Point Arguello Field DPPs
# Eastern Half of Lease OCS-P 0451

## Supporting Information Volume
## Reservoir Evaluation

Submitted to:
The Minerals Management Service
Pacific OCS Region

Submitted by:
Arguello Inc.

February 12, 2003

**Address Inquires To:**

Mr. Robert Huguenard
Point Arguello Project Manager
Arguello Inc.
17100 Calle Mariposa Reina
Gaviota, CA 93117
(805) 567-1634
bhuguenard@plainsxp.com

**Table 2** **Proposed Bottomhole Locations and Distances for Wells on the Eastern Half of Lease OCS-P 0451**

| Well # | Proposed Total Vertical Depth (ft) | Estimated Measured Depth (ft) | Bottom Hole Location UTM Zone 10 | | | | Distance from (meters) | |
|---|---|---|---|---|---|---|---|---|
| | | | X (ft) | Y (ft) | X (m) | Y (m) | | |
| RP1[a] | 7233' | 19,413' | 2,348,000 | 12,533,060 | 715,670.40 | 3,820,076.69 | 723.31 S of N lease line, P 0451 | 329.6 W of E lease line P 0451 |
| RP2[a] | 7233' | 18,347' | 2,346,675 | 12,534,275 | 715,266.54 | 3,820,447.02 | 352.98 S of N lease line, P 0451 | 733.46 W of E lease line P 0451 |
| RP3[a] | 7233' | 19,452' | 2,348,950 | 12,531,560 | 715,959.96 | 3,819,619.49 | 1,180.51 S of N lease line P 0451 | 40.04 W of E lease line P 0451 |
| RP10[b] | 6818' | 19,560' | 2,348,520 | 12,532,640 | 715,828.90 | 3,819,948.67 | 851.33 S of N lease line P 0451 | 171.1 W of E lease line P 0451 |
| RP11[b] | 7218' | 19,794' | 2,346,950 | 12,533,240 | 715,350.36 | 3,820,131.55 | 668.45 S of N lease line P 0451 | 649.64 W of E lease line P 0451 |
| RP14[b] | 7218' | 16,005' | 2,348,540 | 12,529,625 | 715,834.99 | 3,819,029.70 | 1,770.3 S of N lease line P 0451 | 165.01 W of E lease line P 0451 |
| RP15[b] | 7218' | 16,574' | 2,347,000 | 12,530,080 | 715,365.60 | 3,819,168.38 | 1,631.62 S of N lease line P 0451 | 634.4 W of E lease line P 0451 |
| RP16[b] | 7218' | 15,520' | 2,347,160 | 12,527,800 | 715,414.37 | 3,818,473.44 | 2,326.56 S of N lease line P 0451 | 585.63 W of E lease line P 0451 |

a. Distances figured from Platform Hidalgo center, **X=710,975 m, Y=3,819,245 m UTM 10** (X=2,332,589', Y=12,530,307'); **X=658,555', Y=875,876'** Lambert Cal 6
b. Distances figured from Platform Hermosa center, X=716,211 m, Y=3,814,981 m UTM 10 (X=2,349,769', Y=12,516,317'); **X=674,783', Y=860,793'** Lambert Cal 6
Platform center XY's in **bold print** indicates the grid in which that respective platform exists, and are the coordinates that the MMS recognizes.
UTM coordinates have been used for Platform Hermosa in this table to allow for consistence across both platforms.

# EXHIBIT 2

TRANSMISSION VERIFICATION REPORT

TIME : 10/04/2002 11:29
NAME : PLAINS
FAX : 7136544915
TEL : 7136541414

| | |
|---|---|
| DATE,TIME | 10/04 11:28 |
| FAX NO./NAME | 12022081505 |
| DURATION | 00:00:35 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

PLAINS RESOURCES

**TELECOPY TRANSMITTAL**

**TO:** Jack Coleman

**COMPANY:**

**TELECOPIER NO.** 202-208-1505

**FROM:** GREGG MAYNARD
ASSISTANT GENERAL COUNSEL
PLAINS RESOURCES INC.

**PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

**SUBJECT:**

**PLAINS-03497**

**DATE:** October 4, 2002

**MESSAGE:** Just to make sure we are on the same page. Only well I can find within 500' of 452 is RP3. Thus, seems like a small problem as seven out of eight of our proposed wells are beyond 500'

**Figure 3** **Rocky Point Unit Structure Contours on PA17**




*Approximate depths (TVD)*
*of expected productive fm.*

*Phase 1*

*RP1. 5783' - 7233' (Sisq./Mont.)*
*RP2: 6283' - 7233' (Sisq./Mont.)*
*RP3. 6533' - 7233' (Sisq./Mont.)*
*RP10: 5718' - 6818'(Sisq./Mont.)*
*RP11: 6818 - 7218' (Sisq./Mont.)*
*RP14: 6518' -7218' (Sisq./Mont.)*
*RP15: 6858' -7218' (Sisq./Mont.)*
*RP16: 6918' -7218' (Sisq.)*

*Phase 2*

*RP17: 6118' - 7218' (Sisq./Mont.)*
*RP18: 6418' - 7118' (Sisq./Mont.)*
*RP19: 6468' - 7218' (Sisq./Mont.)*

● *Preliminary bottomhole Well locations – Phase 1*

● *Preliminary bottomhole Well locations – Phase 2*

Surface locations for RP1-RP5 are on Hidalgo
RP10 and above are on Hermosa (see figure 4)

PLAINS-03498

Distance from tract P—0452;
RP1, 1081 ft.:RP2, 2406 ft.;RP3, 131 ft.;RP10, 561 ft.;RP11, 2131 ft.;RP14, 541 ft.;RP15, 2081 ft.;RP16, 1921 ft.

PROTECTED MATERIAL TO BE DISCLOSED
ONLY IN ACCORDANCE WITH U.S. COURT OF
FEDERAL CLAIMS PROTECTIVE ORDER