IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Eric G. Bruggink)

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of GREGG M. SCHWIND, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
1100 L Street, NW, 8th Floor
Washington, D.C. 20530

Tel: (202) 353-2345
Fax: (202) 514-8624

s/Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney

Dated: October 5, 2007