# EXHIBIT 1

COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004-2401
TEL 202.662.6000
FAX 202.662.6291
WWW.COV.COM

WASHINGTON
NEW YORK
SAN FRANCISCO
LONDON
BRUSSELS

THOMAS J. COSGROVE
TEL 202.662.5328
FAX 202.778.5328
TCOSGROVE@COV.COM

January 19, 2007

VIA HAND DELIVERY

Gregg M. Schwind, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

Re: *Amber Resources Co., et al. v. The United States,* No. 02-30C
*Anadarko E&P Co., L.P., et al., v. The United States,* No. 04-1822C

Dear Mr. Schwind:

Accompanying this letter are documents being produced by Plains, Delta, Arguello, and Devon pursuant to the Court's January 3, 2007 Scheduling Order. These documents have been designated as confidential according to the terms of the protective order and are labeled PLAINS-03482 through PLAINS-03498; DEVON-00785 through DEVON-00953; ARGUELLO-00117 through ARGUELLO-00385; and DELTA-00500 through DELTA-00613.

Also enclosed is a log of documents that have been withheld on the ground of privilege by Plains and a supplemental log from Arguello listing two additional privileged documents. (Tim Stephans, whose name appears on the Plains privilege log, was the company's General Counsel.)

Sincerely,

Thomas J. Cosgrove (by RX)

Thomas J. Cosgrove

Encl.

January 19, 2007

# PLAINS PRIVILEGE LOG

*Amber Resources, et al. v. United States*; 02-30C & 04-1822C

| Date | Author(s) | Recipient(s) | Copied To | Title | Brief Description | Type of Privilege |
|---|---|---|---|---|---|---|
| 9/17/2002 | Bob Huguenard | Gregg Maynard *<br>David Rose *<br>Tom Gladney<br>Jim Rumsey | n/a | E-mail with attachment | E-mail to counsel seeking legal advice regarding development of Lease OCS-P 0451. | Attorney-client |
| 9/23/2002 | Gregg Maynard * | Tom Gladney<br>Jim Rumsey | n/a | E-mail | E-mail from counsel conveying legal advice regarding development of Lease OCS-P 0451. | Attorney-client |
| 10/4/2002 | Gregg Maynard * | Tom Gladney<br>Jim Rumsey | n/a | E-mail | E-mail from counsel conveying legal advice regarding federal OCS well spacing regulations. | Attorney-client |
| 10/4/2002 | Gregg Maynard * | Bob Huguenard<br>David Rose * | Tom Gladney<br>Jim Rumsey | E-mail | E-mail from counsel conveying legal advice regarding development of Lease OCS-P 0451 and federal OCS well spacing regulations. | Attorney-client |
| 10/4/2002 | Gregg Maynard * | Tom Gladney<br>Jim Rumsey | n/a | E-mail | E-mail from counsel conveying legal advice regarding federal OCS well spacing regulations | Attorney-client |
| 10/4/2002 | Gregg Maynard * | Tom Gladney<br>Jim Rumsey | n/a | E-mail | E-mail from counsel conveying legal advice regarding federal OCS well spacing regulations. | Attorney-client |
| 10/5/2002 | Bob Huguenard | Gregg Maynard *<br>David Rose * | Tom Gladney<br>Jim Rumsey | E-mail | E-mail to counsel seeking legal advice regarding removal of Lease OCS-P 0451 from the Rocky Point Unit. | Attorney-client |

| Date | Author(s) | Recipient(s) | Copied To | Title | Brief Description | Type of Privilege |
|---|---|---|---|---|---|---|
| 10/4/2002 | Gregg Maynard * | Bob Huguenard<br>David Rose * | Tom Gladney<br>Jim Rumsey | E-mail | E-mail from counsel conveying legal advice regarding removal of Lease OCS-P 0451 from the Rocky Point Unit and related well spacing issues. | Attorney-client |
| 10/4/2002 | Gregg Maynard * | Jim Rumsey<br>Tom Gladney | n/a | E-mail | E-mail from counsel conveying legal advice regarding removal of Lease OCS-P 0451 from the Rocky Point Unit and related well spacing issues. | Attorney-client |
| 10/7/2002 | Bob Huguenard | Tom Gladney<br>Gregg Maynard *<br>David Rose * | Jim Rumsey | E-mail | E-mail to counsel seeking legal advice regarding the development of Lease OCS-P 0451. | Attorney-client |
| 10/5/2002 | Tom Gladney | Bob Huguenard<br>Gregg Maynard *<br>David Rose * | Jim Rumsey | E-mail | E-mail to counsel seeking legal advice regarding the development of Lease OCS-P 0451. | Attorney-client |
| 10/28/2002 | Gregg Maynard * | Tom Gladney | Jim Rumsey | E-mail | E-mail from counsel conveying legal advice regarding removal of Lease OCS-P 0451 from the Rocky Point Unit and related well spacing issues. | Attorney-client |
| 11/1/2002 | Gregg Maynard * | David Rose *<br>Jim Rumsey<br>Tom Gladney<br>Bob Huguenard | n/a | E-mail | E-mail from counsel conveying legal advice regarding development of Lease OCS-P 0451 and federal OCS well spacing regulations. | Attorney-client |
| 10/31/2002 | David Rose * | Jim Rumsey<br>Tom Gladney<br>Bob Huguenard | Gregg Maynard * | E-mail with attachment | E-mail from counsel conveying legal advice regarding development of Lease OCS-P 0451 and federal OCS well spacing regulations. | Attorney-client |
| 10/31/2002 | Jim Rumsey | Tom Gladney<br>Bob Huguenard<br>David Rose * | Gregg Maynard *<br>Jim Rumsey | E-mail | E-mail to counsel seeking legal advice regarding development of Lease OCS-P 0451. | Attorney-client |

| Date | Author(s) | Recipient(s) | Copied To | Title | Brief Description | Type of Privilege |
|---|---|---|---|---|---|---|
| 11/1/2002 | Gregg Maynard * | David Rose *<br>Jim Rumsey<br>Tom Gladney<br>Bob Huguenard | n/a | E-mail | E-mail from counsel conveying legal advice regarding development of Lease OCS-P 0451 and federal OCS well spacing regulations. | Attorney-client |
| 2/12/2003 | David Rose * | Gregg Maynard *<br>Jim Rumsey<br>Bob Huguenard | n/a | E-mail with attachment | E-mail from counsel conveying legal advice regarding Santa Barbara County permitting issues. | Attorney-client |
| undated | Gregg Maynard * | n/a | n/a | Notes | Attorney notes regarding Rocky Point permitting issues. | Attorney-client/ Attorney work product |
| undated | Gregg Maynard * | n/a | n/a | Notes | Attorney notes regarding Rocky Point permitting issues. | Attorney-client/ Attorney work product |
| 4/16/2003 | Gregg Maynard * | Tom Gladney | Bob Huguenard<br>Tim Stephans * | E-mail | E-mail from counsel conveying legal advice regarding development of Lease OCS-P 0451 and related permitting issues. | Attorney-client |
| undated | Bob Huguenard | Tom Gladney<br>Jim Rumsey<br>Gregg Maynard *<br>David Rose *<br>John Peirson | n/a | Memo | Memorandum to counsel seeking legal advice regarding development of Lease OCS-P 0451 and related permitting issues. | Attorney-client |

"*" Indicates that sender, recipient, or copyee is an attorney.

January 19, 2007

# SUPPLEMENTAL ARGUELLO, INC. - PRIVILEGE LOG

*Amber Resources, et al. v. United States*; 02-30C & 04-1822C

| Date | Author(s) | Recipient(s) | Copied To | Title | Brief Description | Type of Privilege |
|---|---|---|---|---|---|---|
| 12/19/2002 | David Rose * | Tom Goeres | n/a | E-mail | E-mail from counsel conveying legal advice regarding development of Lease OCS-P 0451. | Attorney-client |
| 12/5/2002 | John Peirson | David Rose *<br>Gary Hertfelder<br>Tom Goeres<br>Robert Huguenard | Gregg Maynard *<br>Tom Gladney | E-mail | E-mail to counsel requesting legal advice regarding development of Lease OCS-P 0451 and *Norton* litigation. | Attorney-client |

"*" Indicates that sender, recipient, or copyee is an attorney.

# EXHIBIT 2

**From:** Rose, David
**Sent:** Wednesday, March 19, 2003 8:21 AM
**To:** 'Perez, Luis'
**Cc:** Huguenard, Bob
**Subject:** E/2 0451 Development Project

**Attachments:** Project Summary for E Half 0451 Development.doc

Luis,

As discussed, attached is a summary of the project and an analysis of the environmental impacts of the project compared to what is happening /permitted currently. The information in this summary is all taken from our application. You may find this useful when discussing the project with the Environmental Coalition and other stakeholders when discussing the possibility of doing a Director's letter.

Please call me if drainage still seems to be an issue and I can try to explain more of what I'm trying to state here. If there are still concerns over possible drainage, after explaining the "rule of capture", and that Delta has waived any correlative rights they may have to offset wells in 0452 based upon any drainage from the E/2 0451 development, it may be helpful to remind people that the CCC will have a review of the E/2 0451 project as currently submitted, which is what Norton was all about. It wasn't about drainage. We believe they will also get review of 0452 if and when it is submitted regardless of the final resolution of Norton, so drainage, if it happens should not be a concern. On the other hand, the Amber suit may result in a termination of the 0452 lease, which, (in my opinion would be a mistake given the waste of resources and our dependence on foreign oil), would likely appeal to some of the stakeholders in that this would take future 0542 development off the table. So that concern would also go away under this scenario.

Also regarding the pros and cons of joint environmental review with MMS, we offer the following brief analysis for your consideration:

Joint Environmental Review with MMS:

Pros:

- No problems with potential incongruence and inconsistencies that may exist if documents are done separately.
- May result in easing strain on relationship between agencies (due to previous joint efforts) if it goes smoothly.

Cons:

- Does not fit with potential Director's letter path.
- May require more total time to complete as compared with separate reviews, due to necessary meetings and conferences to resolve differences of opinion between agencies.
- May result in further straining relationship between agencies if it doesn't go smoothly.

Thanks for working so hard to ensure everyone supports the fastest permitting path for this important project.

David Rose, Supervisor
Environmental, Safety & Regulatory Compliance
Arguello Inc.
17100 Calle Mariposa Reina
Goleta, CA 93117
805.567.1608
Note, new e-mail address as of 11/25/02: "djrose@plainsxp.com"



PROTECTED MATERIAL TO BE DISCLOSED
ONLY IN ACCORDANCE WITH U.S. COURT OF
FEDERAL CLAIMS PROTECTIVE ORDER

Project Description Summary:

- 8 new wells to be drilled into the E/2 of 0451 (3 from Hidalgo and 5 from Hermosa)
- Continue to inject gas at Hidalgo and Harvest
- Approx. 2 to 3 years to drill all wells - using electric rig
- Production will last approx. 8-10 years. Within the environmental time frame and footprint of the existing Pt. A. facilities as evaluated in the Point Arguello/Southern Santa Maria Basin Area Study EIS/EIR.
- May need to install new oil stabilizer on Hidalgo after third well there (likely move vessel from Harvest)
- May need to convert idle chamber of a vessel on Hidalgo to oil dehydration service after third well
- Will likely swap turbines between Hermosa and Hidalgo

Environmental Impacts Summary:

- Virtually no impacts over current permitted, and/or previous EIR/EIS for Pt. A. project
- Has implications in only 4 issue areas (Marine Environment, Air Quality, Public Safety, and Oil Spill Risk)
  - Marine – No new impacts
    - Will be discharges of drilling mud/cuttings, but
      - Will be less than total past volumes. There will be more per well, than past wells, unless synthetic/oil based is used, in which case it will not be discharged and the volume will be less per well than past wells.
      - No adverse effects to hard bottom based on CAMP II and III studies and other deposition studies
      - Will be in compliance with discharge permit
      - No impingement of Monterey Bay National Marine Sanctuary
    - Will be discharges of produced water, but
      - Will be substantially less than past volumes
        - Peak will be 50K BBls / day, peak for Point A. is approx. 200K BBls/ day
        - Will be in compliance with discharge permit
    - Will be project generated noise, but
      - Boat trips will increase by one per week during drilling but this is within the currently allowed and permitted trips
      - Will be localized and short term noise generated from drilling but mammals are not expected to be impacted per Richardson study. Noise is limited to within a few hundred feet of the platform
      - These are the same for existing drilling of Point A wells.
  - Air Quality – No new impacts
    - There will be increased actual emissions due to drilling and ongoing operations, but emissions will be less than what is currently permitted and offset
      - Peak annual emissions will be during drilling at Hermosa at 47 tons/y NOx and 6 tons/y ROC and when added to current actual Pt. A emissions it is less than what is currently permitted and offset
      - During operations there may be increased fugitive emissions (wells may use existing Pt. A. Wellheads if any wells are ready for abandonment at the time - no increase)
        - If all new wellheads and add new stabilizer etc. increase would be approx. 3 tons/y ROC and when added to current actual Pt. A emissions is less than what is



PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF

currently permitted and offset. Also have flexibility to use de minimis project emissions where applicable.

- Public Safety – No new impacts
  - No change in current status
    - Gas injection risk assessment shows no problem continuing with gas injection as planned
      - Volume of gas injected will be less than what has been injected in the past
      - Gas continues to be used for fuel on the platforms and at Gaviota to fire 3 turbines (two more than necessary for internal power requirements - selling electricity to the grid)
- Oil Spill Risk – No new impacts
  - Small increase in probability of spill and decrease in size of maximum worst case spill results in no notable increase in potential impacts from oil spill over current operation
      - Probability of spill goes up for pipelines by 3.3% and for platform by 1.1%
      - Size of max worst case spill goes down from current 8,200 at Harvest to 7,976 at Harvest and Hermosa (due to movement of vessel from Harvest to Hidalgo)
        - This does not account for natural decline in production rates from Pt. A.
        - The majority of the max worst case spill volume is due to potential well blowout. This goes away after first five years of production from each well, after which time the wells are placed on artificial lift.

PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

© Artur Badoń
AIRPORT-DATA.COM

Bookmark this page Tell a Friend

Home | Forums | Photographers | Articles | Airport Finder | Member Section

# Platform Hidalgo Heliport (CL67) - FAA Information

**Lompoc, CA**

All Airports in California All Airports in United States Home

**FAA Information** | **Maps** | **Nearby Airports** | **Hotels** | **Weather**

**Platform Hidalgo Heliport (CL67)**


- Airport Location & QuickFacts
- Owner & Manager
- Airport Operations and Facilities
- Airport Communications
- Runway Information
- Radio Navigation Aids
- Remarks



Lompoc Airfare
Compare fares from top airlines and find great deals on flights!
Lompoc.OneTime.com

Pilot Ringtone
Send this complimentary ringtone to your phone right now!
RingRingMobile.com

Free Flight Planning
Find airports, check weather, create and file flight plans online
www.fboweb.com

Airfield Surveillance
Surveillance System and Command Center.
www.vector-us.com

Ads by Google


**CL67**

Have a photo of this airport? Share with others.

## Location & QuickFacts

| | |
|---|---|
| *FAA Information Effective:* | 2007-07-05 |
| *Airport Identifier:* | CL67 |
| *Airport Status:* | Operational |
| *Longitude/Latitude:* | 120-42-11.6190W/34-29-41.9500N<br>-120.703227/34.494986 (Estimated) |
| *Elevation:* | 162 ft / 49.38 m (Estimated) |
| *Land:* | 0 acres |
| *From nearest city:* | 17 nautical miles SW of Lompoc, CA |
| *Location:* | Santa Barbara County, CA |
| *Magnetic Variation:* | 14E (1980) |

Top

## Owner & Manager

| | |
|---|---|
| *Ownership:* | Privately owned |
| *Owner:* | Arguello Inc. |
| *Address:* | 17100 Calle Mariposa Reina<br>Goleta, CA 93117 |
| *Manager:* | David Rose |
| *Address:* | Torch Operating Company, 201 S. Broadway<br>Orcutt, CA 93455 |
| *Phone number:* | 805-934-8221 |

Top

## Airport Operations and Facilities

| | |
|---|---|
| *Airport Use:* | Private |
| *Wind indicator:* | Yes |
| *Segmented Circle:* | No |
| *Control Tower:* | No |
| *Sectional chart:* | Los Angeles |
| *Region:* | AWP - Western-Pacific |
| *Boundary ARTCC:* | ZLA - Los Angeles |
| *Tie-in FSS:* | HHR - Hawthorne |
| *FSS Phone:* | 310-970-0102 |

*FSS Toll Free:* 1-800-WX-BRIEF

Top

## Airport Communications

*Unicom:* 123.050

Top

## Runway Information

### Helipad H1

*Dimension:* 66 x 60 ft / 20.1 x 18.3 m

*Surface:* MATS, ROOFTOP

| | Runway H1 | Runway |
|---|---|---|
| *Traffic Pattern:* | Left | Left |

Top

## Radio Navigation Aids

| ID | Type | Name | Ch | Freq | Var | Dist |
|---|---|---|---|---|---|---|
| VBG | TACAN | Vandenberg | 059Y | | 15E | 15.5 nm |
| GLJ | VOR | Guadalupe | | 111.00 | 16E | 28.9 nm |
| GVO | VORTAC | Gaviota | 085X | 113.80 | 16E | 30.4 nm |
| MQO | VORTAC | Morro Bay | 071X | 112.40 | 16E | 45.6 nm |
| RZS | VORTAC | San Marcus | 096X | 114.90 | 14E | 46.2 nm |

Top

## Remarks

- (E3A) ADDNL PHONE NR TO HHR FSS 1-WX-BRIEF.
- VFR USE ONLY; LIGHTING INSTALLED FOR NIGHT OPERATIONS.

Back to top Back to home

Home | Member Section | Forums | Privacy Policy | Disclaimer | About Us | Contact Us | Past Logos | Aviation Search

Copyright 2004-2007, Airport-Data.com. All rights reserved.
Airport-Data.com does not guarantee the accuracy or timeliness of any information on this site. Use at your own risk.
Do NOT use these information for navigation, flight planning, or for use in flight.




Bookmark this page Tell a Friend

Home | Forums | Photographers | Articles | Airport Finder | Member Section

# Platform Harvest Heliport (CL68) - FAA Information

**Lompoc, CA**

All Airports in California All Airports in United States Home

FAA Information | Maps | Nearby Airports | Hotels | Weather

**Platform Harvest Heliport (CL68)**

- Airport Location & QuickFacts
- Owner & Manager
- Airport Operations and Facilities
- Runway Information
- Radio Navigation Aids
- Remarks

Airport Information
Find domestic & international airport information online.
www.cheapflights.com/Airports

The Parking Spot
Airport Parking Serving LAX, DFW, ATL, IAH, STL, KCI, DAL, HOU, MCO
www.TheParkingSpot.com

Park N Go Airport Parking
Coupons! Minneapolis, Baltimore, Omaha, Richmond, shuttle
www.offairportparking.com

Ads by Google

**CL68**

Have a photo of this airport? Share with others.

## Location & QuickFacts

| | |
|---|---|
| *FAA Information Effective:* | 2007-07-05 |
| *Airport Identifier:* | CL68 |
| *Airport Status:* | Operational |
| *Longitude/Latitude:* | 120-40-54.6150W/34-28-08.9520N<br>-120.681838/34.469153 (Estimated) |
| *Elevation:* | 178 ft / 54.25 m (Estimated) |
| *Land:* | 0 acres |
| *From nearest city:* | 15 nautical miles SW of Lompoc, CA |
| *Location:* | Santa Barbara County, CA |
| *Magnetic Variation:* | 14E (1980) |

Top

## Owner & Manager

| | |
|---|---|
| *Ownership:* | Privately owned |
| *Owner:* | Arguello Inc. |
| *Address:* | 17100 Calle Mariposa Reina<br>Goleta, CA 93117 |
| *Manager:* | David Rose |
| *Address:* | Torch Operating Company, 201 S. Broadway<br>Orcutt, CA 93455 |
| *Phone number:* | 805-934-8221 |

Top

## Airport Operations and Facilities

| | |
|---|---|
| *Airport Use:* | Private |
| *Wind indicator:* | Yes |
| *Segmented Circle:* | No |
| *Control Tower:* | No |
| *Lighting Schedule:* | DUSK-DAWN |
| *Sectional chart:* | Los Angeles |
| *Region:* | AWP - Western-Pacific |
| *Boundary ARTCC:* | ZLA - Los Angeles |
| *Tie-in FSS:* | HHR - Hawthorne |

*FSS Phone:* 310-970-0102
*FSS Toll Free:* 1-800-WX-BRIEF

Top

## Runway Information

### Helipad H1

*Dimension:* 65 x 60 ft / 19.8 x 18.3 m
*Surface:* MATS,

| | Runway H1 | Runway |
|---|---|---|
| *Traffic Pattern:* | Left | Left |

Top

## Radio Navigation Aids

| ID | Type | Name | Ch | Freq | Var | Dist |
|---|---|---|---|---|---|---|
| VBG | TACAN | Vandenberg | 059Y | | 15E | 16.6 nm |
| GLJ | VOR | Guadalupe | | 111.00 | 16E | 30.1 nm |
| GVO | VORTAC | Gaviota | 085X | 113.80 | 16E | 29.5 nm |
| RZS | VORTAC | San Marcus | 096X | 114.90 | 14E | 45.2 nm |
| MQO | VORTAC | Morro Bay | 071X | 112.40 | 16E | 47.2 nm |

Top

## Remarks

- (E3A) ADDNL PHONE NR TO HHR FSS 1-WX-BRIEF.
- VFR, PRIVATE USE ONLY.

Back to top Back to home



Copyright 2004-2007, Airport-Data.com. All rights reserved.
Airport-Data.com does not guarantee the accuracy or timeliness of any information on this site. Use at your own risk.
Do NOT use these information for navigation, flight planning, or for use in flight.