# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: October 12, 2007)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's October 10, 2007 Motion to Compel Production of Documents. Plaintiff's response to defendant's motion shall be filed on or before

October 19, 2007. Defendant's reply shall be filed on or before Wednesday, October 24, 2007. Oral argument will be heard from the courtroom Friday, October 26, 2007, 2:00 p.m., National Courts Building, 717 Madison Place, N.W., Washington, D.C. Counsel for both parties shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge