# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ************************************** | |

## DECLARATION OF THOMAS J. COSGROVE

Thomas J. Cosgrove declares and states as follows:

1. I am an attorney at the law firm Covington & Burling LLP and am a member in good standing of the Bar of the Court of Federal Claims. I provide this declaration in support of Plaintiffs' Opposition to Defendants Motion to Compel Production of Documents Withheld on the Basis of Attorney-Client Privilege.

2. Attached hereto are true and correct copies of or excerpts from the following documents as set forth below:

| Exhibit | DESCRIPTION |
|---|---|
| 1 | October 10, 2007 Email from Thomas Cosgrove To Gregg Schwind |
| 2 | October 10, 2007 Email from Gregg Schwind to Thomas Cosgrove |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 10/19/2007

Thomas J. Cosgrove

# EXHIBIT 1

## Cosgrove, Thomas

**From:** Cosgrove, Thomas
**Sent:** Wednesday, October 10, 2007 2:38 PM
**To:** 'Schwind, Gregg (CIV)'
**Cc:** Kidd-Miller, Allison (CIV); Rosenbaum, Steven
**Subject:** RE: Amber v. U.S.; Privilege Challenge Motion

Gregg,

First, you sent your email after close of business on Friday. Monday was a holiday. It is now only Wednesday. In light of the fact that the privilege logs at issue are more than ten months old, it is beyond ridiculous for you to be filing a motion now, and even more so on such short notice.

Second, setting aside your failure to raise any issue whatsoever with respect to these logs for almost a full year, in your email you have not articulated any basis whatsoever to challenge Plains' and Arguello's assertion of privilege. This is not surprising because, in formulating the privilege logs, we carefully evaluated each document and have concluded that each is within the scope of the attorney-client privilege.

Third, based on your cryptic comment on the phone last Friday and a review of the documents you have chosen to challenge, it seems that you are under a misimpression that David Rose of Arguello is not an attorney. If this is in fact your position, you are wrong. David Rose is a member of the California bar and serves as an attorney to the company with respect to California-related issues (e.g., California regulatory issues).

Fourth, as an aside, I don't understand your suggestion that there is an "accelerated" trial schedule here. We have both known for more than two months that trial would begin in November or December, and it is still only early October.

In closing, we would suggest that you reconsider your seemingly ill-conceived motion.

Regards,
Tom Cosgrove

-----Original Message-----
From: Schwind, Gregg (CIV) [mailto:Gregg.Schwind@usdoj.gov]
Sent: Wednesday, October 10, 2007 1:51 PM
To: Cosgrove, Thomas; Rosenbaum, Steven
Cc: Kidd-Miller, Allison (CIV)
Subject: RE: Amber v. U.S.; Privilege Challenge Motion

Tom:

Unfortunately, with the accelerated schedule for trial, we intend to file the motion this afternoon if you cannot agree by then to withdraw the privilege assertions. Of course, if you later decide to abandon privilege with respect to any of the documents, that's fine.

Gregg

-----Original Message-----
From: Cosgrove, Thomas [mailto:tcosgrove@cov.com]
Sent: Wednesday, October 10, 2007 1:18 PM
To: Schwind, Gregg (CIV) ; Rosenbaum, Steven
Cc: Kidd-Miller, Allison (CIV)
Subject: Re: Amber v. U. S.; Privilege Challenge Motion

Gregg,

I am traveling this week, but promise to have our response to you by Friday.

Tom

----- Original Message -----
From: Schwind, Gregg (CIV) <Gregg.Schwind@usdoj.gov>
To: Schwind, Gregg (CIV) <Gregg.Schwind@usdoj.gov>; Cosgrove, Thomas; Rosenbaum, Steven
Cc: Kidd-Miller, Allison (CIV) <Allison.Kidd-Miller@usdoj.gov>
Sent: Fri Oct 05 20:49:45 2007
Subject: RE: Amber v. U.S.; Privilege Challenge Motion

Tom:

I neglected to mention that we will also challenge the assertion of privilege with respect to the two documents on the Supplemental Arguello Privilege Log dated January 19, 2007. These are:

12/19/02 document from Rose to Goeres, and

12/5/02 document from Pierson to Rose, Hertfelder, Goeres, and Huguenard.

Thanks,

Gregg

---

From: Schwind, Gregg (CIV)
Sent: Friday, October 05, 2007 8:46 PM
To: 'Cosgrove, Thomas'; Rosenbaum, Steven
Cc: Kidd-Miller, Allison (CIV)
Subject: Amber v. U.S.; Privilege Challenge Motion

Tom:

As discussed briefly today among the many issues related to the Scheduling Order, we intend to file a motion challenging Plains' assertion of privilege over the following documents listed on the January 19, 2007 privilege log:

10/5/02 document from Huguenard to Maynard and Rose, with copies to Gladney and Rumsey.

10/5/02 document from Gladney to Huguenard, Maynard, and Rose.

10/7/02 document from Huguenard to Gladney, Maynard, and Rose.

10/31/02 document from Rose to Rumsey, Gladney, and Huguenard, with copy to Maynard (please confirm that this is the e-mail redacted from page ARGUELLO-00115; if not, please identify the correct document on the log).

10/31/02 document from Rumsey to Gladney, Huguenard, and Rose, with copies to Maynard and Rumsey.

2/12/03 document from Rose to Maynard, Rumsey, and Huguenard.

Undated document from Huguenard to Gladney, Rumsey, Maynard, Rose, and Peirson.

Please let us know if you are willing to produce voluntarily any of the seven challenged documents. Also, please let us know if you are willing to provide any further description of the documents beyond what is contained in the privilege log. While this motion will in no way interfere with the trial dates set by the Court, we want to get the issue briefed and decided sooner rather than later. Therefore, our intent is to file next week a motion to compel their production.

Thanks.

Gregg

Gregg M. Schwind
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation Branch 1100 L Street, N.W.
Washington, D.C. 20530 [Overnight zip code: 20005]
Tel: (202) 353-2345
Fax: (202) 514-8624

# EXHIBIT 2

**Cosgrove, Thomas**

**From:** Schwind, Gregg (CIV) [Gregg.Schwind@usdoj.gov]
**Sent:** Wednesday, October 10, 2007 3:20 PM
**To:** Cosgrove, Thomas
**Cc:** Kidd-Miller, Allison (CIV); Rosenbaum, Steven
**Subject:** RE: Amber v. U.S.; Privilege Challenge Motion

Tom:

Thank you. My understanding from your response is that Plains will not withdraw, or even revisit, any of its privilege assertions. The challenge concerns a mere nine documents, none of which you ever intended to review in a good faith effort to narrow the issues in dispute. There was no reason to wait until Friday for that response, except to delay the filing of our motion for tactical reasons.

To correct the record, I brought up the privilege issue in February, shortly after we received the log; I recall that you refused to provide any better description of the documents for us to assess the validity of the assertions. You and I both worked Monday despite its status as a Federal holiday; you spoke several times from your office. David Rose does not work for Plains as an attorney. And we only learned last week that trial would begin on December 3.

Gregg

-----Original Message-----
From: Cosgrove, Thomas [mailto:tcosgrove@cov.com]
Sent: Wednesday, October 10, 2007 2:38 PM
To: Schwind, Gregg (CIV)
Cc: Kidd-Miller, Allison (CIV); Rosenbaum, Steven
Subject: RE: Amber v. U.S.; Privilege Challenge Motion

Gregg,

First, you sent your email after close of business on Friday. Monday was a holiday. It is now only Wednesday. In light of the fact that the privilege logs at issue are more than ten months old, it is beyond ridiculous for you to be filing a motion now, and even more so on such short notice.

Second, setting aside your failure to raise any issue whatsoever with respect to these logs for almost a full year, in your email you have not articulated any basis whatsoever to challenge Plains' and Arguello's assertion of privilege. This is not surprising because, in formulating the privilege logs, we carefully evaluated each document and have concluded that each is within the scope of the attorney-client privilege.

Third, based on your cryptic comment on the phone last Friday and a review of the documents you have chosen to challenge, it seems that you are under a misimpression that David Rose of Arguello is not an attorney. If this is in fact your position, you are wrong. David Rose is a member of the California bar and serves as an attorney to the company with respect to California-related issues (e.g., California regulatory issues).

Fourth, as an aside, I don't understand your suggestion that there is an "accelerated" trial schedule here. We have both known for more than two months that trial would begin in November or December, and it is still only early October.

In closing, we would suggest that you reconsider your seemingly ill-conceived motion.

Regards,
Tom Cosgrove

-----Original Message-----
From: Schwind, Gregg (CIV) [mailto:Gregg.Schwind@usdoj.gov]
Sent: Wednesday, October 10, 2007 1:51 PM
To: Cosgrove, Thomas; Rosenbaum, Steven

Cc: Kidd-Miller, Allison (CIV)
Subject: RE: Amber v. U.S.; Privilege Challenge Motion

Tom:

Unfortunately, with the accelerated schedule for trial, we intend to file the motion this afternoon if you cannot agree by then to withdraw the privilege assertions. Of course, if you later decide to abandon privilege with respect to any of the documents, that's fine.

Gregg

-----Original Message-----
From: Cosgrove, Thomas [mailto:tcosgrove@cov.com]
Sent: Wednesday, October 10, 2007 1:18 PM
To: Schwind, Gregg (CIV); Rosenbaum, Steven
Cc: Kidd-Miller, Allison (CIV)
Subject: Re: Amber v. U.S.; Privilege Challenge Motion

Gregg,

I am traveling this week, but promise to have our response to you by Friday.

Tom

----- Original Message -----
From: Schwind, Gregg (CIV) <Gregg.Schwind@usdoj.gov>
To: Schwind, Gregg (CIV) <Gregg.Schwind@usdoj.gov>; Cosgrove, Thomas; Rosenbaum, Steven
Cc: Kidd-Miller, Allison (CIV) <Allison.Kidd-Miller@usdoj.gov>
Sent: Fri Oct 05 20:49:45 2007
Subject: RE: Amber v. U.S.; Privilege Challenge Motion

Tom:

I neglected to mention that we will also challenge the assertion of privilege with respect to the two documents on the Supplemental Arguello Privilege Log dated January 19, 2007. These are:

12/19/02 document from Rose to Goeres, and

12/5/02 document from Pierson to Rose, Hertfelder, Goeres, and Huguenard.

Thanks,

Gregg

---

From: Schwind, Gregg (CIV)
Sent: Friday, October 05, 2007 8:46 PM
To: 'Cosgrove, Thomas'; Rosenbaum, Steven
Cc: Kidd-Miller, Allison (CIV)
Subject: Amber v. U.S.; Privilege Challenge Motion

Tom:

As discussed briefly today among the many issues related to the Scheduling Order, we intend to file a motion challenging Plains' assertion of privilege over the following documents listed on the January 19, 2007 privilege log:

10/5/02 document from Huguenard to Maynard and Rose, with copies to Gladney and Rumsey.

10/5/02 document from Gladney to Huguenard, Maynard, and Rose.

10/7/02 document from Huguenard to Gladney, Maynard, and Rose.

10/31/02 document from Rose to Rumsey, Gladney, and Huguenard, with copy to Maynard (please confirm that this is the e-mail redacted from page ARGUELLO-00115; if not, please identify the correct document on the log).

10/31/02 document from Rumsey to Gladney, Huguenard, and Rose, with copies to Maynard and Rumsey.

2/12/03 document from Rose to Maynard, Rumsey, and Huguenard.

Undated document from Huguenard to Gladney, Rumsey, Maynard, Rose, and Peirson.

Please let us know if you are willing to produce voluntarily any of the seven challenged documents. Also, please let us know if you are willing to provide any further description of the documents beyond what is contained in the privilege log. While this motion will in no way interfere with the trial dates set by the Court, we want to get the issue briefed and decided sooner rather than later. Therefore, our intent is to file next week a motion to compel their production.

Thanks.

Gregg

Gregg M. Schwind
Trial Attorney
U.S. Department of Justice
Civil Division, Commercial Litigation Branch 1100 L Street, N.W.
Washington, D.C. 20530 [Overnight zip code: 20005]
Tel: (202) 353-2345
Fax: (202) 514-8624