# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

**PLAINTIFF DELTA'S EXHIBIT LIST**

As provided by the Court's October 9, 2007 Scheduling Order, Plaintiff Delta hereby submits the following Exhibit List:

| DELTA TRIAL EXHIBIT # | DESCRIPTION |
|---|---|
| 1 | Monterey rock sample |
| 2 | OCS P-0451 #C-14 Proposed Plan |
| 3 | June 29, 2005 Pacific Development Unit Houston Presentation (Bob Huguenard, Vice President) |
| 4 | Agenda - March 3, 2005 Reservoir Management Team Meeting |
| 5 | Submittal of the Revised Point Arguello Field Development and Production Plan |
| 6 | Slides re: Point Arguello Project Annual Unit and Partnerships Management Meeting |
| 7 | Devon Authority for Expenditure No. 116853 |
| 8 | Environmental Information Document for Post-Suspension Activities on the Nine Federal Undeveloped Units and Lease OCS-P 0409 |
| 9 | Devon Authority for Expenditure No. 119229 |
| 10 | Devon Authority for Expenditure No. 119234 |
| 11 | PXP/Arguello Inc. AFE Approval Request |
| 12 | Devon Authority for Expenditure No. 123220 |
| 13 | Devon Authority for Expenditure No. 124914 |
| 14 | Robert Hugenard email to Bob Wilson and Gregg Yvarra |
| 15 | Luis Perez letter to Bob Huguenard |
| 16 | U.S. Dep’t of the Interior/MMS, Pacific Outer Continental Shelf - Draft Environmental Impact Statement |
| 17 | Rocky Point Agreement |
| 18 | Strickland deposition Exhibit 30 (Second Derivative Map of PA19) |
| 19 | Strickland deposition Exhibit 29 (Second Derivative Map of PA19) |
| 20 | [BLANK] |
| 21 | PXP/ARGUELLO Authority for Expenditure No. 65324 |
| 22 | California Coastal Commission letter to Robert Huguenard |
| 23 | Nabil Masri letter to Robert Huguenard |
| 24 | Devon Authority for Expenditure No. 108535 |
| 25 | Plains internal memorandum |

| DELTA TRIAL EXHIBIT # | DESCRIPTION |
|---|---|
| 26 | Devon Authority for Expenditure No. 114764 |
| 27 | MMS Pacific OCS Region - Field & Reservoir Reserve Estimates as of December 2003 |
| 28 | Bob Wilson email to Tom Gladney |
| 29 | John Peirson email to David Rose, forwarding email from California Coastal Commission |
| 30 | Letter transmitting Amendment No.1 to the Rocky Point Agreement |
| 31 | Letter from J. Lisle Reed (MMS) to Robert Huguenard |
| 32 | Joan Barminski email to Drew Mayerson and Allan Shareghi |
| 33 | MMS document titled “Rocky Point Volumetrics” |
| 34 | MMS letter to Robert Huguenard |
| 35 | Pt. Arguello Economic Analysis |
| 36 | Map titled Rocky Point Offshore Field, Santa Barbara County - Top Monterey Structure, Monterey Productive Areas |
| 37 | Map of Jalama Field |
| 38 | Maps of Jalama Field with computations |
| 39 | Strickland deposition Exhibit 25 (Estimate of Recoverable Oil - Jalama Structure and related documents) |
| 40 | Strickland deposition Exhibit 31 (Estimated Minimum Recovery v2) |
| 41 | Strickland deposition Exhibit 34 (Estimation of Drainage (Nov 2006))) |
| 42 | Strickland deposition Exhibit 36 (Top Monterey) Rocky Point Structure |
| 43 | Strickland deposition Exhibit 27 (First Derivative Map of PA19) |
| 44 | Strickland deposition Exhibit 28 (First Derivative Map of US 10) |
| 45 | Strickland deposition Exhibit 38 (Map showing Strickland drainage area) |
| 46 | Strickland deposition Exhibit 37 (Map showing Strickland drainage area) |
| 47 | Strickland deposition Exhibit 41 (Structural Schematic of Zone Tests) |
| 48 | Strickland deposition Exhibit 42 (Strickland summary of well test data) |
| 49 | “Marker Tops Rocky Point Wells” |
| 50 | Bates nos. 2259 through 2262 (Strickland summary of well test data) |
| 51 | Strickland deposition Exhibit 43 (“Pt. Arguello - C-12 Rocky Point”) |

| DELTA TRIAL EXHIBIT # | DESCRIPTION |
|---|---|
| 52 | MMS, Estimated Oil and Gas Reserves Pacific Outer Continental Shelf (as of December 31, 1998) |
| 53 | MMS, Report to Congress: Comprehensive Inventory of U.S. OCS Oil and Natural Gas Resources |
| 54 | Map titled "Isochore Map, PA19 & PA20 (Monterey), Rocky Point Structure" |
| 55 | Map titled "Isochore Map, PA21 & PA22 (Monterey), Rocky Point Structure" |
| 56 | Map titled "Rocky Point Offshore Field Santa Barbara County - Sisquoc SO3 Structure Potentially Productive Areas" |
| 57 | Map titled "Rocky Point Unit PA17 Isochore Map" |
| 58 | Map titled "Rocky Point Unit PA19 Isochore Map" |
| 59 | Robertson deposition Exhibit 13 (Strickland summary of well test data) |
| 60 | Gregg Schwind (Government Counsel) letter to Thomas Cosgrove (Delta Counsel) |
| 61 | Robertson deposition Exhibit 21 (depiction of fault styles) |
| 62 | Robertson deposition Exhibit 22 (interpreted seismic cross-section) |
| 63 | Robertson deposition Exhibit 23 (interpreted seismic cross-section with map) |
| 64 | Robertson deposition Exhibit 24 (interpreted seismic cross-section with map) |
| 65 | Robertson deposition Exhibit 25 (interpreted seismic cross-section with map) |
| 66 | Robertson deposition Exhibit 26 (interpreted seismic cross-section with map)l |
| 67 | Map titled "Sisquoc SO3 Structure Potentially Productive Areas" |
| 68 | Fax from Plains to Jack Coleman (MMS) with attached Figure 3 - Rock Point Unit Structure Contours on PA17 |
| 69 | Bob Wilson email to Bob Davis and Greg Yvarra |
| 70 | Robertson deposition Exhibit 4 ("PA19 Volumetric Areas") |
| 71 | Robertson deposition Exhibit 5 ("PA21 Volumetric Areas") |
| 72 | Map titled "Isochore Map, PA17 & PA18 (Monterey), Rocky Point Structure" |
| 73 | Robertson deposition Exhibit 23 ("PA17 Volumetric Areas") |
| 74 | Robertson deposition Exhibit 1 (Introduction to 2d/3d PAK Course Manual) |
| 75 | Map titled "Isochore Map, PA19 & PA20 (Monterey), Rocky Point Structure" |
| 76 | Map titled "Isochore Map, PA17 & PA18 (Monterey), Rocky Point Structure" |
| 77 | Map titled "Rocky Point Offshore field, Santa Barbara County, Top Monterey |

| DELTA TRIAL EXHIBIT # | DESCRIPTION |
|---|---|
| | Structure Monterey Productive Areas” |
| **78** | Second Declaration of Robert W. Mannon |
| **79** | Declaration of Robert W. Mannon |
| **80** | Revisions to the Point Arguello Field Development and Production Plans to Include Development of the Eastern Half of OCS-P 0451 - Submitted by Arguello Inc. to MMS Pacific OCS Region |
| **81** | Revisions to the Point Arguello Field Development and Production Plans to Include the Rocky Point Unit Development - Submitted by Arguello Inc. to MMS Pacific OCS Region |
| **82** | Rocky Point Unit Development: Volume 1 - Project Description (Submitted by Whiting Petroleum Corp. to MMS Pacific OCS Region |
| **83** | [BLANK] |
| **84** | [BLANK] |
| **85** | [BLANK] |
| **86** | [BLANK] |
| **87** | PXP/Arguello Inc. Authority for expenditure #65464 |
| **88** | Memorandum from Robert Huguenard to Tom Gladney, Jim Rumsey, Gregg Maynard, David Rose, and John Peirson |
| **89** | [BLANK] |
| **90** | PXP/Plains Exploration and Production Co. Authorization for Expenditure #65448 |
| **91** | [BLANK] |
| **92** | [BLANK] |
| **93** | Scott A. Haberman, SI International, Inc. - Expert Report (Analyses and Conclusions Regarding Geological Reinterpretation of Rocky Point and Jalama Fields) |
| **94** | Robert W. Mannon, Ph.D., President, Mannon Associates - Expert Report (Response to Strickland Reserves and Drainage Analyses) |
| **95** | Hermann J. Homann, Fronterra Geosciences LLC - Expert Report (Analyses and Conclusions Regarding FMI Log of OCS-P 0451 C13 BP01 and Dipmeter Logs of Wells OCS-P 0452 No. 2, OCS-P 0452 No. 3, and OCS-P 0451 No. B7) |
| **96** | Hermann Homann - Expert Report (Structure Interpretation from Dipmeter Logs in the Monterey Formation of Wells OCS-P 0452 No. 3, OCS-P 0452 No. 2, and OCS-P 0451 B-7, Rocky Point Field, Offshore California) |

| DELTA TRIAL EXHIBIT # | DESCRIPTION |
|---|---|
| **97** | Hermann Homann - Expert Report (Formation Image Interpretation of the Structure and Fracture System in the Monterey Formation of Well OCS-P 0451 C13 BP01, Rocky Point Field, Offshore California) |
| **98** | John D. Wright, Ph.D., P.E., Questa Engineering Corp. - Expert Report (Review of certain work done by Dr. Strickland in connection with issues relating to potential drainage from the Outer Continental Shelf Lease OCS-P 0452) |
| **99** | William S. Dershowitz, Ph.D., P.G., P.H., Golder Associates Inc. - Expert Report (Analysis of Fractured Reservoir Issues Related to Presentations by Dr. Colleen Barton, Report to Delta Petroleum Corp) |
| **100** | Hand Drawn Sketch from the Barton Deposition |
| **101** | Strickland deposition Exhibit 3 (Estimation of Drainage) |
| **102** | Strickland deposition Exhibit 5 |
| **103** | Strickland deposition Exhibit 11 (June 2006 reserves estimate) |
| **104** | Arguello/Rocky Point Partnership Calculation |
| **105** | MMS PowerPoint presentation - Significance of the Monterey Formation California OCS and Overview |
| **106** | Jamison deposition Exhibit 1 (Memo from Jamison to Purvis re: Dipmeter-Based Structural Interpretation of the OCS P0451 #1 Well) |
| **107** | Jamison deposition Exhibit 2 (Dipmeter Data) |
| **108** | Jamison deposition Exhibit 4 (Memo from Jamison to Purvis re: Dipmeter-Based Structural Interpretation of the OCS P0451 #1 Well - Revisited) |
| **109** | Resume/c.v. - Scott Haberman |
| **110** | Resume/c.v.- John D. Wright, Ph.D., P.E. |
| **111** | Resume/c.v. - William S. Dershowitz |
| **112** | Resume/c.v. - Hermann Homann |
| **113** | Resume/c.v. - Robert Mannon |
| **114** | Haberman presentation materials |
| **115** | Dershowitz presentation materials |
| **116** | Mannon presentation materials |
| **117** | Homann presentation materials |
| **118** | Slide showing test data from C-12 well |
| **119** | Slide showing hypothetical RP3 well drainage |

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove

Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for Delta Petroleum Corporation

November 5, 2007