# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs*,<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| *************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs*,<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| *************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff*, | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| *************************************** | |

**PLAINTIFF DELTA'S WITNESS LIST**

As provided by the Court's October 9, 2007 Scheduling Order, Plaintiff Delta hereby submits the following Witness List:

1. Scott A. Haberman
   Lago Petroleum Consulting
   700 17th Street, Suite 900
   Denver, Colorado 80202

2. Robert W. Mannon
   Mannon Associates, Inc.
   1045 Via Tranquilla
   Santa Barbara, CA 93110

3. William S. Dershowitz
   Golder Associates Inc.
   18300 NE Union Hill Rd.
   Redmond, WA 98052

4. Hermann J. Homann
   Fronterra Geosciences, Inc.
   3403 Marquart St.
   Houston, TX 77027

5. John D. Wright
   Questa Engineering Corporation
   1010 10th Street
   Golden, Colorado 80401

6. Roger Parker
   Delta Petroleum Corporation
   370 Seventeenth Street, Suite 4300
   Denver, CO 80202

7. Steve Renke
   Devon Energy
   1200 Smith Street
   Houston, Texas

8. Robert E. Huguenard
   894 Patty Kay Court
   Nipomo, CA 93444

9. Drew Mayerson (by videotape or transcript of deposition)
   Minerals Management Service
   Pacific OCS Region
   770 Paseo Camarillo
   Camarillo, CA 93010

10. James J. Volker (by transcript of deposition)
Whiting Petroleum Corporation
1700 Broadway, Suite 2300
Denver, Colorado 80290-2300

11. Kent Lina (by transcript of deposition)
Delta Petroleum Corporation
370 Seventeenth Street, Suite 4300
Denver, CO 80202

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove

Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for Delta Petroleum Corporation

November 5, 2007