IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

DEFENDANT'S EXHIBIT LIST

Pursuant to the Court's October 9, 2007 pretrial order, the United States notifies the Court and plaintiffs that it intends to use and/or offer the exhibits identified in the attached list at trial during our case-in chief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

Attorneys for Defendant

November 5, 2007

# Defendant's Lease OCS-P 0452 Trial Exhibit List
## November 5, 2007

| DX No. | Bates No. (if any) | Document Description |
|---|---|---|
| 1 | N/A | Map of Santa Barbara channel/units |
| 2 | N/A | Lease OCS-P 0452 |
| 3 | ARGUELLO-00043/00069 | Rocky Point Unit Agreement |
| 4 | PLAINS-02418/02484 | Rocky Point Unit Operating Agreement |
| 5 | N/A | 1999/11/12 letter from MMS to Whiting |
| 6 | N/A | 2000/05/24 Rocky Point Unit Development Plan |
| 7 | PLAINS-02052/02077 | 2000/11/02 Rocky Point Agreement |
| 8 | N/A | 2000/11/13 letter from Arguello to MMS, with attachments |
| 9 | N/A | 2000/11/15 Letter from MMS to Whiting |
| 10 | N/A | 2001/05/18 Revisions To The Point Arguello Field Development And Production Plans To Include The Rocky Point Unit Development |
| 11 | N/A | 2001/05/25 Letter from MMS to various CA state agencies and interest groups |
| 12 | N/A | 2001/06/01 Letter from Arguello to Point Arguello and Rocky Point Owners |
| 13 | N/A | 2001/07/02 Letter from MMS to Arguello |
| 14 | N/A | 2001/08/02 Letter from Arguello to MMS |
| 15 | N/A | 2001/11/09 Letter from Delta to MMS |
| 16 | N/A | 2001/12/08 MMS Letter |
| 17 | MMS-452 04407/04409 | 2002/05/14 Letter from Arguello to MMS |
| 18 | N/A | 2002/08/09 Arguello Revisions To The Point Arguello Field Development And Production Plans To Include The Rocky Point Unit Lease OCS-P 0451 Development |
| 19 | PLAINS-03493/03496 | 2002/09/12 Letter from Santa Barbara County to Arguello |
| 20 | N/A | 2002/10/17 E-mail from Perez to Dettmer |
| 21 | N/A | 2002/10/21 E-mail from Dettmer to Perez |
| 22 | ARGUELLO-00458/00532 | 2002/09/25 Point Arguello Unit Reservoir Management Team Meeting presentation |
| 23 | DELTA-00614/00688 | 2002/09/25 Point Arguello Unit Reservoir Management Team Meeting presentation |
| 24 | ARGUELLO-00533/00650 | 2002/09/26 Point Arguello Project; Annual Unit And Partnerships Management Meeting |
| 25 | N/A | Undated Memo from Huguenard to Gladney and others re: Rocky Point permitting |
| 26 | N/A | 2002/12/05 Email from Peirson to Rose, Hertfelder, Geoeres, and Huguenard |
| 27 | N/A | 2002/12/17 Arguello powerpoint presentation |

# Defendant's Lease OCS-P 0452 Trial Exhibit List
## November 5, 2007

| DX No. | Bates No. (if any) | Document Description |
|---|---|---|
| 28 | N/A | 2003/02/12 Arguello Revisions To The Point Arguello Field Development And Production Plans To Include Development Of The Eastern Half Of OSC-P 0451 |
| 29 | WHITING-00552/00560 | 2003/03/03 Letter from Arguello to Devon, Whiting, and Koch |
| 30 | PLAINS-02036/02043 | Amendment No. 1 to the Rocky Point Agreement |
| 31 | PLAINS-02044/02051 | Agreement Concerning The Conditional Withdrawal Of the Eastern Half Of Lease OCS-P 0451 From The Rocky Point Unit |
| 32 | N/A | 2003/02/20 Letter from Delta to MMS, CCC, and Santa Barbara County |
| 33 | N/A | 2003/02/20 Letter from Arguello to MMS |
| 34 | ARGUELLO-00379/00385 | 2003/02/20 Letter from Arguello to Santa Barbara County |
| 35 | N/A | 2003/03/04 Letter from MMS to Arguello |
| 36 | N/A | 2003/03/21 Letter from Santa Barbara County to Arguello |
| 37 | N/A | 2003/04/17 Letter from MMS to various CA agencies and interest groups |
| 38 | N/A | 2003/05/14 Letter from CCC to MMS and Arguello |
| 39 | N/A | 2003/06/12 Letter from Arguello to CCC and MMS |
| 40 | N/A | 2003/06/19 FONSI and EA |
| 41 | N/A | 2003/07/17 Letter from CCC to interested parties |
| 42 | N/A | 2003/08/08 Letter from CCC to Arguello and MMS |
| 43 | N/A | 2003/08/19 Letter from MMS to Arguello |
| 44 | N/A | 2003/08/29 Letter from Environmental Defense Center to Santa Barbara County |
| 45 | N/A | 2003/08/29 Letter from Citizens for Goleta Valley to Santa Barbara County |
| 46 | N/A | 2003/09/03 Letter from Santa Barbara County to EDC and CGV |
| 47 | N/A | 2003/09/03 Letter from Santa Barbara County to Arguello |
| 48 | PLAINS-03499/03516 | 2003/09/09 Arguello presentation |
| 49 | N/A | 2003/10/13 Letter from Arguello to Santa Barbara County |
| 50 | WHITING-00125/00135 | 2004/09/16 Point Arguello Project: Annual Unit and Partnerships Management Meeting presentation |
| 51 | N/A | 2005/01/14 E-mail from Barminsky to Schroeder |
| 52 | WHITING-00001/00073 | 2005/03/03 Reservoir Management Team Meeting presentation |

# Defendant's Lease OCS-P 0452 Trial Exhibit List
## November 5, 2007

| DX No. | Bates No. (if any) | Document Description |
|---|---|---|
| 53 | WHITING-00074/00110 | 2005/06/29 Pacific Development Unit Houston Presentation |
| 54 | N/A | 2005/09/14 Letter from Arguello to MMS |
| 55 | N/A | 2005/12/16 MMS decision |
| 56 | N/A | 2005/10/10 E-mail from Rose to Shareghi |
| 57 | N/A | 2005/10/18 E-mail from Schrecongost to Shareghi |
| 58 | N/A | 2005/10/18 Letter from Delta to MMS |
| 59 | N/A | Undated letter from Arguello to Santa Barbara County |
| 60 | N/A | 1996/09/26 Letter from Chevron to MMS |
| 61 | N/A | 1996/10/01 Point Arguello Unit Agreement |
| 62 | N/A | 1996/10/01 Point Arguello Unit Operating Agreement |
| 63 | N/A | Undated Table of Point Arguello Unit wells and spacing |
| 64 | 9607768 | Undated Arguello/Rocky Point Partnership Calculation |
| 65 | E&Y 2003693/2003697, 2003949 | Undated Delta lease acquisition information |
| 66 | PLAINS-03497/03498 | 2002/10/04 Fax from Plains to MMS |
| 67 | WHITING-00180/00204 | 2003/07/03 Memo from Arguello to management steering committee |
| 68 | WHITING-00550/00551 | 2003/10/13 E-mail from Arguello to Point Arguello owners and others |
| 69 | WHITING-00175/00179 | 2003/08/13 Letter from Arguello to Point Arguello owners |
| 70 | PLAINS-03486/03488 | 2003/10/09 Project Quick Facts |
| 71 | WHITING-00154/00155 | 2004/03/10 Letter from MMS to Arguello |
| 72 | N/A | 2003/10/19 Petroleum News |
| 73 | N/A | 2004/10/04 Plains press release |
| 74 | N/A | 2005/03/15 Plains press release |
| 75 | N/A | 2005/08/08 Plains press release |
| 76 | N/A | 2005/11/03 Plains press release |
| 77 | ARGUELLO-00022/00027 | 2002/09/17 E-mail from Yvarra to Huguenard |
| 78 | ARGUELLO-00028 | Undated Powerpoint slide |
| 79 | ARGUELLO-00041 | Undated Powerpoint slides |
| 80 | ARGUELLO-00093/00095 | 2002/09/17 E-mail from Wilson to Gladney |
| 81 | ARGUELLO-00096/00098 | 2002/09/17 E-mail from Wilson to Davis and Yvarra |
| 82 | ARGUELLO-00099 | 2002/09/17 E-mail from Gladney to Wilson and others |
| 83 | ARGUELLO-00100/00102 | 2003/03/19 e-MAIL FROM Rose to Perez |
| 84 | ARGUELLO-00103/00106 | 2002/01/16 E-mail from Wilson to Gladney |

**Defendant's Lease OCS-P 0452 Trial Exhibit List**
**November 5, 2007**

| DX No. | Bates No. (if any) | Document Description |
|---|---|---|
| 85 | ARGUELLO-00107/00108 | Undated Memo from Huguenard to Gladney and others |
| 86 | ARGUELLO-00115/00116 | 2002/10/21 E-mail from Peirson to Rose |
| 87 | ARGUELLO-00117-00155 | 2003 to 2004 C-12 AFE materials |
| 88 | ARGUELLO-00156/00247 | 2004 to 2005 C-13 AFE materials |
| 89 | ARGUELLO-00248/00344 | 2004 to 2006 C-14 AFE materials |
| 90 | ARGUELLO-00345/00374 | 2006 C-15 AFE materials |
| 91 | ARGUELLO-00386/00420 | 2005 B-20 AFE materials |
| 92 | ARGUELLO-00421/00457 | 2005 B-19 AFE materials |
| 93 | DELTA-00567/00588 | 2003/07/21 E/2 451 economics |
| 94 | ARGUELLO-00656/00673 | Undated OCS P-0451 C-14 Proposed Plan |
| 95 | N/A | 2007/10/19 Letter from Cosgrove to Schwind |
| 96 | N/A | 2007/10/22 E-mail from Cosgrove to Schwind |
| 97 | WHITING-00561/00580 | 2006/02/14 Arguello presentation - C-15 well |
| 98 | ARGUELLO-00001 | Map |
| 99 | ARGUELLO-00002 | Map |
| 100 | ARGUELLO-00003 | Map |
| 101 | ARGUELLO-00004 | Map |
| 102 | ARGUELLO-00005 | Map |
| 103 | ARGUELLO-00006 | Map |
| 104 | ARGUELLO-00007 | Map |
| 105 | ARGUELLO-00008 | Map |
| 106 | ARGUELLO-00009 | Map |
| 107 | ARGUELLO-00010 | Map |
| 108 | N/A | Photograph of platform |
| 109 | N/A | Photograph of platform |
| 110 | N/A | Photograph of platform |
| 111 | N/A | 1982/05/18 Designation of operator |
| 112 | N/A | 1982/03/19 Designation of operator |
| 113 | N/A | 1994/12/15 Designation of operator |
| 114 | N/A | 1999/05/13 Designation of operator |
| 115 | N/A | 1999/05/13 Designation of operator |
| 116 | N/A | 2000/11/01 Designation of operator |
| 117 | N/A | 2003/05/11 Designation of operator |
| 118 | N/A | 2007/04/02 Designation of operator |
| 119 | ARGUELLO-00651 | Structural Map |
| 120 | ARGUELLO-00652 | Structural Map |
| 121 | ARGUELLO-00653 | Structural Map |
| 122 | ARGUELLO-00654 | Structural Map |
| 123 | ARGUELLO-00655 | Structural Map |
| 124 | N/A | Excerpts from C-15 Well Proposal |
| 125 | DEVON-00869/00893 | C-14 AFE Materials |
| 126 | N/A | 2001/11/14 Geosystems Report |

# Defendant's Lease OCS-P 0452 Trial Exhibit List
## November 5, 2007

| DX No. | Bates No. (if any) | Document Description |
|---|---|---|
| 127 | N/A | 2007/04/26 Strickland Report |
| 128 | N/A | 2007/06/08 Strickland Declaration |
| 129 | N/A | 2007/06/08 Barton Declaration |
| 130 | N/A | 2006/11/25 Jamison Report |
| 131 | N/A | 2006/12/27 Jamison Report |
| 132 | N/A | Seismic Interpretation Presentation Materials (31 slides/pages) |
| 133 | N/A | Barton Presentation Materials (49 slides/pages) |
| 134 | N/A | Wellbore/Dipmeter Presentation Materials (13 pages) |
| 135 | N/A | Table of Well Distances to Leaseline |
| 136 | N/A | Sample stills of 3-D view of the formation(s), well bores, leaseline, etc. (31 views/pages). These images will also be presented in 3-D animation/rotation during the testimony of experts at trial. |
| 137 | N/A | Presentation titled "Volume and Significance of Drainage from OCS-P 0452" (38 slides/pages) |
| 138 | N/A | 2007/10/15 e-mail from Cosgrove to Schwind |
| 150 | N/A | 2004/06/30 Delta 10-K and exhibits |
| 151 | E&Y 2003889/2003896 | 1999/06/09 Delta Form 8-K excerpt |
| 152 | E&Y 2003897/2003941 | 1999/06/08 Purchase and Sale Agreement |
| 153 | E&Y 2003942/2003956 | 1999 Transaction valuation documentation |
| 154 | N/A | 1999/06/09 Delta 8-K and exhibits (complete report with exhibits has been ordered from SEC) |
| 155 | N/A | 1999/11/01 Delta 8-K and exhibits (complete report with exhibits has been ordered from SEC) |
| 156 | N/A | 1999/12/01 Delta 8-K and exhibits (complete report with exhibits has been ordered from SEC) |
| 157 | N/A | 2000/07/10 Delta 8-K and exhibits (complete report with exhibits has been ordered from SEC) |
| 158 | N/A | 2002/08/09 Delta S-1/A and exhibits (complete report with exhibits has been ordered from SEC) |
| 159 | N/A | 2003/06/30 Delta 10-K and exhibits (complete report with exhibits has been ordered from SEC) |