IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

DEFENDANT'S WITNESS LIST

Pursuant to the Court's October 9, 2007 pretrial order, the United States notifies plaintiffs that it may call the following witnesses to testify at trial on fact and expert issues related to Lease OCS-P 0452. With respect to current and former employees of plaintiffs, we request that

plaintiffs immediately notify counsel and the Court should plaintiffs refuse to make any witness available for trial.

1. Robert Huguenard, Santa Maria, California, former employee of Arguello, Inc., and Plains Exploration & Production Company.

2. Thomas Goeres, Plains Exploration & Production Company, 201 South Broadway, Orcutt, California.

3. David Rose, Plains Exploration & Production Company, 201 South Broadway, Orcutt, California.

4. Roger Parker, Delta Petroleum Corporation, 475 17th Street, Denver, Colorado.

5. Kent Lina, Delta Petroleum Corporation, 475 17th Street, Denver, Colorado.

6. Lisle Reed, Agoura Hills, California.

7. Drew Mayerson, Minerals Management Service, 770 Paseo Camarillo, Camarillo, California.

8. Armen Voskanian, Minerals Management Service, 770 Paseo Camarillo, Camarillo, California.

9. Alison Dettmer, California Coastal Commission, 45 Fremont Street, San Francisco, California.

10. Richard F. Strickland, The Strickland Group, 4521 S. Hulen Street, Suite 102 Fort Worth, Texas.

11. Colleen Barton, 1010 El Camino Real, Suite 300, Menlo Park, California.

12. James D. Robertson, The Strickland Group, 4521 S. Hulen Street, Suite 102 Fort Worth, Texas.

13. William Jamison, HEF Petrophysical Consulting, Calgary, Alberta.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

Attorneys for Defendant

November 5, 2007