# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: November 7, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Trial in the above action shall be held in two phases. Phase I of the trial will be held December 3-6, 2007, beginning at 9:00 a.m. each day. Phase II of the trial

will be held January 8-11, 2008, beginning at 9:00 a.m. each day. Trial will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties are referred to the court's order of October 9, 2007, for further details.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge