IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBER RESOURCES COMPANY., et al.,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |
| ANADARKO E&P COMPANY, L.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |

DEFENDANT'S OBJECTIONS TO PLAINTIFFS' EXHIBITS, WITNESSES, AND DESIGNATIONS OF DEPOSITION TESTIMONY FOR USE AT TRIAL

Pursuant to the Court's October 9, 2007 pretrial order, the United States objects as follows to exhibits, witnesses, and deposition designations identified by plaintiffs in their November 5, 2007 filings.

I. Objections To Plaintiffs' Exhibits

| Exhibit Number | Objection/ Basis |
|---|---|
| PX 6 | Incomplete document. |
| PX 7 | Hearsay. |
| PX 8 | Incomplete document; hearsay. |
| PX 9 | Hearsay. |
| PX 10 | Hearsay. |
| PX 11 | Hearsay. |
| PX 12 | Hearsay. |
| PX 13 | Hearsay. |
| PX 24 | Hearsay. |
| PX 25 | Hearsay. The author is not identified in the document or plaintiffs' description. However, we may withdraw our objection if plaintiffs are able to lay a sufficient foundation for the document's admission at trial. |
| PX 26 | Hearsay. |
| PX 28 | Hearsay. |
| PX 78-79, 93-99 | Hearsay. These exhibits are reports submitted by plaintiffs' experts. We also object in the event that admission of one or more reports is inconsistent with paragraph 4 of the Court's October 9, 2007 pretrial order. |

| | |
|---|---|
| PX 114-119 | Object to the extent these exhibits are offered as substantive evidence at trial, as opposed to demonstratives for use by expert witnesses during trial. |

II. Objections To Plaintiffs' Witnesses

None.

III. Objections And Counter-Designations To Plaintiffs' Deposition Designations

A. Deposition of James J. Volker

1. Objections. None.

2. Counter-Designations. None.

B. Deposition of Drew Mayerson

1. Objections. We object on the basis that the deposition is hearsay and no exception applies. We intend to call Mr. Mayerson at trial during our case-in-chief, removing any need for either party to offer his testimony by deposition. Plaintiffs likely will state that they believe that Mr. Mayerson was deposed pursuant to Rule 30(b)(6), and that his testimony is therefore admissible under Rule 32(a)(2). However, plaintiffs sought to take Mr. Mayerson's deposition both in his individual capacity and in his capacity as Government representative under Rule 30(b)(6). Before and throughout the deposition, plaintiffs failed to distinguish in which capacity they were questioning Mr. Mayerson, or which questions were asked and answered in his individual capacity versus his Rule 30(b)(6) capacity. Government counsel objected to the conduct of the deposition on this basis at the start of the deposition.

2. Counter-Designations. None. We intend to call this witness to testify at trial during our case-in-chief.

C. Deposition of Kent Lina

1. Objections. We object on the basis that the deposition is hearsay and no exception applies. This witness is the current Senior Vice President of Engineering at plaintiff Delta Petroleum Corporation and a key witness for all parties in this case. We intend to call Mr. Lina to testify at trial during our case-in-chief, removing any need for the parties to offer his testimony via deposition.

2. Counter-Designations. Should the Court overrule our objection and admit plaintiffs' designations of Mr. Lina's deposition, we counter-designate the entire deposition for the Court's consideration.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

Attorneys for Defendant

November 13, 2007