# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

**PLAINTIFF DELTA PETROLEUM CORPORATION'S**
**OBJECTIONS TO DEFENDANT'S EXHIBIT LIST**

Plaintiff Delta Petroleum Corporation objects as follows to the documents listed on the Government's November 5, 2007 Exhibit List:

| **Exhibit No.** | **Objection** |
|---|---|
| DX 1 | Lacks Foundation;<br>Lack of Authentication, FRE 901. |
| DX 2 | NONE |
| DX 3 | NONE |
| DX 4 | NONE |
| DX 5 | NONE |
| DX 6 | NONE |
| DX 7 | NONE |
| DX 8 | NONE |
| DX 9 | NONE |
| DX 10 | Incomplete. (Document is missing page 3; lacks color pages.) |
| DX 11 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 12 | Incomplete. (Document lacks enclosures.) |
| DX 13 | NONE |
| DX 14 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 15 | NONE |
| DX 16 | NONE |
| DX 17 | NONE |
| DX 18 | NONE |
| DX 19 | NONE |

| **Exhibit No.** | **Objection** |
|---|---|
| DX 20 | NONE (pursuant to stipulation) |
| DX 21 | NONE (pursuant to stipulation) |
| DX 22 | Relevance, FRE 402 (only with respect to pages ARGUELLO-00458 through ARGUELLO-00515). |
| DX 23 | Relevance, FRE 402 (only with respect to pages DELTA-00614 through DELTA-00671). |
| DX 24 | Relevance, FRE 402 (only with respect to pages ARGUELLO-00534 through ARGUELLO-00599 and ARGUELLO00611 through ARGUELLO-00650). |
| DX 25 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 26 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 27 | Relevance, FRE 402 (with respect to the entire document on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent; and with respect to the first 20 pages on the ground that they are not relevant to the development of the east half of Lease 0451);<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 28 | NONE |
| DX 29 | NONE |
| DX 30 | NONE |
| DX 31 | NONE |

| Exhibit No. | Objection |
|---|---|
| DX 32 | NONE |
| DX 33 | NONE |
| DX 34 | NONE |
| DX 35 | NONE |
| DX 36 | NONE |
| DX 37 | NONE |
| DX 38 | NONE |
| DX 39 | NONE |
| DX 40 | Relevance, FRE 402<br>Lacks Foundation;<br>Lack of Authentication, FRE 901. |
| DX 41 | NONE |
| DX 42 | NONE (pursuant to stipulation) |
| DX 43 | NONE |
| DX 44 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 45 | Irrelevant, FRE 402;<br>Lacks Foundation<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 46 | NONE |
| DX 47 | NONE |

| **Exhibit No.** | **Objection** |
|---|---|
| DX 48 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 49 | Irrelevant, FRE 402 |
| DX 50 | NONE |
| DX 51 | Lack of Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 52 | NONE |
| DX 53 | NONE |
| DX 54 | NONE |
| DX 55 | NONE |
| DX 56 | NONE |
| DX 57 | NONE |
| DX 58 | NONE |
| DX 59 | Irrelevant, FRE 402 |
| DX 60 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 61 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 62 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |

| Exhibit No. | Objection |
|---|---|
| DX 63 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 64 | NONE |
| DX 65 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802; |
| DX 66 | NONE |
| DX 67 | NONE |
| DX 68 | NONE |
| DX 69 | NONE |
| DX 70 | NONE |
| DX 71 | NONE |
| DX 72 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 73 | NONE |
| DX 74 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 75 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 76 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |

| **Exhibit No.** | **Objection** |
|---|---|
| DX 77 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 78 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 79 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 80 | NONE |
| DX 81 | NONE |
| DX 82 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 83 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 84 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |

| **Exhibit No.** | **Objection** |
|---|---|
| DX 85 | Relevance, FRE 402 (on the ground that Delta did not receive a copy of this document and it is thus not relevant to Delta's intent);<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 86 | NONE (pursuant to stipulation) |
| DX 87 | NONE |
| DX 88 | NONE |
| DX 89 | NONE |
| DX 90 | NONE |
| DX 91 | NONE |
| DX 92 | NONE |
| DX 93 | NONE |
| DX 94 | NONE |
| DX 95 | NONE |
| DX 96 | Relevance, FRE 402 |
| DX 97 | NONE |
| DX 98 | NONE |
| DX 99 | NONE |
| DX 100 | NONE |
| DX 101 | NONE |
| DX 102 | NONE |
| DX 103 | NONE |
| DX 104 | NONE |

| **Exhibit No.** | **Objection** |
|---|---|
| DX 105 | NONE |
| DX 106 | NONE |
| DX 107 | NONE |
| DX 108 | Lack of Authentication, FRE 901. |
| DX 109 | Lack of Authentication, FRE 901. |
| DX 110 | Lack of Authentication, FRE 901. |
| DX 111 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Lack of Authentication, FRE 901. |
| DX 112 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Lack of Authentication, FRE 901. |
| DX 113 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Lack of Authentication, FRE 901. |
| DX 114 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Lack of Authentication, FRE 901. |
| DX 115 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Lack of Authentication, FRE 901. |
| DX 116 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Lack of Authentication, FRE 901. |
| DX 117 | NONE |
| DX 118 | NONE |
| DX 119 | Illegible copy. |
| DX 120 | Illegible copy. |

| **Exhibit No.** | **Objection** |
|---|---|
| DX 121 | Illegible copy. |
| DX 122 | Illegible copy. |
| DX 123 | Illegible copy. |
| DX 124 | Document Incomplete;<br>Confusion, FRE 403;<br>Lack of Authentication, FRE 901. |
| DX 125 | NONE |
| DX 126 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 127 | Conditional objection subject to the Court's recognition of Dr. Strickland as an expert with respect to the subjects addressed. |
| DX 128 | Conditional objection subject to the Court's recognition of Dr. Strickland as an expert with respect to the subjects addressed. |
| DX 129 | Conditional objection subject to the Court's recognition of Dr. Barton as an expert with respect to the subjects addressed. |
| DX 130 | Conditional objection subject to the Court's recognition of Dr. Jamison as an expert with respect to the subjects addressed. |
| DX 131 | Conditional objection subject to the Court's recognition of Dr. Jamison as an expert with respect to the subjects addressed. |
| DX 132 | Conditional objection subject to the Court's recognition of Dr. Robertson as an expert with respect to the subjects addressed. |
| DX 133 | Conditional objection subject to the Court's recognition of Dr. Barton as an expert with respect to the subjects addressed. |
| DX 134 | Conditional objection subject to the Court's recognition of Dr. Jamison as an expert with respect to the subjects addressed. |

| **Exhibit No.** | **Objection** |
|---|---|
| DX 135 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Prejudice, Confusion, FRE 403;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 136 | Delta objects to the Government's stated intent to present live 3-D animation at trial, to the extent that such a presentation includes images beyond those disclosed as "stills" in DX 136, on the ground that such a presentation fails to comply with Paragraph 4 of the October 9, 2007 Pretrial Order and Delta would be prejudiced thereby (for reasons including, *inter alia*, that Delta will be unable to adequately prepare for the cross-examination of the witness presenting these materials). |
| DX 137 | Conditional objection subject to the Court's recognition of Dr. Strickland as an expert with respect to the subjects addressed. |
| DX 138 | Relevance, FRE 402. |
| DX 139 through DX 149 | **EXHIBIT NUMBERS NOT USED** |
| DX 150 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 151 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 152 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |
| DX 153 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |

| **Exhibit No.** | **Objection** |
|---|---|
| DX 154 through DX 159 | Irrelevant, FRE 402;<br>Lacks Foundation;<br>Hearsay, FRE 802;<br>Lack of Authentication, FRE 901. |

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove

Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for Delta Petroleum Corporation

November 13, 2007