# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

**PLAINTIFF DELTA PETROLEUM CORPORATION'S OBJECTIONS TO <u>DEPOSITION DESIGATIONS AND COUNTER-DESIGATIONS</u>**

Delta Petroleum Corporation ("Delta") hereby submits the following objections to the designation of deposition testimony by the Government and cross-designations with respect thereto.

I. <u>Objections to designated deposition testimony of James J. Volker</u>

Delta objects to the following designations of the deposition testimony of James Volker on the grounds that the designated testimony lacks foundation as to the personal knowledge or competency of the witness to testify about the matters that were the subject of the designated testimony:

page 54 line 23 to page 55 line 20;

page 91 line 24 to page 92 line 10.

Delta objects to the following designations on the grounds that the designated testimony constitutes a colloquy between counsel and thus does not reflect witness testimony:

page 62 line 24 to page 63 line 4.

Delta objects to the following designations on the ground that the questions posed to the witness mischaracterize prior testimony and call for the witness to speculate, and on the ground the designated testimony lacks foundation as to the personal knowledge or competency of the witness to testify about the matters that were the subject of the designated testimony:

page 106 line 1 through page 107 line 25.

II. <u>Counter-designations of the testimony of James J. Volker:</u>

None.

III. <u>Objections to designated deposition testimony of Steve Renke</u>

Delta objects to all of the Government's designations from the deposition of Steve Renke on hearsay grounds because Mr. Renke will appear at trial and no exceptions under RCFC 32 are applicable.

In addition, Delta objects to the following designations of the deposition testimony of Steve Renke on the grounds that the designated testimony lacks foundation as to the

personal knowledge or competency of the witness to testify about the matters that were the subject of the designated testimony:

page 160 line 12 through page 161 line 11.

IV. Counter-designations of the testimony of Steve Renke

None.

V. Objections to designated deposition testimony of Lisle Reed

None.

VI. Cross-designations of deposition testimony of Lisle Reed:

In light of the Government's deposition designations of the testimony of Dr. Lisle Reed, Delta hereby makes the following cross-designations from the deposition transcript:

| |
|---|
| Page 13, line 2 through 8 |
| Page 13, line 15 through Page 16, line 4 |
| Page 25, line 8 through Page 28, line 13 |
| Page 29, line 9 through Page 30, line 5 |
| Page 49, line 8 through 18 |
| Page 51, line 14 through Page 53, line 4 |
| Page 65, line 8 through 13 |
| Page 68, line 5 through Page 69, line 1 |
| Page 70, line 15 through Page 71, line 16 |
| Page 72, line 20 through Page 73, line 17 |
| Page 77, line 14 through 18 |
| Page 80, line 19 through Page 82, line 5 |

In light of the Government's deposition designations of Dr. Lisle Reed, Delta hereby counter-designates the following exhibit from the deposition as a trial exhibit:

| DELTA TRIAL EXHIBIT # | DESCRIPTION |
|---|---|
| **120** | Letter from MMS to Thomas Gladney (Reed Depo. Exhibit 13). |

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove

Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for Delta Petroleum Corporation

November 5, 2007