IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

**RCFC APPENDIX A CERTIFICATION**

Pursuant to Paragraphs 6 and 9 of the Court's October 9, 2007 Scheduling Order, the parties hereby certify that they have conferred with respect to the matters required by RCFC Appendix A, paragraph 13(c)(2), (4), and (6). The parties are still engaged in discussions with

respect to possible stipulations, and if those efforts prove successful will file such stipulations with the Court prior to the commencement of trial.

[Signatures on following page.]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

Patricia M. McCarthy / by Allison Kidd-Miller

PATRICIA M. McCARTHY
Assistant Director

GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

Attorneys for Defendant

STEVEN J. ROSENBAUM
*Counsel of Record*
THOMAS J. COSGROVE

COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2401
Tel. (202) 662-5568

Attorneys for Delta Petroleum Corp.

November 16, 2007

CERTIFICATE OF FILING

I hereby certify that on this 16th day of November, 2007, a copy of the foregoing "RCFC APPENDIX A CERTIFICATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller