# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: November 19, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending are the parties' pre-trial objections to witnesses, exhibits, and deposition designations. For the reasons stated on the record during the oral argument held on November 16, 2007, the following is ordered:

1. Plaintiff's objection to defendant's intention to call Messrs. Goeres and Rose as witnesses is denied. Defendant will be allowed to call them as witnesses if it chooses to subpoena them. However, as stated on the record, we are not convinced that they are officers of a party to the present action. Therefore, the government will be required to pay their reasonable expenses in connection with appearing at trial.

2. Defendant's objection to plaintiff's designation of Mr. Drew Mayerson's deposition is denied because he was deposed under rule 30(b)(6) of the Rules of the United States Court of Federal Claims.

3. Plaintiff's objection to defendant's exhibit 136 is denied with the express reservation of plaintiff's right to object at trial should it prove to be prejudicial.

4. Ruling on all other objections is deferred until the appropriate time at trial.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge