# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: December 5, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court's order of November 7, 2007 is amended to reflect that Phase II of the trial will be held January 7-11, 2008, beginning at 9:00 a.m. each day. Trial will

be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties are referred to the court's order of October 9, 2007, for further details.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge