IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBER RESOURCES COMPANY., et al.,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |
| ANADARKO E&P COMPANY, L.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 02-30C<br>04-1822C<br>05-249C (Consolidated)<br>(Senior Judge Bruggink) |
| NYCAL OFFSHORE DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | |

NOTICE

At trial on December 6, 2007, the Court limited the Government's examination of witness Robert Huguenard over the objection of Government counsel. Both parties had named Mr. Huguenard, a former executive at Plains Exploration & Production Company, on their respective witness lists.

The Court stated its belief in overruling the Government's objection that the parties had had equal time in examining the witness. As confirmed later on the record, this was inaccurate: plaintiffs' counsel examined Mr. Huguenard for three hours and 25 minutes, while the Government examined the witness for only one hour and 45 minutes. We reasserted our objection to limiting our examination, and the Court stated that the issue would be resolved at a later date.

The pretrial order in this case provides for a "clock system" to be followed, "under which plaintiff and defendant will each be afforded a total of 32 hours of trial time, to be allocated as each deems appropriate among its opening statement, direct and cross examinations, rebuttal, and sur-rebuttal." In the four days of trial to date, the United States has used less than 12 hours of its time in cross-examining plaintiffs' witnesses, or less than three hours per day.

The pretrial order prohibits substantive discussions between counsel and a witness "while any part of that witness's cross-examination is pending." We believe this prohibition remains relevant with respect to Mr. Huguenard given that the Court has not resolved whether the United States will be permitted to further examine the witness.

The undersigned has conferred with counsel for plaintiffs, who agree that counsel shall not have any communications with Mr. Huguenard for the pendency of trial.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

Attorneys for Defendant

December 7, 2007