# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: December 10, 2007)

* * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *

# SCHEDULING ORDER

A telephonic status conference to discuss issues relating to the cross-examination of Mr. Robert Huguenard shall be held on Friday, December 14, 2007, at 2 pm EST. The call will be placed from chambers and will be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge