IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

DEFENDANT'S WITHDRAWAL OF OBJECTION TO PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF WILLIAM JAMISON, AND DEFENDANT'S COUNTER-DESIGNATION

The United States respectfully withdraws its November 14, 2007 objection to plaintiff's designation of testimony from the deposition of William Jamison, held in San Francisco,

California, on January 4, 2007. In addition, we counter-designate the following testimony, identified by page and line numbers, and exhibit from Dr. Jamison's deposition:

4:2-3
5:8-9
6:4-20
34:6 – 35:22
47:19 – 48:24
86:9 – 87:3
92:4 – 93:13
94:10 – 95:13
Exhibit 4 (Delta Trial Exhibit 108)

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
by Franklin E. White, Jr.
PATRICIA M. McCARTHY
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
GREGG M. SCHWIND
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 305-3020

January 2, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of January, 2008, a copy of the foregoing "DEFENDANT'S WITHDRAWAL OF OBJECTION TO PLAINTIFF'S DESIGNATION OF DEPOSITION TESTIMONY OF WILLIAM JAMISON, AND DEFENDANT'S COUNTER-DESIGNATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller