# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: January 24, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Trial on defendant's motion for reconsideration of lease OCS P-452 was concluded on January 11, 2008. The schedule for post-trial briefing is as follows: plaintiff shall file an opening brief within 49 days of the filing of the transcript from the second phase of trial; defendant shall file a response within 21 days of plaintiff's brief; plaintiff may file reply within 14 days of defendant's response.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge