IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6 of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 45 days, through and including June 6, 2008, within which to file our post-trial brief in response to the post-trial brief filed by plaintiff Delta Petroleum ("Delta") on April 1, 2008. Our brief currently is due on April 22,

2008. This is our first request for an enlargement of time for this purpose. Counsel for Delta has represented that Delta opposes this motion.

The requested enlargement is necessary to allow sufficient time to finish drafting, incorporate comments of agency counsel, and obtain review of our brief. Although we were able to begin preliminary preparation of our brief upon the filing of the trial transcript, additional time is needed to adequately synthesize the testimony of Delta's five expert witnesses, our three expert witnesses, and the fact witnesses, which generated a total of almost 3,500 pages of transcript. In addition, over 200 exhibits were received into evidence during trial, and many are scientific and technical documents the meaning and significance of which the parties dispute. Indeed, as is evident from Delta's post-trial brief, the parties disagree as to almost every factual and legal question presented.

In addition, Delta's detailed and lengthy post-trial brief, which totals 150 pages, raises several issues which previously have not been briefed, including: (1) whether Plains' intent (as operator/agent) to drain Lease OCS-P 0452 can be imputed to lessee Delta, Pl. Br. at 124-26; (2) whether a decision in the United States' favor would force plaintiffs to forfeit Lease OCS-P 0451 contract rights, Pl. Br. at 138-43; and (3) formulating a legal basis for, and a valuation of, an "offset" for the drainage that has occurred, Pl. Br. at 143-49. Additional time is necessary to research the many cases cited by Delta on these issues and complete a response. Further, we note that, pursuant to the Court's January 24, 2008 scheduling order, Delta had 80 days following trial, including 49 days after filing of the trial transcript, within which to file its post-trial brief. The Government was given 21 days to respond.

Since receiving Delta's post-trial brief on April 1, 2008, the undersigned trial attorneys have been, and will be, engaged in the following activities, many of which were not anticipated at the time the post-trial scheduling order was entered: presentation and preparation of oral argument in Adams v. Army, No. 2007-3203 (Fed. Cir.), held April 8; oral argument in London v. Department of Veterans Affairs, No. 2007-7220 (Fed. Cir.), held April 11; oral argument in Rauch v. Department of Veterans Affairs, No. 2007-7199 (Fed. Cir.), to be held May 6; oral argument in Eva P. White v. United States, No. 2007-5126 (Fed. Cir.), to be held May 9; preparation of the Government's brief in Bouchard v. Department of Veterans Affairs, No. 2008-3067 (Fed. Cir.), due May 9; brief in Recino v. United States Postal Service, No. 2008-3102 (Fed. Cir.), due April 30; briefs in the international arbitration United States v. Canada, No. 7941 (LCIA), anticipated deadlines of April 29 and May 23; preparation of the Government's opposition to the petitioner's motion for an award of fees and costs in Cheney v. Department of Justice, No. 2006-3124 (Fed. Cir.), due April 25; and the taking of fact and expert discovery throughout April and May, including at least 10 depositions, in the international arbitration United States v. Canada, No. 81010 (LCIA), United States v. Jackpine Forest Products Ltd., No. 06-00009 (Ct. Int'l Trade), and Catel, Inc. v. United States, No. 05-1113 (Fed. Cl.).

In addition, between February 12, 2008, when the trial transcript was filed, and April 1, 2008, when we received Delta's post-trial brief, counsel were engaged in, among other activities: presentation and preparation of oral argument in Meza v. Department of Homeland Security, No. 2007-3150, held March 5; preparation of the Government's response brief in Exner v. Department of Veterans Affairs, No. 08-7002 (Fed. Cir.), filed February 13; brief in PraeComm

v. United States, No. 2007-5171 (Fed. Cir.), filed March 28; brief in Conley v. Department of Veterans Affairs, No. 2007-7049 (Fed. Cir.), filed March 10; brief in Heuss v. United States, No. 2008-5106 (Fed. Cir.), filed February 11; brief in Watson v. United States, No. 2008-5040 (Fed. Cir.), filed March 20; brief in Chest v. Department of Veterans Affairs, No. 2007-3220 (Fed. Cir.), filed March 11; the Government's motion to dismiss in Bradford v. Office of Personnel Management, No. 2007-3268 (Fed. Cir.), filed February 14; preparation of the Government's motions, replies, and other filings in the bid protest Information Sciences Corp. v. United States, No. 07-744 (Fed. Cl.); drafting of the Government's Request for Arbitration in United States v. Canada, No. 81010 (LCIA), filed January 28; confidential settlement activity in two appeals; five days of depositions in New York City in Jackpine, No. 06-00009 (Ct. Int'l Trade); and proofreading and suggesting corrections to the trial transcript and certain exhibits in this case. Finally, one of the trial attorneys unexpectedly was out of the office on six days during this time period due to an ongoing family medical emergency.

For these reasons, we respectfully request that the Court grant our motion for enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Allison Kidd-Miller
GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

April 11, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 11th day of April, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller