# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

**NOTICE OF DELIVERY OF “LINKED” ELECTRONIC BRIEF AND OF ERRATA CORRECTIONS**

Plaintiff Delta Petroleum Corporation ("Delta") hereby gives notice that it has delivered to the Court and Defendant copies of a CD containing an electronic version of the April 1, 2008 Post Trial Brief of Delta Petroleum Corporation ("Post-Trial Brief"). In this electronic version of the Post-Trial Brief, each citation is electronically linked to the relevant page of the cited trial exhibit, trial transcript, court decision, statute or regulation.

Delta also hereby submits errata corrections with respect the Post-Trial Brief, attached hereto as Attachment A and which have been incorporated in the linked electronic version. These errata correct a few errors in the citations to the trial exhibits or transcripts and are entirely non-substantive.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568

April 15, 2008

Attorneys for Delta Petroleum Corporation