# Attachment A

## *AMBER RESOURCES v. UNITED STATES*
## Post Trial Brief Errata

| **Page/Line** | **Changes:** | |
|---|---|---|
| | **From:** | **To:** |
| Page vi, 15th line through 16th line. | *Bancorp, Inc. v. United States,* | *Hansen Bancorp, Inc. v. United States,* (moved to page vii, 9th line through 10th line) |
| Page 28, 6th line through 7th line. | Mannon, Tr. page 1887 line 1 through page 1889 line 7; PX-115, p. 53 | Mannon, Tr. page 1887 line 1 through page 1889 line 7; PX-116, p. 53 |
| Page 28, 23rd line. | Robertson, Tr. page 2805 lines 18 through 7 | Robertson, Tr. page 2805 lines 18 through page 2806 line 7 |
| Page 31, 3rd line. | Robertson, Tr. page 2881 lines 3 through 11 | Robertson, Tr. page 2818 lines 3 through 11 |
| Page 32, 23rd line through 24th line. | Mannon, Tr. page 1861 line 2 through page 1862 line 19; PX-115, pp. 39, 40 | Mannon, Tr. page 1861 line 2 through page 1862 line 19; PX-116, pp. 39, 40 |
| Page 37, 5th line through 6th line. | Mannon, Tr. page 1806 line 23 through page 1807 line 18; PX-115, p. 5 | Mannon, Tr. page 1806 line 23 through page 1807 line 18; PX-116, p. 5 |
| Page 38, 3rd line through 4th line. | Joint Exhibit 3, Mayerson 30(b)(6) Dep. Tr. page 27 line 18 through page 28 line 8; *see also* Mannon, Tr. page 1813 line 18 through page 1814 line 12; PX-115, p. 7 | Joint Exhibit 3, Mayerson 30(b)(6) Dep. Tr. page 27 line 18 through page 28 line 8; *see also* Mannon, Tr. page 1813 line 18 through page 1814 line 12; PX-116, p. 7 |
| Page 38, 6th line through 7th line. | Mannon, Tr. page 1814 line 12 through page 1815 line 22; PX-115, p. 8 | Mannon, Tr. page 1814 line 12 through page 1815 line 22; PX-116, p. 8 |
| Page 38, 11th line through 12th line. | Mannon, Tr. page 1816 line 16 through page 1818 line 10; page 1820 line 9 through page 1821 line 10; PX-115, p. 9 | Mannon, Tr. page 1816 line 16 through page 1818 line 10; page 1820 line 9 through page 1821 line 10; PX-116, p. 9 |
| Page 39, 1st line. | Mannon, Tr. page 1823 line 16 through page 1824 line 5; PX-115, p. 9 | Mannon, Tr. page 1823 line 16 through page 1824 line 5; PX-116, p. 9 |

| **Page/Line** | **Changes:** | |
|---|---|---|
| | **From:** | **To:** |
| Page 40, 12th line through 13th line. | Mannon, Tr. page 1832 line 10 through page 1834 line 15; PX-115, p. 14; *see also* PX-115, pp. 15-17 | Mannon, Tr. page 1832 line 10 through page 1834 line 15; PX-116, p. 14; *see also* PX-116, pp. 15-17 |
| Page 43, 3rd line through 4th line. | Dershowitz, Tr. page 1017 line 11 through 16; PX-15, p. 28 | Dershowitz, Tr. page 1017 line 11 through 16; PX-115, p. 28 |
| Page 44, 7th line. | Mannon, Tr. page 1851 line 2 through page 1852 line 16; PX-115, p. 23 | Mannon, Tr. page 1851 line 2 through page 1852 line 16; PX-116, p. 23 |
| Page 44, 17th line. | Mannon, Tr. page 1857 line 13 through page 1859 line 11; PX-115, pp. 24-38 | Mannon, Tr. page 1857 line 13 through page 1859 line 11; PX-116, pp. 24-38 |
| Page 45, 13th line. | Mannon, Tr. page 1864 line 19 through page 1865 line 22; PX-115, p. 41 | Mannon, Tr. page 1864 line 19 through page 1865 line 22; PX-116, p. 41 |
| Page 45, 17th line. | PX-115, p. 41 | PX-116, p. 41 |
| Page 48, 14th line. | PX-115, p. 81 | PX-116, p. 81 |
| Page 50, 1st line through 2nd line. | Mannon, Tr. page 2021 line 16 through page 2022 line 14; PX 115, page 84 | Mannon, Tr. page 2021 line 16 through page 2022 line 14; PX 116, page 84 |
| Page 54, 11th line through 12th line. | Robertson, Tr. page 2668 line 16 through page 2670 line 10; DX-132A, 17th page | Robertson, Tr. page 2668 line 16 through page 2670 line 10; DX-132A, 14th page |
| Page 59, 11th line through 12th line. | Mannon, Tr. page 1966 line 20 through page 1967 line 19; PX-115, p. 54 | Mannon, Tr. page 1966 line 20 through page 1967 line 19; PX-116, p. 54 |
| Page 74, 3rd line through 3rd line. | PX- 117, pp. 63, 65 | PX- 116, pp. 63, 65 |
| Page 75, 1st line through 2nd line. | PX-17, p. 29; *see also* Homann Tr., page 621 line 18 through page 628 line 3; page 633 line 24 through page 636 line 22; page 639 line 11 through page 641 line 10; PX-117, pp. 30-34 | PX-117, p. 29; *see also* Homann Tr., page 621 line 18 through page 628 line 3; page 633 line 24 through page 636 line 22; page 639 line 11 through page 641 line 10; PX-117, pp. 30-34 |
| Page 93, 18th line through 19th line. | DX-177, p. STRICKLAND 1185; *see also* Strickland, Tr. page 3362 line 15 through page 3363 line 3 | DX-177, p. STRICKLAND 1185; *see also* Dershowitz, Tr. page 3362 line 15 through page 3363 line 3 |

| **Page/Line** | **Changes:** | |
|---|---|---|
| | **From:** | **To:** |
| Page 93, 22nd line through 23rd line. | Strickland, Tr. page 3262 line 23 through page 3263 line 3; page 3264 line 20 through page 3265 line 2; DX-126 | Dershowitz, Tr. page 3262 line 23 through page 3263 line 3; page 3264 line 20 through page 3265 line 2; DX-126 |
| Page 122, 1st line through 2nd line. | PX-2, p. ARGUELLO 00664; PX-3, 14th page; Huguenard, Tr. page 1327 line 11 through page 1328 line 7, page 1333 line 30 through page 1341 line 2 | PX-2, p. ARGUELLO 00664; PX-3, 14th page; Huguenard, Tr. page 1327 line 11 through page 1328 line 7, page 1333 line 9 through page 1341 line 2 |
| Page 130, 22nd line through 23rd line. | PX-116, p. 66; DX-89, p. ARGUELLO 00214; Huguenard, Tr. page 2577 line 8 through page 2578 line 7 | PX-116, p. 66; DX-89, p. ARGUELLO 00294; Huguenard, Tr. page 2577 line 8 through page 2578 line 7 |