# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: April 16, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Pending is defendant's motion to extend the due date for its post-trial brief from April 22 until June 6, 2008. Plaintiff opposes the motion. We have considered the grounds for the motion and find them insufficient, particularly for an extension of this length. The issues defendant cites are not new to the case, and we agree with plaintiff that defendant could have used the three months after trial to begin assembling its argument. Accordingly, we grant the motion only in part. Defendant's post-trial brief shall be filed on or before May 16, 2008. Plaintiff may file a reply brief on or before May 30, 2008. No further extensions of time will be granted absent extraordinary cause.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge