# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: April 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is defendant's April 17, 2008 motion for reconsideration of our order partially granting defendant's motion for an extension of time to file its post-trial brief. For the reasons stated on the record at the telephonic status conference held on April 21, 2008, the motion is denied.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge