# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: April 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

A telephonic status conference was held on April 21, 2008. At the conference, the court proposed holding post-trial oral argument after the conclusion of post-trial briefing. The parties agreed. Accordingly, oral argument will be held on June 9, 2008, at 9:00 am in the National Courts Building, 717 Madison Place, NW, Washington, DC. Counsel shall appear in person.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge