# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | **FILED UNDER SEAL** |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ****************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ****************************************** | |

**MOTION TO CORRECT COURT'S EXHIBIT LIST**

Plaintiff Delta Petroleum Corporation hereby moves to correct the Cumulative Index of trial exhibits filed by the Court on May 2, 2008. As indicated in the portions of the trial transcript cited below, the following exhibits were admitted at trial and should be added to the Court's list:

- PX 13 (admitted at page 1501, lines 11 through 15);
- PX 57, 57-A, 72, and 72-A (admitted at page 1537, lines 17 through 24);
- DX 99-A (admitted at page 1537, lines 17 through 24);
- DX-141 (admitted at page 3210, lines 9 through 22);
- DX-142 (admitted at page 2590, line 24 through page 2591, line 13); and
- DX 179 and 182 (admitted at page 3476, lines 19 through 21).

We have in this list included exhibits admitted upon the motion of either Delta or the Government, and believe that, with these additions, the Court's list of admitted exhibits will be complete.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for Delta Petroleum Corporation

May 20, 2008