**Attachment A**

SEARCH: go washingtonpost.com Web: Results by Google™ |



# Price of Oil, 2004 - 2008, in dollars per barrel




SOURCES: Goldman Sachs, Bloomberg | GRAPHIC: The Washington Post - May 27, 2008