# In the United States Court of Federal Claims

Nos. 02-30C, 04-1822C, & 05-249C (consolidated)
(Filed: June 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
AMBER RESOURCES CO.,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * *
ANADARKO E&P CO. LP,
et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

NYCAL OFFSHORE DEVELOPMENT CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending are Defendant's Motion to Open the Record to Admit Exhibits and Alternative Motion to Take Judicial Notice filed on March 7, 2008, Defendant's Motion to Open the Record to Admit and Correct Exhibits filed on May 23, 2008, Defendant's Motion to Open the Record to Admit Exhibits DX-33 and DX-133A filed on June 3, 2008, Defendant's Motion for Judicial Notice filed on June 6, 2008, and Plaintiff's Motion to Correct Court's Exhibit List filed on May 20, 2008. As stated on the record on June 9, 2008, the following is ordered:

1. Defendant's motion of March 7, 2008 is granted as to Defendant's Exhibit ("DX") 43, and denied as to DX 83.

2. Defendant's motion of May 23, 2008 is granted as to the additional pages of DX 90, Plaintiff's Exhibit ("PX") 81, and PX 93. The motion is denied as to DX 128.

3. Defendant's motion of June 3, 2008 is granted.

4. Plaintiff's motion of May 20, 2008 is also granted.

5. Ruling on defendant's motion to take judicial notice is deferred.

The trial record is supplemented to the extent the motions are granted.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge