IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

DEFENDANT'S MOTION FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence ("FRE") 201, defendant, United States, respectfully requests the Court to take judicial notice of the fact that both the President, as well as Presidential candidate and Senator John McCain, have taken the position that Congress should

lift the Congressional moratorium currently restricting development of oil resources on the Outer Continental Shelf ("OCS"). Atts. A and B.

Pursuant to Rule 201(d), a court "shall take judicial notice" of adjudicative facts "if requested by a party and supplied with the necessary information." FRE 201(d). "A judicially noticed fact must be one not subject to reasonable dispute," and includes facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FRE 201(b). Because a court may take judicial notice "at any stage of the proceeding," even on appeal, our request is timely. FRE 201(f); advisory committee's note to 201(f).

The pending proposals to end the Congressional moratorium and lift the Executive prohibition are relevant to our pending motion for reconsideration of the Court's rescission of Lease OCS-P 0452. We previously contended that the lessees – most recently plaintiffs Delta and Plains – engaged in actions that reduced the market value of the lease, raising the question whether Delta can return Lease OCS-P 0452 in substantially the same condition in which it was issued. A lease with diminished market value is not substantially the same lease, as illustrated by the common-sense observation and expert testimony that Lease OCS-P 0452 will not command an equivalent bonus payment if rescinded and later released.

The Court rejected this argument in its September 2004 opinion, explaining "it comes with an ill grace for the government to contend that it cannot market rescinded leases, when there are executive, judicial, and legislative moratoria in place that would preclude the government's

assertion from being put to the test."[1] Amber Resources. v. United States, 78 Fed. Cl. 508, 517 (2007). Moreover, plaintiffs argue in their post-trial brief that an offset would be an equitable result in this case because "the Government is legally prohibited [by Presidential order and the Congressional moratorium] from re-leasing the area covered by Lease 452." Delta Post-Trial Br. at 146. In plaintiffs' view, "the federal Government has neither the intention nor the ability to make use of the property regardless of its condition." Id. at 147.

Contrary to plaintiffs' view, at least one branch of Government, as well as certain members of Congress, have stated their intention to open the OCS to Federal leasing, as demonstrated by the attached exhibits describing proposals to end the Congressional moratorium and lift the Executive order. Exhibit A is a transcript of the President's June 21, 2008 speech, which the President delivered while accompanied by the Secretary of Interior. The exhibit is from the official White House website, a source whose "accuracy cannot reasonably be questioned," and which provides "accurate and ready determination" of the President's proposal. See FRE 201(b); Ex. A (Press Release, White House, President Bush Discusses Energy (June 18, 2008), http://www.whitehouse.gov/news/ releases/2008/06/20080618.html).

In his remarks, which are not "subject to reasonable dispute," see FRE 201(b), the President urged Congress to take four steps in the interest of increasing the domestic supply of oil. The President's first initiative is to open up the OCS to oil and gas exploration by lifting the Congressional moratorium and lifting the Executive order:

---

[1] To the extent "judicial moratorium" refers to the district court's decision in California v. Norton, 150 F. Supp. 2d 1046, 1057 (N.D. Cal. 2001), we note that neither party has characterized that decision in such a way.

> First, we should expand American oil production by increasing access to the Outer Continental Shelf, or OCS. Experts believe that the OCS could produce about 18 billion barrels of oil. That would be enough to match America's current oil production for almost ten years. The problem is that Congress has restricted access to key parts of the OCS since the early 1980s. Since then, advances in technology have made it possible to conduct oil exploration in the OCS that is out of sight, protects coral reefs and habitats, and protects against oil spills. With these advances – and a dramatic increase in oil prices – congressional restrictions on OCS exploration have become outdated and counterproductive.
>
> Republicans in Congress have proposed several promising bills that would lift the legislative ban on oil exploration in the OCS. I call on the House and the Senate to pass good legislation as soon as possible. This legislation should give the states the option of opening up OCS resources off their shores, provide a way for the federal government and states to share new leasing revenues, and ensure that our environment is protected. There's also an executive prohibition on exploration in the OCS. When Congress lifts the legislative ban, I will lift the executive prohibition.

Ex. A.

Exhibit B is a proposal by Presidential candidate and Senator John McCain to reopen the OCS to oil and gas exploration. Like Exhibit A, this exhibit is from a source whose "accuracy cannot reasonably be questioned" – Senator McCain's official campaign website – and provides "accurate and ready determination" of Senator McCain's energy proposal. See FRE 201(b); Ex. B (John McCain 2008, The Lexington Project, Expanding Domestic Oil And Natural Gas Exploration And Production (last visited June 30, 2008), http://www.johnmccain.com//Informing/Issues/17671aa4-2fe8-4008-859f-0ef1468e96f4.htm).

According to his campaign website, Senator McCain's proposal includes the following:

> **John McCain Will Commit Our Country To Expanding Domestic Oil Exploration.** The current federal moratorium on drilling in the Outer Continental Shelf stands in the way of energy exploration and production. John McCain believes it is time for the federal government to lift these restrictions and to put our own reserves to

> use. There is no easier or more direct way to prove to the world that we will no longer be subject to the whims of others than to expand our production capabilities. We have trillions of dollars worth of oil and gas reserves in the U.S. at a time we are exporting hundreds of billions of dollars a year overseas to buy energy. This is the largest transfer of wealth in the history of mankind. We should keep more of our dollars here in the U.S., lessen our foreign dependency, increase our domestic supplies, and reduce our trade deficit - 41% of which is due to oil imports. John McCain proposes to cooperate with the states and the Department of Defense in the decisions to develop these resources.

Ex. B (emphasis in original).

Finally, with respect to our prior motion for judicial notice regarding the increase in the price of oil since 2004, we note that oil prices have continued to rise since we filed our motion less than one month ago, and now have passed $143 a barrel, a trading record. Ex. C (Bloomberg, Oil Rises to a Record on Concern Iran Supplies May Be Disrupted (June 30, 2008), http://www.bloomberg.com/apps/news?pid=20601110&sid=aQLs1GAih9PM#).

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Allison Kidd-Miller
GREGG M. SCHWIND
ALLISON KIDD-MILLER
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

July 1, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of July, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR JUDICIAL NOTICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller

**EXHIBIT A**

THE WHITE HOUSE
PRESIDENT
GEORGE W. BUSH

CLICK HERE TO PRINT

For Immediate Release
Office of the Press Secretary
June 18, 2008

# President Bush Discusses Energy

Rose Garden

- Fact Sheet: Reducing Gas Prices and Foreign Oil Dependence
- In Focus: Energy

- Video (Windows)
- Presidential Remarks
- Audio
- En Español

10:30 A.M. EDT

THE PRESIDENT: Good morning. I want to thank Secretary Kempthorne and Secretary Bodman for joining me. For many Americans, there is no more pressing concern than the price of gasoline. Truckers and farmers and small business owners have been hit especially hard. Every American who drives to work, purchases food, or ships a product has felt the effect. And families across our country are looking to Washington for a response.



High oil prices are at the root of high gasoline prices. And behind those prices is the basic law of supply and demand. In recent years, the world's demand for oil has grown dramatically. Meanwhile, the supply of oil has grown much more slowly. As a result, oil prices have risen sharply, and that increase has been reflected at American gasoline pumps. Now much of the oil consumed in America comes from abroad -- that's what's changed dramatically over the last couple of decades. Some of that energy comes from unstable regions and unfriendly regimes. This makes us more vulnerable to supply shocks and price spikes beyond our control -- and that puts both our economy and our security at risk.

In the long run, the solution is to reduce demand for oil by promoting alternative energy technologies. My administration has worked with Congress to invest in gas-saving technologies like advanced batteries and hydrogen fuel cells. We've mandated a large expansion in the use of alternative fuels. We've raised fuel efficiency standards to ambitious new levels. With all these steps, we are bringing America closer to the day when we can end our addiction to oil, which will allow us to become better stewards of the environment.

In the short run, the American economy will continue to rely largely on oil. And that means we need to increase supply, especially here at home. So my administration has repeatedly called on Congress to expand domestic oil production. Unfortunately, Democrats on Capitol Hill have rejected virtually every proposal -- and now Americans are paying the price at the pump for this obstruction. Congress must face a hard reality: Unless Members are willing to accept gas prices at today's painful levels -- or even higher -- our nation must produce more oil. And we must start now. So this morning, I ask Democratic Congressional leaders to move forward with four steps to expand American oil and gasoline production.

First, we should expand American oil production by increasing access to the Outer Continental Shelf, or OCS. Experts believe that the OCS could produce about 18 billion barrels of oil. That would be enough to match America's current oil production for almost ten years. The problem is that Congress has restricted access to key parts of the OCS since the early 1980s. Since then, advances in technology have made it

possible to conduct oil exploration in the OCS that is out of sight, protects coral reefs and habitats, and protects against oil spills. With these advances -- and a dramatic increase in oil prices -- congressional restrictions on OCS exploration have become outdated and counterproductive.

Republicans in Congress have proposed several promising bills that would lift the legislative ban on oil exploration in the OCS. I call on the House and the Senate to pass good legislation as soon as possible. This legislation should give the states the option of opening up OCS resources off their shores, provide a way for the federal government and states to share new leasing revenues, and ensure that our environment is protected. There's also an executive prohibition on exploration in the OCS. When Congress lifts the legislative ban, I will lift the executive prohibition.

Second, we should expand oil production by tapping into the extraordinary potential of oil shale. Oil shale is a type of rock that can produce oil when exposed to heat or other process[es]. In one major deposit -- the Green River Basin of Colorado, Utah, and Wyoming -- there lies the equivalent of about 800 billion barrels of recoverable oil. That's more than three times larger than the proven oil reserves of Saudi Arabia. And it can be fully recovered -- and if it can be fully recovered it would be equal to more than a century's worth of currently projected oil imports.

For many years, the high cost of extracting oil from shale exceeded the benefit. But today the calculus is changing. Companies have invested in technology to make oil shale production more affordable and efficient. And while the cost of extracting oil from shale is still more than the cost of traditional production, it is also less than the current market price of oil. This makes oil shale a highly promising resource.

Unfortunately, Democrats in Congress are standing in the way of further development. In last year's omnibus spending bill, Democratic leaders inserted a provision blocking oil shale leasing on federal lands. That provision can be taken out as easily as it was slipped in -- and Congress should do so immediately.

Third, we should expand American oil production by permitting exploration in the Arctic National Wildlife Refuge, or ANWR. When ANWR was created in 1980, Congress specifically reserved a portion for energy development. In 1995, Congress passed legislation allowing oil production in this small fraction of ANWR's 19 million acres. With a drilling footprint of less than 2,000 acres -- less than one-tenth of 1 percent of this distant Alaskan terrain -- America could produce an estimated 10 billion barrels of oil. That is roughly the equivalent of two decades of imported oil from Saudi Arabia. Yet my predecessor vetoed this bill.

In the years since, the price of oil has increased seven-fold, and the price of American gasoline has more than tripled. Meanwhile, scientists have developed innovative techniques to reach ANWR's oil with virtually no impact on the land or local wildlife. I urge members of Congress to allow this remote region to bring enormous benefits to the American people.

And finally, we need to expand and enhance our refining capacity. Refineries are the critical link between crude oil and the gasoline and diesel fuel that drivers put in their tanks. With recent changes in the makeup of our fuel supply, upgrades in our refining capacity are urgently needed. Yet it has been nearly 30 years since our nation built a new refinery, and lawsuits and red tape have made it extremely costly to expand or modify existing refineries. The result is that America now imports millions of barrels of fully-refined gasoline from abroad. This imposes needless costs on American consumers. It deprives American workers of good jobs. And it needs to change.

So today I'm proposing measures to expedite the refinery permitting process. Under the reformed process that I propose, challenges to refineries and other energy project permits must be brought before the D.C. Circuit Court of Appeals within 60 days of the issuance of a permit decision. Congress should also empower the Secretary of Energy to establish binding deadlines for permit decisions, and to ensure that the various levels of approval required in the refinery permitting process are handled in a timely way.

With these four steps, we will take pressure off gas prices over time by expanding the amount of

American-made oil and gasoline. We will strengthen our national security by reducing our reliance on foreign oil. We will benefit American workers by keeping our nation competitive in the global economy -- and by creating good jobs in construction, and engineering, and refining, maintenance, and many other areas.

The proposals I've outlined will take years to have their full impact. There is no excuse for delay -- as a matter of fact, it's a reason to move swiftly. I know the Democratic leaders have opposed some of these policies in the past. Now that their opposition has helped drive gas prices to record levels, I ask them to reconsider their positions. If congressional leaders leave for the 4th of July recess without taking action, they will need to explain why $4-a-gallon gasoline is not enough incentive for them to act. And Americans will rightly ask how high oil -- how high gas prices have to rise before the Democratic-controlled Congress will do something about it.

I know this is a trying time for our families, but our country has faced similar strains before and we've overcome them together -- and we can do that again. With faith in the innovative spirit of our people and a commitment to results in Washington, we will meet the energy challenges we face -- and keep our economy the strongest, most vibrant, and most hopeful in the world.

Thank you for your time.

END 10:42 A.M. EDT

---

**Return to this article at:**
http://www.whitehouse.gov/news/releases/2008/06/20080618.html

CLICK HERE TO PRINT

**EXHIBIT B**





# THE LEXINGTON PROJECT

BREAKING OUR DEPENDENCE ON FOREIGN OIL

Our nation's future security and prosperity depends on the next President making the hard choices that will break our nation's strategic dependence on foreign sources of energy and will ensure our economic prosperity by meeting tomorrow's demands for a clean portfolio. John McCain has made the necessary choices - producing more power, pushing technology to help free our transportation sector from its use of foreign oil, cleaning up our air and addressing climate change, and ensuring that Americans have dependable energy sources. John McCain will lead the effort to develop advanced transportation technologies and alternative fuels to promote energy independence and cut off the flow of oil wealth to repressive dictatorships like Iran.

> "In recent days I have set before the American people an energy plan, **the Lexington Project -- named for the town where Americans asserted their independence once before**. And let it begin today with this commitment: In a world of hostile and unstable suppliers of oil, this nation will achieve strategic independence by 2025."
>
> *John McCain, June 25, 2008*
>
> **Read the entire speech...**

## Expanding Domestic Oil And Natural Gas Exploration And Production

**John McCain Will Commit Our Country To Expanding Domestic Oil Exploration.** The current federal moratorium on drilling in the Outer Continental Shelf stands in the way of energy exploration and production. John McCain believes it is time for the federal government to lift these restrictions and to put our own reserves to use. There is no easier or more direct way to prove to the world that we will no longer be subject to the whims of others than to expand our production capabilities. We have trillions of dollars worth of oil and gas reserves in the U.S. at a time we are exporting hundreds of billions of dollars a year overseas to buy energy. This is the largest transfer of wealth in the history of mankind. We should keep more of our dollars here in the U.S., lessen our foreign dependency, increase our domestic supplies, and reduce our trade deficit - 41% of which is due to oil imports. John McCain proposes to cooperate with the states and the Department of Defense in the decisions to develop these resources.

**John McCain Believes In Promoting And Expanding The Use Of Our Domestic Supplies Of Natural Gas.** When people are hurting, and struggling to afford gasoline, food, and other necessities, common sense requires that we draw upon America's own vast reserves of oil and natural gas. Within the United States we have tremendous reserves of natural gas. The Outer Continental Shelf alone contains 77 trillion cubic feet of recoverable natural gas. It is time that we capitalize on these significant resources and build the infrastructure needed to transport this important component of electricity generation and transportation fuel around the country.

**Back to top**

## Taking Action Now To Break Our Dependency On Foreign Oil By Reforming Our Transportation Sector

**The Nation Cannot Reduce Its Dependency On Oil Unless We Change How We Power Our Transportation Sector.**

**John McCain's Clean Car Challenge.** John McCain will issue a Clean Car Challenge to the automakers of America, in the form of a single and substantial tax credit for the consumer based on the reduction of carbon emissions. He will commit a $5,000 tax credit for each and every customer who buys a zero carbon emission t car, encouraging automakers to be first on the market with these cars in order to capitalize on the consumer incentives. For other vehicles, a graduated tax credit will apply so that the lower the carbon emissions, the higher the tax credit.

SIGN THE PETITION

## The Lexington Project Includes:



**Expanding Domestic Oil And Natural Gas Exploration And Production**



**Taking Action Now To Break Our Dependency On Foreign Oil By Reforming Our Transportation Sector**



**Investing In Clean, Alternative Sources Of Energy**



**Protecting Our Environment By Addressing Climate Change**

**EXHIBIT C**

Bloomberg.com

Oil Rises to a Record on Concern Iran Supplies May Be Disrupted

By Robert Tuttle

June 30 (Bloomberg) -- Crude oil rose to a record above $143 a barrel, completing the biggest quarterly increase in nine years, on concern Israel may attack Iran over its nuclear program and disrupt supply from OPEC's second-largest producer.

Pressure on Iran to end uranium enrichment and the falling value of the U.S. dollar may drive prices to $170 a barrel, OPEC President Chakib Khelil said June 28. Kuwait, the fourth-largest OPEC producer, is taking precautionary steps to export oil if Iran closes the Strait of Hormuz, Kuwait News Agency reported.

Concerns about Iran ``continue to persist and be in the air, which has helped prices,'' said **John Kilduff**, vice president of risk management at MF Global Ltd. in New York. ``More and more people are taking it seriously and giving it greater potential. It still represents the mother-of-all supply disruption events.''

Crude oil for August delivery rose 92 cents, or 0.7 percent, to $141.13 a barrel at 12:48 p.m. on the New York Mercantile Exchange after rising to a record $143.67. The price has risen 39 percent in the quarter and doubled in the past year.

The U.S. won't allow Iran to shut the Strait of Hormuz, through which about 40 percent of Middle East oil is shipped, a spokesman for the Fifth Fleet said. ``They will not close it,'' Lieutenant Nate Christensen said in a telephone interview today from Bahrain, where the fleet is based. ``The Strait of Hormuz is vital international waters.''

Foreign ministers from the Group of Eight nations last week suggested more talks to coax Iran into opening its nuclear program to inspectors, after speculation the Islamic Republic faces an imminent Israeli strike.

Underlying Issues

``This is one of these issues where the more things change the more they stay the same,'' said **Tim Evans**, an energy analyst at Citigroup Global Markets Inc. in New York. ``Sometimes the market is more concerned about it than others, but nothing really has dramatically changed here in terms of the real underlying issues.''

Brent crude oil for August settlement rose 92 cents, or 0.7 percent, to $141.23 a barrel on London's ICE Futures Europe exchange, after reaching a record $143.91.

**Goldman Sachs Group Inc.**, Wall Street's most profitable bank, said in a report that supply and demand, rather than speculators, are responsible for oil's rally. Goldman, which dominates the business of commodities trading along with Morgan Stanley, said revenue from commodities was higher in the second quarter than a year earlier.

`Excessive Speculation'

The U.S. House of Representatives last week approved a bill calling on the Commodity Futures

Trading Commission to use its emergency powers to ``curb immediately the role of excessive speculation'' in any market it oversees where energy futures or swaps are traded.

The European Central Bank is expected to raise interest rates a quarter-percentage point to 4.25 percent, according to a survey of economists by Bloomberg News. The dollar has declined 7.9 percent this year against the euro, prompting some investors to buy commodities as a hedge against inflation.

Nigeria's **rank** among producers in the Organization of Petroleum Exporting Countries has slipped behind that of Angola amid violence by militants. Chevron Corp., Royal Dutch Shell Plc. and Eni SpA have all shuttered fields in Nigeria this month.

``Tensions ratchet up in Iran and troubles continue in Nigeria, drawing funds into the market,'' said **Robert Montefusco**, a broker at Sucden (U.K.) Ltd. in London. ``The weak dollar is also helping. The market does not want to break down just yet.''

Hedge fund managers and other large speculators almost doubled their bets on rising prices in the week ended June 24, according to U.S. Commodity Futures Trading commission data.

**Net-long positions** in New York oil contracts, the difference between contracts to buy and sell the commodity, rose to 24,217 contracts. Long positions climbed from a five-month low a week earlier while contracts to sell oil fell a second week to a two- month low.

To contact the reporter on this story: **Robert Tuttle** in New York at **rtuttle@bloomberg.net**

*Last Updated: June 30, 2008 13:26 EDT*

©2008 BLOOMBERG L.P. ALL RIGHTS RESERVED. Terms of Service | Privacy Policy | Trademarks