**EXHIBIT B**





# THE LEXINGTON PROJECT

BREAKING OUR DEPENDENCE ON FOREIGN OIL

Our nation's future security and prosperity depends on the next President making the hard choices that will break our nation's strategic dependence on foreign sources of energy and will ensure our economic prosperity by meeting tomorrow's demands for a clean portfolio. John McCain has made the necessary choices - producing more power, pushing technology to help free our transportation sector from its use of foreign oil, cleaning up our air and addressing climate change, and ensuring that Americans have dependable energy sources. John McCain will lead the effort to develop advanced transportation technologies and alternative fuels to promote energy independence and cut off the flow of oil wealth to repressive dictatorships like Iran.

"In recent days I have set before the American people an energy plan, **the Lexington Project -- named for the town where Americans asserted their independence once before**. And let it begin today with this commitment: In a world of hostile and unstable suppliers of oil, this nation will achieve strategic independence by 2025."

*John McCain, June 25, 2008*

**Read the entire speech...**

## Expanding Domestic Oil And Natural Gas Exploration And Production

**John McCain Will Commit Our Country To Expanding Domestic Oil Exploration.** The current federal moratorium on drilling in the Outer Continental Shelf stands in the way of energy exploration and production. John McCain believes it is time for the federal government to lift these restrictions and to put our own reserves to use. There is no easier or more direct way to prove to the world that we will no longer be subject to the whims of others than to expand our production capabilities. We have trillions of dollars worth of oil and gas reserves in the U.S. at a time we are exporting hundreds of billions of dollars a year overseas to buy energy. This is the largest transfer of wealth in the history of mankind. We should keep more of our dollars here in the U.S., lessen our foreign dependency, increase our domestic supplies, and reduce our trade deficit - 41% of which is due to oil imports. John McCain proposes to cooperate with the states and the Department of Defense in the decisions to develop these resources.

**John McCain Believes In Promoting And Expanding The Use Of Our Domestic Supplies Of Natural Gas.** When people are hurting, and struggling to afford gasoline, food, and other necessities, common sense requires that we draw upon America's own vast reserves of oil and natural gas. Within the United States we have tremendous reserves of natural gas. The Outer Continental Shelf alone contains 77 trillion cubic feet of recoverable natural gas. It is time that we capitalize on these significant resources and build the infrastructure needed to transport this important component of electricity generation and transportation fuel around the country.

**Back to top**

## Taking Action Now To Break Our Dependency On Foreign Oil By Reforming Our Transportation Sector

**The Nation Cannot Reduce Its Dependency On Oil Unless We Change How We Power Our Transportation Sector.**

**John McCain's Clean Car Challenge.** John McCain will issue a Clean Car Challenge to the automakers of America, in the form of a single and substantial tax credit for the consumer based on the reduction of carbon emissions. He will commit a $5,000 tax credit for each and every customer who buys a zero carbon emission t car, encouraging automakers to be first on the market with these cars in order to capitalize on the consumer incentives. For other vehicles, a graduated tax credit will apply so that the lower the carbon emissions, the higher the tax credit.

SIGN THE PETITION

## The Lexington Project Includes:



**Expanding Domestic Oil And Natural Gas Exploration And Production**



**Taking Action Now To Break Our Dependency On Foreign Oil By Reforming Our Transportation Sector**



**Investing In Clean, Alternative Sources Of Energy**



**Protecting Our Environment By Addressing Climate Change**