# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY, *et al.*, | |
| *Plaintiffs,* v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| *************************************** | |
| ANADARKO E & P COMPANY L.P., *et. al.*, | |
| *Plaintiffs,* v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| *************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| *************************************** | |

## PLAINTIFF DELTA PETROLEUM CORPORATION'S OPPOSITION TO DEFENDANT'S JULY 1, 2008 MOTION FOR JUDICIAL NOTICE

The Government proposes that this Court take 'judicial notice" of political statements made during the current presidential campaign. It is difficult to imagine a less likely invocation of judicial notice. Campaign slogans, positions, and/or promises hardly constitute "fact[s] not subject to reasonable dispute," *see* Fed. R. Evid. 201.

Moreover, the specific "facts" as to which judicial notice is sought are particularly unsuitable for Rule 201 treatment. Furthermore, even if judicial notice were afforded, these "facts" do not support the conclusions the Government advances.

**ARGUMENT**

This Court has recognized that there is no reasonable likelihood that the Government will be able to re-lease Lease 452.[1] The Court made that observation as a secondary reason for rejecting the Government's demand for an offset measured by the purported loss in the speculative value of the leased area.[2]

First, an executive prohibition against new OCS leasing offshore California has been in place since 1990.[3] Second, every year for the past 26 years, Congress has placed in the

---

[1] "[W]e agree with plaintiff that it comes with an ill grace for the government to contend that it cannot market rescinded leases, when there are executive, judicial, and legislative moratoria in place that would preclude the government's assertion from being put to the test." *Amber Resources Co. v. United States*, 78 Fed. Cl. 508, 517 (2007) ("*Amber III*").

[2] The primary reason for rejecting the Government's offset was that "the assumption behind an offset for 'diminished marketability' would be fundamentally inconsistent with the finding of breach. The government, in other words, bears the risk that plaintiff made a bad bargain if it commits a total breach prior to plaintiff's ability to fully exploit the leases." *Amber III*, 78 Fed. Cl. at 517.

[3] *See* Energy Information Administration, *Moratorium on Offshore Drilling*; http://www.eia.doe.gov/oil_gas/natural_gas/analysis_publications/ngmajorleg/moratorium.html; *see also Amber III*, 78 Fed. Cl. at 517.

annual appropriations bill for the Department of the Interior a moratorium against any new oil and gas leasing offshore California.[4]

The Government through its motion seeks to have this Court reverse itself and find a reasonable likelihood that Lease 452 will be re-leased in the foreseeable future.[5] The Government specifically seeks to have this Court take "judicial notice" of certain statements by President Bush and Senator McCain. President Bush has recently called for legislation giving "the states the option of opening up OCS resources off their shores," and has promised to lift the executive prohibition *if* Congress first lifts the legislative ban. (Gov. Br. 4). Senator McCain has suggested lifting the restrictions on the OCS and "cooperat[ing] with the states and the Department of Defense" in decisions to develop OCS resources. (Gov. Br. 5).

The Government omits entirely any reference to the strongly stated contrary views of Presidential candidate Obama.[6] Moreover, even leaving that aside, there is little prospect of new leasing offshore California any time in the foreseeable future.

First, President Bush has not lifted the Presidential moratorium against new leasing offshore California, but merely indicated he would do so if Congress lifted the legislative ban.

---

[4] *See* http://www.mms.gov/5-year/WhatIs5YearProgram.htm#What%20is%20the%20history%20of%20the%20Congressional%20Moratoria%20for%20the%20planning%20areas; *see e.g.*, Department of the Interior, Environmental and Related Agencies Appropriations Act, 2006, Pub. L. No. 109-54, § 104, 119 Stat. 499 (Aug. 2, 2005).

[5] With respect to the Government's assumption that such a lease sale would garner less than the $92 million paid for Lease 452 in 1981, Delta would note that the price of oil in 1981 was $35 a barrel. *See* http://www.oilandgasconfidential.com/Historical_Crude_Prices.html.

[6] Senator Obama has steadfastly opposed lifting the moratoria. *See* Michael Abramowitz and Juliet Eilperin, *Bush Calls for Offshore Oil Drilling; President Joins McCain in Seeking to Lift Long-Standing Ban*, Wash. Post, June 19, 2008, at A01.

Second, the President has only suggested that the states be given "the option of opening up OCS resources off their shores." Yet California Governor Schwarzenegger and Senators Boxer and Feinstein have all issued statements vociferously opposing President Bush's proposal to lift the moratoria with respect to California. (*See* Exh. A (Statement of Gov. Schwarzenegger); Exh. B. (Statement of Senator Boxer); and Exh. C (Statement of Senator Feinstein)).[7]

Third, the Congressional moratorium against new leasing has remained in place for well over two decades, during Congresses controlled by both Democrats and Republicans. This moratorium exists independently from the executive order. The Government does not suggest how that will change.

Fourth, even if *both* the Congressional moratorium and the executive prohibition were to disappear, new leasing offshore California could only proceed if determined to be "consistent to the maximum extent practicable" with California's coastal management program, pursuant to Section 307(c)(1) of the Coastal Zone Management Act, 16 U.S.C. § 1456(c)(1). *See Amber Resources Co. v. United States*, 68 Fed. Cl. 535, 539-42 (2005) (describing CZMA consistency review as pertaining to new lease sales). With California having filed and vigorously litigated the *Norton* case to challenge such consistency with respect to the granting of suspensions preserving *existing* leases, the state would doubtlessly fight new leasing off of its coast.

Delta therefore stands by its position that an offset, *if* otherwise deemed appropriate, would be an equitable result in this case because — among several other reasons —

---

[7] Delta recognizes that these statements are no more (and no less) entitled to judicial notice than those proffered by the Government.

"the Government is legally prohibited [by Presidential order and the Congressional moratorium] from re-leasing the area covered by Lease 452." Delta Post-Trial Br. at 146; *see also id.* at 147 ("the federal Government has neither the intention nor the ability to make use of the property regardless of its condition.")

**CONCLUSION**

For the foregoing reasons, the Government's motion should be denied.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for Delta Petroleum Corporation

July 8, 2008

# EXHIBIT A

Office of the Governor ARNOLD SCHWARZENEGGER THE PEOPLE'S GOVERNOR

# PRESS RELEASE

06/18/2008 GAAS:447:08 FOR IMMEDIATE RELEASE

## Governor Schwarzenegger Reiterates Opposition to New Drilling off California's Coast

Governor Arnold Schwarzenegger today issued the following statement after President Bush's call to lift the moratorium on off shore oil drilling along the coast of California and other coastal states:

"California's coastline is an international treasure. I do not support lifting this moratorium on new oil drilling off our coast.

"However, I do welcome the national discussion about how to lower the cost of gasoline-soaring prices are taking a toll on California families just as they are across the country.

"We are in this situation because of our dependence on traditional petroleum-based oil. The direction our nation needs to go in, and where California is already headed, is toward greater innovation in new technologies and new fuel choices for consumers. That is the way we will ultimately reduce fuel costs and also protect our environment."

# EXHIBIT B

EMAIL



Welcome to the Official Website of

# Barbara Boxer

United States Senator from California

NEWSROOM

- Press Releases & Statements
- Boxer Updates
- Photo Gallery
- Recent Floor Speeches
- Media Links
- Download a Photo of Sen. Boxer

Press Release of Senator Boxer

**Boxer Statement on Bush's Solution to America's Oil Addiction**

*Back to the Past Policies of Drill, Drill, Drill*

Wednesday, June 18, 2008

Washington, D.C. – U.S. Senator Barbara Boxer (D-CA) today made the following statement following President Bush's announcement today that he wants Congress to lift the ban on drilling in the Outer Continental Shelf.

**"Today's statement by President Bush was the height of hypocrisy—two years ago he said America is addicted to oil, and today, he wants to feed that addiction by going back to the past policies of drill, drill, drill. John McCain has now flip-flopped and joined the President's bandwagon.**

**"Not only is this proposal irresponsible and short-sighted, but it flies in the face of President Bush's father's legacy.**

**"Offshore oil drilling threatens America's $60 billion coastal economy, and we certainly don't need to lift the moratoria to allow new leases when the oil companies hold 68 million acres of undeveloped leases.**

**"We need to get serious about America's energy security—that means going after the oil speculators now in order to bring down gas prices, and make the important, long-term investments in alternative fuels,**

Search the site:

Go

QUICK LINKS

- CONTACT ME
- Local Offices
- Casework Help
- Student Center

**hybrid technology, and energy efficiency."**

Senators Boxer and Dianne Feinstein and Congresswoman Lois Capps reintroduced legislation last year to provide permanent protection for California's coast from future drilling, in addition to prohibiting the Interior Department from conducting harmful inventory of Outer Continental Shelf resources off California's coast.

###


| | | | |
|---|---|---|---|
| Washington, D.C.<br>112 Hart Senate Office Building<br>Washington, D.C. 20510<br>(202) 224-3553<br>(202) 224-0454 fax | Sacramento<br>501 I Street, Suite 7-600<br>Sacramento, CA 95814<br>(916) 448-2787<br>(916) 448-2563 fax | San Francisco<br>1700 Montgomery St., Suite 240<br>San Francisco, CA 94111<br>(415) 403-0100<br>(202) 224-0454 fax | Los Angeles<br>312 N. Spring St. Suite 1748<br>Los Angeles, CA 90012<br>(213) 894-5000<br>(202) 224-0357 fax |
| Fresno<br>2500 Tulare Street, Suite 5290<br>Fresno, CA 93721<br>(559) 497-5109<br>(559) 497-5111 fax | San Diego<br>600 B Street, Suite 2240<br>San Diego, CA 92101<br>(619) 239-3884<br>(619) 239-5719 fax | Inland Empire<br>201 North E Street Suite 210<br>San Bernardino, CA 92401<br>(909) 888-8525<br>(909) 888-8613 fax | For Comments or technical questions a<br>this website, please email:<br>webmaster@boxer.senate.gov |

# EXHIBIT C




**FOR IMMEDIATE RELEASE:**
Tuesday, June 17, 2008

## Senator Feinstein Opposes Efforts to Lift Moratoria on Offshore Drilling for Outer Continental Shelf

**"There are some who believe that the only solution to our skyrocketing energy crisis is to drill, drill, and drill. And one of their primary targets is the Outer Continental Shelf.**

**Congress chose to protect these federal waters from oil exploitation in 1981. And Congress has voted to renew that ban every year since then.**

**But today, these federal protections are under attack.**

**Let me be clear: lifting the moratoria is a false promise and an unnecessary risk.**

**A new investigative report from the House Committee on Natural Resources (http://resourcescommittee.house.gov/images/stories/Documents/truth_about_americas_energy studied the current system of drilling permits on federal lands and in federal waters. And what they found is this: we simply cannot drill our way out of this problem.**

**Here's what the report found:**

> **There is no correlation between increased drilling and lower gas prices. The number of drilling permits increased by 361 percent from 1999 to 2007. And yet gas prices more than doubled in that time.**
>
> **The vast majority of the oil and natural gas believed to be on the Outer Continental Shelf is already available for exploitation. In fact, 82 percent of natural gas and 79 percent of oil believed to exist on the Outer Continental Shelf is available for drilling throughout existing leases – right now.**
>
> **Oil and gas companies are failing to exploit the existing drilling permits they have been issued. In fact, there are 10,000 additional permits for 68 million acres of federal lands and waters where drilling leases have been issued, but are not being used to increase production. And about 35.5 million acres of those existing, non-producing leases are located in federal waters.**

**Efforts to reopen the federal waters off the coast of California to drilling could allow unreliable oil rigs to be as close as three miles to our beaches.**

**Californians are all too familiar with the consequences of offshore drilling. An oil spill in 1969 off the coast of Santa Barbara killed thousands of birds, as well as dolphins, seals, and other marine animals. And we know this could happen again.**

**That's why California has had in place additional protections to prohibit oil and gas drilling in State waters since 1994. The people of California feel strongly about protecting the coast of California from offshore drilling. And so do I.**

**Bottom line: we need a real, long-term strategy to address our nation's addiction to fossil fuels. We need to reduce our energy consumption. To make the shift towards renewable energy and clean technology.**

**This – and not the mantra of drilling – is the solution to our energy crisis. This is the way forward. The choice could not be clearer."**

###