# EXHIBIT A

Office of the Governor

ARNOLD SCHWARZENEGGER
THE PEOPLE'S GOVERNOR

# PRESS RELEASE

06/18/2008 GAAS:447:08 FOR IMMEDIATE RELEASE

## Governor Schwarzenegger Reiterates Opposition to New Drilling off California's Coast

Governor Arnold Schwarzenegger today issued the following statement after President Bush's call to lift the moratorium on off shore oil drilling along the coast of California and other coastal states:

"California's coastline is an international treasure. I do not support lifting this moratorium on new oil drilling off our coast.

"However, I do welcome the national discussion about how to lower the cost of gasoline-soaring prices are taking a toll on California families just as they are across the country.

"We are in this situation because of our dependence on traditional petroleum-based oil. The direction our nation needs to go in, and where California is already headed, is toward greater innovation in new technologies and new fuel choices for consumers. That is the way we will ultimately reduce fuel costs and also protect our environment."

# EXHIBIT B

EMAIL



Welcome to the Official Website of

# Barbara Boxer

United States Senator from California



Press Release of Senator Boxer

**Boxer Statement on Bush's Solution to America's Oil Addiction**

*Back to the Past Policies of Drill, Drill, Drill*

Wednesday, June 18, 2008

Washington, D.C. – U.S. Senator Barbara Boxer (D-CA) today made the following statement following President Bush's announcement today that he wants Congress to lift the ban on drilling in the Outer Continental Shelf.

**"Today's statement by President Bush was the height of hypocrisy—two years ago he said America is addicted to oil, and today, he wants to feed that addiction by going back to the past policies of drill, drill, drill. John McCain has now flip-flopped and joined the President's bandwagon.**

**"Not only is this proposal irresponsible and short-sighted, but it flies in the face of President Bush's father's legacy.**

**"Offshore oil drilling threatens America's $60 billion coastal economy, and we certainly don't need to lift the moratoria to allow new leases when the oil companies hold 68 million acres of undeveloped leases.**

**"We need to get serious about America's energy security—that means going after the oil speculators now in order to bring down gas prices, and make the important, long-term investments in alternative fuels,**

**hybrid technology, and energy efficiency."**

Senators Boxer and Dianne Feinstein and Congresswoman Lois Capps reintroduced legislation last year to provide permanent protection for California's coast from future drilling, in addition to prohibiting the Interior Department from conducting harmful inventory of Outer Continental Shelf resources off California's coast.

###


| | | | |
|---|---|---|---|
| Washington, D.C.<br>112 Hart Senate Office Building<br>Washington, D.C. 20510<br>(202) 224-3553<br>(202) 224-0454 fax | Sacramento<br>501 I Street, Suite 7-600<br>Sacramento, CA 95814<br>(916) 448-2787<br>(916) 448-2563 fax | San Francisco<br>1700 Montgomery St., Suite 240<br>San Francisco, CA 94111<br>(415) 403-0100<br>(202) 224-0454 fax | Los Angeles<br>312 N. Spring St. Suite 1748<br>Los Angeles, CA 90012<br>(213) 894-5000<br>(202) 224-0357 fax |
| Fresno<br>2500 Tulare Street, Suite 5290<br>Fresno, CA 93721<br>(559) 497-5109<br>(559) 497-5111 fax | San Diego<br>600 B Street, Suite 2240<br>San Diego, CA 92101<br>(619) 239-3884<br>(619) 239-5719 fax | Inland Empire<br>201 North E Street Suite 210<br>San Bernardino, CA 92401<br>(909) 888-8525<br>(909) 888-8613 fax | For Comments or technical questions a<br>this website, please email:<br>webmaster@boxer.senate.gov |

# EXHIBIT C




**FOR IMMEDIATE RELEASE:**
Tuesday, June 17, 2008

## Senator Feinstein Opposes Efforts to Lift Moratoria on Offshore Drilling for Outer Continental Shelf

**"There are some who believe that the only solution to our skyrocketing energy crisis is to drill, drill, and drill. And one of their primary targets is the Outer Continental Shelf.**

**Congress chose to protect these federal waters from oil exploitation in 1981. And Congress has voted to renew that ban every year since then.**

**But today, these federal protections are under attack.**

**Let me be clear: lifting the moratoria is a false promise and an unnecessary risk.**

**A new investigative report from the House Committee on Natural Resources (http://resourcescommittee.house.gov/images/stories/Documents/truth_about_americas_energy studied the current system of drilling permits on federal lands and in federal waters. And what they found is this: we simply cannot drill our way out of this problem.**

**Here's what the report found:**

**There is no correlation between increased drilling and lower gas prices. The number of drilling permits increased by 361 percent from 1999 to 2007. And yet gas prices more than doubled in that time.**

**The vast majority of the oil and natural gas believed to be on the Outer Continental Shelf is already available for exploitation. In fact, 82 percent of natural gas and 79 percent of oil believed to exist on the Outer Continental Shelf is available for drilling throughout existing leases – right now.**

**Oil and gas companies are failing to exploit the existing drilling permits they have been issued. In fact, there are 10,000 additional permits for 68 million acres of federal lands and waters where drilling leases have been issued, but are not being used to increase production. And about 35.5 million acres of those existing, non-producing leases are located in federal waters.**

**Efforts to reopen the federal waters off the coast of California to drilling could allow unreliable oil rigs to be as close as three miles to our beaches.**

**Californians are all too familiar with the consequences of offshore drilling. An oil spill in 1969 off the coast of Santa Barbara killed thousands of birds, as well as dolphins, seals, and other marine animals. And we know this could happen again.**

**That's why California has had in place additional protections to prohibit oil and gas drilling in State waters since 1994. The people of California feel strongly about protecting the coast of California from offshore drilling. And so do I.**

**Bottom line: we need a real, long-term strategy to address our nation's addiction to fossil fuels. We need to reduce our energy consumption. To make the shift towards renewable energy and clean technology.**

**This – and not the mantra of drilling – is the solution to our energy crisis. This is the way forward. The choice could not be clearer."**

###