# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

## NOTICE OF DELTA PETROLEUM CORPORATION WITH RESPECT TO DEFENDANT'S JULY 1, 2008 MOTION FOR JUDICIAL NOTICE

Plaintiff Delta Petroleum Corporation ("Delta") hereby files this Notice with respect to the Government's July 1, 2008 Motion for Judicial Notice, in order to apprise the Court of recent developments with respect to the barriers to new OCS leasing offshore California.

As Delta pointed out in its July 8, 2008 Opposition to Defendant's Motion, an Executive prohibition represented one of three obstacles to new OCS leasing offshore California. There is also a Congressional moratoria against such leasing, which has been in place for the past 26 years, as well as the requirement that any new leasing be determined to be "consistent to the maximum extent practicable" with California's coastal management program, pursuant to Section 307(c)(1) of the Coastal Zone Management Act, 16 U.S.C. § 1456(c)(1). *See* Delta Opp. 2-4.

Yesterday, President Bush rescinded the executive prohibition on offshore leasing. (*See* Ex. D (statement of President Bush with respect to OCS exploration); Ex. E (Memorandum for the Secretary of the Interior regarding Modification of the Withdrawal of Areas of the United States Outer Continental Shelf from Leasing Disposition)). President Bush simultaneously called on Congress to lift the Congressional moratoria, but emphasized that any new legislation "must allow states to have a say in what happens off their shores." (*See* Ex. D page 1). As set forth in Delta's July 8, 2008 Opposition, California officials have expressed strong opposition to new leasing off the State's shores.[1] (*See* Delta Opp. 4).

---

[1] In addition to the statements of Governor Schwarzenegger and Senator Boxer and Senator Feinstein submitted by Delta with its July 8, 2008 Opposition, Speaker of the House (and California Congresswoman) Pelosi has also expressed strong opposition to new leasing. (*See* Ex. F (Statement of Speaker Pelosi)).

In sum, new leasing offshore California remains subject to the obstacles presented by the congressional moratoria and CZMA requirements, and there remains no realistic prospect for such leasing in the foreseeable future.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove
Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for Delta Petroleum Corporation

July 15, 2008