# Exhibit D

THE WHITE HOUSE
PRESIDENT
GEORGE W. BUSH

For Immediate Release
Office of the Press Secretary
July 14, 2008

# President Bush Discusses Outer Continental Shelf Exploration

Rose Garden

1:27 P.M. EDT

THE PRESIDENT: Good afternoon. Across the country, Americans are concerned about the high price of gasoline. Every one of our citizens who drives to work, or takes a family vacation, or runs a small business is feeling the squeeze of rising prices at the pump.

To reduce pressure on prices we must continue to implement good conservation policies, and we need to increase the supply of oil, especially here at home. For years, my administration has been calling on Congress to expand domestic oil production. Unfortunately, Democrats on Capitol Hill have rejected virtually every proposal -- and now Americans are paying at the pump. When members of Congress were home over the Fourth of July recess, they heard a clear message from their constituents: We need to take action now to expand domestic oil production.

One of the most important steps we can take to expand American oil production is to increase access to offshore exploration on the Outer Continental Shelf, or what's called the OCS. But Congress has restricted access to key parts of the OCS since the early 1980s. Experts believe that these restricted areas of the OCS could eventually produce nearly 10 years' worth of America's current annual oil production. And advances in technology have made it possible to conduct oil exploration in the OCS that is out of sight, protects coral reefs and habitats, and protects against oil spills.

Last month, I asked Congress to lift this legislative ban and allow the exploration and development of offshore oil resources. I committed to lift an executive prohibition on this exploration if Congress did so, tailoring my executive action to match what Congress passed. It's been almost a month since I urged Congress to act -- and they've done nothing. They've not moved any legislation. And as the Democratically-controlled Congress has sat idle, gas prices have continued to increase.

Failure to act is unacceptable. It's unacceptable to me and it's unacceptable to the American people. So today, I've issued a memorandum to lift the executive prohibition on oil exploration in the OCS. With this action, the executive branch's restrictions on this exploration have been cleared away. This means that the only thing standing between the American people and these vast oil resources is action from the U.S. Congress.

Now the ball is squarely in Congress' court. Democratic leaders can show that they have finally heard the frustrations of the American people by matching the action I've taken today, repealing the congressional ban, and passing legislation to facilitate responsible offshore exploration. This legislation must allow states to have a say in what happens off their shores, provides a way for the federal government and states to share new leasing revenues, and ensure the environment is protected.

This legislation should also take other essential steps to expand domestic production: Congress should clear the way for our nation to tap into the extraordinary potential of oil shale, which could provide Americans with domestic oil supplies that are equal to more than a century's worth of current oil imports. Congress should permit exploration in currently restricted areas of northern Alaska, which could produce roughly the equivalent of two decades of imported oil from Saudi Arabia. Congress should expand and

enhance our domestic refining capacity, so that America will no longer have to import millions of barrels of fully-refined gasoline from abroad.

The time for action is now. This is a difficult period for millions of American families. Every extra dollar they have to spend because of high gas prices is one dollar less they can use to put food on the table or send a child to school. And they are rightly angered by Congress' failure to enact common-sense solutions. Today, I've taken every step within my power to allow offshore exploration of the OCS. All that remains is for the Democratic leaders in Congress to allow a vote. The American people are watching the numbers climb higher and higher at the pump -- and they're waiting to see what the Congress will do.

Thank you.

# Exhibit E

THE WHITE HOUSE

PRESIDENT GEORGE W. BUSH

Office of the Press Secretary

For Immediate Release July 14, 2008

July 14, 2008

Delivered by CQ TOP DOCS www.cq.com

MEMORANDUM FOR THE SECRETARY OF THE INTERIOR

SUBJECT: Modification of the Withdrawal of Areas of the United States Outer Continental Shelf from Leasing Disposition

Under the authority vested in me as President of the United States, including section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby modify the prior memoranda of withdrawals from disposition by leasing of the United States Outer Continental Shelf issued on August 4, 1992, and June 12, 1998, as modified on January 9, 2007, to read only as follows:

> Under the authority vested in me as President of the United States, including section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing, for a time period without specific expiration, those areas of the Outer Continental Shelf designated as of July 14, 2008, as Marine Sanctuaries under the Marine Protection, Research, and Sanctuaries Act of 1972, 16 U.S.C. 1431-1434, 33 U.S.C. 1401 *et seq.*
>
> Nothing in this withdrawal affects the rights under existing leases in these areas.

GEORGE W. BUSH

# Exhibit F




Home
Biography
Constituent Services
Work in Congress
About San Francisco
Media Center
Photos
Email Rep. Pelosi
Get Email Updates
Youth Opportunities

Search
Select number of results displayed per page
10

Home > News>Pelosi Statement on President Bush Lifting the Executive Ban on Offshore Drilling

# Pelosi Statement on President Bush Lifting the Executive Ban on Offshore Drilling

Monday, July 14, 2008

Contact:Brendan Daly/Nadeam Elshami, 202-226-7616

*Washington, D.C. - Speaker Nancy Pelosi released the following statement today on President Bush's announcement lifting the executive ban on drilling in protected coastal areas:*

“Once again, the oilman in the White House is echoing the demands of Big Oil.

"The Bush plan is a hoax. It will neither reduce gas prices nor increase energy independence. It just gives millions more acres to the same companies that are sitting on nearly 68 million acres of public lands and coastal areas.

"If the President wants to bring down prices in the next two weeks, not the next two decades, he should free our oil by releasing a small portion of the more than 700 million barrels of oil we have put in the Strategic Petroleum Reserve.

"It's time to tell the oil industry: 'You already have millions of acres to drill. Use it or lose it.'"

Get Email Updates > click here
Learn About Grant Opportunities
VISIT SPEAKER.GOV
FIND THE LATEST NEWS AT SPEAKER PELOSI'S BLOG THE GAVEL

Sign up for email updates to learn more.

More Press Releases and Statements

get email updates | biography | constituent services | work in congress | about San F
| contact | youth opportunities | home