IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBER RESOURCES COMPANY., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ANADARKO E&P COMPANY, L.P., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

NYCAL OFFSHORE DEVELOPMENT CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Nos. 02-30C
04-1822C
05-249C (Consolidated)
(Senior Judge Bruggink)

DEFENDANT'S NOTICE OF INTENT TO REQUEST
REDACTION OF TRANSCRIPT OF JUNE 9, 2008 ORAL ARGUMENT

Defendant, United States, respectfully submits this notice of intent to request redaction of the transcript of the June 9, 2008 oral argument in this case. We will be reviewing the transcript

to identify information that is covered by the protective order in this case and, thus, should not be made publicly available.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
GREGG M. SCHWIND
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel. (202) 353-2345

July 21, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 21st day of July, 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT OF JUNE 9, 2008 ORAL ARGUMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller