# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 02-30C, 04-1822C & 05-249C (consolidated)

| | |
|---|---|
| AMBER RESOURCES COMPANY,<br>*et al.*, | |
| *Plaintiffs,*<br><br>v. | |
| THE UNITED STATES, | No. 02-30C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| ANADARKO E & P COMPANY L.P.,<br>*et. al.*, | |
| *Plaintiffs,*<br>v. | |
| | |
| THE UNITED STATES, | No. 04-1822C |
| | (Judge Bruggink) |
| *Defendant.* | |
| ***************************************** | |
| NYCAL OFFSHORE DEVELOPMENT | |
| CORPORATION, | |
| *Plaintiff,* | |
| v. | |
| | |
| THE UNITED STATES, | No. 05-249C |
| *Defendant.* | (Judge Bruggink) |
| ***************************************** | |

## MOTION OF DELTA PETROLEUM CORPORATION TO SEAL JUNE 9, 2008 HEARING TRANSCRIPT

Plaintiff Delta Petroleum Corporation hereby moves for an order sealing the June 9, 2008 transcript of proceedings.

The parties agreed that the December 3-6, 2007, and January 7-11, 2008 trial record (including transcripts and exhibits) should be maintained under seal, given the substantial confidential materials it contained, and the Court entered an order to that effect. (*See* Trial Tr. page 3479 line 18 through page 3480 line 2). Because much of the June 9, 2008 post trial oral argument was devoted to a discussion of sealed trial materials, the transcript of that hearing should be sealed as well.

Given the Court's newly adopted policy of posting transcripts to its ECF website (*see* http://www.uscfc.uscourts.gov/notice-bar-new-procedures-re-electronic-transcripts-and-redactions-51508), unless the transcript is sealed or extensively redacted, protected information contained in the trial record will automatically be made publicly available. Given the substantial time and expense that would required to review and redact the 255-page June 9, 2008 transcript, Delta submits the most sensible and efficient way to proceed is to seal the transcript in its entirety.

Respectfully submitted,

s/ Steven J. Rosenbaum
by s/ Thomas J. Cosgrove

Steven J. Rosenbaum
*Counsel of Record*
Thomas J. Cosgrove
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-5568
Facsimile: (202) 778-5568
Attorneys for Delta Petroleum Corporation

July 25, 2008